# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JORDAN ECK,** *et al.* | : CIVIL ACTION |
| | : |
| v. | : NO. 19-1873 |
| | : |
| **OLEY VALLEY SCHOOL DISTRICT,** *et al* | : |
| | : |

# ORDER

**AND NOW**, this 17th day of December 2019, upon considering the Defendants' Motion for summary judgment (ECF Doc. No. 41), Plaintiffs' Response (ECF Doc. No. 58), Defendants' Reply (ECF Doc. No. 65), each Plaintiff's Motion for partial summary judgment (ECF Doc. Nos. 43, 44, 45), Defendants' Responses (ECF Doc. Nos. 55, 56, 57), Plaintiff's Reply (ECF Doc. No. 66), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The Plaintiffs' Motions for partial summary judgment (ECF Doc. Nos. 43, 44, 45) are **DENIED** as there are genuine issues of material fact precluding judgment in their favor on any claim;

2. Defendants' Motion for summary judgment (ECF Doc. No. 41) is **GRANTED in part** and **DENIED in part**;

    a. There are no genuine issues of material fact precluding judgment as a matter of law dismissing Student Eck's First Amendment retaliation claim against Director Lyons, the Students' negligence supervision claim against Superintendent Shank, Students Eck's and Ferrizzi's due process claims, and conspiracy claims arising from these specific claims; and,

b. Defendants' Motion is otherwise denied as there are genuine issues of material fact precluding judgment as a matter of law on the remaining claims.

_____
KEARNEY, J.