IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JORDAN ECK,                          :
HALEY HARTLINE, and                  :
VINCENT FERRIZZI,                    :
         Plaintiffs,            :
                                 :     NO. 5:19-cv-01873-MAK
    v.                             :
                                 :     JURY TRIAL DEMANDED
OLEY VALLEY SCHOOL DISTRICT,         :
et al.                               :
         Defendants.            :     FILED ELECTRONICALLY

## TABLE OF CONTENTS TO JOINT APPENDIX

| | |
|---|---|
| Deposition Transcript of Jordan Eck | 1 - 43 |
| Deposition Transcript of Haley Hartline | 44 - 75 |
| Deposition Transcript of Vincent Ferrizzi | 76 - 110 |
| Deposition Transcript of Lily Glick | 111 - 130 |
| Deposition Transcript of Haley Richard | 131 - 147 |
| Deposition Transcript of Christopher Becker | 148 - 198 |
| Deposition Transcript of Stacy Lyons | 199 - 236 |
| Deposition Transcript of Tracy Shank | 237 - 271 |
| Letter from Abagale Hartenstine to Tracy Shank (3/20/2019) | 272 |
| Memo from Maria H. Jones | 273 - 274 |
| OVSD Policy 220 Student Expression/Distribution and Posting of Materials | 275 - 279 |
| OVSD Policy 233 Suspension and Expulsion | 280 - 284 |
| OVHS Code of Conduct | 285 - 290 |
| Memo from Maria H. Jones | 291 - 292 |
| Discipline Referral Form - Haley Hartline (3/21/2019) | 293 |
| Email from Chris Becker to Tracy Shank (3/20/2019) | 294 - 295 |
| Email from Tracy Shank to "All" (Board Members) (3/20/2019) | 296 |
| Email from Chris Becker to Tracy Shank, Stacy Lyons (3/25/2019) | 297 - 298 |
| Email from Chris Becker to Tracy Shank (3/19/2019) | 299 - 300 |
| Email from Stacy Lyons (3/20/2019) | 301 - 301-a |
| Email from Tracy Shank to "All" (Board Members) (3/20/2019) | 302 |

| Email from Tracy Shank to Chris Becker (3/21/2019) | 303 |
| Discipline Referral Form - Jordan Eck - Bullying | 304 |
| Discipline Referral Form - Jordan Eck - Disrespect | 305 |
| Email from Tracy Shank to Chris Becker and Stacy Lyons (3/24/2019) | 306 - 307 |
| Email from Tracy Shank to all board members (3/24/2019) | 308 |
| Email from Tracy Shank to all board members (4/14/2019) | 309 |
| Email from Chris Becker to Tracy Shank (4/2/2019) | 310 - 312 |
| Text messages (3/19-3/20/2019) | 313 - 314 |
| Right-to-Know Response Form | 315 |
| Oley Valley School District Agreement of Co-Curricular/Extra Curricular Assignment signed by Stacy Lyons | 316 |
| Submission of Video Evidence | 317 - 318 |
| Joint Report of Rule 26(f) Conference | 319 - 325 |
| Email from Stacy Lyons (3/19/2019) | 326 - 327 |

Respectfully submitted,

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

DATE:                          BY:   _/s/Sharon M. O'Donnell_
                                     Sharon M. O'Donnell, Esquire
                                     PA I.D. No. 79457
                                     100 Corporate Center Dr., Suite 201
                                     Camp Hill, PA 17011
                                     (717) 651-3503 Fax (717) 651-3707
                                     smodonnell@mdwcg.com
                                     *Attorneys for Defendant, Oley Valley School District*

## CERTIFICATE OF SERVICE

I, Sharon M. O'Donnell, Esquire, of Marshall Dennehey Warner Coleman & Goggin, do

hereby certify that on this  3rd day of  December, 2019, I served a copy of the foregoing Joint

Appendix, electronically, as follows:

Joel A. Ready, Esquire
Cornerstone Law Firm, LLC
8500 Allentown Pike, Suite 3
Blandon, PA  19510

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:    */s/Sharon M. O'Donnell*
Sharon M. O'Donnell, Esquire
PA I.D. No. 79457
100 Corporate Center Dr., Suite 201
Camp Hill, PA  17011
(717) 651-3503
Fax (717) 651-3707
smodonnell@mdwcg.com

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

OF PENNSYLVANIA

* * * * * * * *

JORDAN ECK, HALEY      *

HARTLINE, and          * Case No.

VINCENT FERRIZZI,      * 5:19-CV-1873-MAK

    Plaintiffs         *

    vs.                *

OLEY VALLEY SCHOOL     *

DISTRICT; TRACY        *

SHANK, individually;*

CHRISTOPHER M.         *

BAKER, individually;*

and STACY LYONS,       *

individually,          *

    Defendants          *

        * * * * * * * *

DEPOSITION OF

JORDAN ECK

September 26, 2019


Any reproduction of this transcript is

prohibited without authorization by

    the certifying agency.

Sargent's Court Reporting Services, Inc.
(814)-536-8909

0001a

Joint Appendix00001

Page 2

```
 1                  DEPOSITION
 2                     OF
 3     JORDAN ECK, taken on behalf of the
 4     Defendants herein, pursuant to the
 5     Rules of Civil Procedure, taken before
 6     me, the undersigned, Ian Dale Weeber,
 7     a Court Reporter and Notary Public in
 8     and for the Commonwealth of
 9     Pennsylvania, at Berks County Bar
10     Association, 544 Court Street,
11     Reading, Pennsylvania, on Thursday,
12     September 26, 2019 beginning at 2:01
13     p.m.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                   I N D E X
 2
 3     WITNESS: JORDAN ECK
 4     EXAMINATION
 5        By Attorney O'Donnell      7 - 134
 6     EXAMINATION
 7        By Attorney Ready        134 - 166
 8     DISCUSSION AMONG PARTIES    166 - 167
 9     CERTIFICATE                      168
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1            A P P E A R A N C E S
 2
 3     JOEL A. READY, ESQUIRE
 4     Cornerstone Law Firm, LLC
 5     8500 Allentown Pike
 6     Suite 3
 7     Blandon, PA  19510
 8        COUNSEL FOR PLAINTIFFS
 9
10     SHARON M. O'DONNELL, ESQUIRE
11     Marshall, Dennehey, Warner, Coleman &
12     Goggin, P.C.
13     100 Corporate Center Drive
14     Suite 201
15     Camp Hill, PA  17011
16        COUNSEL FOR DEFENDANTS
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1                  EXHIBIT PAGE
 2
 3                                      PAGE
 4     NUMBER   DESCRIPTION        IDENTIFIED
 5     P-4      School Board
 6              Meeting Minutes        13
 7     P-6      Student Handbook       75
 8     P-7      Suspension Letter     163
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 to 5)

Sargent's Court Reporting Services, Inc.
(814)-536-8909

0002a

Joint Appendix00002

Page 6

1   OBJECTION PAGE
2
3   ATTORNEY                    PAGE
4   Ready                      124
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1       STIPULATION
2
3   (It is hereby stipulated and agreed by
4   and between counsel for the respective
5   parties that reading, signing,
6   sealing, certification and filing are
7   waived.)
8
9       PROCEEDINGS
10
11      JORDAN ECK,
12   CALLED AS A WITNESS IN THE FOLLOWING
13   PROCEEDING, AND HAVING FIRST BEEN DULY
14   SWORN, TESTIFIED AND SAID AS FOLLOWS:
15      ---
16      EXAMINATION
17
18   BY ATTORNEY O'DONNELL:
19   Q. Good afternoon, Mr. Eck. My
20   name is Sharon O'Donnell, and I
21   represent the Oley Valley School
22   District, Dr. Tracy Shank, Christopher
23   Becker, and Stacy Lyons.
24   I am going to be asking you
25   questions about the lawsuit that you

Page 8

1   brought against those Defendants, and
2   I'm going to ask you to --- I'm going
3   to ask that you comply with the
4   following instructions that I'm going
5   to give you.
6   First is that because this is a
7   proceeding that's being transcribed by
8   a Court Reporter, you'll need to keep
9   your answers audible and verbal.  That
10   means that you must speak loud enough
11   so that we can hear you over the air
12   conditioner in this room.  And
13   verbally, you cannot respond as you're
14   doing now, physical gestures.  You've
15   got to use words. If you need to
16   respond in the affirmative, say yes.
17   In the negative, say no.
18   In the event that you don't
19   know an answer that I ask --- to a
20   question that I ask, simply tell me
21   you don't know.  And if for some
22   reason you don't recall something that
23   you knew and just don't --- as you sit
24   here today, can't recall, just say
25   that you don't remember.

Page 9

1   Okay?
2   A. Okay.
3   Q. Can you follow those
4   instructions?
5   A. Yes.
6   Q. Okay.  Thank you.
7   If for some reason you don't
8   understand a question that I ask,
9   please don't answer it.  Ask me to
10   repeat it or rephrase it because if
11   you answer a question that I ask, I'm
12   going to assume that you both heard
13   it, understood it, and that the answer
14   that you give me is the answer that
15   you mean to give me.
16   Do you understand that?
17   A. Yes.
18   Q. Okay.
19   Do --- is there any reason why
20   today you would not be able to answer
21   my questions truthfully and to the
22   best of your knowledge and
23   recollection?
24   A. No.
25   Q. Do you know what the word oath

3 (Pages 6 to 9)

Joint Appendix00003

Page 10

1  means?  And do you know what it means
2  to take an oath to tell the truth?
3  A. That I'm not going to lie, and
4  that I'm going to tell the truth.
5  Q. Okay.
6  A. To the best of my knowledge.
7  Q. Do you --- do you know what the
8  word perjury means?
9  A. No.
10 Q. For the purposes of today's
11 deposition, perjury would mean an
12 intent to lie under oath.  That's a
13 crime, and you could be pursued
14 criminally if we do in fact find that
15 you're lying here.
16 Okay?
17 A. Okay.
18 Q. Would you state your full name
19 for the record, Mr. Eck?
20 A. Jordan Parker Eck.
21 Q. And what is your current
22 address?
23 A. 49 Alsace Avenue, Temple,
24 Pennsylvania 19560
25 Q. Okay.

Page 11

1  And do you currently live at
2  that address?
3  A. Not currently, no.  I reside in
4  a college campus.
5  Q. Okay.
6  A. In a dorm.
7  Q. What college is that?
8  A. University of the Arts.
9  Q. Okay.
10 And where's that located?
11 A. Philadelphia.
12 Q. Okay.
13 And what's the address there?
14 A. It's on Broad Street, Center
15 City, Philadelphia.
16 Q. Do you happen to have the
17 number?
18 A. I live in Furness, 2nd Floor,
19 211.
20 Q. You live in Furness, 2nd Floor,
21 211.  Is that 211 the number of the
22 apartment ---
23 A. Yes.
24 Q. --- or --- or the dorm?
25 A. Yep.

Page 12

1  Q. And is that also on Broad
2  Street.
3  A. Yeah.
4  Q. And what's your major at the
5  University of the Arts?
6  A. I'm an acting major.  I believe
7  Furness is at the corner of Pine and
8  Broad Street to be specific.
9  Q. Let's turn to the first exhibit
10 in the binder that's before you and if
11 you can recognize something there
12 called the caption to your name there.
13 A. Right here?
14 Q. Jordan Eck --- yes, at the top.
15 A. Yep.
16 Q. Can you tell me why you're
17 suing the Oley Valley School District?
18 A. I'm suing because my civil
19 rights were broken, and because of the
20 defamation claim in Mrs. Lyons email.
21 Q. Okay.
22 Anything else?
23 A. (Indicates no).
24 Q. Tell me about your civil rights
25 being broken.

Page 13

1  A. I spoke up at a School Board
2  meeting, and next day I was suspended
3  for my speech.  And for my actions
4  that night.
5  Q. Okay
6  So let's break that down.  I
7  was suspended for my speech and for my
8  actions that night.
9  Okay.
10 So tell me a little bit about,
11 well were we --- you tell me.  Turn to
12 the tab marked three, and we'll
13 identify that.  I'd like you to pass
14 this over to the Court Reporter so he
15 can mark that as Plaintiff's 4.
16         ---
17 (Whereupon, Plaintiff's
18 Exhibit 4, School Board
19 Meeting Minutes, was
20 marked for
21 identification.)
22         ---
23 BY ATTORNEY O'DONNELL:
24 Q. Okay.
25 Do you recognize what this

4 (Pages 10 to 13)

Joint Appendix00004

Page 14

1   series of pages represent?
2   A. Yes. These are the School
3   Board minutes, I think.
4   Q. And you --- can you identify
5   for me and for the record what day the
6   School Board meeting was held?
7   A. Wednesday, March 20th, 2019 at
8   7:00 in the high school library.
9   Q. Okay.
10  And is your name reflected in
11  attendance in the meeting?
12  A. Yes, twice. As a guest and as
13  a senior student representative to the
14  Board.
15  Q. And what does it mean to be a
16  student --- senior student
17  representative to the Board?
18  A. I do --- I report, based on
19  what the principals tell me, the --- I
20  was at a representative as a junior
21  and also as a senior. So as a junior,
22  I read the Principal's --- basically
23  updates on the school for the
24  elementary and the middle school. And
25  then I also read for the high school

Page 15

1   Q. On behalf of?
2   A. As the President of the Drama
3   Club. And I talked about how I was
4   accused by Mrs. Lyons of a couple
5   things, how I had many disagreements
6   with Mrs. Lyons artistically, how
7   rehearsals were being run, and how she
8   sent an email filled with lies about
9   me and my mother.
10  Q. Can you repeat what you said
11  between your artistic disagreements
12  with Mrs. Lyons and the email filed
13  with lies about you and your mother?
14  A. Yes. So I talked about how we
15  had disagreements artistically within
16  the show, and how she sent an email
17  filled with lies about me and my
18  mother.
19  Q. Okay.
20  And did you have any issue with
21  Mrs. Lyons with respect to your
22  position as President of the Drama
23  Club?
24  A. Yes I did. So communication
25  within --- between me and her was not

Page 16

1   my senior year.
2   Q. So it's basically you're
3   reading something someone else wrote?
4   A. Yeah, I --- yeah. I'm supposed
5   to represent the student body based on
6   what the Principal tells me.
7   Q. Just so I'm clear, you never
8   voiced an original thought to the
9   Board as a senior student
10  representative to the Board?
11  A. No. I voice my speech
12  separately.
13  Q. Okay.
14  As far as your original
15  thoughts being voiced the night of
16  March 20th, that would fall under the
17  subheading guests?
18  A. Yes.
19  Q. Okay.
20  And can you tell me what you
21  said during the School Board meeting?
22  A. Yes. I --- in the School Board
23  meeting in my speech, I talked about
24  how I was speaking on behalf of
25  President of the Drama Club.

Page 17

1   well. Rehearsals started late often,
2   schedules changed often.
3   Q. Okay.
4   Anything else?
5   A. I disagreed with some of the
6   ways she directed us as actors and
7   performers.
8   Q. So that would be an artistic
9   disagreement?
10  A. Yes.
11  Q. What are your job duties as
12  President of the Drama Club? What do
13  you do?
14  A. I coordinate activities for the
15  students. I help up to --- I lead
16  warm up games, so acting exercises
17  within the rehearsals. I was a leader
18  to my peers and friends. I
19  communicated with people in the club.
20  Q. Coordinated schedules did you
21  say?
22  A. I coordinated theater games and
23  different activities with the
24  students.
25  Q. And when you said you were

5 (Pages 14 to 17)

Page 18

```
 1    leader to your peers and friends, what
 2    does that mean?  Specifically, what
 3    did you do?
 4    A. I lead theater games, I helped
 5    students with homework occasionally, I
 6    helped go over lines, and I
 7    occasionally helped students with
 8    their choreography.  Things of that
 9    nature.
10    Q. And how long had you been
11    President of the Drama Club?
12    A. Well, I had been Vice President
13    my sophomore year and my junior year,
14    and I was President of the Drama Club
15    my senior year.  I was voted in by the
16    students, all three years.
17    Q. By the club members?
18    A. Yes.
19    Q. Now you said you were accused
20    by Mrs. Lyons of something?
21    A. Yes.  So in a meeting with Dr.
22    Shank, I had been told that I was
23    trying to sabotage the musical.  And I
24    had also gotten word from Dr. Shank
25    and Dawn Cambria that somebody had
```

Page 19

```
 1    reported that I was abusing Haley by
 2    not letting her eat.  And I found out
 3    that Mrs. Lyons was the one who
 4    reported it.
 5    Q. Dr. Shank and Dawn Cambria told
 6    you that someone had reported that you
 7    were abusing Haley by not letting her
 8    eat?
 9    A. Yes.
10    Q. And how did you find out that
11    Mrs. Lyons reported it?
12    A. Haley told me that she had told
13    Alexa, her friend.  And that Alexa
14    told Mrs. Lyons to watch out for Haley
15    because Haley had been losing weight.
16    And after finding it out from Haley,
17    Alexa had --- Mrs. Lyons had twisted
18    Alexa's words apparently.
19    Q. How --- how do you know that
20    Mrs. Lyons twisted Alexa's words?
21    A. I talked to Haley, who talked
22    to Alexa.
23    Q. Did you talk to Alexa?
24    A. At one point I did, yes.
25    Q. Okay.
```

Page 20

```
 1    And what did Alexa tell you
 2    that she said to Mrs. Lyons?
 3    A. On the phone, she wouldn't
 4    divulge any information because she
 5    said it would've be appropriate to do
 6    so, but she told Haley that Mrs. Lyons
 7    had twisted her words.
 8    Q. Haley was just in here and she
 9    didn't say that.  Why do you think
10    that Mrs. Lyons twisted Haley's words?
11    A. Twisted Alexa's words.
12    Q. Why do you think that Mrs.
13    Lyons twisted Alexa's words?  That
14    wasn't Haley's testimony.  She didn't
15    tell us that.  Why do you think it was
16    true?
17    A. Can you rephrase your question?
18    Q. Sure.  Haley was just in here,
19    and she testified about the same
20    thing.  She has no idea what Alexa told
21    Mrs. Lyons so how would you know if
22    she twisted Mrs. Lyons words --- Mrs.
23    Lyons twisted Alexa's words?
24    A. Because Mrs. Lyons doesn't like
25    me.
```

Page 21

```
 1    Q. Okay.
 2    A. Haley may have just forgotten
 3    to tell you that.
 4    Q. So what does Mrs. Lyons not
 5    likening you have to do with twisting
 6    Alexa's words?
 7    A. Because it twisting Alexa's
 8    words, she sent in a mandatory report.
 9    Whenever she thinks something is
10    wrong, she has to report it.  Like,
11    something about a student.  So she
12    thought I was abusing Haley.  She
13    reported that to Dr. Shank.
14    Even though there's --- there's
15    no evidence in me abusing Haley at
16    all.  Other than Alexa saying watch
17    out for Haley because she's losing
18    weight.
19    Q. So I understand that that's how
20    you understand it, but its true isn't
21    it, Mr. Eck, that you don't know what
22    Alexa told Mrs. Lyons?
23    A. Not for sure, no.
24    Q. And you don't know what Mrs.
25    Lyons told Dr. Shank, do you?
```

6 (Pages 18 to 21)

Joint Appendix00006

Page 22

1   A. I can't because it's a mandated
2   report, and that's pretty
3   confidential.
4   Q. Were you investigated by
5   Children and Youth?
6   A. No.
7   Q. Were you investigated by the
8   police?
9   A. No.
10  Q. Were you investigated by
11  anyone?
12  A. Nope.
13  Q. With respect to the lies that
14  you say are reflected in an email, was
15  that an email that was directed to
16  you?
17  A. It wasn't sent to me, but
18  talked about me and my mother.
19  Q. And how did you get the email
20  that was never sent to you or your
21  mother?
22  A. A student sent a screenshot of
23  it to me on my phone.
24  Q. Who is that student?
25  A. Melissa Geary.

Page 23

1   Q. And Melissa, did --- was the
2   email directed to Melissa Geary?
3   A. I believe it was directed to
4   the parents of the --- some students
5   in the show.
6   Q. And do you know if Melissa
7   Geary's parents received that email?
8   A. I do. She texted me saying her
9   mother got the email.
10  Q. And what I'd like you to do is
11  flip to tab number six, about ten
12  pages in. And your attorney has a
13  clean copy so he's going to show you
14  his copy. And I'd like for you to
15  identify for us, please, whether or
16  not this is a copy of the screenshot
17  that was sent to you by Melissa Geary.
18  A. Yep, this is the email.
19  Q. Okay.
20  So let's read it out loud if
21  you would, sir.
22  A. Okay.
23  Hi, I need your help. I spent
24  the last two months shielding the kids
25  from some very horrible stuff

Page 24

1   happening behind the scenes with a
2   student and his mother.
3   Unfortunately, the situation has
4   escalated to the point that this
5   student posted something against
6   *another student and the police were*
7   called in.
8   The mother and her son want me
9   fired. And in the mother's words, she
10  is going to destroy me. All of this
11  because her son was not cast as Jack.
12  I have been working closely
13  with Dr. Shank and the administration
14  since January. This parent has made
15  friends with Mrs. Zackon on the School
16  Board. *This is helping to fuel the*
17  fire.
18  Dr. Shank let me know today
19  that this parent is planning on
20  attending the School Board meeting
21  tomorrow night at 7:00 p.m. in the
22  high school library. I am reaching
23  out to ask any and all parents who
24  believe in this program, and students
25  that love it, to please show up to the

Page 25

1   Board meeting to show your support.
2   We are in jeopardy of losing this
3   program.
4   Any questions, feel free to
5   call me (610) 621-6588. Thank you,
6   Stacey Lyons, Director Oley Valley
7   High School Drama Department. There's
8   her email and her phone number.
9   Q. So how --- so how do you
10  identify yourself in this email?
11  A. Well only two people were up
12  for the role of Jack, and I was the
13  one not casted Jack so.
14  Q. So by process of elimination,
15  you discerned that this is an email
16  that relates to you and your mother.
17  Right?
18  A. Yes.
19  Q. Okay.
20  So she's talking about some
21  very horrible stuff happening behind
22  the scenes. Do you know that goes ---
23  that horrible stuff was?
24  A. No.
25  Q. You have no idea whatsoever?

7 (Pages 22 to 25)

0007a

Joint Appendix00007

Case 5:19-cv-01873-MAK Document 46-1 Filed 01/03/20 Page 11 of 150

Page 26

1 A. Not of the top of my head.
2 Q. No? Okay.
3 It says unfortunately the
4 situation has escalated to the point
5 that this student posted something
6 against another student and police
7 were called in. Is it, or is it not,
8 true that Haley posted a --- a video
9 of you demonstrating and expressing,
10 making expression using the very fruit
11 that Jared Mazeika is highly allergic
12 to?
13 A. She posted that video, yes.
14 Q. And you are depicted in that
15 video holding the fruit that Jared
16 Mazeika, the boy that was cast as
17 Jack, is highly allergic to.
18 Isn't that correct?
19 A. I was holding fruit, and I
20 believe there was something else, but
21 I can't remember.
22 Q. Did you and Jared have a tense
23 relationship after he was cast as
24 Jack?
25 A. At first, but it went away

Page 27

1 because we talked things out.
2 Q. What did he do wrong? What did
3 he do against you?
4 A. He didn't do anything wrong.
5 To me.
6 Q. Okay.
7 So if he didn't do anything
8 wrong to you, then why did you have a
9 tense relationship with him?
10 A. After auditions, because we
11 were competing the same role, of
12 course it was a tense relationship.
13 That slowly went away as we had to
14 work together in the show.
15 Q. When you say this --- the tense
16 relationship slowly went away, how did
17 Jared express the tension towards you?
18 A. Often, it was just not talking
19 to me. Not --- not being near me.
20 Because I was, as you know, like the
21 President I was pretty friendly to
22 everybody. But often times, you know,
23 we just didn't talk as much. And as
24 rehearsals kept going, we talked a
25 little bit more because we were both

Page 28

1 dedicated to theater and loved the
2 show.
3 Q. How did you express your
4 tension towards him?
5 A. Just did the same I guess. We
6 just didn't talk.
7 Q. But you were the President of
8 the drama club, so was it appropriate
9 for you not to talk to him?
10 A. What do you mean?
11 Q. Well I though you said that
12 you're the President of the Drama
13 Club, and that one of your
14 responsibilities is to talk and start
15 games, and do some other things
16 communicating with the club members.
17 A. Yes.
18 Q. And Jared is a club member.
19 Correct?
20 A. Right, yeah. I mean socially,
21 we just didn't talk as much.
22 Q. So during practice, did you not
23 talk to him?
24 A. Every now and then we did when
25 it concerned the show. We just didn't

Page 29

1 really communicate about our personal
2 social lives as much.
3 Q. Okay.
4 And what kind of things did you
5 talk about in terms of your personal
6 life with Jared before you competed
7 for the position as Jack?
8 A. We'd often talk about
9 theatrical things. We were in West
10 Side Story together at EPAC, Ephrata
11 Performing Arts Center. And we were
12 both jets, and ---.
13 Q. We were both jets?
14 A. Yeah. Those are characters in
15 the show.
16 Q. Okay.
17 A. So we worked together there.
18 We mostly talked over our love of
19 theater, and acting and music.
20 Q. Are you friends with Mrs.
21 Zackon on the School Board?
22 A. No.
23 Q. Did you ever talk to Mrs.
24 Zackon on the School Board?
25 Did your mother ever talk to

8 (Pages 26 to 29)

Page 30

1    Mrs. Zackon on the School Board?
2    A. Yes.
3    Q. And what did your mother have
4    to say to Mrs. Zackon?
5    A. She was informing her about
6    things going on in the drama club.
7    Q. Okay.
8    And with the intention of doing
9    what?
10   A. To keep her informed because of
11   how rehearsal was being run poorly by
12   Mrs. Lyons.
13   Q. And what did she think Mrs.
14   Zackon was going to do being on the
15   School Board?
16   A. Report it to the rest of the
17   School Board members.
18   Q. And what did she think the
19   entire School Board was going to do
20   about Mrs. Lyons' rehearsals or
21   running of the drama club?
22   A. Supervise her, give her more
23   training, change something with how
24   they were being run so that they could
25   be run more effectively and

Page 31

1    artistically.
2    Q. What does the School Board have
3    to do with the drama club?
4    A. The School Board oversees
5    activities in the school.
6    Q. No.  The School Board oversees
7    the Superintendent.  Period.  They
8    have one employee.  That's the
9    Superintendent.  Why did your mother
10   go to Mrs. Zackon on the School Board?
11   One person out of nine.
12   A. Because the School Board speaks
13   to Dr. Shank, and she also runs
14   activities in the school.
15   Q. Did your mother intend to
16   create problems for Mrs. Lyons by
17   talking to a single member of the
18   School Board?
19   A. Not problems.  Just corrections
20   within the club.
21   Q. Is your mother friends with
22   Mrs. Zackon?
23   A. I guess, acquaintances.
24   They're acquaintances.
25   Q. Does she have any other

Page 32

1    acquaintances on the School Board?
2    A. No.
3    Q. So in the last paragraph, she
4    states I'm reaching out to ask any and
5    all parents that believe in this
6    program and students that love the
7    program to please show up to the Board
8    meeting to --- to show your support.
9    She doesn't say your support of me.
10   Right?
11   A. Uh-huh (yes).
12   Q. Is that correct?
13   You have to answer audibly.
14   A. That's correct.  That's
15   correct.
16   Q. Okay.
17   Why then do you think that Mrs.
18   Lyons was --- was trying to avoid
19   having any comment made directly
20   against her?
21   A. So that it would seem like the
22   students --- so that it would seem
23   that I was trying to get rid of the
24   program instead of correcting Mrs.
25   Lyons' actions so that the students

Page 33

1    would be in favor of speaking towards
2    her.
3    Q. Were there any people that
4    showed up at the School Board meeting
5    to speak in favor of Mrs. Lyons?
6    A. Yes.
7    Q. Okay.
8    Now at any time --- who ---
9    before the --- the School Board
10   meeting, where were you?
11   A. Before the School Board
12   meeting?
13   Q. Yes.
14   A. I was at Mrs. Ferrizzi's house.
15   So --- so the Ferrizzi's house and
16   also my house.
17   Q. Okay.
18   Did you go to school that day?
19   A. Yes.
20   Q. Okay.
21   And what time did you leave?
22   A. I can't remember.
23   Q. Did you stay the whole day?
24   A. I don't think so.
25   Q. Why not?

9  (Pages 30 to 33)

Page 34

1    A. Because I was really, like,
2    stressed out.
3    Q. Why were you really stressed
4    out?
5    A. I believe that was the same day
6    as when I found out about the fruit
7    video. And I wanted to talk to
8    somebody, and nobody was there to talk
9    to.
10   Q. Okay.
11   Did you go back to class?
12   A. No. They excused me --- I ---
13   I can't remember. They didn't excuse
14   me. I can't remember.
15   Q. Did you just walk out of
16   school?
17   A. I am on work release for school
18   which means I'm ahead on my credits.
19   So in the middle portion of the day,
20   around 11:15, I can go to work at the
21   Glick's Greenhouse, but I wasn't
22   feeling well. And so, I called my
23   boss and he let me out of work.
24   Q. So do you think you left school
25   in the morning or in the afternoon

Page 35

1    when you were leaving for work
2    release?
3    A. It would be slightly before
4    12:00.
5    Q. And so, you were leaving at
6    your normal time then? That ---
7    pursuant to your schedule ---
8    A. I think so.
9    Q. --- because you'd be going to
10   work.
11   Is that correct?
12   A. Yeah.
13   Q. So you didn't really leave
14   early, you would be leaving at your
15   normal time according to your
16   testimony.
17   Right?
18   A. Yes.
19   Q. Okay.
20   But you called your boss as
21   Glick's Greenhouse and you called off
22   of work because you weren't feeling
23   well.
24   Right?
25   A. Uh-huh (yes).

Page 36

1    Q. Yes?
2    A. Yes. Yes.
3    Q. And you weren't feeling well
4    because Dr. Shank talked to you about
5    the video, someone talked to you about
6    the video regarding Jared Mazeika.
7    Correct?
8    A. No, I just found out about ---
9    that was the day I found out about the
10   email and what that video was.
11   Because I didn't know --- the day
12   before, they talked to me about
13   there's some Snapchat video going
14   around and you could be involved. And
15   I'm like, I don't know what you're
16   talking about. And then the day in
17   anatomy class, I got the screenshot
18   from Misses --- from Melissa Geary and
19   then I went down to the office.
20   I remember now. I went to my
21   literature class, and I told the
22   teacher I wasn't feeling well. Then I
23   went to the office to talk to
24   somebody, and I couldn't talk to
25   anybody. And all my way into the

Page 37

1    hallway --- in the hallway, Julia Ulsh
2    and Vinny had told me what the video
3    was, that it was the fruit video that
4    I was making jokes in.
5    Q. Right.
6    A. And then I was even more not
7    feeling well. And I wanted to speak
8    to somebody about it, but ---.
9    Q. Let me stop you there. Why
10   would you be upset that that, the
11   fruit video that your girlfriend
12   posted, had made its way around
13   school?
14   A. I was upset that Jared was
15   offended by it because it didn't have
16   anything to do with him.
17   Q. Those were the fruits though
18   that could be deadly to him.
19   Right?
20   A. I think so.
21   Q. And you were his competition in
22   the --- in a play.
23   Right?
24   A. In auditions.
25   Q. In auditions.

10 (Pages 34 to 37)

0010a

Joint Appendix00010

Page 38

1 Right?
2   A. For the musical, yeah.
3   Q. Okay.
4 And you had a tense
5 relationship after he was cast as
6 Jack.
7 Right?
8   A. In the beginning.
9   Q. So would it be unreasonable to
10 him to feel a little intimated when
11 you're on a video posted for the
12 entire school to see with the fruit
13 that, really, could be fatal to him?
14   A. It wasn't for the entire school
15 to see. It was only for Haley's
16 friends on Snapchat.
17   Q. Only for Haley's friends on
18 Snapchat.
19   A. It's for her public snapchat
20 story. But that's not to say somebody
21 couldn't have taken their phone and
22 shown somebody.
23   Q. Well someone showed Jared.
24 Right?
25   A. I suppose.

Page 39

1   Q. As a matter of fact, he's
2 actually friends with Haley on
3 Snapchat.
4 Right?
5   A. Uh-huh (yes).
6   Q. Yes?
7   A. I think so.
8   Q. Okay.
9 So posting that video for Jared
10 to see could be a direct --- a front,
11 to him because of the serious allergy
12 he has to those fruits?
13   A. But it wasn't.
14   Q. So if it wasn't, and you're
15 smiling about it because you feel like
16 it absolutely was not, then why were
17 you upset?
18   A. Because I was shocked that he
19 was offended by it because it had
20 nothing to do with him.
21   Q. Well did you apologize to him?
22   A. No.
23   Q. Why not?
24   A. Because it wasn't directed
25 towards him.

Page 40

1   Q. Well why didn't you tell him
2 that?
3   A. I didn't have time to talk to
4 him.
5   Q. But you were looking for
6 someone to talk about --- talk with in
7 the office. Why didn't you just talk
8 with him?
9   A. He had a class.
10   Q. Why didn't you call him later
11 that day, or send him a text and say
12 hey man, no offense?
13   A. I didn't.
14   Q. Why not?
15   A. I didn't want to try and make
16 things worse.
17   Q. How would an apology make
18 things worse?
19   A. I don't know.
20   Q. Okay.
21 So you find out that this video
22 is circulating through Haley's public
23 Snapchat forum, and Jared now sees it
24 and he's offended. Plus you found out
25 about this email, and you were upset?

Page 41

1   A. Yes.
2   Q. And then you were looking for
3 someone in the office to talk to. Who
4 exactly were you looking to speak
5 with?
6   A. Mr. Becker, Dr. Shank.
7 Guidance counselor.
8   Q. What would you talk to them
9 about? What would you say?
10   A. Why is this going around, were
11 the police actually called on me?
12 Because I didn't talk to anybody. I
13 didn't know what I did wrong, and I
14 would like --- I wanted something ---
15 I wanted some comfort because ---.
16   Q. Do --- do you know if Jared and
17 Mrs. Mazeika, his mother, had any
18 comfort when they saw that video?
19   A. I don't know their reaction to
20 the video.
21   Q. And would you know whether or
22 not they spoke with Dr. Shank about
23 feeling threatened by that video?
24   A. I don't know.
25   Q. Do you know whether or not they

11 (Pages 38 to 41)

Joint Appendix00011

Case 5:19-cv-01873-MAK   Document 46-1   Filed 11/25/19   Page 15 of 218

**Page 42**

1 spoke to anyone about feeling so
2 threatened that they needed to call
3 the police?
4 A. Yes.
5 Q. And do you know whether or not
6 they actually did call the police?
7 A. I don't.
8 Q. Okay.
9 No one though spoke to you from
10 the Police Department.
11 I that correct?
12 A. Nobody.
13 Q. And no one spoke to you from
14 Children and Youth.
15 Is that correct?
16 A. That's correct.
17 Q. Okay.
18 So you finish --- well I guess
19 I should've asked another one. And
20 let's go to page 5. And at the top of
21 page 5, you'll see a paragraph marked
22 25. And it begins, on the evening of
23 March 20th, during the regularly
24 scheduled rehearsal for the school
25 show, Mrs. Lyons dismissed students to

**Page 43**

1 speak positively on her behalf at the
2 School Board meeting.
3 How do you know that?
4 A. That's what happened.
5 Q. How do you know?
6 A. When I was at the School Board
7 meeting, students walked in. They all
8 filled out --- most of them filled out
9 cards to speak at the School Board
10 meeting, and they spoke to Mrs. Lyons'
11 character in a positive way on the
12 stand.
13 Q. Okay.
14 So it says during the regularly
15 scheduled rehearsal for the school
16 show. Were you there?
17 A. I did not go to rehearsal. I
18 went to the meeting instead.
19 Q. Okay.
20 You went directly from the
21 Ferrizzi's house to the School Board
22 meeting?
23 A. I went to the Ferrizzi's house,
24 and I think I went back to my house to
25 print out my speech.

**Page 44**

1 Q. Okay.
2 Who helped you write the
3 speech?
4 A. My mom, Mrs. Ferrizzi, Mr.
5 Ferrizzi, Haley, Vinny.
6 Q. They all helped --- they all
7 contributed to your speech?
8 A. They not --- they didn't
9 contribute. I wrote my speech, and we
10 read them out loud to each other to
11 make sure they were solid.
12 Q. Did anyone change any of the
13 language that you used?
14 A. No.
15 Q. So then you went home to print
16 out your speech, and then you went
17 directly to the School Board meeting?
18 A. That's correct.
19 Q. So you wouldn't know whether or
20 not Mrs. Lyons dismissed students or
21 not from rehearsal because you weren't
22 there.
23 Right?
24 A. I was at the meet --- the
25 School Board meeting when students who

**Page 45**

1 were at the rehearsal walked into the
2 School Board meeting.
3 Q. Okay.
4 That's a different answer to a
5 different question. I'm simply asking
6 whether you were present for rehearsal
7 when Mrs. Lyons dismissed anyone.
8 A. I wasn't present for that
9 rehearsal, no.
10 Q. So you don't know if she
11 actually did that or not?
12 A. I don't know because I wasn't
13 there.
14 Q. Perfect. It says, Mrs. Lyons
15 dismissed students to speak positively
16 on her behalf. How do you know that?
17 A. Students spoke positively on
18 her behalf at the School Board
19 meeting.
20 Q. Okay.
21 Do you know --- how --- how do
22 you know Mrs. Lyons dismissed them to
23 be able to do that?
24 A. Well they left rehearsal, and
25 they were at the Board meeting.

12 (Pages 42 to 45)

C012a

Joint Appendix00012

Page 46

1   Q. *Do you think Mrs. Lyons only*
2   *dismissed them to speak positively on*
3   *her behalf?*
4   A. I think she dismissed them to
5   speak at the School Board meeting.
6   Q. Do you have any evidence ---
7   and I'm going to use that term very
8   loosely and not in a legal sense, that
9   Mrs. Lyons dismissed the students only
10  to speak positively on her behalf?
11  A. I have witnesses at the
12  rehearsal. I don't know if that's
13  evidence or ---.
14  Q. So someone who is --- who is at
15  the rehearsal and was dismissed by
16  Mrs. Lyons said to you that Misses ---
17  Mrs. Lyons dismissed us from rehearsal
18  so that we can go to the School Board
19  and speak positively on her behalf?
20  A. I think because of the email
21  students left, hoping to speak at the
22  School Board meeting because based on
23  her email, they thought that I was
24  trying to get rid of the club. So
25  they were speaking for the club ---

Page 47

1   Q. All right.
2   A. --- about the situation. And
3   if, for the students, if that takes
4   speaking positively about Mrs. Lyons
5   to keep the club, then I think that's
6   what they would do.
7   Q. Now it says in paragraph 26 at
8   this meeting, three students, Jordan,
9   Haley, and Vinny, along with several
10  parents and alumni spoke against Mrs.
11  Lyons.
12  When you say spoke against Mrs.
13  Lyons, is it anything beyond what
14  we've already discussed in terms of
15  what you said at the School Board
16  meeting?
17  A. No.
18  Q. What makes you think that
19  disagreeing with her artistically is
20  speaking against her?
21  A. Because I was speaking at the
22  School Board meeting against her
23  ideals and how she runs rehearsals.
24  Q. Were you trying to disparage
25  her to the School Board?

Page 48

1   A. What does disparage mean?
2   Q. Were you trying to paint her in
3   a negative light to the School Board?
4   A. I was trying to paint her
5   actions in a negative light.
6   Q. In paragraph 27, it says the
7   School Board announced at the outset
8   that it would not allow any character
9   assassination of Mrs. Lyons, and that
10  only positive comments about her and
11  her character would be tolerated.
12  Do you see that?
13  A. Yes.
14  Q. Okay.
15  Was it the entire School Board?
16  A. Mr. Pollock. I believe the
17  President and whoever the attorney was
18  for the School Board there.
19  Q. And are you absolutely sure it
20  was Mr. Pollock?
21  A. Yes.
22  Q. Okay.
23  And do you recognize Mr.
24  Pollock?
25  A. Yes.

Page 49

1   Q. Okay.
2   And he is the President?
3   A. I think so. He sat at the head
4   of the table.
5   Q. Okay.
6   And then, the attorney. Do you
7   know the attorney?
8   A. No.
9   Q. And did the attorney speak?
10  A. Yes.
11  Q. What did the attorney said?
12  A. There would not be any
13  character assassination of Mrs. Lyons.
14  Q. And do you know the name of the
15  attorney?
16  A. No.
17  Q. And how do you know it was an
18  attorney?
19  A. I think it said ESQ on his name
20  tag.
21  Q. Okay.
22  Was that advice heeded, as in
23  H-E-E-D-E-D, heeded? Heeded, or did
24  you ignore that advice?
25  A. That advice was heeded. I

13 (Pages 46 to 49)

Case 5:19-cv-01873-MAK   Document 46-1   Filed 01/03/20   Page 17 of 150

Page 50

1  never said Mrs. Lyons' name in my
2  speech. I replaced it in the writing
3  with the people running rehearsals or
4  the people up top, the directors.
5  That's what I said in my speech.
6  Q. In 28, you said the School
7  Board also announced that no one could
8  be referred to by name even though the
9  School Board knew at that time that
10  some students, parents, and alumni,
11  and had come specifically to regard
12  --- to speak regarding Mrs. Lyons
13  behavior.
14  Is that true?
15  A. That's true.
16  Q. And how did the School Board
17  know in advance?
18  A. Well, we're all drama students,
19  and they came in to speak.
20  Q. Did anyone tell any --- did
21  someone tell anyone on the Board
22  before the Board meeting that students
23  --- drama students, would be coming in
24  to speak out against Mrs. Lyons?
25  A. My mother called Mr. Pollock

Page 51

1  and said that we would be speaking at
2  the Board meeting, but I don't think
3  Mr. Pollock knew that students from
4  the drama club would be dismissed to
5  speak about Mrs. Lyons in a positive
6  way.
7  Q. So he knew that you were coming
8  in to speak negatively about Mrs.
9  Lyons, but he didn't know that drama
10  club students had been dismissed to
11  speak about Mrs. Lyons positively, or
12  negatively?
13  A. I don't know exactly everything
14  he knew, but I know that my mother
15  talked to him and said that we were
16  coming to express our concerns with
17  Mrs. Lyons' actions taken during
18  rehearsals for Newsies. I don't know
19  whether or not he knew that Mrs. Lyons
20  would dismiss the drama students.
21  Q. And again, you don't know if
22  Mrs. Lyons knew what the drama
23  students were going to say for or
24  against the program?
25  A. I think Mrs. Lyons knew that

Page 52

1  all the students wanted the program to
2  continue, as did I. And that if they
3  thought that I was being a bad person
4  based upon an email, they would fight
5  for the club to stay alive.
6  Q. In paragraph 29, it says
7  accordingly Jordan, Haley, and Vinny
8  along with other --- all others who
9  spoke against Mrs. Lyons were severely
10  curtailed in their ability to speak
11  their viewpoints about the situation
12  as it had developed in regards to the
13  school show.
14  Do you know what curtailed
15  means?
16  A. Hindered.
17  Q. Okay.
18  So how was your speech severely
19  hindered?
20  A. They kept, not for me because I
21  didn't says Mrs. Lyons name, but for
22  other people who spoke --- spoke
23  against Mrs. Lyons, they would
24  interrupt whenever her name would be
25  said in speech saying there will be no

Page 53

1  character assassinations.
2  Q. Are you aware that speech can
3  be limited or restricted in certain
4  ways?
5  A. No.
6  Q. Are you saying no, you don't
7  know, or no, that's not true?
8  A. No, I do not know.
9  Q. So what did you do after the
10  School Board meeting?
11  A. After the School Board meeting,
12  I had shaken hands with some of the
13  School Board members. Dr. Markley had
14  told me to go back to rehearsal with
15  my head up. I even spoke to Mrs.
16  Mazeika, that was Jared's mom, and I
17  --- I hugged her and I said, you know
18  whatever happened, I --- I want Jared
19  to feel better, I want things to get
20  worked out, and I'm looking forward to
21  moving on with the show. And she
22  agreed.
23  Q. Did she thank you for saying
24  that?
25  A. I can't remember. It was very

14 (Pages 50 to 53)

Case 5:19-cv-01873-MAK  Document 46-1  Filed 01/03/20  Page 18 of 150

Page 54

1  positive, seemingly, moving forward
2  type conversation.
3  Q. Were you late for rehearsal
4  coming back?
5  A. Yes, because rehearsal started
6  at the same time, around the same time
7  as the School Board meeting.
8  Q. Right, but some of the students
9  had been dismissed to go to the
10  meeting if they chose to go.
11  Correct?
12  A. Right, yeah. So after the
13  meeting, they went back. And then I
14  hung around a little longer than they
15  did. And I shook hands, I was talking
16  to Mrs. Mazeika, and then I eventually
17  went back to the rehearsal.
18  Q. Where was Haley at this time?
19  A. In the hallway, maybe at
20  rehearsal.
21  Q. You don't remember?
22  A. I don't remember.
23  Q. When you got to rehearsal, was
24  the door open or locked?
25  A. The side door was open, and I

Page 55

1  went in and I got up on stage and
2  danced.
3  Q. Did you go in through the side
4  door or did you try the front door?
5  A. No, I usually enter through the
6  side door.
7  Q. Okay.
8  So the front door wasn't even
9  an issue for you?
10  A. I didn't see.
11  Q. It says Mrs. Lyons went around
12  the room asking the students to share
13  what they had said, and also to share
14  what Jordan, Haley, and Vinny had said
15  against her.
16  Were you there when that
17  happened?
18  A. No.
19  Q. It says that she asked direct
20  and pointed questions about the
21  statements of students who opposed her
22  at the School Board meeting.
23  What were those direct and
24  pointed questions?
25  A. I wasn't there, I don't know.

Page 56

1  I'm assuming they were what did they
2  say? How do you guys feel about this?
3  Q. Well try not to guess if you
4  don't know.
5  A. Okay.
6  Q. It says after rehearsal
7  concluded, Jordan addressed the other
8  students at that time and said he
9  hoped everyone could move on together
10  and have a great show.
11  Is that true?
12  A. Yep.
13  Q. Okay.
14  And why did you do that?
15  A. Well after the meeting, I was
16  ready to move on and I was encouraging
17  other students. I was really proud of
18  everybody for speaking up, and I
19  expressed that. And I said I was
20  excited to move on with them at the
21  show for the good of theater.
22  Q. Under Mrs. Lyons' direction?
23  A. Yes.
24  Q. Did anyone tell you that Mrs.
25  Lyons would be dealt with in some way?

Page 57

1  A. No.
2  Q. Do you know whether or not Mrs.
3  Lyons was dealt with in some way?
4  A. I do not know.
5  Q. If she was, would that be any
6  of your business?
7  A. I don't know.
8  Q. It says after Jordan spoke to
9  the other students, Jordan went to
10  Mrs. Lyons privately and asked to
11  speak with her.
12  Is that true?
13  A. Yes. In between dance numbers,
14  right as we were switching to run
15  another number, I --- I asked her if I
16  could speak with her in the hallway.
17  Q. Okay.
18  And then it says Mrs. Lyons
19  claimed to be uncomfortable speaking
20  with him privately, asked the school
21  secretary who was still present, Ms.
22  Maria Jones, along with Ms.
23  Hartenstine, an assistant staff member
24  with the school show, to step out into
25  the hallway with Mrs. Lyons to be

15 (Pages 54 to 57)

Joint Appendix00015

Case 5:19-cv-01873-MAK   Document 46-1   Filed 11/25/19   Page 19 of 218

**Page 58**

1   present as she and Jordan spoke about
2   their disagreements.
3   Is that true?
4   A. Yeah.
5   Q. This is paragraph 38 on page 6.
6   A. Yeah, sorry. The fan's blowing
7   the pages. Yes.
8   Q. So it says Mrs. Lyons claimed
9   to be uncomfortable with speaking to
10  him privately. To whom did she
11  express her discomfort?
12  A. Abby. I don't know exactly,
13  but presumably Abby or Mrs. Jones.
14  Q. Okay.
15  So again, I'm going to ask you
16  to only testify to what you know and
17  not something that you're presuming or
18  guessing.
19  A. Yes.
20  Q. So claiming to be uncomfortable
21  with speaking with him privately, do
22  you know if she actually did that, and
23  to whom she said that?
24  A. Not off the top of my head, no.
25  Q. Okay.

**Page 59**

1   It said asked the school
2   secretary who was still present, Ms.
3   Maria Jones, along with Ms.
4   Hartenstine, and an assistant staff
5   member with the school show. An
6   assistant staff member with the school
7   show to step out into the hallway. So
8   first of all, did you see her ask Ms.
9   Maria Jones to come out with her while
10  she spoke with you?
11  A. No.
12  Q. Did you see her or hear her ask
13  Ms. Hartenstine to be present while
14  she spoke with you in the hallway?
15  A. Yes.
16  Q. Yes. And is it true that Ms.
17  Hartenstine is an assistant staff
18  member with the school show?
19  A. Yes.
20  Q. What does that mean? What's
21  her position there?
22  A. She's the assistant director,
23  she helps Mrs. Lyons in the booth.
24  Q. And she's also a teacher in 5th
25  --- in 5th grade.

**Page 60**

1   Right?
2   A. Yes.
3   Q. Now it said to speak about
4   their disagreements. Did Mrs. Lyons
5   know what she was going to be speaking
6   to you about before you got out in the
7   hallway?
8   A. No.
9   Q. So is it true that Mrs. Lyons
10  asked Ms. Hartenstine to accompany her
11  in the hallway to be present as you
12  and she were to speak about your
13  disagreements?
14  A. Yes, she --- can you ask the
15  question again, please?
16  Q. Sure. Is it true that Ms.
17  Lyons asked Ms. Hartenstine to be
18  present while she and you spoke about
19  your disagreements?
20  A. Yes.
21  Q. Ahead of time?
22  A. Yes, before --- Vinny and I
23  were going to go out and talk to them
24  together, and that at that time, Mrs.
25  Lyons said Abby, can you come with me?

**Page 61**

1   They went out together and I went out
2   with Vinny and she said I'd like to
3   speak with each of you separately.
4   And then, I said okay so I stepped
5   back.
6   So she said alone, please. And
7   I said okay, and then she said so go
8   away. And I went back into the
9   auditorium. And then, by the time
10  Vinny got back, I went out into the
11  hallway to speak with them.
12  Q. Okay.
13  That's an answer to a different
14  question. I'm trying to learn form
15  you whether or not Mrs. Lyons knew
16  that she'd be speaking to you about
17  disagreements before you got out
18  there.
19  A. No.
20  Q. Then it says, once in the
21  hallway and still in plain view of
22  students leaving the rehearsal, Jordan
23  expressed his desire to find a way to
24  patch things over so that he and Mrs.
25  Lyons could productively work together

16 (Pages 58 to 61)

Page 62

1  for the duration of the rehearsals and
2  the final program.
3  And it says plain view of
4  students. Now who were the students
5  that you were in plain view of?
6  A. Well my --- Haley was at the
7  end of the hallway, Vinny was also
8  --- he was heading out, and I --- I
9  don't know exactly who the students
10 were leaving at the end of the
11 hallway. My parents were also at the
12 end of the hallway and so was Ray
13 Forsyth. Now he's not a student, he's
14 an alumni.
15 Q. Would you agree with me though,
16 none of those people could hear what
17 you were saying to Mrs. Lyons?
18 A. No. I --- I do agree with you
19 they would not hear.
20 Q. Okay.
21 It says Jordan expressed his
22 desire to find a way to patch things
23 over with Mrs. Lyons. What did you
24 say to her?
25 A. I said how I'm ready to move on

Page 63

1  with the show. I talked about how,
2  like these are problems that I really
3  want to be worked out, that they're
4  still happening. Like rehearsals not
5  starting on time, schedules being
6  changed, people showing up late
7  because rehearsals start late.
8  And then she said, well they
9  start late because, excuse me.
10 Because people show up late. And I
11 said no, it's because we start late
12 consistently. Oftentimes, we kept
13 saying like we'll have to agree to
14 disagree. We'll have to agree to
15 disagree.
16 And it seemed like we would
17 move on with the show, and do what's
18 best for the program.
19 Q. Did she know ahead of time that
20 you were going to make a presentation
21 to the Board about her running the
22 drama club to your dissatisfaction?
23 A. I don't know.
24 Q. You didn't tell her.
25 Right?

Page 64

1  A. No.
2  Q. Do you know if Vinny told her
3  that he was going to be speaking about
4  her in a negative light?
5  A. I don't think he told her that.
6  Q. Do you think Haley told her?
7  A. No.
8  Q. Do you think any of your cast
9  told her?
10 A. They didn't tell Mrs. Lyons.
11 Q. Do you know whether or not Mrs.
12 Zackon told her?
13 A. Nope.
14 Q. So she was basically surprised?
15 A. I think she knew.
16 Q. How would she know?
17 A. I think somebody else told her,
18 like Dr. Shank. Or Mr. Pollock
19 because my mother had spoken to Mr.
20 Pollock.
21 Q. Your mother spoke to Mr.
22 Pollock, too?
23 A. Yeah, on the phone.
24 Q. And when did she speak to Mr.
25 Pollock?

Page 65

1  A. Before the School Board
2  meeting.
3  Q. That day?
4  A. I don't know for sure. Before
5  the School Board meeting.
6  Q. So she spoke with Miss --- Ms.
7  Zackon and Mr. Pollock ahead of the
8  School Board meeting to tell them that
9  all of you would be speaking out
10 against Stacy Lyons and the way she
11 runs the drama club program at a
12 public School Board meeting?
13 Is that true?
14 A. Yes.
15 Q. And then you assumed that Dr.
16 Shank knew because of that?
17 A. Yes.
18 Q. And you assumed that Dr. Shank
19 told Mrs. Lyons ahead of this meeting?
20 A. I think --- I don't know.
21 Q. And based on the email that
22 we've read, Mrs. Lyons knew something
23 was going to happen.
24 Right? And she said she was
25 working with Dr. Shank.

17 (Pages 62 to 65)

Page 66

1   A. Yes.
2   Q. Right? Now do you know whether
3   Dr. Shank spoke with any of your
4   parents before the School Board
5   meeting?
6   A. Not my parents, no.
7   Q. With anyone's parents?
8   A. I don't know.
9   Q. Okay.
10  It says during this
11  conversation, although Mrs. Lyons and
12  Ms. Hartenstine occasionally raised
13  their voices at Jordan, at no time did
14  any of the individuals in this
15  conversation make aggressive moves
16  towards each other.
17  Now why would you say that?
18  A. The next day when I was
19  suspended, they had told me --- Dr.
20  Shank had told me that I had gotten in
21  Mrs. Lyons and Abby's face, and that I
22  lunged at them.
23  Q. Is it possible that --- you
24  called her Abby?
25  A. Uh-huh (yes).

Page 67

1   Q. Is that --- you're allowed to
2   call her Abby, not Ms. Hartenstine?
3   A. Yes, we call her Abby in
4   rehearsals and ---.
5   Q. So what did you say to Misses
6   --- to Ms. Hartenstine that could be
7   construed as getting into her face?
8   A. I don't know.
9   Q. Is it true that you brought up
10  a situation that occurred in 2009
11  where she was not cast as lead in the
12  play and felt bad about it?
13  A. That's true.
14  Q. And why did you bring that up?
15  A. She talked about, at one of the
16  first rehearsals, how she felt better
17  right away and that she was friends
18  right away with the person who did get
19  the lead. And I told her that I was
20  very confused by that, and that it
21  wasn't as easy for me to reconnect
22  with Jared.
23  And so, I was questioning her
24  about like it's just --- it's crazy
25  how, like you can make up with

Page 68

1   somebody that fast.
2   And it's not the same here, and
3   I was disappointed in that they
4   expected Jared and I, as we talked
5   about earlier with the tension slowly
6   going away, they expected that to go
7   away faster than it did. And I was
8   confused by that. And so I asked Abby
9   about that.
10  Q. Were you, in a sense, in sort
11  of an emotional state when you asked
12  Abby that?
13  A. Yeah.
14  Q. Yes?
15  A. Yes.
16  Q. So describe for me how you
17  felt.
18  A. I was tired, especially because
19  it was a late night with the School
20  Board meeting. And I was ready for,
21  you know, to move on.
22  Q. So why --- if you were ready to
23  move on, why were you --- why were you
24  confronting Abby about how she felt
25  about her feelings not being the same

Page 69

1   as your feelings? Why did it matter
2   if you understood that in the moment,
3   and why would you be confused?
4   A. Well to work through, you know,
5   some of the problems I had was that it
6   seemed like, especially during that
7   lecture when they talked about it,
8   that I had to just get over it right
9   away. And that was one of the
10  problems that I had, and I --- I
11  wanted to address that in our
12  conversation.
13  Q. So basically, you wanted to say
14  Abby, just because you got over it
15  right away, doesn't mean you should
16  expect me to get over it right away?
17  Is that true?
18  A. Yes, but I asked --- I just
19  asked her. I didn't confront her.
20  Q. She said she felt threatened.
21  Do you regret that you made her feel
22  threatened?
23  A. I do because Abby's one of the
24  nicest people ever.
25  Q. Now in paragraph 41, you said

Page 70

1   the conversation was witnessed by Ms.
2   Jones who, at no time, intervened
3   between the parties.  Why would you
4   expect Ms. Jones to intervene?
5   A. Well if I would've lunged or
6   made any aggressive moves or
7   confronted somebody, because she was
8   there to mediate the conversation, I
9   think she would've stepped in if
10   something wrong or something wrong was
11   being said.
12   Q. Why would Mrs. Lyons ask Dr.
13   Shank's secretary to mediate a
14   conversation between a student and
15   her?
16   A. I don't know if she asked her
17   or not.  And I don't know why.
18   Q. What does mediate mean?
19   A. To watch over the conversation.
20   Q. Is that it?
21   A. That's what she told us.
22   Q. Who's --- who told you?
23   A. Maria Jones told us that she
24   was there.
25   Q. Do you ---?

Page 71

1   A. After the conversation, when I
2   was leaving, she told me and my family
3   and Haley and Vinny and Ray that she
4   was there to mediate the conversation
5   and watch over it.
6   Q. Are you sure that was the word
7   she used?
8   A. No.
9   Q. Okay.
10   So in paragraph 42 on the next
11   page, it says Ms. Jones came back to
12   Jordan and Vincent who had spoken with
13   Mrs. Lyons and Ms. Hartenstine in the
14   hallway.  Present at the time were
15   also Jordan's parents and Haley.  Ms.
16   Jones told this group both that
17   everything would be okay from here,
18   and encouraged them the school show
19   could move forward with everyone
20   working together.
21   Was that simply based on Ms.
22   Jones comprehension of what she saw
23   and heard to your knowledge?
24   A. Yes.
25   Q. It says at no time during this

Page 72

1   conversation with Jordan and the other
2   students did Ms. Jones state or imply
3   that Jordan had, in anyway, crossed
4   the line in his conversation with Mrs.
5   Lyons prior to this moment.
6   Is that the best of your
7   understanding as to why Ms. Jones said
8   nothing?
9   A. Yeah.  She didn't say anything.
10   Q. But you're saying that if she
11   had something to say, it would've been
12   something --- it would've had
13   something to do with you crossing a
14   line.
15   Is that true?
16   A. It would've had something with
17   crossing the line meaning that I
18   would've stepped to somebody
19   aggressively or confronted somebody or
20   done something wrong.
21   Q. Okay.
22   Now if you come down to
23   paragraph 45, it says the following
24   day Jordan was called to the office
25   and told he could have a guardian

Page 73

1   present for an important meeting with
2   Dr. Shank, the Superintendent, and Mr.
3   Becker, the Oley Valley High School
4   Principal, and Jordan elected to call
5   Tara Eck, his legal guardian.
6   That's your mother.
7   Right?
8   A. That's correct.
9   Q. So you called your mother and
10   did she came down to the school?
11   A. She did.
12   Q. Okay.
13   It says Jordan was given no
14   advanced indication of what this
15   meeting was about.  Why did you think
16   that you were entitled to advance
17   notification or indication?
18   A. I don't know.
19   Q. The next paragraph reads the
20   meeting commenced at roughly 10:00, at
21   which time Jordan was informed that he
22   was to be suspended for
23   insubordination and for making Ms.
24   Hartenstine feel threatened.
25   See that?

19 (Pages 70 to 73)

Joint Appendix00019

Page 74

1    A. Yep.
2    Q. And is that correct?
3    A. Yep.
4    Q. Okay.
5    In paragraph 48 it reads Jordan
6    was informed that Ms. Hartenstine had
7    written an email or letter to Mr.
8    Becker, alleging that Jordan had
9    lunged at her the day before. Ms.
10   Hartenstine, Mr. Becker, and Dr. Shank
11   knew the falsity of Ms. Hartenstine's
12   assertions, acted with reckless
13   disregard whether those assertions
14   were false or not, acted with willful
15   misconduct, or any of the forgoing.
16   What does that mean?
17   A. She said --- I asked how I
18   threatened Abby, Mrs. Hartenstine.
19   And she said that I was extremely rude
20   to her. Dr. Shank recalled that I was
21   extremely rude, and that I stepped in
22   her face and I said what do you mean?
23   And Dr. Shank stood up and stood over
24   me and said that I did, she did the
25   motion. Like, kind of stepping into

Page 75

1    my personal bubble.
2    Q. Like this?
3    A. Yeah. And she said yeah, you
4    lunged at her. And I was very
5    confused because that's not what
6    happened.
7    Q. Because you don't remember
8    lunging at her, do you?
9    A. No.
10   Q. And if you lunged at her in an
11   emotional state, that's something you
12   would remember?
13   A. Yes.
14   Q. Because you remember everything
15   that you do when you're highly
16   emotional?
17   A. I'd say so.
18   Q. Okay.
19   I'd like you to flip to
20   Exhibit 2, and we're going to mark
21   Exhibit 2, the entire thing,
22   Plaintiff's 6.
23         ---
24   (Whereupon, Plaintiff's
25   Exhibit 6, Student

Page 76

1    Handbook, was marked for
2    identification.)
3
4    THE WITNES:
5    Sorry.
6    BY ATTORNEY O'DONNELL:
7    Q. And if you would please,
8    unfortunately this is not well marked.
9    So I want to get to the section which
10   talks about discipline. And ---.
11   A. It's towards the end of the
12   pages.
13   Q. Okay.
14   So it said --- it --- it's on
15   the page that's entitled OVHS Code of
16   Conduct?
17   A. Yes.
18   Q. So this does not apply to any
19   other building but the high school.
20   Right?
21   A. That's correct.
22   Q. Okay. Okay.
23   So if you come down to the
24   middle where it says OVHS Student Code
25   of Conduct, and you come down to the

Page 77

1    second paragraph where there are four
2    subparagraphs listed. Do you see
3    where I am?
4    A. Yeah.
5    Q. It begins with the Code
6    includes?
7    A. Uh-huh (yes).
8    Q. Okay.
9    So I'm just going to read that
10   part, and it says the Code includes
11   many of the strategies used to
12   maintain a safe and disciplined
13   environment. It also has a strong
14   focus on a cooperative effort ---
15   effort among students, parents and
16   school personnel, and helps to define
17   the essential role of each participant
18   in the process.
19   The maintenance of a positive
20   learning climate in the schools of the
21   district is dependent upon the
22   provision of a controlled environment
23   free from undue interference or
24   disruption.
25   To accomplish this objective,

20 (Pages 74 to 77)

Page 78

1    four critical elements must exist.
2    And then, it lists four critical
3    elements there. And what is number
4    three? Would you read that for me?
5    A. Students must be aware of rules
6    and regulations, and be willing to
7    assume responsibility for their
8    behavior.
9    Q. Okay.
10   Can you tell me when, prior to
11   this deposition, you last read the
12   high school Student Code of Conduct?
13   A. Probably a couple days after I
14   was suspended.
15   Q. Okay
16   Now I'd like you to come with
17   me, two pages beyond that to the level
18   four corrections. And if you come all
19   the way down to the, almost the bottom
20   under the — in alphabetical order.
21   And so, there's the first, in the TS,
22   is terroristic threats. But
23   underneath that is threaten school
24   officials/faculty/staff.
25   Do you see that?

Page 79

1    A. Yep.
2    Q. Okay.
3    Now if one of the faculty
4    members reported that a student made
5    her feel threatened, would that be a
6    level four infraction under this
7    Student Code of Conduct?
8    A. Yes.
9    Q. Okay.
10   Now the fact that you were
11   charged with a level three makes it
12   seem a little less offensive.
13   Right? Than a level four?
14   Correct?
15   A. Yeah.
16   Q. Okay.
17   A. Because I just asked her a
18   question. I didn't threaten her. She
19   just felt threatened.
20   Q. Well sometimes, would you
21   agree, the consequence of an action is
22   when someone receives it, not
23   necessarily when the person who's
24   delivering it feels it.
25   Would you agree? If an action

Page 80

1    is directed at someone, the
2    consequence is going to be felt by
3    that person receiving it. Not
4    necessarily dependent on what's
5    intended.
6    Would you agree with me?
7    A. Sure.
8    Q. Okay.
9    For example, you didn't intend
10   to hurt Jared Mazeika's feelings or
11   threaten him in anyway when you —
12   your girlfriend posted a video of you
13   making jokes with — with three
14   fruits that were most fatally
15   poisonous to him, that could cause an
16   allergic reaction and maybe kill him.
17   Right?
18   You didn't intend to hurt him.
19   A. I mean, I was flirting with
20   Haley.
21   Q. Okay.
22   You were flirting with Haley,
23   and she posted that knowing that he
24   was a friend of hers. However, Jared
25   Mazeika is very sensitive to those

Page 81

1    fruits. And so, they're like weapons
2    to him. You did not intend for him to
3    feel that way.
4    Right?
5    A. No.
6    Q. But the consequence was that he
7    felt threatened.
8    True?
9    A. Yes.
10   Q. Okay.
11   And the same way with Misses
12   — Ms. Hartenstine. You did not
13   intend for her to be — to feel like
14   she was under assault, but regardless,
15   she did speak to someone and say she
16   felt threatened by your behavior even
17   though you didn't intend for her to be
18   threatened.
19   Correct?
20   A. Correct.
21   Q. Okay.
22   A. I just asked her a question.
23   Q. All right.
24   Now if you come to me — to
25   Exhibit 6. Come with me to Exhibit 6.

21 (Pages 78 to 81)

Page 82

1   And come to the 11th page. We just
2   looked at the email which is on the
3   10th page, and if you come to the 11th
4   page, I'd like you to take a look at
5   that.
6   Okay?
7   A. Yep.
8   Q. This happens to be dated ---.
9   ATTORNEY READY:
10  I'm sorry, are we
11  talking about this page here,
12  the email, or the next page?
13  ATTORNEY O'DONNELL:
14  The 11th page.
15  ATTORNEY READY:
16  Okay.
17  ATTORNEY O'DONNELL:
18  Thank you. Okay, thank
19  you very much.
20  BY ATTORNEY O'DONNELL:
21  Q. Okay.
22  So this is dated the same date
23  as the Board meeting, March 20th of
24  2011.
25  Right?

Page 83

1   A. Right.
2   Q. And would you see --- would you
3   notice with me that it's signed off by
4   Abigail Hartenstine. Is that the same
5   lady you refer to as Abby?
6   A. That's correct.
7   Q. Okay.
8   And would you agree with me
9   that this is a letter directed to Dr.
10  Shank?
11  A. Correct.
12  Q. Okay.
13  Now let's read it together.
14  She said at approximately 10:00 p.m.
15  on Wednesday, March 20th, Jordan Eck
16  asked to speak privately with Mrs.
17  Stacy Lyons at the conclusion of
18  rehearsal.
19  Is that a correct time on that
20  date?
21  A. Yes.
22  Q. The next sentence reads, she
23  asked that I along with Mrs. Maria
24  Jones be there as a witness to the
25  conversation. She uses the word

Page 84

1   witness. Is that the same context, or
2   definition, of the word you like to
3   use as mediator?
4   A. Yes.
5   Q. Okay.
6   Jordan did not object to myself
7   or Mrs. Jones being present during the
8   conversation.
9   Is that true?
10  A. Not out loud. I did not
11  verbally object, no.
12  Q. Okay.
13  Would they know any other way
14  if you objected to them being there?
15  A. No.
16  Q. Okay.
17  So the next paragraph reads the
18  majority of the conversation was
19  between Mrs. Lyons and Jordan.
20  Is that true?
21  A. That's true.
22  Q. At one point, Jordan looked at
23  me and said, well you're awfully
24  quiet. Don't you have anything to
25  say, in which I replied, I'm just

Page 85

1   listening.
2   My question to --- to you, is
3   do you have that relationship with
4   Misses --- Ms. Hartenstine? Are you
5   at --- are you allowed to speak to her
6   that way? Well you're awfully quiet,
7   don't you have anything to say?
8   That's pretty cavalier.
9   A. Not in that tone of voice.
10  Q. Okay.
11  Why would you ask something
12  like that of her?
13  A. I was asking, firstly, for her
14  input. To see if there could be
15  anything worked out between Misses ---
16  me and Mrs. Lyons. That was my intent
17  with that question.
18  Q. Okay.
19  She said, he proceeded to
20  question my own feelings about a
21  similar situation when I was in high
22  school back in 2009 and that I openly
23  shared with all of the cast back in
24  January about when I auditioned for
25  the leading role and did not get the

22 (Pages 82 to 85)

Page 86

1  part.
2  He told me that he just
3  couldn't believe that I wasn't upset
4  and wanted to be comforted about not
5  getting the leading part that I
6  auditioned for.  In which I responded,
7  yes I was upset, but I made peace with
8  the decision, made sure my friend that
9  I was up against was okay after very
10  hurtful things were said about her,
11  moved on, and had a great show.
12  Do you remember that?
13  A.  Yes.
14  Q.  It goes on to say, Mrs. Lyons
15  asked Jordan if he was accusing me of
16  lying.
17  Do you remember that?
18  A.  Yes.
19  Q.  And then, he vocalized that he
20  still did not believe me, making me
21  feel like he was calling me a liar
22  about a situation he knows nothing
23  about that happened ten years ago.
24  Did you say you didn't believe
25  her?  I still don't believe her?

Page 87

1  A.  Yes, but not in that tone of
2  voice.
3  Q.  However, are you in any
4  position to invalidate the way she
5  felt when you said that you did not
6  believe her?
7  A.  Can you rephrase your question?
8  Q.  Do you know what invalidate
9  means?
10  A.  No.  Not in this context.
11  Q.  When you tell someone directly
12  to their face you don't believe what
13  they're saying, how do you think they
14  feel?
15  A.  I don't know.
16  Q.  Like if I said, Jordan I don't
17  believe any of your testimony today.
18  How does that make you feel?
19  A.  That maybe you just don't agree
20  with me.
21  Q.  Or I'm calling you a liar, and
22  you don't know that.
23  Right?  I could make you feel
24  like I'm calling you a liar if I said
25  to you, in a certain context and in a

Page 88

1  certain tone of voice, I don't believe
2  you.
3  Right?  I can make you feel
4  that way.  Is that true?
5  A.  Sure.
6  Q.  And it's true that you can make
7  Misses ---- Ms. Hartenstine feel like
8  you're calling her a liar simply by
9  saying you don't believe her.
10  Right?  It's possible?
11  A.  Yeah.
12  Q.  Okay.
13  She then goes on to say I felt
14  threatened and disrespected.  And
15  again, you don't know of anything that
16  would invalidate her feelings except
17  your belief that you didn't intend to
18  do that, don't you?
19  A.  I meant no harm.
20  Q.  Okay.
21  She then goes on to say the
22  lack of respect that Jordan has shown
23  towards me as a dedicated teacher,
24  assistant director, and volunteer to
25  this program and district will no

Page 89

1  longer be tolerated --- will not be
2  tolerated any longer.
3  So again, she says twice that
4  she feels a lack of respect.  She felt
5  threatened and disrespected, and then
6  she shows --- she says that the lack
7  of respect that he's shown, that
8  Jordan has shown towards me will not
9  be tolerated by me is what she's
10  saying.
11  Right?
12  So what conversations did you
13  have with Ms. Hartenstine following
14  that, regarding her feelings and your
15  relationship with her going forward?
16  A.  I had not spoken to her
17  afterwards.
18  Q.  At all?
19  A.  Uh-uh (no).
20  Q.  You've never spoken to her
21  afterwards?
22  A.  After that meeting?
23  Q.  Yes?
24  A.  (Indicates no).
25  Q.  No.

23  (Pages 86 to 89)

Page 90

1    A. Nor have there any been
2    instances where I disrespected her or
3    where I could've disrespected her
4    before this meeting. In fact, we had
5    what I thought a good relationship.
6    We bonded over chocolate milk.
7    Q. You were not present for
8    anything that Vinny said to Mrs.
9    Lyons.
10   Right?
11   A. No. They really wanted me to
12   leave the hallway.
13   Q. And Vinny was not present for
14   anything that you said to Mrs. Lyons.
15   Right?
16   A. Right.
17   Q. Okay
18   It was just Miss --- Ms. Jones
19   and Ms. Hartenstine that were present
20   for you conversation with Ms. Lyons.
21   Right?
22   A. Right.
23   Q. Okay.
24   Now if you come all the way
25   down the next page. Second paragraph.

Page 91

1    Just for you edification, the --- this
2    is a two page document. If you look
3    at the second page, it's signed by
4    Maria Jones.
5    Do you see that?
6    A. Okay, yes.
7    Q. Have you seen this document
8    before today?
9    A. Never.
10   Q. Okay.
11   So this is a statement that she
12   prepared. If you come down to the,
13   almost the bottom of the second full
14   paragraph. She's at the part where
15   Jordan said who would do that? Why
16   would you not want to be comforted if
17   you didn't get the part?
18   Who would not want to be
19   comforted?
20   A. Huh?
21   Q. Do you remember saying those
22   things to Ms. Hartenstine?
23   A. Yes.
24   Q. Okay.
25   She states it was evident

Page 92

1    Jordan could only think of himself at
2    this time, and no other parties. Ms.
3    Hartenstine was visibly upset and
4    tearful that Jordan accused her of
5    making this up.
6    Do you recall her being tearful
7    and visibly upset?
8    A. No.
9    Q. Okay.
10   It says Mrs. Lyons asked Jordan
11   if he did not see how he had Ms.
12   Hartenstine upset with his
13   accusations, but Jordan did not seem
14   to care about how his words and
15   actions made other people feel.
16   Do you recall Miss --- Miss ---
17   Mrs. Lyons pointing this out and
18   saying we're upsetting Ms.
19   Hartenstine, or you're upsetting Abby?
20   A. I'm sorry, can you repeat the
21   question? I was reading.
22   Q. Sure. Do you recall Mrs. Lyons
23   asking you whether or not you could
24   see, for yourself, that Abby was upset
25   about your accusations?

Page 93

1    A. No.
2    Q. Maria goes on to state, he said
3    at one point to Mrs. Lyons, this is
4    you. I was going to hang you out to
5    dry, I really was. And I'm not saying
6    that they have to fire you, but Jordan
7    said he was not sure how to move
8    forward and Mrs. Lyons suggested being
9    calm. Coming to rehearsals with a
10   calm attitude, greeting the other
11   students and apologizing to them,
12   reaching a hand out to them, and
13   asking them to work together with him.
14   Do you remember any of that?
15   A. I don't remember saying that.
16   Q. It said Jordan said he had a
17   lot of homework to do, and nodded at
18   us and left.
19   Do you remember that?
20   A. I remember leaving.
21   Q. At the very bottom of the first
22   full paragraph, its --- it --- like
23   six lines up from the bottom, it says
24   Vinny said he would contact with Mrs.
25   Zackon outside of school. Do you know

24 (Pages 90 to 93)

Joint Appendix00024

Case 5:19-cv-01873-MAK Document 46-1 Filed 01/03/20 Page 28 of 150

Page 94

1  if Vinny had a relationship with Mrs.
2  Zackon?
3  A. No.
4  Q. It states I asked him if he
5  knew how to contact her, and he
6  nodded. Do you know whether his
7  parents had a relationship with Mrs.
8  Zackon?
9  A. Nope.
10 Q. After that, it says I told them
11 all board members' names and addresses
12 are public information and he nodded.
13 Jordan turned to me and said I'm going
14 to get more people. We'll get more
15 people. This isn't over.
16 Do you remember saying that?
17 A. Nope.
18 Q. It says Jordan appeared angry,
19 staring at me when he said this. No
20 recollection of that?
21 A. No.
22 Q. No? Ms. Jones goes on to state
23 I am a support staff member, and not
24 an educator but I was concerned with
25 the anger and lack of empathy I

Page 95

1  observed in Jordan. Whenever
2  something was said that he did not
3  agree with, there was headshaking and
4  clenching of fists. And do you recall
5  any of that behavior on your part?
6  A. I remember shaking my head.
7  Q. Okay.
8  No clenching of fists though?
9  A. I don't remember.
10 Q. Okay.
11 Then it says he appeared that
12 if he did not get what he wanted, he
13 would not be satisfied no matter what
14 accommodations or resources could be
15 offered. Were you looking to get,
16 like total capitulation from Mrs.
17 Lyons?
18 A. What does that mean?
19 Q. She totally surrenders, and she
20 just says okay, you're right and I'll
21 --- and I'll make the changes you
22 want?
23 A. No.
24 Q. In my daily interactions with
25 students, I have not seen this level

Page 96

1  of anger and lack of awareness of
2  other's feelings. Do you have any
3  recollection of being that angry?
4  A. No.
5  Q. Okay.
6  The next page I'll represent to
7  you is an email from Ann Marie Borovik
8  to the Principal and the
9  Superintendent of the building.
10 It --- it says, I was
11 previously informed that there was a
12 mediation between some of the members
13 of the drama club. And this is before
14 the School Board meeting. So can you
15 tell me what kind of mediation, if
16 any, was conducted? Mediation meaning
17 an --- an attempt to settle disputes.
18 A. Not before the School Board
19 meeting. I don't know anything about
20 this.
21 Q. Okay.
22 It says the details of that
23 mediation were not shared, but it was
24 conveyed to me that all parties agreed
25 to move forward with a positive

Page 97

1  attitude and participation in the
2  musical. So you weren't part of that?
3  A. I'm sorry, where are we at?
4  Q. We are on the very next page,
5  after Maria Jones, second page memo,
6  two page memo. There is an email
7  that's from Ann Marie Borovik to Chris
8  Becker and Dr. Shank. And I am
9  literally on the very first paragraph.
10 It says hello, I was previously
11 informed.
12 ATTORNEY READY:
13 Sorry, I don't have
14 that.
15 THE WITNES:
16 That's two pages later.
17 BY ATTORNEY O'DONNELL:
18 Q. Okay.
19 A. Okay.
20 Q. Then go there. Sorry about
21 that.
22 Okay.
23 So again, this is the day
24 before the Board meeting. And Ann
25 Marie Borovik, who is a guidance

25 (Pages 94 to 97)

Joint Appendix00025

Case 5:19-cv-01873-MAK   Document 46-1   Filed 11/25/19   Page 29 of 218

**Page 98**

1  counselor, yes?
2  A. Yes.
3  Q. Writes to the building
4  Principal and the Superintendent, I
5  was previously informed that --- that
6  there was a mediation between some of
7  the members of the drama club. And
8  again, your testimony is that you were
9  not present at that mediation.
10  Is that correct?
11  Mediation meaning an attempt to
12  settle disputes.
13  A. There was a meeting with me,
14  Jared, Dr. Shank, Mrs. Lyons, and Dawn
15  Cambria about how we agreed to move on
16  with the show before the School Board
17  meeting.
18  Q. Okay.
19  And so, when was that?
20  A. I don't know off the top of my
21  head. This would've been before any
22  fruit video and after I found out
23  about the mandated reporting that Mrs.
24  Lyons accused me of.
25  Q. So when you say mandated

**Page 99**

1  reporting, that means calling
2  ChildLine or calling the police. Did
3  anybody call child --- did Mrs. Lyons
4  call ChildLine or the police?
5  A. No. She told Dr. Shank and
6  Dawn Cambria, who told me.
7  Q. Okay.
8  So she told Dr. Shank and Dawn
9  Cambria that Jared had made a
10  complaint about this video.
11  Is that right?
12  A. No, she's --- she told Dr.
13  Shank and Dawn Cambria that I was
14  abusing Haley.
15  Q. Okay. All right.
16  A. And so, this meeting was an
17  effort to settle that ---.
18  Q. About the Haley situation?
19  A. About the Haley situation, and
20  about the understudy situation because
21  I'd asked for an understudy for, like,
22  an understudy show for Newsies.
23  Q. Okay.
24  And why did you want an
25  understudy show? What does that mean?

**Page 100**

1  A. An understudy show is a show
2  that we did also at the fall play
3  where, to show where the understudies
4  fill in instead of the lead roles that
5  rehearsed for the cast.
6  Q. I see. So that you got to play
7  Jack? Who did you play as an
8  understudy?
9  A. I would play Jack, and at a
10  previous meeting with Jared where we'd
11  spoken privately, he said yeah.
12  That'd be great, and we'll just have
13  to talk to Mrs. Lyons. And then we
14  went to ask her, she kind of
15  retaliated and like was very
16  condescending and rude to us, saying
17  it would never happen. How Oley
18  doesn't really matter compared to the
19  bigger schools so why you even asking
20  me? That sort of thing.
21  And so, in an effort to quell
22  all that, this meeting was okay, let's
23  just move on from here.
24  Q. Okay.
25  The next paragraph says Jared

**Page 101**

1  came to me on Monday, March 18th. And
2  that was the day before --- two days
3  before the Board meeting, and shared
4  with me an incident that happened
5  earlier that day between Haley
6  Hartline and himself.
7  He also shared that he felt
8  concerned for his safety based on a
9  video that was posted on Snapchat. I
10  was told that the video was of Jordan,
11  and in it he had an apple, pear, and
12  banana. Those three fruits are what
13  Jared is allergic to. I had asked how
14  others would know this, and he said it
15  was a running joke and everyone in the
16  musical knows about it. I had him
17  fill out an incident report.
18  In the next paragraph, it says
19  we discussed having a mediation with
20  him and Jordan and he was worried that
21  this would great more animosity, or
22  anger, with Jordan. He was thinking
23  of quitting musical. I shared that I
24  supported him fully, but wanted him to
25  talk to Mrs. Lyons about this first

26 (Pages 98 to 101)

Page 102

```
1    and she if she had any ideas to get
2    everyone to peacefully coexist.
3    So what was happening up then?
4      Why --- why do you think Jared would
5    think that trying to mediate with you
6    would create more animosity or anger?
7    A. Well this incident, if we go
8    back to the first paragraph, Jared
9    came to me on Monday. He ended up
10   throwing a binder at Haley. I wasn't
11   at school because that day I didn't
12   feel well also.
13   The joke, I didn't know that
14   was a running joke in the musical.
15   And --- what was your question?
16   Q. Sure. Why do you think --- why
17   do you think Jared would think that it
18   would simply accelerate your animosity
19   or anger if he tried to approach you
20   about this?
21   A. I don't know.
22   Q. At the top of the next page, it
23   says Mr. Becker and I met with Jordan
24   and wanted to remind him of the work
25   release contract that he is in place
```

Page 103

```
1    --- that is in place, and how we need
2    to know he remains in the school to
3    make sure that we are aware. Is that
4    because you didn't go to work and
5    stayed in school at some point?
6    A. No. One of the days I forgot
7    to sign out.
8    Q. It said he reported that he was
9    not aware of any Snapchat videos that
10   were of inappropriate nature except
11   for one of Jared giving the middle
12   finger to another student. And how
13   did you know about that?
14   A. During that --- the night
15   before that Jared sent the middle
16   finger to another student, we were at
17   a middle school rehearsal because I
18   help to assist the direct --- the
19   middle school. And he was also there.
20     And the Director asked him to move to
21   the other side because he was
22   distracting actresses.
23   And he left, and that student
24   who he sent the middle finger to, sent
25   him a picture. It's like a thing on
```

Page 104

```
1    Snapchat where you send, like, streaks
2    to people to keep the --- it's
3    something on Snapchat. And he sent
4    back his middle finger. And I told
5    them that.
6    Q. But it wasn't directed to you.
7    Right?
8    A. I don't know who it was direct
9    to, but it was sent to that student.
10   Q. Okay.
11   And why did you tell the
12   administration about Jared giving the
13   middle finger to another student?
14   A. That's all I knew about any
15   Snapchat thing.
16   Q. So then the next thing you
17   bring up is not just Jared giving the
18   middle finger to another student on
19   Snapchat, but then the next thing you
20   talked to them about is your intent to
21   meet with Dr. Shank and approximately
22   six additional students ---
23   A. Right.
24   Q. --- about the issue they have
25   with Mrs. Lyons. He respectfully
```

Page 105

```
1    stated that there's a lot that we're
2    aware of, and it needs to be addressed
3    by Dr. Shank. He stated that it would
4    either be her or I that if Mrs. Lyons
5    is not fired and these other students
6    --- that he and the other students
7    would quit the musical.
8    Do you remember saying that?
9    A. I don't remember saying that.
10   Q. Okay.
11   We will then --- we then
12   advised Jordan how to pursue a meeting
13   with Dr. Shank as she was out of the
14   building today. From what I know, he
15   then pursued this meeting with Dr.
16   Shank's administrative assistant, Deb
17   Bernecker.
18   Did you set up a meeting with
19   Deb, or did you ---?
20   A. There was no meeting with Dr.
21   Shank. She refused to meet with me
22   the day of the School Board meeting
23   even though I wanted to.
24   Q. Okay.
25   The next paragraph reads Mr.
```

27 (Pages 102 to 105)

0027a

Joint Appendix00027

Page 106

1  Becker and I were advised to reach out
2  --- Mr. Becker and I were advised to
3  reach out to Central Burks Police,
4  that they would be receiving a report
5  from Mrs. Mazeika. We made that call
6  around 10:55 and spoke with Officer
7  Smith.
8  We shared the information about
9  the Snapchat video as well as the
10 dance studio parking lot incident. We
11 also shared that there had been some
12 drama previously about these musical
13 roles that had been mediated
14 previously.
15 Do you see that?
16  A. Yes.
17 Q. So in fact, the guidance
18 counselor and Mr. Becker actually
19 called the police to advise them Mrs.
20 Mazeika would be calling them, and
21 that there was some kind of tension
22 between two boys had --- who had
23 competed for the lead role in a play.
24 Were you aware of that?
25  A. I was not aware that they

Page 107

1  called the police.
2  Q. Okay.
3  Next paragraph reads, Mr.
4  Becker and I returned a phone call
5  from Mrs. Eck. Do you know whether or
6  not she was advised that they called
7  the police?
8   A. No, she was not advised.
9  Q. It says she shared with us that
10 she would like to be present for nay
11 interrogation of her son, regardless
12 of the nature. We shared with Mrs.
13 Eck the nature of our conversation
14 with Jordan. I wanted to reassure
15 Mrs. Eck that we were not asking
16 questions pertaining to the musical,
17 but about in school incidents. She
18 assured me that Jordan is well aware
19 of the severity of his actions should
20 he be posting anything inappropriate
21 on school media.
22 Did you have a conversation
23 with your mother about posting on
24 social media?
25  A. Yes.

Page 108

1  Q. Okay.
2  And what did she tell you?
3   A. That I shouldn't post anything
4  inappropriate or you know, there
5  shouldn't be any cyber bullying on
6  social media.
7  Q. Okay.
8  It says we finished off with
9  making sure that should we meet with
10 Jordan to ask other questions that we
11 will make sure we have her contact or
12 her approval. And do you know whether
13 or not she was ever contacted after
14 that?
15  A. I don't know whether or not my
16 mother was contacted by Mrs. Borovik
17 and Mr. Becker after that moment.
18 Q. Okay.
19 The next page, this is ---
20 these are drama notes and they're
21 dated 2/5/19. So this is in February
22 and it's regarding Jordan Eck, Dr.
23 Shank, and Dawn Cambria. Met in Dawn
24 Cambria's office to ask Jordan Eck if
25 Haley Hartline, his girlfriend, was

Page 109

1  okay. Reports were made that Haley
2  was not eating, losing weight, and
3  depressed. Also concern that Jordan
4  Eck is controlling Haley and verbally
5  abusing Haley. Ann Marie, counselor,
6  talked with Haley. Jordan confirmed
7  that Haley is eating and everything is
8  fine. Jordan feels hurt that anyone
9  would say that he would abuse Haley
10 because he loves her. Jordan said
11 Haley comes to his house daily.
12 Do you recall that
13 conversation?
14  A. Yes.
15 Q. Okay.
16 Three paragraphs down, it says
17 that evening Dr. Shank and Dawn met
18 individually with Jared, Jordan,
19 Haley, and Mrs. Lyons then met them as
20 a group. We talked about Haley eating
21 and safety, moving forward, and
22 focusing on making the play great.
23 Do you see that?
24  A. Yep.
25 Q. Okay.

28 (Pages 106 to 109)

Page 110

1    Now did you still have a
2    problem with Mrs. Lyons even though
3    you had this conversation?
4    A. Yeah, with --- with how
5    rehearsals were being ran.
6    Q. Okay.
7    But you reported ---.
8    A. This --- this meeting was about
9    moving on with the understudy idea.
10   Q. Well it doesn't say that.
11   Right? It says ---
12   A. Right.
13   Q. --- they talked --- they talked
14   to you about reports that Haley was
15   not eating and losing weight, and that
16   you were controlling Haley and
17   verbally abusing her. Remember?
18   A. Yeah. We didn't talk about
19   that at that meeting. At that
20   meeting, they started by saying there
21   would not be an understudy show. And
22   then they moved on so on a different
23   note, in fact it was --- it was these
24   exact words, on a different note, are
25   you not letting Haley eat? And then

Page 111

1    we went into that conversation.
2    Q. Okay. Okay.
3    The next day, call from Mrs.
4    Eck to Dawn Cambria. Mrs. Eck wants a
5    meeting with her husband, Stacy Lyons,
6    Dr. Shank, and Dawn Cambria.
7    Were you aware of that?
8    A. Yes.
9    Q. It says during the phone
10   conversation, Mrs. Eck stated the
11   following. Either Dr. Shank or Stacy
12   Lyons is not telling the truth about
13   Jordan sharing the show with Jared.
14   It was Dr. Shank's idea to have an
15   understudy show, now there will not be
16   an understudy. An understudy was not
17   Jordan Eck's idea.
18   Your testimony earlier was that
19   in the fall of that year, there was an
20   understudy show and you thought it was
21   a good idea to have an understudy show
22   and wanted to approach Mrs. Lyons
23   together with --- with Jared.
24   Right?
25   A. Well I asked Dr. Shank --- well

Page 112

1    I talked to Mr. Becker about things
2    going on. And then he told me that
3    there were --- there were chats about
4    an understudy show. So I went to Dr.
5    Shank and asked her about it.
6    Q. Okay.
7    And then, the next paragraph
8    reads Alexa Henry, Oley graduate, told
9    Stacey Lyons that Jordan Eck is
10   controlling of Haley Hartline because
11   Alexa asked Haley to sleep over.
12   Haley did not want to sleep at Alexa's
13   house and said no. This was
14   misinterpreted as Jordan Eck not
15   wanting Haley to go Alexa's house and
16   that Jordan Eck is controlling. Alexa
17   told Stacey Lyons this story, and
18   everything was blown out of
19   proportion.
20   It says Jared Eck. I guess it
21   should say Jordan Eck is hurt that
22   anyone would think he's trying to
23   control Haley. Alexa also told Stacey
24   Lyons that Haley Hartline passed out
25   multiple times.

Page 113

1    Do you know anything about
2    Haley passing out multiple times?
3    A. No, she only passed out once.
4    Q. Okay.
5    A. To my knowledge.
6    Q. And you can't dispute anything
7    that Alexa told to Stacy Lyons.
8    Right?
9    A. Right because I don't know what
10   she said to her, but ---
11   Q. And ---.
12   A. --- I talked to her on the
13   phone. Alexa.
14   Q. And she may not have told you
15   everything she told to Stacey Lyons.
16   Right?
17   A. Right.
18   Q. Okay
19   And otherwise, Stacy Lyons
20   wouldn't know whether or not Haley ate
21   or didn't eat, whether she passed out
22   or didn't pass out.
23   Right?
24   A. She would know what Alexa told
25   her.

29 (Pages 110 to 113)

0029a

Joint Appendix00029

## Page 114

1 Q. Okay.
2 Let's --- this is at the very
3 bottom. Sixteen (16) years, Jared
4 Mazeika and Alex --- Alexa bought
5 Jordan Eck a princess dress and
6 princess card. Jared wants to
7 embarrass Jordan Eck. Jared Mazeika
8 and Alexa both bought you a princess
9 dress?
10 A. Right. At the time, Jared and
11 Alexa had been boyfriend and
12 girlfriend.
13 Q. Okay.
14 A. And after that --- my surprise
15 birthday, Alexa had told me that he
16 was doing it to embarrass me.
17 Q. Okay.
18 Who said this? On the next
19 page, this is page 2 of these notes.
20 I'm concerned about Jordan Eck.
21 Nobody is listening to me, everything
22 is a lie. I already went through
23 Logan older son trying to commit
24 suicide after graduating from HS.
25 What is --- what is that about?

## Page 115

1 A. You want to know about my
2 brother's suicidal thoughts?
3 Q. No. I'm asking who's saying
4 nobody is listening to me, everything
5 is a lie.
6 A. My mother.
7 Q. Okay.
8 Couple lines down, it said I
9 was in the inner circle of drama and
10 Stacy Lyons talks about other kids,
11 gets her way, vindictive, and passive
12 aggressive. Kids are crying on stage.
13 If she is ugly, kids must tell Dr.
14 Shank.
15 Did your mother also say that?
16 A. I don't know for sure, but it
17 sounds like something she would say.
18 Q. Kids are crying on stage. Were
19 you one of the kids crying on stage?
20 A. No.
21 Q. Okay.
22 A few lines down from that, it
23 says people do not believe that Jordan
24 does not abuse Haley and Jordan did
25 not request an understudy. Mrs. Eck

## Page 116

1 feels that Stacy Lyons should have
2 consequences for stirring up trouble.
3 What trouble did Mrs. Lyons
4 stir up that your mother felt that
5 there should be consequences for?
6 A. Well for example, as soon as
7 that happened, people like changed
8 their opinions on me. As did the
9 email.
10 Q. Whose people, what people
11 changed their opinion?
12 A. People didn't talk to me as
13 much. People started giving me cold
14 looks.
15 Q. Who's people? What people?
16 A. Cast members.
17 Q. Who?
18 A. Cast members in Newsies.
19 Q. Name names.
20 A. In general. As a Lackey,
21 Madison Wartsinlauff. If I had ---
22 most of the cast. Mostly
23 underclassmen.
24 Q. Okay.
25 A few lines down, it says

## Page 117

1 Jordan Eck has a journal of times and
2 things Stacy Lyons says during
3 practice.
4 A. Yep.
5 Q. Do you still have that?
6 A. I did at one point. It's
7 mostly written out in my
8 Interrogatory.
9 Q. Okay.
10 I want eyes on rehearsals, and
11 someone to check on Jordan Eck's
12 feelings. Is that something your
13 mother said?
14 A. I don't know.
15 Q. Why would someone need to check
16 on your feelings?
17 A. Because Mrs. Lyons keep
18 spreading these things about me
19 through her --- through Jared and
20 through students.
21 Q. When you say ---.
22 A. For example, like Courtney
23 Moyer.
24 Q. Okay.
25 A. She's --- one day, I held an

30 (Pages 114 to 117)

Joint Appendix00030

Page 118

1  optional tap rehearsal. And Jared's
2  also a dance captain. And so I'm
3  assuming that he was offended that I
4  held a — an optional tap rehearsal
5  for people to practice as the
6  President of the drama club. And he
7  told Mrs. Lyons, who told Courtney
8  that I was overstepping my boundaries.
9  Q. Do you have — do you have an
10 emotional disability?
11 A. No.
12 Q. Okay. Okay.
13 The next — the next entry
14 here is last Friday, Jared Mazeika and
15 Jordan Eck talked from 10:00 to 10:45.
16 They are fine, they dance together
17 every Monday night. Is this at tap?
18 A. Yes. This would've been after
19 — no. This is separate. This is at
20 our dance studio. So this is outside
21 of school.
22 Q. Okay.
23 A. This is when we talked about
24 the show, and this is when I brought
25 up the idea of the understudy show and

Page 119

1  he said yeah, that'd be a great idea.
2  And we talked about working together
3  to make the show as best as possible.
4  Q. Okay.
5  Next page, this is page 3.
6  2/22/19, Mrs. Eck and Dawn Cambria
7  phone conversation after a request via
8  email. Request on 2/19/19. Says Mrs.
9  Eck talked with Jordan Eck and both
10 want to know why Jared Mazeika and
11 Stacy Lyons were not made to apologize
12 for lying about the understudy and
13 relationship with Haley Hartline.
14 This has made Jordan Eck miserable.
15 A. Yes, so — I'm sorry.
16 Q. Nope, that — go ahead. What
17 — I'd love an explanation for that.
18 A. Is that your question?
19 Q. Yes.
20 A. Okay.
21 Q. That is my question.
22 A. At one point, I believe it says
23 down here — at one point, I met with
24 Dawn Cambria before my mother talked
25 to her. This was after the mediated

Page 120

1  conversation. And she asked me how I
2  was doing and I said I was doing fine,
3  but I — I didn't right out say, but
4  I was disappointed that it didn't seem
5  like anything was changing.
6  And my body language I guess
7  said to Dawn that she had to send an
8  IEP out. And she told my mom that
9  she'd be sending an IEP. When really,
10 I was just mad because it didn't seem
11 like anything was changing within the
12 drama club after that conversation.
13 Q. So this says Mrs. Eck talked
14 with Jordan and both want to know why
15 Jared and — Mazeika, and Stacy Lyons
16 were not made to apologize for lying
17 about the understudy and relationship
18 with Haley Hartline.
19 What would Mrs. Lyons have to
20 apologize to you about?
21 A. About sending in the mandatory
22 report because it affected me greatly.
23 Q. Do — well what does mandatory
24 report mean to you?
25 A. A mandated report means that

Page 121

1  — well, it's obviously different to
2  Mrs. Lyons. She — she thought that
3  I was abusing Haley.
4  Q. Because Alexa told her?
5  A. Right, but Alexa said that she
6  didn't tell her that.
7  Q. Okay.
8  But Mrs. Lyons had to know some
9  way.
10 Right? She couldn't possibly
11 have that information about Haley
12 unless someone told her and Haley
13 didn't tell her.
14 Right?
15 A. Right, so —.
16 Q. And — and you didn't tell
17 her.
18 Right?
19 A. Right.
20 Q. And her mother didn't tell her.
21 But Stacy said Alexa told her.
22 A. But Alexa said she didn't tell
23 her.
24 Q. Okay.
25 But if you — if you — if

31 (Pages 118 to 121)

Joint Appendix00031

Page 122

1    you believe Mrs. Lyons that she go the
2    information from someplace, and I
3    realize you're shaking your head and
4    you don't believe Mrs. Lyons.
5    But there is no evidence in
6    this case that Mrs. Lyons got that
7    information from anyone other than
8    Alexa. Now why would, and --- and if
9    she's a mandated reporter and she has
10   no choice but to report it up the
11   chain, then that's her job to take
12   information that is potentially
13   harmful to a student and report it.
14   So that's what a mandate
15   --- mandated report is.
16   A. Right.
17   Q. Now why would she apologize to
18   you for doing her job?
19   A. She didn't even acknowledge
20   anything about it. I mean, an apology
21   was a suggestion on how to make things
22   better.
23   Q. Underneath that, it says Mrs.
24   Eck stated the following. Mrs. Eck
25   said Jordan Eck treats Mrs. Eck like

Page 123

1    she is awful. Jordan Eck said he will
2    move out at 18 and life will be grand.
3    This whole thing changed his outlook.
4    He is trying to push his limits. Mrs.
5    Eck has rules. She feels like a
6    crappy parent and lets Jordan do what
7    he wants.
8    If he wants Haley at the house,
9    he brings her to the house. He does
10   what he wants, and leaves when he
11   wants. He will debate until the end.
12   He is a procrastinator with his work
13   and needs reminders.
14   This has been going on, but
15   recently it has escalated. Jordan Eck
16   was accepted to University of the
17   Arts, first choice DeSales and
18   Hofstra. Jared ---.
19   A. That's Hofstra.
20   Q. Is that supposed to be ---?
21   A. Hofstra.
22   Q. Hofstra? Okay.
23   Jared Mazeika and Haley
24   Hartline were also accepted at
25   DeSales, whatever that means. But

Page 124

1    were you behaving that way at home?
2    The way your mother describes?
3    A. I mean, me and my mom had
4    disagreements.
5    Q. Underneath that, it says Jordan
6    Eck is carrying around no apology. Do
7    you agree with that?
8    A. I don't know what that means.
9    Q. Do you want other people to
10   apologize to you, but you have no
11   apologies for them? Do you agree with
12   that?
13   ATTORNEY READY:
14   Object to the
15   characterization of that
16   sentence.
17   ATTORNEY O'DONNELL:
18   Okay.
19   BY ATTORNEY O'DONNELL:
20   Q. Jordan Eck is carrying around
21   no apology. Did you apologize to
22   anyone for your behavior?
23   A. I offered to apologize to Abby.
24   Q. Okay.
25   You didn't tell me that

Page 125

1    earlier.
2    A. But I didn't.
3    Q. Okay,
4    But you didn't apologize to
5    her?
6    A. No.
7    Q. Okay.
8    A. Because I never lunged at her,
9    or tried to threaten her in any way.
10   Q. If you will turn to the next
11   several pages. There's a disciplinary
12   referral form with your name on it.
13   Are you there with me?
14   A. No, hold on.
15   Okay, yes.
16   Q. Okay.
17   It's dated March 21st of 2019.
18   Play practice was the period of class,
19   and the incident was 9:30 a.m. What
20   happened here?
21   A. Incident? I don't know what
22   this is.
23   Q. Okay.
24   A. Jared --- okay. Suspension.
25   Is this --- okay. So is this what

Case 5:19-cv-01873-MAK   Document 46-1   Filed 11/25/19   Page 36 of 218

Page 126

1  they wrote after my meeting saying
2  that I was suspended?
3  Q. Well it says location of
4  incident auditorium.  So it appears
5  that ---.
6  A. This is Abby's discipline
7  referral to me.
8  Q. Okay.
9  A. I see.
10  Q. Okay.
11  So bullying is checked as the
12  problem behavior, although it could
13  have said threat.
14  Right?  Or inappropriate
15  language, comment, gesture.
16  Disrespect, insubordination.  There's
17  a number of things that could have
18  been checked, but she checked
19  bullying.  And I'm assuming because
20  you've spoken to Abby since that last
21  communication where she felt
22  threatened.  You didn't ask her why
23  she --- she would check bullying.
24  Is that correct?
25  A. That's --- I didn't --- I never

Page 127

1  saw this.
2  Q. Okay.
3  A. So I wouldn't have the chance
4  to ask her that.
5  Q. Okay.
6  And is it true that you
7  received an out of school suspension
8  for the 22nd, 25th, and 26th?
9  A. I received a three day school
10  suspension.  I don't know if it were
11  those dates or not.
12  Q. Okay.
13  And is it true that you were
14  removed from the play?
15  A. That's correct.
16  Q. And is it true that you were
17  removed as the drama club President?
18  A. That's correct.
19  Q. And --- okay.  And it says
20  here, a statement regarding threats
21  and disrespect to OVSD staff.  See
22  that?  And it's signed by --- do you
23  recognize that signature?
24  A. It looks like Mr. Becker's.
25  Q. Okay.

Page 128

1  A. They kept me on as the National
2  Honors Society Vice President due to
3  what Dr. Shank said, extenuating
4  circumstances is the phraseology she
5  used.
6  Q. Okay.
7  The next paragraph, this is an
8  email from Tracy Shank to all.  And
9  it's dated the 20th of March at 11:39
10  p.m.  And the subject is FYI, tonight,
11  at tonight it says.  She reads, I went
12  to the auditorium tonight after the
13  meeting to speak with the Directors
14  only to walk into the aftermath of a
15  negative situation whereby Jordan was
16  speaking to the cast, thanking them
17  for supporting him and helping him get
18  things changed.
19  Do you recall doing that?
20  A. I didn't thank them for
21  supporting me.  I said thank you for
22  voicing your opinions.
23  Q. Okay.
24  A. They matter a lot.
25  Q. Then it says, he then verbally

Page 129

1  accosted the assistant director and
2  accused her of lying and not speaking
3  up.  And then closed with, this is not
4  over and I will be getting more people
5  to come forward.
6  Do you recall that?
7  A. Never said that.
8  Q. Okay.
9  It says the teacher was visibly
10  upset, crying, and felt threatened by
11  him.  And used the words, verbally
12  attacked.  And you don't remember any
13  of that?
14  A. No.
15  Q. No?  She then goes on to state,
16  I'm obtaining the statements from the
17  teacher and witnessed by Maria and the
18  teacher.  Next paragraph, I am going
19  to issue discipline regarding
20  tonight's situation.  And depending on
21  what the rest of the investigation
22  reveals tomorrow, Jordan may have just
23  finished rehearsal tonight.
24  Students are angry with him for
25  his actions when he returned to the

33  (Pages 126 to 129)

0033a

Joint Appendix00033

Page 130

1  auditorium after he left at the Board
2  meeting.
3  Q. Did you know anything about
4  those people being angry with you?
5  A. Nope.
6  Q. Okay.
7  A. I think they were angry because
8  they thought I was trying to ruin the
9  show based upon Mrs. Lyons' email.
10  Q. And that would've been the
11  students that --- that were present
12  after you returned to the auditorium
13  and after --- after you left the Board
14  meeting. So right after the Board
15  meeting and when you returned to the
16  auditorium, you --- you stated your
17  action --- describe again for me your
18  actions when you came back into ---
19  well you didn't come back. You came
20  to rehearsal for the first time on
21  March 20th.
22  A. I came back to rehearsal after
23  the School Board meeting.
24  Q. Did you come back, or --- you
25  were never there to begin with so you

Page 131

1  wouldn't have come back. You've just
2  come.
3  Right? Because you ---,
4  A. Right, but I was cast in the
5  show so I'd been at previous
6  rehearsals is what I meant.
7  Q. Okay.
8  So --- but that day on March
9  20th, you were not in school for a
10  period of time. You didn't go to
11  work. You went to Ferrizzi's house to
12  plan and prepare your statement
13  against Mrs. Lyons. You came to the
14  Board meeting to speak against Mrs.
15  Lyons, you talked to people after the
16  Board meeting being a little late to
17  rehearsal, and then walked into
18  rehearsal.
19  Right?
20  A. Yeah.
21  Q. Okay.
22  Those are the students that
23  we're making reference to here.
24  Students are angry with him for his
25  actions when he returned to the

Page 132

1  auditorium after he left the Board
2  meeting. So again, remind me what
3  those actions were.
4  A. I got up on stage and danced.
5  Q. That was it?
6  A. That's it.
7  Q. Okay.
8  A. In the choreography, I didn't
9  like dance by myself. I was --- I
10  joined in the choreography in the
11  school. That's what I meant.
12  Q. Do you know who Sherri Snyder
13  is?
14  A. She's the attendance lady, yes.
15  Q. Okay, okay.
16  And on March 20th of 2019 ---
17  20th of 2019, at about 2:00, she
18  states that at 10:00 a.m., Mrs. Eck
19  and her husband came to the high
20  school and requested to speak with Mr.
21  Becker and Dr. Shank regarding a
22  matter.
23  Do you recall that your parents
24  went to school that morning?
25  A. I believe so, yes.

Page 133

1  Q. Okay.
2  Do you know why they were
3  there?
4  A. No. I don't --- I don't know
5  why they were there. It was probably
6  something to do with the video, the
7  fruit video, and the defamatory email.
8  Q. Okay.
9  At the very end of this email,
10  it states Mr. Becker told the Eck's
11  that if Jordan was upset, that they
12  could take him out of school for the
13  remainder of the day and it would be
14  excused. Does that refresh your
15  recollection about when you left and
16  why?
17  A. Yes, it does.
18  Q. Okay.
19  So if you left around 10:00
20  that morning, you still called off
21  work?
22  A. Yeah, I wanted to let my boss
23  know.
24  Q. Okay.
25  And then it states at that

34 (Pages 130 to 133)

Page 134

1 time, Haley Hartline requested to go
2 home as well because the situation had
3 her upset too.
4 A. That's correct.
5 Q. Do you remember that? I spoke
6 with her mother to get verbal
7 permission to allow Haley to leave
8 school as well and they all left
9 around 10:20 a.m.
10 Is that right?
11 A. That's correct.
12 Q. And where did you go after
13 that?
14 A. I went — well, we went home.
15 Q. Okay. All right.
16 ATTORNEY O'DONNELL:
17 Those are all questions
18 I have. Thank you very much.
19 THE WITNESS:
20 Thank you.
21 
22 EXAMINATION
23 
24 BY ATTORNEY READY:
25 Q. I have some questions for you

Page 136

1 the 20th?
2 A. Melissa Geary sent me --- she
3 brought up something about it, and
4 then I said what are you talking
5 about? And I --- I asked her for a
6 screenshot of the email and she sent
7 to me.
8 Q. Okay.
9 Have you --- so I believe Ms.
10 O'Donnell asked you, but have you ever
11 talked with the police as a --- as a
12 result of any investigation into your
13 conduct?
14 A. No.
15 Q. Okay.
16 Have you ever been accused of a
17 crime?
18 A. No.
19 Q. Have you ever been charged with
20 a crime?
21 A. No.
22 Q. Have you ever threatened
23 violence against another student?
24 A. No.
25 Q. Okay.

Page 135

1 now Jordan. How long were you in the
2 drama program?
3 A. I was in the drama program
4 since 6th grade as a middle schooler,
5 and then I joined the drama program in
6 high school. And I also did community
7 theater in between.
8 Q. What — what age did you start
9 acting?
10 A. 6th grade. So 12, 13.
11 Q. Okay.
12 What do you want to do in the
13 future with your --- your degree?
14 A. I'm going to be a performer.
15 Q. Okay.
16 Talk --- talk to me about the
17 Newsies. Is this a show --- I
18 understand this might be your favorite
19 show, or one that you really like?
20 A. Yeah, it's a great show. I
21 love it.
22 Q. Okay.
23 How did you first hear about
24 the --- the email we've shown you
25 here, the defamatory email from March

Page 137

1 I want to turn your attention
2 back to the document, and I'll ---
3 I'll place in front of you what is the
4 level four document you looked at
5 earlier. And I'm going to highlight
6 what we referred to.
7 There was a statement that Ms.
8 O'Donnell asked you about. The
9 threatening school officials, faculty,
10 or staff. Do you understand it to be
11 a level four violation for someone to
12 feel threatened or for someone to be
13 threatened?
14 A. To be threatened.
15 Q. Did you ever threaten Ms.
16 Hartenstine during your interaction
17 with her the night of the School Board
18 meeting?
19 A. No. I asked her a question.
20 Q. Did you ever threaten her,
21 during that time or any other time,
22 with physical violence?
23 A. No.
24 Q. Okay.
25 Did you get in her face?

35 (Pages 134 to 137)

Joint Appendix00035

Page 138

```
1    A. No.
2    Q. Did you lunge at her?
3    A. No.
4    Q. Okay.
5    I'm going to ask you about the
6    video with Jared Mazeika. And I
7    should say that the video that ---
8    that we've asked about in regards to
9    Mr. Mazeika. Did you post that video
10   hoping to put him into fear?
11   A. No. I didn't post it, and I
12   didn't hope to put him in fear.
13   Q. Okay.
14   Were you aware at the time that
15   you did that video that Jared is ---
16   is allergic to some --- some fruits?
17   A. I knew he was allergic to
18   apples.
19   Q. Any others?
20   A. No.
21   Q. Okay.
22   When you made that video, did
23   you --- did you take the --- the, you
24   know, the apple falls whatever it was,
25   did you do that in a hope of referring
```

Page 140

```
1    Is that right?
2    A. That's correct.
3    Q. Okay.
4    When did you learn that the ---
5    the fruit video was what was being
6    referred to?
7    A. After I had gotten the text
8    from Melissa Geary, I --- I walked to
9    literature class. I told my teacher I
10   had to go to the guidance counselor.
11   I saw the guidance counselor, and she
12   said I don't know what I can do for
13   you. And so I went to the office.
14   And on my up to the office at
15   the corner of the hallway, Vinny
16   Ferrizzi and Julia Ulsh were walking.
17   And they told me that the email ---
18   the video was something about fruits.
19   And then it clicked in my mind about
20   the funny video that I had made with
21   it.
22   Q. Okay.
23   When you were looking for
24   somebody in the office or in the
25   guidance office, what were you hoping
```

Page 139

```
1    to Jared?
2    A. No. I was just being funny.
3    Q. Okay.
4    What was your intention with
5    that video?
6    A. Be funny.
7    Q. Okay.
8    A. Make Haley laugh.
9    Q. Okay.
10   Have you ever abused Haley?
11   A. No.
12   Q. Have you ever tried to control
13   her behavior?
14   A. No.
15   Q. Have you ever kept her from
16   eating?
17   A. No.
18   Q. Okay.
19   So as I understand from
20   earlier, and I just want to make sure
21   to get the timeline right. You
22   mentioned that the first time you
23   heard about this --- that there was
24   some concern about a Snapchat video
25   was before the School Board meeting.
```

Page 141

```
1    to accomplish in talking to them about
2    it?
3    A. I wanted to see if the police
4    were called on me for that video
5    because of the email that I had read
6    off the screenshot.
7    Q. Okay.
8    When --- when was this video
9    posted? Do you recall?
10   A. It would've been a Friday or
11   Saturday night after Horton Hears a
12   Who? Because Haley slept over.
13   Q. Okay.
14   A. After the show.
15   Q. And if you don't remember,
16   that's okay. But March 20th was a ---
17   was a --- the next Wednesday, or a
18   Tuesday? Do you know?
19   A. March 20th was a Wednesday I
20   believe.
21   Q. Okay.
22   And as you sit here today, are
23   you aware from firsthand knowledge of
24   any kind what Jared is allergic to?
25   A. I think apples.
```

36 (Pages 138 to 141)

Case 5:19-cv-01873-MAK   Document 46-1   Filed 11/25/19   Page 40 of 218

Page 142

1   Q. Okay.
2   Are you aware if he's deathly
3   allergic, mildly allergic?
4   A. I wasn't aware that he was ---
5   I don't ---.
6   Q. Today, do you know?
7   A. Yeah, I know because we just
8   talked about it in this conversation.
9   Q. So Counsel ---.
10   A. She said ---.
11   Q. Ms. O'Donnell has --- has
12   represented to you that he's deathly
13   allergic to these fruits. But outside
14   of this conversation today, have you
15   been made aware of the degree of his
16   allergic to any of these fruits?
17   A. Apples I think. Because I
18   would eat apples all the time at
19   lunch, and I'd be sure to keep it away
20   from him.
21   Q. Okay.
22   When you spoke at the School
23   Board meeting on the night of March
24   20th, did you intend to refer to Mrs.
25   Lyons by name?

Page 143

1   A. Yes.
2   Q. And the reason that you did not
3   was why?
4   A. I didn't want them to interrupt
5   when I was saying my speech.
6   Q. So is that --- you had watched
7   them interrupt the others first?
8   A. Yeah.
9   Q. Okay.
10   Did any of the students who
11   came from rehearsal speak negatively
12   about Mrs. Lyons in anyway?
13   A. No. Only the people --- only
14   me, Vinny, and Haley.
15   Q. Okay.
16   You mentioned Dr. Markley. Who
17   is Dr. Markley?
18   A. He's actually --- he used to be
19   the Principal at the high school.
20   Q. Okay.
21   A. But he's on the School Board
22   now.
23   Q. Okay.
24   Did he or anyone else tell you
25   to return to rehearsal?

Page 144

1   A. Just he did. I was intending
2   to go back anyway.
3   Q. Okay.
4   You spoke with Mrs. Mazeika.
5   Was it just her, or was it Mr. Mazeika
6   as well?
7   A. Mr. Mazeika was present, but he
8   --- Mrs. Mazeika wouldn't let him say
9   anything.
10   Q. Okay.
11   So you had an interaction with
12   her. Do you remember anything she
13   said to you?
14   A. I told her that, you know, I
15   just want to move on with Jared. I
16   hope he feels better with whatever
17   happened. I asked her, like, who
18   called the police and she said that
19   guidance recommended that the police
20   be called. She wouldn't tell me who
21   called.
22   She wouldn't tell me really
23   anything else when she said that Jared
24   really wants to be friends again with
25   the things that have happened. And I

Page 145

1   was willing to do that. And in fact,
2   when we got back to rehearsal, Jared
3   and I hugged.
4   Q. Did she state at that time that
5   you had called --- that she had called
6   the police?
7   A. She didn't state at that time
8   that she called the police, no.
9   Q. Okay.
10   Did she act afraid of you?
11   A. No, we hugged.
12   Q. Did she express any fear for
13   Jared's safety in regards to you, tell
14   you stay away from Jared?
15   A. No, she didn't say any of that.
16   Q. Okay.
17   In fact, it sounds like she
18   encouraged you to reconcile.
19   Is that right?
20   A. Yeah.
21   Q. Okay.
22   There's been some testimony
23   here today through these documents
24   that Ms. O'Donnell's brought up that
25   you said to Abby in the meeting

37   (Pages 142 to 145)

0037a

Joint Appendix00037

Page 146

1    following the School Board meeting
2    that you said that you didn't believe
3    her about her story from 2009.  Did
4    you tell her that you didn't believe
5    her?
6    A. I said I had a hard time
7    believing her feelings because mine
8    were so different.  And I said this
9    politely.
10   Q. Did Mrs. Lyons tell you that
11   that was inappropriate?
12   A. No.
13   Q. Okay.
14   At any point in this
15   conversation, did Ms. Jones step in
16   and --- and tell you to calm down,
17   back off, say something differently?
18   A. No.
19   Q. Okay.
20   Ms. Hartenstine apparently
21   wrote in this --- this email we have
22   that she felt threatened and
23   disrespected.  Did she communicate
24   that to you that night?
25   A. No.

Page 147

1    Q. Okay.
2    At any point, did anyone in
3    that conversation tell you to calm
4    down, to back up, or put any physical
5    restrictions on you?
6    A. No.
7    Q. Earlier, we were going through
8    some of these documents, these
9    letters, these emails.  And several
10   times, Ms. O'Donnell asked if you had
11   any recollection of statements that
12   were attributed to you.  And on --- on
13   some of those, you responded you did.
14   Some of them, you said you had no
15   recollection.
16   Does that mean you didn't say
17   those things, or you don't remember?
18   A. For which ones?
19   Q. A number of these statements,
20   she asked you do you have a
21   recollection of saying that.  So I
22   guess I'm asking you, do you --- do
23   you know if some of these statements
24   that are attributed to you, are these
25   just things you don't remember or you

Page 148

1    recall that you did not say them?
2    A. Some of them I don't remember,
3    and some of them I know I didn't say.
4    Q. Okay.
5    Did you ever state to anybody
6    that night, this isn't over?
7    A. No.
8    Q. Okay.
9    I understand that that day, I
10   believe it was March the 20th, that
11   you were trying to meet with Dr. Shank
12   or Mr. Becker about a video, about
13   this email that was floating.  Did you
14   later find out whether --- any reason
15   for their --- their inability to meet
16   with you?
17   A. Dr. Shank had told me, when I
18   was suspended, that she was told by
19   her bosses that she couldn't meet with
20   me.
21   Q. Her bosses being who?  Did she
22   specify?
23   A. The School Board.
24   Q. Okay.
25   Who was Dawn Cambria?

Page 149

1    A. She's the Direct of Student
2    Services.
3    Q. Okay.
4    A. I believe.
5    Q. I'm going to jump around just a
6    little bit here.  You were mentioning
7    being President of the Drama Club.
8    Did you --- as part of your duties,
9    did you oversee fundraising or
10   treasury of any kind?
11   A. Not really.  I helped in
12   fundraising events.  I signed papers
13   as the President saying yes, this
14   amounts okay to go through, but stuff
15   like that.
16   Q. Okay.
17   Did you --- was --- can you
18   characterize the overlap between drama
19   club members and the cast of this
20   show?  That is, is it a lot of the
21   same people, is it different people?
22   Can you ---?
23   A. Yeah.
24   Q. Can you clarify that at all?
25   A. So the drama club does two

38 (Pages 146 to 149)

Page 150

1  shows a year, a fall play and a spring
2  musical. So this was for the spring
3  musical. And most of the time, the
4  kids in the fall play do the musical
5  as well. Is that clear enough?
6  Q. Sure. And these --- these are
7  all members of the drama club then?
8  A. Yes. So you have to be a
9  member of drama club to ---.
10  Q. To be in either one of these?
11  A. Yes.
12  Q. I see, okay.
13  You ever received a letter from
14  CYS or --- I'm sorry, from --- from
15  Children and Youth Services or from
16  the Berks County District Attorney's
17  Office telling you, you were being
18  investigated for abuse?
19  A. No.
20  Q. You were called down to the
21  office.
22  Is that right? To deal --- to
23  discuss your potential abuse of Haley?
24  A. I was called down, not to the
25  main office, but to Dawn Cambria's

Page 151

1  office.
2  Q. And is that conversation that
3  you discussed earlier?
4  A. With Dr. Shank and Dawn Cambria
5  where they said are you not letting
6  Haley eat? Yes.
7  Q. Okay.
8  What did you hope was going to
9  come out of your statements at the
10  School Board meeting?
11  A. I'd hope that the School Board
12  would do something, and that Mrs.
13  Lyons be supervised. Another person
14  would watch over rehearsals. If it
15  had to come to it, she could've been
16  let go, but I really don't think that
17  would've been the best solution.
18  Q. You spoke at --- you graduated
19  in June, you testified earlier.
20  Is that right?
21  A. Yes.
22  Q. And ---?
23  A. I believe it was June.
24  Q. And this was the end of March.
25  The school show was in April?

Page 152

1  A. Uh-huh (yes).
2  Q. So --- sorry, is that a yes?
3  A. Yes. Yes.
4  Q. Okay.
5  So why did you --- I mean, you
6  were this late in the process. You
7  could've waited it out another month
8  probably. Why did you speak at the
9  School Board meeting?
10  A. It became too much to handle,
11  and people stopped talking to me. I
12  lost friends. They just turned a cold
13  shoulder to me because, you know, Mrs.
14  Lyons would spread these rumors to
15  students or Jared.
16  Q. Did you --- did your position
17  as Drama Club President affect your
18  decision at all to testify --- to
19  speak at the School Board meeting?
20  A. Yeah. Because there were other
21  students that were afraid to talk to
22  Mrs. Lyons because she's kind of
23  elitist. She expects a lot of us.
24  And sometimes, it turns really cold
25  and negative. And it's just not good

Page 153

1  for the environment and the
2  atmosphere. Because you --- students,
3  especially underclassman, fear
4  retaliation. And in this case, it
5  happened to me and I'm proud it was me
6  and not them.
7  Q. You had been the --- was it the
8  --- what was it? The student
9  representative to the --- to the
10  School Board.
11  Is that right?
12  A. Yeah.
13  Q. So when did that begin?
14  A. The Principal recommended me my
15  junior year. He asked me to do it,
16  represent the students.
17  Q. So you did it for two years?
18  A. Yes. I did it as a junior and
19  as a senior.
20  Q. Did you go to every School
21  Board meeting?
22  A. Not every School Board meeting,
23  no. Most of them. I would miss a
24  portion of rehearsal and then go to
25  rehearsal right after I said my speech

39 (Pages 150 to 153)

0039a

Joint Appendix00039

Page 154

1  as the representative. But sometimes
2  I had to miss because of soccer games
3  or because of the show, if we had a
4  performance in tech week.
5  Q. How often were you there?
6  A. At School Board meetings?
7  Q. Yes.
8  A. I was at more of them than I
9  wasn't at. So I attended the majority
10  of them.
11  Q. Are these monthly meetings?
12  A. Yes, on Wednesdays.
13  Q. Okay.
14  So why didn't you ever speak
15  about your concerns before in ---?
16      ---
17  (WHEREUPON, THERE WAS A BRIEF
18  INTERRUPTION DURING THE PROCEEDING.)
19      ---
20  THE WITNESS:
21  Why hadn't I spoken at
22  the meeting before-hand?
23  BY ATTORNEY READY:
24  Q. Yes. Why hadn't you spoken
25  before the March 20th meeting about

Page 155

1  this specific issue?
2  A. This specific issue regarding
3  Mrs. Lyons' direction?
4  Q. Yeah, Mrs. Lyons ---
5  A. Because ---.
6  Q. --- the school show, any of
7  these concerns that you brought you.
8  Why hadn't you brought these up before
9  the School Board?
10  A. Well they had been kind of
11  happening since sophomore year, but I
12  was afraid to tell her because I
13  didn't --- I didn't want her to be,
14  like, give me the cold shoulder like
15  she had given other students who had
16  maybe thought differently from her and
17  that voiced that.
18  And then they just, you know,
19  never got a lead role again or they
20  just kind of faced bad things from
21  her. Cold shoulders, nasty looks. So
22  I didn't want to go against her
23  because I wanted to do the best job I
24  could in the shows.
25  Q. Okay.

Page 156

1  The night of March 20th, you
2  met with Mrs. Lyons in the hallway.
3  As I understand it from your
4  discussion earlier, you initiated that
5  meeting.
6  Is that correct?
7  A. That's correct.
8  Q. And what was your purpose in
9  --- in that meeting?
10  A. To kind of clear the air, move
11  on with the show, talk through
12  problems and hopefully come up with a
13  solution, which was very difficult
14  because we couldn't really agree on
15  anything. Like I said earlier, we
16  said that we had to agree to disagree.
17  And when I asked questions,
18  sometimes she'd be like, I don't know
19  what you're talking about. And at one
20  point I said that, and I turned to
21  Mrs. Jones. And then I said, then
22  it's her word against mine. How are
23  we going to fix this?
24  Q. Okay.
25  So the next day, you were at

Page 157

1  school and you were called down to the
2  office for a meeting with Dr. Shank
3  and Mr. Becker. What happened at that
4  meeting?
5  ATTORNEY O'DONNELL:
6  Counsel, we've been over
7  this testimony. I --- I don't
8  mind you following up with
9  specifics, but having him re-
10  testify to something that we've
11  just covered exhaustively is
12  kind of a waste of time, and we
13  are --- we are under some time
14  constraints in this room.
15  ATTORNEY READY:
16  Yeah. I mean, I --- I'd
17  like to back --- circle back,
18  and it's an important meeting.
19  I think we've covered it, a
20  couple pieces. But I'd like to
21  ---.
22  ATTORNEY O'DONNELL:
23  But you're --- because
24  you're witnessing ---.
25  THE WITNESS:

Case 5:19-cv-01873-MAK   Document 46-1   Filed 11/25/19   Page 44 of 218

Page 158

1  Definitely more
2  happened.
3  ATTORNEY O'DONNELL:
4  Your --- he's your
5  witness, and you're asking him
6  open ended questions. I mean,
7  I --- I don't think it's
8  appropriate, but go ahead.
9  ATTORNEY READY:
10  I can be more leading if
11  that's what you're asking.
12  ATTORNEY O'DONNELL:
13  I think you need to be
14  more pointed with your
15  questions and not --- and not
16  re-cover the same grounds we've
17  already covered. We have a
18  transcript you can refer back
19  to.
20  ATTORNEY READY:
21  Okay.
22  BY ATTORNEY READY:
23  Q. At that meeting, Dr. Shank and
24  Mr. Becker both addressed you.
25  Is that right?

Page 159

1  A. That's correct.
2  Q. And what did they say?
3  A. They said that --- that she
4  needs to protect her teachers, and
5  that I --- Abby felt threatened by my
6  question to her. And she said that I
7  lunged at her. And I was like, I
8  didn't do that.
9  Q. I'm sorry, and she being Dr.
10  Shank said that ---
11  A. Yes.
12  Q. --- Abby said that about you?
13  A. Yes.
14  Q. Okay.
15  Did she say it what form that
16  Abby had related that to her?
17  A. Through email.
18  Q. Okay.
19  What was --- I understand Mr.
20  Becker was filling a suspension form
21  during the meeting.
22  Is that right?
23  A. Yeah. That's kind of all he
24  did. He was just sitting there.
25  Q. When did he begin filling out

Page 160

1  that form? Did you observe?
2  A. Toward the end of the meeting.
3  Q. Okay.
4  They told you that they wished
5  that you'd gone home after the School
6  Board meeting?
7  A. Yeah. One of those things Dr.
8  Shank said was that. She wished I
9  would've gone home instead of going to
10  rehearsal.
11  Q. Okay.
12  Did she say why?
13  A. Due to the circumstances I
14  assume.
15  Q. Did --- I mean, did she say
16  anything about why?
17  A. Not that I can recall.
18  Q. When she said that you had
19  lunged at Ms. Hartenstine, did you
20  respond to that?
21  A. I was very confused, and she
22  demonstrated and stood up over me and
23  got close to me and said that I did
24  --- she said you did this, and I was
25  like, okay. I didn't. I think Abby's

Page 161

1  a great person and I even offered to
2  write her an apology, but --- and I
3  said I --- I could do that.
4  And I --- and they said I would
5  have to write it and send it to them
6  so that they can look over it before
7  it's sent to Abby. I never did this
8  though because I realized that I never
9  intended to threaten Abby and I never
10  lunged at her.
11  Q. During this time, Dr. Shank
12  told you that --- that she had to calm
13  Abby Hartenstine down so she could
14  drive home.
15  Is that correct?
16  A. Yeah. So she said that around
17  10:00 p.m. she was there, and Abby was
18  crying for so long that she stayed
19  until midnight so that Abby could
20  safely drive home.
21  Q. Okay.
22  At the --- at the meeting, did
23  they define that it was a level three
24  or level four offense?
25  A. They didn't define it, but they

41 (Pages 158 to 161)

0041a

Joint Appendix00041

Page 162

```
1    said it was a level three or four.
2    Q. So they did tell you at that
3    time that it was a level or level four
4    offense?
5    A. Yeah.
6    Q. Okay.
7        Did they give you the
8    opportunity to speak to Mrs.
9    Hartenstine at this meeting?
10   A. No.
11   Q. Did they give you the
12   opportunity to present any witnesses
13   in your defense?
14   A. I believe they let my mom sit
15   with me.
16   Q. Okay.
17   A. She was there.
18   Q. Were you able to present any of
19   the witnesses from that --- from that
20   night?  From the night before?
21   A. No.
22   Q. Okay.
23       Did they bring Mrs. Hartenstine
24   in to speak?
25   A. No.
```

Page 164

```
1    A. Yes.
2    Q. Okay.
3        And what --- what is this?
4    A. This is a letter to looks like
5    my parents saying that I'd been
6    suspended for a period of three days
7    due to disrespect/insubordination.
8    Q. Okay.
9        Did you have any prior
10   suspensions or school discipline?
11   A. No.
12   Q. Okay.
13       Do you have an IEP?
14   A. No.
15   Q. Okay.
16       In this process, you've
17   mentioned some of the damages you've
18   suffered.  You mentioned losing some
19   of your friends.  Can you tell about
20   other --- other effects that this has
21   had on you?
22   A. Yeah.  There's been online
23   bullying.  I've had to go to the
24   bathroom a lot, like over the course
25   of a lot of these --- these meetings
```

Page 163

```
1    Q. Okay.
2        Did they show you any footage
3    from the security cameras in the
4    hallways?
5    A. No.
6    Q. Okay.
7        I'm going to show you this
8    document, which we'll mark --- I'm not
9    sure which number we're on here, but
10   6.
11       All right.
12       We're on document 6.
13           ---
14       (Whereupon, Plaintiff's
15       Exhibit 7, Suspension
16       Letter, was marked for
17       identification.)
18           ---
19   BY ATTORNEY READY:
20   Q. Do you recognize this document?
21   A. Wait.  This is 7.
22   Q. I'm sorry.  This is 7.  I
23   apologize.  So just the front page of
24   this document.  Do you recognize this
25   --- this front --- this page?
```

Page 165

```
1    with people.  I've been called out of
2    class a lot, I missed a lot of school.
3    I missed work for a few days because I
4    just didn't feel well.
5    I'd often be afraid of the
6    phone ringing because that would often
7    mean, around 9:00 a.m., that I would
8    have to go down and speak to somebody
9    about something.
10   Q. Can you talk about the impact
11   of missing your senior year play?
12   A. Because it's what I want to do
13   with my life, and it's a great show.
14   I was really disappointed that I
15   couldn't be a part of it.
16   Q. Did you ---?
17   A. There was also a scholarship,
18   the drama club scholarship that was
19   never --- it never happened that I
20   applied for.  That happened previous
21   years, and it was for $2,000.  That
22   was --- I filled out the whole
23   application and it never --- never
24   heard anything.
25   Q. What scholarship is that?
```

42 (Pages 162 to 165)

Page 166

1   A. The scholarship is for a
2   student going to the performing arts.
3   **Q. Is it Oley Valley specific?**
4   A. Yes.
5   **Q. Okay.**
6   **Who were the other seniors that**
7   **would've been eligible for — for**
8   **that?**
9   A. The other seniors eligible
10  would've been Jared Mazeika, Haley
11  Hartline, possibly Haley Richard.
12  **Q. Okay.**
13  **Do you know if the scholarship**
14  **was awarded to any of them?**
15  A. No. There was no scholarship
16  given.
17  **Q. All right.**
18  **Two of the questions about the**
19  **suspension meeting that you had with**
20  **Dr. Shank and Mr. Becker, was there**
21  **anyone else present in that meeting?**
22  A. My mom.
23  **Q. Okay. Okay.**
24  ATTORNEY READY:
25  I believe that's all my

Page 167

1   questions.
2   ATTORNEY O'DONNELL:
3   No questions. Thank you
4   very much.
5   THE WITNESS:
6   Thank you.
7   COURT REPORTER:
8   Counsel would like a
9   transcript?
10  ATTORNEY O'DONNELL:
11  Yes.
12  ATTORNEY READY:
13  Yes.
14  ATTORNEY O'DONNELL:
15  All of mine electronic,
16  please.
17  COURT REPORTER:
18  Yes.
19       * * * * * * * *
20      DEPOSITION CONCLUDED AT 4:18 P.M.
21       * * * * * * * *
22
23
24
25

Page 168

1   COMMONWEALTH OF PENNSYLVANIA )
2   COUNTY OF BERKS              )
3            CERTIFICATE
4   I, Ian Weeber, a Notary Public in and
5   for the Commonwealth of Pennsylvania, do
6   hereby certify:
7   That the witness, Jordan Eck, whose
8   testimony appears in the foregoing deposition,
9   was duly sworn by me on 09/26/2019 and that
10  the transcribed deposition of said witness is
11  a true record of the testimony given by said
12  witness;
13  That the proceeding is herein recorded
14  fully and accurately;
15  That I am neither attorney nor counsel
16  for, nor related to any of the parties to the
17  action in which these depositions were taken,
18  and further that I am not a relative of any
19  attorney or counsel employed by the parties
20  hereto, or financially interested in this
21  action.
22  Dated the 6th day of November, 2019
23  *Ian Dale Weeber*
24  Ian Weeber,
25  Court Reporter

43  (Pages 166 to 168)

Sargent's Court Reporting Services, Inc.
(814)-536-8909

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

OF PENNSYLVANIA

* * * * * * *

JORDAN ECK, HALEY     *

HARTLINE, and         * Case No.

VINCENT FERRIZZI,     * 5:19-CV-1873-MAK

    Plaintiffs       *

    vs.              *

OLEY VALLEY SCHOOL    *

DISTRICT; TRACY       *

SHANK, individually;*

CHRISTOPHER M.        *

BAKER, individually;*

and STACY LYONS,      *

individually,         *

    Defendants        *

* * * * * * *

DEPOSITION OF

HALEY HARTLINE

September 26, 2019

Any reproduction of this transcript is

prohibited without authorization by

the certifying agency.

Sargent's Court Reporting Services, Inc.
(814)-536-8909

0044a

Joint Appendix00044

Page 2

```
 1                 DEPOSITION
 2                    OF
 3   HALEY HARTLINE, taken on behalf of the
 4   Defendants herein, pursuant to the
 5   Rules of Civil Procedure, taken before
 6   me, the undersigned, Ian Dale Weeber,
 7   a Court Reporter and Notary Public in
 8   and for the Commonwealth of
 9   Pennsylvania, at Berks County Bar
10   Association, 544 Court Street,
11   Reading, Pennsylvania, on Thursday,
12   September 26, 2019 beginning at 11:51
13   a.m.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                 I N D E X
 2
 3   WITNESS: HALEY HARTLINE
 4   EXAMINATION
 5     By Attorney O'Donnell      7 - 109
 6   EXAMINATION
 7     By Attorney Ready         110 - 122
 8   CERTIFICATE                      123
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1           A P P E A R A N C E S
 2
 3   JOEL A. READY, ESQUIRE
 4   Cornerstone Law Firm, LLC
 5   8500 Allentown Pike
 6   Suite 3
 7   Blandon, PA  19510
 8        COUNSEL FOR PLAINTIFFS
 9
10   SHARON M. O'DONNELL, ESQUIRE
11   Marshall, Dennehey, Warner, Coleman &
12   Goggin, P.C.
13   100 Corporate Center Drive
14   Suite 201
15   Camp Hill, PA  17011
16        COUNSEL FOR DEFENDANTS
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1              EXHIBIT PAGE
 2
 3                                    PAGE
 4   NUMBER   DESCRIPTION         IDENTIFIED
 5   P-2      District Court
 6            Complaint              13
 7   P-3      Defamatory Email       34
 8   P-4      Musical Production
 9            Team Expectations
10            Letter                106
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 to 5)

Sargent's Court Reporting Services, Inc.
(814)-536-8909

0045a

Page 6

```
 1        OBJECTION PAGE
 2
 3   ATTORNEY              PAGE
 4        NONE MADE
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
 1        S T I P U L A T I O N
 2
 3   (It is hereby stipulated and agreed by
 4   and between counsel for the respective
 5   parties that reading, signing,
 6   sealing, certification and filing are
 7   waived.)
 8
 9        P R O C E E D I N G S
10
11        HALEY HARTLINE,
12   CALLED AS A WITNESS IN THE FOLLOWING
13   PROCEEDING, AND HAVING FIRST BEEN DULY
14   SWORN, TESTIFIED AND SAID AS FOLLOWS:
15
16        EXAMINATION
17
18   BY ATTORNEY O'DONNELL:
19   Q. Good afternoon, Ms. Hartline.
20   My name is Sharon O'Donnell.  I
21   represent the Oley Valley School
22   District, Dr. Shank, Mr. Becker, and
23   Ms. Stacy Lyons in a lawsuit that ---
24   lawsuit that you brought along with
25   two other people against them alleging
```

Page 8

```
 1   that your constitutional rights were
 2   violated and alleging that they
 3   conspired against you to cause harm.
 4   And so, I am going to ask you
 5   some questions about the lawsuit and
 6   about the facts giving rise to what
 7   you consider to be constitutional
 8   violations and so torts.  In --- in
 9   our legalese, a tort is a civil wrong
10   doing, meaning that people that you're
11   accusing of doing this wrong thing
12   intentionally tried to harm you.
13   So I am going to start by
14   giving you some instructions about
15   answering my questions.  And the first
16   is to make sure that when I ask you a
17   question, you understand what that
18   question is.  You'll have to ask me to
19   repeat it if you don't hear it, if you
20   zone out for a minute, or ask me to
21   rephrase it if you don't understand
22   the way I'm asking it because if you
23   answer a question that I ask, I'm
24   going to assume that you both heard it
25   and understood it, and that the answer
```

Page 9

```
 1   that you need to --- the answer that
 2   you give me is the answer that you
 3   mean to give me.
 4   Okay?
 5   A. Okay.
 6   Q. That fair?
 7   A. Uh-huh (yes).
 8   Q. Also because this is a
 9   proceeding that's being transcribed
10   into a booklet form by the Court
11   Reporter, you'll have to keep your
12   answers audible and verbal.  Audible
13   because we have, especially today,
14   because we have an air conditioner
15   directly behind us and you'll have to
16   try to compete with that air
17   conditioner when you're giving your
18   answers.  And verbal because we need
19   to transcribe your answers into a book
20   --- booklet form and a Court Reporter
21   is not required to transcribe your
22   physical gestures.
23   Okay?
24   So as your nodding your head
25   now, you'll need to remember to try to
```

3  (Pages 6 to 9)

Sargent's Court Reporting Services, Inc.
(814)-536-8909

0046a

Case 5:19-cv-01873-MAK   Document 46-1   Filed 11/25/19   Page 50 of 218

**Page 10**

1 say yes if it's an answer in the
2 affirmative or a no if it's not.
3 Okay?
4 A. Okay.
5 Q. All right.
6 A. Sorry.
7 Q. If you don't know the answer to
8 one of my questions, you could just
9 say I don't know and that's a fair
10 response.
11 A. Okay.
12 Q. If you don't recall the answer
13 to a question that I ask you, simply
14 tell me you don't recall. If, by the
15 time we finish, you remember the
16 answer to that question, you can
17 interrupt the process or add on to
18 your testimony once you've remembered.
19 Okay?
20 A. Okay.
21 Q. Is there any reason that you
22 cannot give accurate and truthful
23 testimony this morning --- today?
24 A. No. None.
25 Q. Do you understand what it means

**Page 11**

1 to be under oath?
2 A. Yes.
3 Q. What does it mean?
4 A. I have to tell the truth and
5 the whole truth. And that's ---.
6 Q. Okay.
7 Do you know what --- do you
8 know what the truth is?
9 A. Yes. Anything that actually
10 happened and it's not falsified, or
11 like learned from other people.
12 Q. Do you know what perjury is?
13 A. No.
14 Q. Okay.
15 Perjury is a crime that's
16 committed when false testimony is
17 given and people, like lawyers and
18 Judges, have no choice but to rely on
19 it. That causes problems so we're
20 trying to avoid that.
21 Do you understand that?
22 A. Yes.
23 Q. Okay.
24 Would you give me your current
25 address, please?

**Page 12**

1 A. It's 95 Valley View Trailer
2 Park, Reading, PA.
3 Q. And what is your date of birth?
4 A. May 10th, 2001.
5 Q. And how old are you currently
6 today?
7 A. I'm 18.
8 Q. Are you attending college?
9 A. Yes I am.
10 Q. At where?
11 A. Reading Area Community College.
12 Q. And what's your major?
13 A. Liberal Arts Transfer.
14 Q. When did you start at Reading
15 Area Community College?
16 A. I believe it was August 26.
17 Q. And when did you finish with
18 Oley Valley School District?
19 A. June 6th.
20 Q. Now if you would please turn to
21 the first page of the booklet that's
22 in front of you, to the exhibit that's
23 marked number one and hand it to our
24 Court Reporter so that he can mark it
25 as Plaintiff 2.

**Page 13**

1 A. This one?
2 COURT REPORTER:
3 Just slide it over.
4 THE WITNESS:
5 Okay.
6
7 (Whereupon, Plaintiff's
8 Exhibit 2, District
9 Court Complaint, was
10 marked for
11 identification.)
12
13 BY ATTORNEY O'DONNELL:
14 Q. Okay.
15 Have you seen this document
16 before today?
17 A. Yes.
18 Q. If you read with me, turn to
19 page 3 and at paragraph 14, it
20 indicates that Jordan and Haley were
21 dating.
22 Is that true as of today?
23 A. Yes.
24 Q. Okay.
25 And why is that important to

4 (Pages 10 to 13)

Page 14

1    your law suit?
2    A. Because at --- while we were
3    dating, Jordan got accused of abusing
4    me which was completely false. And we
5    think that it was meant to ill, like
6    --- to harm his like, the view of him.
7    Trying to make --- sorry.
8    Trying to make him come out to be a
9    bad person when he's not.
10   Q. So was there a complaint of
11   something that lead someone in the
12   school district to believe that Jordan
13   was abusing you?
14   A. Well my one friend said --- had
15   told Mrs. Lyons that I was losing
16   weight, and that she was worried about
17   me and to keep an eye on me. And then
18   Mrs. Lyons went to the Superintendent,
19   Dr. Shank, to say that Jordan was
20   abusing me.
21   Q. Okay.
22   Did --- who was your friend
23   that went to Mrs. Lyons?
24   A. Alexa Henry.
25   Q. And do you know what Alexa said

Page 15

1    to Mrs. Lyons specifically?
2    A. Not specifically. I just know
3    that she had talked about that I was
4    losing a lot of weight. She was
5    worried about me, and she just wanted
6    Mrs. Lyons to keep an eye on me.
7    Q. Were you --- were you in the
8    drama club at that time?
9    A. Yes.
10   Q. And was Jordan in the drama
11   club at that time?
12   A. Yes.
13   Q. And was drama club active even
14   if a play was not going on?
15   A. Well, we have a play and then a
16   musical right after. So it --- yes,
17   it was pretty much for the whole year.
18   Q. Okay.
19   So if --- if we're --- if we're
20   thinking about February of 2019, would
21   that have been at the time when a play
22   was ongoing?
23   A. The musical, yes.
24   Q. The musical was ongoing?
25   A. Uh-huh (yes).

Page 16

1    Q. Okay.
2    And --- and were the parts for
3    the musical chosen around Christmas
4    time?
5    A. It was after Christmas.
6    Q. After Christmas? So it
7    would've been in January of 2019 that
8    the characters were chosen for the
9    parts?
10   A. Yes.
11   Q. So what --- you were chosen for
12   a part then, Haley?
13   A. Uh-huh (yes).
14   Q. And what --- what part were you
15   chosen for?
16   A. I was given Finch.
17   Q. Finch. And what part was
18   Jordan given?
19   A. He was given the part of Race.
20   Q. Okay.
21   And ---.
22   A. Do you --- do you want to know
23   our understudy parts also?
24   Q. You were an understudy for
25   someone?

Page 17

1    A. Yes.
2    Q. Who was that?
3    A. Jordan --- Meadow Larken.
4    Q. Okay.
5    A. And he was an understudy for
6    Jack Kelly and Davey.
7    Q. Okay.
8    And what part did Alexa have?
9    A. Alexa was not in the show. She
10   graduated the year before.
11   Q. When did Alexa have an
12   opportunity to speak with Mrs. Lyons?
13   A. Over the phone.
14   Q. So Alexa specifically called
15   Mrs. Lyons to watch you?
16   A. I believe so. I'm not 100
17   percent sure on that.
18   Q. Did Alexa tell you that she
19   spoke to Mrs. Lyons on your behalf?
20   A. Yes.
21   Q. Did Mrs. Lyons tell you that
22   Alexa spoke to her?
23   A. No.
24   Q. Is it possible that Alexa could
25   have said more? Just that more than

5 (Pages 14 to 17)

0048a

Joint Appendix00048

Page 18

1  you're --- is it --- strike that.  Is
2  it possible that Alexa could've said
3  more than or just that you were losing
4  weight?
5  A. I do not know.
6  Q. How much time did you spend
7  with Alexa outside of school?
8  A. Not much time.  We would
9  occasionally hang out like every other
10  weekend because she was in college at
11  the time.
12  Q. Okay.
13  Did Alexa know Jordan?
14  A. Yes.
15  Q. Okay.
16  And do you know how much time
17  she spent with Jordan?
18  A. Outside of school?
19  Q. Yes.
20  A. No.
21  Q. Did you spend any time with
22  Alexa's parents?
23  A. Only when I was at Alexa's
24  house and they were around.  But I
25  never spent, like individual time with

Page 19

1  them.
2  Q. Okay.
3  And what about Jordan?  Did he
4  spend any time with Alexa's parents?
5  A. No.
6  Q. I read some documentation that
7  you spent a lot of time at Jordan's
8  house.
9  Is that correct?
10  A. Yes.
11  Q. Okay.
12  When you were in your senior
13  year, did you live at his house?
14  A. I did not live there, but I
15  would like, sleepover occasionally.
16  Q. Okay.
17  So how much time did you spend
18  at Jordan's house during your senior
19  year?
20  A. Well I would usually go to his
21  house after school, and then we would
22  go to the musical rehearsals together.
23  And then, after we got home, I would
24  go back to my house.
25  Q. Okay.

Page 20

1  So you were in his house every
2  day until you left to go to rehearsal?
3  A. Yes.
4  Q. Where --- did you also go to
5  his house even when there was no
6  rehearsal?
7  A. Occasionally.
8  Q. Okay.
9  How many days a week would you
10  say you would be at Jordan's house on
11  an average basis?
12  A. Four or five.
13  Q. Okay.
14  Were you at his house on
15  weekends as well?
16  A. Occasionally.
17  Q. Okay.
18  A. I sometimes worked.
19  Q. Okay.
20  And how far away did you live
21  from Jordan's house?
22  A. About eight minutes away.
23  Q. Okay.
24  Is that eight minutes walking
25  or driving?

Page 21

1  A. Driving.
2  Q. Okay.
3  And the sleepovers, they were
4  acceptable to your parents and his
5  parents?
6  A. Yep.
7  Q. Okay.
8  A. Yeah, we would sleep in
9  different rooms.
10  Q. It says in here that Jordan was
11  elected President of the drama club,
12  and served as ---
13  A. Yeah.
14  Q. --- Vice President previous two
15  years.
16  Is that correct?
17  A. Yes.
18  Q. Okay.
19  And in paragraph 18, it says
20  both students, that's you and Jordan
21  I'm assuming, and their parents
22  expressed at various times concerns
23  about Mrs. Lyons leadership of the
24  school play.  These concerns were
25  raised to other students and

Page 22

```
 1    ultimately the school administration
 2    who declined to act.
 3    Do you see that?
 4       A. Yes.
 5       Q. Okay.
 6    What concerns did you express
 7    --- did you personally express about
 8    Mrs. Lyons leadership of the school
 9    play, and to whom?
10       A. I expressed to the School Board
11    that she was very unprofessional with
12    us and she would never start on a
13    timely manner.  Things were always
14    changing.  And she was very rude to
15    the students occasionally.
16       Q. Always or occasionally.
17       A. Occasionally.
18       Q. And other then the --- so that
19    was --- you told the School Board all
20    of that?  She was unprofessional,
21    untimely, changed things a lot, and
22    occasionally rude?  Yes?
23       A. Yes.  Sorry.
24       Q. Okay.
25    Did you tell that to anyone
```

Page 23

```
 1    else?
 2       A. Other than ---?
 3       Q. Adults.
 4       A. Adults?  No.
 5       Q. So it was just that one time
 6    that you expressed to the School Board
 7    those complaints that you had about
 8    Mrs. Lyons?
 9       A. To adults, yes.
10       Q. Okay.
11    And then, what about your
12    parents?  Did they express any
13    concerns about Mrs. Lyons leadership
14    of the school play to anyone?
15       A. No.  No.  My parents are
16    usually very busy.  They always work a
17    lot.  My mom had attended the School
18    Board meeting, but she did not say
19    anything.
20       Q. Okay.
21    At the top of page 4, it says
22    in the days leading up to the March
23    20th, 2019 School Board meeting,
24    Jordan expressed his interest in
25    attending the School Board meeting and
```

Page 24

```
 1    speaking about his concerns regarding
 2    Mrs. Lyons.
 3    Do you see that?
 4       A. On the 19th?
 5       Q. Yes.
 6       A. Yes.
 7       Q. Do you know to whom he
 8    expressed his interests?
 9       A. He expressed his interest to
10    Mr. Becker, to his parents.
11       Q. Okay.
12    Do you know what he
13    specifically said to Mr. Becker?
14       A. I do not.
15       Q. When did you make the decision
16    to make a statement to the School
17    Board?
18       A. I do not know.  Like,
19    specifically when.  It was a little
20    --- a little bit before the whole
21    event happened.
22       Q. Before the School Board
23    meeting?
24       A. Yep.
25       Q. Do you know why you chose to
```

Page 25

```
 1    speak?
 2       A. Yes.
 3       Q. Why?
 4       A. Because she was very
 5    unprofessional.  She had accused my
 6    boyfriend of abusing me for no reason.
 7    It was false accusations, and I felt
 8    that she needed oversight.
 9       Q. Did she --- was she
10    unprofessional with you specifically?
11       A. Yes.
12       Q. Okay.
13    And in what way?
14       A. Once I had arrived late to a
15    rehearsal, and when I went on stage, I
16    was at --- I was practicing with
17    everyone for about ten minutes.  And
18    then, she called me off stage and put
19    me in like a time out.  And just had
20    me sit there, watching everyone
21    practice.
22    And then she came up to me and
23    said that I had to be on time more,
24    which I understand.  And then she said
25    that I was not allowed to question the
```

7 (Pages 22 to 25)

D050a

Joint Appendix00050

**Page 26**

1  authority of the production team.
2  **Q. Okay.**
3  **Anything else?**
4  A. The whole abuse thing.
5  **Q. When she said you were not**
6  **allowed to question the authority of**
7  **the production team, what was that**
8  **about?**
9  A. The choreographer was very
10  unprofessional, and he was never
11  prepared so we had a lot of concerns
12  about it and the show.
13  **Q. Did you speak out against the**
14  **choreographer to someone?**
15  A. No. Only to like --- like a
16  couple of students, but they had
17  expressed the same concerns.
18  **Q. So you expressed concerns about**
19  **the choreographer never being prepared**
20  **to other students?**
21  A. Yes.
22  **Q. And how did that get onto the**
23  **radar of Mrs. Lyons?**
24  A. I don't know.
25  **Q. But you were sure when she said**

**Page 27**

1  you were not allowed to question the
2  authority of the production team, I'm
3  assuming the choreographer is part of
4  the production team?
5  A. Yes.
6  **Q. And someone told her that you**
7  **were one of a group of students that**
8  **--- that questioned his competency?**
9  A. I don't know, but most likely.
10  **Q. So when she told you you're not**
11  **allowed to question the authority of**
12  **the production team, you assumed she**
13  **was talking about the choreographer?**
14  A. And just the whole production
15  team in general, yes.
16  **Q. Did you make a habit of**
17  **questioning the authority of the**
18  **production team?**
19  A. No.
20  **Q. Other than the choreographer,**
21  **did you express or question the**
22  **authority of any other member of the**
23  **production team?**
24  A. Only Mrs. Lyons at the School
25  Board meeting.

**Page 28**

1  ATTORNEY READY:
2  Is it okay if we turn
3  off the air? I think she's
4  cold. So you're okay if we
5  turn it off, or ---?
6  ATTORNEY O'DONNELL:
7  Okay. Sure.
8  ATTORNEY READY:
9  Okay.
10  THE WITNESS:
11  Sorry.
12  ATTORNEY READY:
13  If you get hot, let me
14  know. We'll --- we'll turn it
15  back on then.
16  ATTORNEY O'DONNELL:
17  Thank you.
18  BY ATTORNEY O'DONNELL:
19  **Q. Do you feel that you had a**
20  **right to question the authority of the**
21  **production team?**
22  A. Yes.
23  **Q. Okay.**
24  **And where would you have**
25  **obtained that right to question the**

**Page 29**

1  authority of the production team?
2  A. I don't understand that
3  question.
4  **Q. How do you know you have a**
5  **right to question the authority of the**
6  **production team?**
7  A. Because I have rights through
8  my --- my Bill of Rights that applies
9  to everyone. I'm allowed to free
10  speech, free think.
11  **Q. Well --- okay.**
12  **Are you aware that there are**
13  **restrictions on the right to speak**
14  **freely in this country?**
15  A. No I'm not aware of that.
16  **Q. Okay.**
17  A. You mean like slandering people
18  on ---?
19  **Q. No, not like slandering people.**
20  **Nope. We're talking about**
21  **constitutional rights. Do you know**
22  **which amendment that is?**
23  A. The 1st Amendment.
24  **Q. Correct.**
25  **So there's a 1st Amendment,**

8 (Pages 26 to 29)

0051a

Joint Appendix00051

Case 5:19-cv-01873-MAK   Document 46-1   Filed 11/25/19   Page 55 of 218

Page 30

1  right to speak freely.  Right, you
2  know that?
3  A. Yes.
4  Q. And I know that.  I know that
5  there's a --- there are some
6  restrictions on a person's right to
7  speak freely, but you don't know that.
8  Is that correct?
9  A. Yes.
10 Q. Okay.
11 So if the school district were
12 to have placed some restrictions on
13 your speech at the School Board
14 meeting, you don't know whether or not
15 those restrictions are constitutional
16 or legal.
17 Right?  You don't know one way
18 or the other?
19 A. Yes, but I feel that it is a
20 violation of my 1st Amendment.
21 Q. Well --- but not if they have a
22 right to restrict your speech.
23 Right?
24 A. I suppose.
25 Q. Okay.

Page 31

1  So if they had a right to
2  restrict your speech, you would not
3  have a violation to your 1st Amendment
4  rights imposed.
5  Right?
6  A. I suppose.
7  Q. It says in paragraph 20, on
8  March 19th, having learned that Jordan
9  would be speaking at the meeting and
10 in anticipation of this event, Mrs.
11 Lyons, with the apparent approval of
12 Dr. Shank, the Superintendent for Oley
13 Valley, sent a defamatory email to the
14 parents of other students in the drama
15 club, alleging that Jordan and his
16 mother were making problems for the
17 school show and that Jordan would be
18 attending the March 20th School Board
19 meeting to speak out against Mrs.
20 Lyons.
21 Did I read that correctly?
22 A. Yes.
23 Q. Okay.
24 Do you know anything about that
25 email?

Page 32

1  A. Yes.  I did not receive it, but
2  I have --- I was shown it by Jordan
3  who received it from another student.
4  Q. Do you know who gave it to
5  Jordan?
6  A. I do not.
7  Q. Do you know if Jordan's name
8  was on that email?
9  A. It was.
10 Q. It was?
11 A. Well, I'm pretty sure it was.
12 Q. Okay.
13 A. I have not seen the email
14 recently.
15 Q. Okay.
16 If --- do you know whether the
17 email was directed to Jordan?
18 A. Yes, it was.
19 Q. It was directed to Jordan?
20 A. Yes.
21 Q. Okay.
22 Let's take a look ---.
23 A. I remember.  It did not say his
24 name specifically, but it said that a
25 student who did not receive the lead

Page 33

1  role, which is Jack Kelly and only two
2  students had auditioned for it so it
3  was directed towards him, but it did
4  not say his name.
5  Q. Okay.
6  Because of student who did not
7  receive the lead role?  Were there
8  other students who applied --- who
9  tried out for the lead role?
10 A. No.
11 Q. So it was just Jordan and
12 Jared?
13 A. Yeah.
14 Q. Okay.
15 And you know that it wasn't ---
16 she wasn't talking about Jared?
17 A. Yes.
18 Q. Okay.
19 How do you know that?
20 A. Because he got the lead role.
21 Q. Okay.
22 So if you turn to Exhibit 6,
23 tab number 6 and come in about ten
24 pages.  And I apologize they're not
25 marked, but ---.

9  (Pages 30 to 33)

Page 34

1    A. That's okay.
2    Q. Okay.
3    That copy.
4    A. It says Wednesday?
5    Q. Nope. It says --- starts out
6    with I need your help.
7    Okay?
8    We'll have our Court Reporter
9    mark that as Plaintiff 3.
10    ---
11    (Whereupon, Plaintiff's
12    Exhibit 3, Defamatory
13    Email, was marked for
14    identification.)
15    ---
16    ATTORNEY READY:
17    I'm sorry, you said it's
18    behind tab six?
19    THE WITNESS:
20    Yep, it's --.
21    ATTORNEY READY:
22    Got it.
23    ATTORNEY O'DONNELL:
24    Are we ready?
25    Okay.

Page 35

1    BY ATTORNEY O'DONNELL:
2    Q. You read until it fades out,
3    and then I will do my best to help
4    you. Read it out loud, please.
5    A. I need your help. I've spent
6    the last two months shielding the kids
7    from some very horrible stuff
8    happening behind the scenes with a
9    student and his mother.
10    Unfortunately, the situation
11    has escalated to the point that this
12    student posted something against
13    another student and police were called
14    in. This mother and her son want me
15    ---
16    Q. Fired.
17    A. --- fired, and in the mothers'
18    words, she's going to destroy me. All
19    because her son was not cast as Jack.
20    I have been working closely with Dr.
21    Shank and the ---
22    Q. Administrator.
23    A. --- administration since
24    January?
25    Q. Yes.

Page 36

1    A. Sorry. This parent has made
2    ---
3    Q. Friends.
4    A. --- friends with Ms. Zackon on
5    the School Board. This ---
6    Q. Is helping.
7    A. --- is helping to be ---
8    Q. To fuel.
9    A. --- to fuel the fire?
10    Q. Yes.
11    A. Okay.
12    I can't read any of that.
13    Q. Okay.
14    I'm going to help you out. Dr.
15    Shank let me know today that this
16    parent is planning on attending the
17    School Board meeting tomorrow night at
18    7:00 p.m. in the high school library.
19    I am reaching out to ask any
20    and all parents that believe in this
21    program and students that love the
22    program to please show up to the Board
23    meeting to show your support. We are
24    in jeopardy of losing the program.
25    Any questions, feel free to

Page 37

1    call me. And there's a phone number,
2    and its signed Stacy Lyons. Is this
3    the email that you are referring to?
4    A. Yes.
5    Q. Okay.
6    Do you know whether or not Mrs.
7    Eck said the words that she is going
8    to destroy Mrs. Lyons?
9    A. She never said that.
10    Q. In front of you?
11    A. She --- yeah. She never said
12    that in front of me.
13    Q. Okay.
14    Do you know whether or not Mrs.
15    Eck was upset that --- that Jordan was
16    not cast as Jack?
17    A. Yes, she was upset, but she was
18    still happy that he had received a
19    role and was going to be in Newsies.
20    Q. Okay.
21    And why was she upset that he
22    was not cast as Jack?
23    A. Well every parent gets upset
24    when their child doesn't get a role
25    that they wanted. Because he was very

10 (Pages 34 to 37)

Sargent's Court Reporting Services, Inc.
(814)-536-8909

0053a

Page 38

1　excited for Newsies. It's one of his
2　favorite shows. And he was upset that
3　the did not receive the role, but he
4　--- so his mom was upset for him.
5　**Q. For him?**
6　A. Yes.
7　**Q. Okay.**
8　**Do you know anything about a**
9　**posting by Jordan, him with some fruit**
10　**that Jared was allergic to?**
11　A. Yes, but I posted it.
12　**Q. Okay.**
13　A. Jordan did not post it.
14　**Q. Okay.**
15　A. I had recorded and posted it.
16　**Q. Okay.**
17　**So tell me about that. What**
18　**was --- you're --- you're smiling a**
19　**little bit, so I want to --- I want to**
20　**know what it's about.**
21　A. Yeah. So the video --- right
22　after we had helped with the middle
23　school musical, we went back to his
24　house. And he was just being really
25　funny, and I was recording him. And

Page 39

1　he had an apple and he said, you are
2　the apple of my eye. And like, just
3　like little cute, like puns and flirty
4　jokes with, like fruit. I don't
5　remember all of them. I have the
6　video though.
7　**Q. Okay.**
8　**Well you'll give that to your**
9　**attorney and he'll turn that over to**
10　**us.**
11　**Okay?**
12　A. Yeah, he has it.
13　**Q. Okay. Perfect.**
14　**So are you aware that Jared was**
15　**highly allergic to those fruits?**
16　A. Yes I knew that, but it was not
17　intended for that reason. It's just
18　the fruits that Jordan had on his
19　counter. And he didn't use just
20　fruit. He also picked up like
21　marshmallow fluff and bread. So I
22　know Jared's not allergic to
23　marshmallow fluff or bread.
24　**Q. Okay.**
25　**Do you know that Jared saw that**

Page 40

1　posting and took offense?
2　A. I did not know that until after
3　the fact.
4　**Q. Okay.**
5　**And apparently, it didn't occur**
6　**to you that if you posted it, Jared**
7　**would see it.**
8　**Right?**
9　A. No.
10　**Q. Okay.**
11　A. Well I had him on Snapchat
12　which ---
13　**Q. Okay.**
14　A. --- I posted it on, but I
15　didn't realize that he was going to
16　take offense to it ---
17　**Q. Okay.**
18　A. --- because it wasn't about
19　him.
20　**Q. Okay.**
21　**And this --- would --- would**
22　**this have been after both Jared and**
23　**Jordan had received their roles from**
24　**Mrs. Lyons?**
25　A. Yes.

Page 41

1　**Q. Okay.**
2　**And are you aware that Jared**
3　**felt targeted because not a lot of**
4　**people --- not a lot of people agree**
5　**with her decision to cast Jared in the**
6　**lead role?**
7　A. I'm sorry, could you repeat
8　that?
9　**Q. Sure.**
10　**ATTORNEY O'DONNELL:**
11　Could you repeat that?
12　**BY ATTORNEY O'DONNELL:**
13　**Q. Jared felt targeted by other**
14　**students because he was cast in the**
15　**role that Jordan wanted; and Jordan**
16　**has now appeared in a post on**
17　**Instagram holding the fruit that Jared**
18　**is highly allergic to.**
19　**What would the likely**
20　**conclusion be of a person who already**
21　**feels targeted? Can you imagine?**
22　A. Yes I can imagine how he would
23　feel, but it was a lot longer after
24　the fact that --- because once people
25　were like talking about how they

11 (Pages 38 to 41)

Page 42

1 thought that Jared didn't deserve the
2 part, it --- the video took place like
3 about one to two months after the fact
4 that we had all gotten --- we had a
5 meeting saying that we should support
6 our leads and not like tear them down.
7 I had even posted --- I had even sent
8 an email after I heard that everyone
9 was talking bad about him.
10 **Q. About?**
11 A. About Jared.
12 **Q. Okay.**
13 A. After --- like, a little bit
14 after we had come back to school and
15 everyone, I heard that he was feeling
16 very upset. I sent everyone an email
17 saying that we should support the
18 people who got these roles, and we
19 should be happy and go on with the
20 show and just support everyone and not
21 tear anyone down. I do not know when
22 I sent the email though. It wasn't
23 --- it --- it was in January.
24 **Q. You --- you did say after we**
25 **came back.**

Page 44

1 it. So he was afraid to I guess pass
2 her? That's what I heard.
3 **Q. Okay.**
4 A. But Mrs. Eck is not violent at
5 all.
6 **Q. You knew Mrs. Eck apparently**
7 **better than Jared knew her. Is ---**
8 **would you agree with that?**
9 A. Yes.
10 **Q. Okay.**
11 **In this email that we just**
12 **read, it --- it's not directed to ---**
13 **well strike that. Do you know to whom**
14 **this email is directed?**
15 A. Yes.
16 **Q. Who?**
17 A. Jordan Eck.
18 **Q. You --- you're answering the**
19 **question do you know who --- who this**
20 **email is about? I'm asking you, do**
21 **you know who it was sent to?**
22 A. Yes. It was sent to the
23 parents to the fellow cast, but not to
24 all of them.
25 **Q. Okay.**

Page 43

1 A. Yes.
2 **Q. Would that be back from**
3 **Christmas break?**
4 A. Yeah.
5 **Q. Are you aware that Jared**
6 **continued to feel threatened and**
7 **sought Mrs. Eck out in a parking lot**
8 **in --- well, we'll strike that.**
9 **Did Jared ever articulate to**
10 **you that he felt threatened by the**
11 **behaviors of Jordan and Mrs. Eck?**
12 A. No.
13 **Q. Okay.**
14 **Did anyone else ever articulate**
15 **to you that Jared felt threatened by**
16 **Jordan and Mrs. Eck?**
17 A. Yes, Mrs. Eck.
18 **Q. Okay.**
19 **Mrs. Eck knew that --- that**
20 **Jared felt threatened by her?**
21 A. She had heard from someone, I
22 do not know who, that he --- because
23 they had --- so Mrs. Eck's youngest
24 daughter had a dance class. And then
25 Jared had a dance class right after

Page 45

1 And as you read this email, do
2 you believe that Mrs. Lyons is asking
3 people to say something negative about
4 Jordan Eck?
5 A. Could you repeat that?
6 **Q. As you read this email, to your**
7 **mind, can you tell me whether you read**
8 **that to mean that Mrs. Lyons is saying**
9 **is asking these parents to say**
10 **something negative about Jordan Eck?**
11 A. No.
12 **Q. What is Mrs. Lyons asking the**
13 **parents for?**
14 A. She's asking the parents to
15 show their support for her at the
16 Board meeting because of this negative
17 --- in quotes, negative student.
18 **Q. Okay.**
19 **And to you, what does showing**
20 **support for the program mean?**
21 A. Talking about its
22 accomplishments and saying how much it
23 means to their children.
24 **Q. Does this email say anywhere**
25 **that she's asking parents to show**

12 (Pages 42 to 45)

Joint Appendix00055

Page 46

1     support for her specifically?  And if
2     we need to reread that last paragraph,
3     I can help you.
4  ATTORNEY READY:
5     I'll represent --- you
6     can have a copy of it.  Sorry.
7     Should've fished for this
8     sooner.
9  ATTORNEY O'DONNELL:
10    Okay.
11    Why don't you give it to
12    your ---?
13  ATTORNEY READY:
14    Sure.
15  BY ATTORNEY O'DONNELL:
16    Q. So that's the last paragraph.
17    And the question again is, does she
18    ask for support for her personally?
19    A. No.
20    Q. Okay.
21    A. But I know that she was asking
22    people --- well, her daughter was
23    asking people for --- to show support
24    for Mrs. Lyons herself.
25    Q. Okay.

Page 48

1     in, but he was never talked to by
2     police nor was I.
3     Q. But do you know whether or not
4     the police were ever called about that
5     video?
6     A. I do not.
7     Q. Okay.
8     So is it true or untrue?
9     A. I do not know.
10    Q. Okay.
11    A. It is also defamation because
12    he was going to the School Board not
13    just --- not because he wasn't cast as
14    Jack.  He was going to the School
15    Board to show his concerns about Mrs.
16    Lyons herself.  He was actually happy
17    with his role as Race.  Even though he
18    was upset he didn't get the lead, he
19    was still excited to go on with the
20    show.
21    Q. Was there any expression of
22    disappointment at the time when Mrs.
23    Lyons announced the cast members and
24    their parts?
25    A. Yes, he was upset.

Page 47

1     But Mrs. Lyons didn't say that
2     in this email.
3     Right?
4     A. In this email, no.
5     Q. Okay.
6     So do you know what defamation
7     means?
8     A. Yes.
9     Q. Okay.
10    What does it mean?
11    A. Like --- like slandering
12    someone.
13    Q. What does slander mean?
14    A. Say something bad about them
15    that, like, isn't true.
16    Q. Is that it?
17    A. That's all I have.
18    Q. And what did --- what did Mrs.
19    Lyons say that was bad about Jordan?
20    A. That he posted a video and
21    police were called in when I posted
22    the video, and we did not hear
23    anything from the police.  This made
24    him seem to be a very, like, violent
25    student because the police were called

Page 49

1     Q. Okay.
2     A. But it was send out --- sent
3     out through an email.  We don't find
4     out together.
5     Q. Okay.
6     So he gets an email that he has
7     the part as Race, and Jared gets an
8     email, sensibly, that he received the
9     part as Jack.  And my question to you
10    is, once Jordan receives his email,
11    what was his response?
12    A. He was very upset.
13    Q. Okay.
14    Did he express that upset to
15    you?
16    A. I was not there at the time.
17    Q. Okay.
18    A. When we received the email.
19    Q. Okay.
20    Who --- do you know --- how do
21    you know he was upset?
22    A. Because he --- I had received
23    --- wait.  Give me a sec.  Well I knew
24    he was going to be upset because he
25    told me that he was going to be upset

13  (Pages 46 to 49)

Page 50

1   if he didn't get Jack.  And then when
2   --- I was not there with him when he
3   got the email.
4   Q. Okay
5   Who was there with him when he
6   got the email?
7   A. His family.
8   Q. Okay.
9   Do you know --- did he tell you
10  what his reaction was when he received
11  the email?
12  A. His sister told me that he was
13  crying.
14  Q. Okay.
15  And how long did he cry?
16  A. I don't know.
17  Q. Okay.
18  And then what happened next?
19  He started to cry, and then ---?
20  A. I don't know.
21  Q. Okay.
22  What was the next thing you
23  heard from him or anyone in his family
24  about this part that he received from
25  the play?

Page 52

1   Q. Okay.
2   A. I just know that he didn't not
3   like her.  Like, in the beginning.  I
4   ---
5   Q. In the beginning of January he
6   liked her?
7   A. No, I'm talking about like the
8   beginning of the school year.
9   Q. So in September he liked her?
10  A. Yes.
11  Q. By the time she cast him as
12  Race, he didn't like her?
13  A. I don't know.
14  Q. Okay.
15  So in any event, he gets cast
16  as Race and then he calls her to ask
17  what he could've done better in order
18  to get cast as Jack.
19  Is that correct?
20  A. Yeah.
21  Q. And what did he say?
22  A. I don't know.
23  Q. Okay.
24  And then what was the next
25  thing you heard?

Page 51

1   A. I know that he called Mrs.
2   Lyons to ask what he could've done
3   better.
4   Q. Okay.
5   To --- to receive the part as
6   Jack?
7   A. Yeah.
8   Q. Okay.
9   A. He wanted like feedback on, as
10  to why, like what he could've
11  improved.
12  Q. Okay.
13  If he doesn't like Mrs. Lyons
14  to begin with, why is he asking her
15  for her opinion?
16  A. That's not true.
17  Q. Okay.
18  What's not true?
19  A. That he didn't like Mrs. Lyons.
20  Q. He liked Mrs. Lyons in some
21  parts, but didn't like her --- her
22  mannerisms?  What --- what was it that
23  he liked about Mrs. Lyons, and what
24  was it that he didn't like about her?
25  A. I don't know.

Page 53

1   A. I don't remember.
2   Q. Okay.
3   A. Sorry.
4   Q. That's no problem.  So how long
5   did it take Jordan to accept the fact
6   that he was going to be Race and not
7   Jack, and be okay with it?
8   A. Probably like about five to
9   seven days.
10  Q. Okay.
11  And what about his mother?  Did
12  you have any conversations with his
13  mother about how she felt that he was
14  not cast as Jack?
15  A. No.
16  Q. Okay.
17  Do you know whether you
18  overheard any conversations when you
19  were over at his house about him not
20  being cast as Jack?
21  A. Well I know she was upset about
22  it.  I just don't know like how she
23  felt about anything else.
24  Q. Was she upset that he was
25  crying because he didn't get the role,

14 (Pages 50 to 53)

0057a

Joint Appendix00057

Page 54

```
1    or was he --- did she truly believe
2    that he should've been Jack?
3    A. I don't know.
4    Q. Okay.
5    Have you spoken with Vinny
6    about whether or not Jordan should've
7    been cast as Jack?
8    A. Yes.
9    Q. Okay.
10   And did Vinny have a feeling
11   one way or another about his casting?
12   About Jordan's casting?
13   A. Yes.
14   Q. Okay.
15   What did Vinny tell you?
16   A. Jordan --- Vinny wanted Jordan
17   to be Jack because of the character
18   relations in Newsies.
19   Q. Okay.
20   A. Because Vinny got cast as
21   Crutchie, which is Jack's best friend.
22   And Vinny and Jordan are, like best
23   friends.
24   Q. Okay.
25   A. So he was upset about that. I
```

Page 55

```
1    don't know the other reasons to why he
2    wanted Jordan to be Jack. I just know
3    that they were, like, felt that
4    connection through it.
5    Q. Okay.
6    Now do you know how Vinny got a
7    copy of this email that we've marked
8    as Plaintiff's 3?
9    A. I do not know.
10   Q. And you said Jordan showed this
11   to you?
12   A. Uh-huh (yes).
13   Q. Okay.
14   Yes?
15   A. Yes, sorry.
16   Q. And was --- was this email that
17   we're looking at, was this the, I'm
18   going to use the word infamous. Do
19   you know what that means?
20   A. No.
21   Q. Okay.
22   Was this the reason that you
23   made a statement to the School Board?
24   A. No.
25   Q. Okay.
```

Page 56

```
1    A. I had decided to speak to the
2    School Board before this was sent out.
3    Q. Okay. Okay.
4    Let's go back to tab one, and
5    the complaint that we have marked as
6    Plaintiff 2. And I'd like you to take
7    a look at page 5, paragraph 25. And
8    it says, on the evening of March 20th,
9    2019 during the regularly scheduled
10   rehearsal for the school show, Mrs.
11   Lyons dismissed students to speak
12   positively on her behalf at the School
13   Board meeting.
14   Do you see that?
15   A. Uh-huh (yes).
16   Q. How do you know that?
17   A. I don't know that she dismissed
18   students to speak positively. I just
19   know that she dismissed students from
20   the rehearsal because a bunch of them
21   walked into the meeting together.
22   Q. And then in paragraph 26, it
23   says at this meeting three students,
24   Jordan, Haley, and Vinny, along with
25   several parents and alumni spoke
```

Page 57

```
1    against Mrs. Lyons while a majority of
2    students spoke in favor of her.
3    Do you see that?
4    A. Yes.
5    Q. Okay.
6    Do --- in addition to you, and
7    Jordan, and Vinny, who were the other
8    parents and alumni that spoke against
9    Mrs. Lyons?
10   A. It was Drew Eck, Tara Eck,
11   Vince Ferrizzi, Jessica Ferrizzi. I
12   don't know their names, but its ---
13   their last name's the Repko's.
14   Q. The Repko's?
15   A. Yeah.
16   Q. Are they parents?
17   A. Yes.
18   Q. Okay.
19   A. Their son --- their oldest son
20   was in the shows before, and their ---
21   their 2nd youngest son was in the
22   show, currently.
23   Q. What was his name?
24   A. His name is Sam Repko.
25   Q. Sam Repko. And how was he
```

15 (Pages 54 to 57)

Page 58

1    cast?
2    A. He was cast as one of the
3    Newsies. I don't remember the name.
4    Q. Okay.
5    A. Specs.
6    Q. Specs?
7    A. He had glasses.
8    Q. Okay, okay.
9    Now before the meeting, had you
10   attended rehearsal?
11   A. No.
12   Q. Okay.
13   What did you do before the
14   meeting? What did you do that day and
15   before the meeting?
16   A. I was at Vinny's house with
17   Jordan, Vinny, and their families.
18   And we were planning our speeches for
19   the meeting.
20   Q. Okay.
21   Did you go to school that day?
22   A. I did, but then I left early.
23   Q. Okay.
24   Why did you leave early?
25   A. Because of --- I don't remember

Page 59

1    specifically, but I remember that
2    Jordan was very upset and he wanted to
3    talk to someone about it, but no one
4    was there to, like, talk to him. We
5    --- she --- he had tried to talk to
6    Mr. Becker, Dawn Cambria the student
7    services person, and others, but there
8    was no one there that could talk to
9    him.
10   Q. That was Jordan?
11   A. Uh-huh (Yes).
12   Q. Wasn't Vinny running around
13   trying to find someone to find --- to
14   talk to as well about the email?
15   A. I do not know.
16   Q. Okay.
17   But Jordan was as well?
18   A. I don't know if he was --- I
19   don't remember if it was about the
20   email.
21   Q. What was Jordan upset about?
22   A. I don't remember.
23   Q. But Jordan was upset that
24   morning?
25   A. Yes.

Page 60

1    Q. Did he go to school?
2    A. Yes.
3    Q. You remember leaving school
4    because Jordan was upset about
5    something?
6    A. Yes. I don't remember what it
7    was though. I'm sorry.
8    Q. Okay.
9    Why did you have to leave
10   school because he was upset?
11   A. Because I wanted to be there
12   for him.
13   Q. Okay.
14   So that means he had to have
15   left school as well?
16   A. Yes.
17   Q. Okay.
18   So you both left school early
19   that day?
20   A. Yes.
21   Q. After 1st or 2nd period, or
22   later?
23   A. I don't remember.
24   Q. Okay.
25   How did you --- how did you get

Page 61

1    out of going to school? Did you call
2    your mother or something?
3    A. Uh-huh (yes).
4    Q. Okay.
5    You simply called your mother?
6    Yes? Is that a yes?
7    A. Yes. Yes.
8    Q. Okay.
9    And said, I need to leave
10   school why? Because Jordan is upset?
11   A. It was about, like, the reason
12   but I don't remember the reason.
13   Q. Okay. Okay. Okay.
14   Were you upset at all, or you
15   just needed to be there for Jordan?
16   A. I don't believe I was upset. I
17   think I was more frustrated at the
18   fact that, like, he wanted help and no
19   one was there to help him.
20   Q. So what kind of help --- you
21   don't remember though? You don't know
22   what his problem was?
23   A. No I don't.
24   Q. Okay.
25   A. It was either --- I think it

16 (Pages 58 to 61)

Page 62

1   was about the video.
2   Q. Okay.
3   A. But I don't remember.
4   Q. Okay.
5   And what would it have been
6   about the video that he would've been
7   upset about?
8   A. That he was accused of bullying
9   Jared.
10  Q. Okay.  Okay.
11  So how --- what was the
12  conversation then with you, Vinny,
13  Jordan, and their parents about
14  putting together this statement
15  against Mrs. Lyons?
16  A. They wanted us to write down
17  everything so we had it planned out so
18  we weren't, like, just put on the
19  spot.
20  Q. Do you remember what you wrote?
21  A. Kind of.
22  Q. Okay.
23  Tell me what you remember.
24  A. I had started writing about how
25  Jared had thrown a binder at me, and

Page 63

1   when I told Mrs. Lyons, she dismissed
2   it.  Then I was talking about how she
3   was very unprofessional and I was
4   writing about how she was accusing
5   Jordan of abusing me.  And --- but
6   she's very disrespectful to the
7   students, and to the --- the --- her
8   being unprofessional, like, in
9   general.
10  Q. Okay.
11  And when you say
12  unprofessional, what do you mean by
13  that?
14  A. She did not start rehearsals on
15  time.
16  Q. Okay.
17  A. She came to rehearsals late.
18  We would end rehearsals after the
19  times so parents would be sitting
20  outside, waiting for their students
21  --- their children.
22  Q. Okay.
23  A. Not students.  Once, she tried
24  to have 30 people do a cartwheel,
25  like, right next to each other when

Page 64

1   half of them couldn't do cartwheels.
2   Q. Okay.
3   A. Which is dangerous because
4   someone could've got kicked in the
5   face.
6   Q. Right.
7   A. She left Jordan with --- while
8   --- when he was 17, with a bunch of
9   students and left.  And left him in
10  charge when he wasn't an adult.
11  Q. Okay.
12  A. So she left a bunch students
13  unattended, which is not good.
14  Q. Okay.
15  Anything else that you can
16  think of that's where she was
17  unprofessional?
18  A. She would call students out.
19  Q. We know that she called Vinny
20  out.
21  Right?  And --- yes?
22  A. Yes.
23  Q. Anyone else that you know that
24  she called out?
25  A. Not during Newsies, but during

Page 65

1   previous shows, she had called out
2   Michael Repko and Ralphie Forsyth ---
3   Q. Okay.
4   A. --- for something.  And she
5   would call out the seniors by saying
6   that we were a bad influence to the
7   under classman, and she would say ---
8   she once said that the middle
9   schoolers that were putting on a show
10  were more --- she said they were,
11  like, angels, which wasn't true at
12  all.
13  Q. Okay.
14  A. And made like, all of the
15  students feel bad in, like, the
16  Newsies class because they were like
17  oh, middle schoolers are better than
18  us.  Just putting a damper on people's
19  mental states.
20  Q. Okay.
21  A. Yeah, and she would say that we
22  weren't trying hard enough, and that
23  we had to put more effort into ---
24  into practicing when everyone was
25  trying as hard as they could.

17 (Pages 62 to 65)

Joint Appendix00060

**Page 66**

1   Q. Okay.
2   And so on paragraph 27, if
3   you'll come down with me. It says,
4   the School Board announced at the
5   *outset that it would not allow any*
6   character association --- pardon me,
7   assassination of Mrs. Lyons and that
8   only positive comments about her and
9   her comment would be tolerated.
10   Now, who do you mean by the
11   School Board? The, like all the
12   people up there?
13   A. Yes.
14   Q. They all said that?
15   A. Not all of them. It was Mr.
16   Pollock.
17   Q. And who is Mr. Pollock?
18   A. He's the School Board
19   President.
20   Q. Okay.
21   Are you absolutely sure about
22   that?
23   A. No.
24   Q. Okay.
25   A. But it was either him or Mister

**Page 67**

1   --- Mr. Burns or Kubitz. One of them.
2   Q. So it was either Mr. Pollock,
3   or Mr. Burns, or Mr. Kubitz?
4   A. Yes. It was one of them. I
5   just don't remember which one.
6   Q. And you're absolutely sure it
7   was one of them?
8   A. Yes.
9   Q. Okay.
10   No doubt in your mind?
11   A. No doubt.
12   Q. Okay.
13   Was it all three?
14   A. No, it was just one person.
15   Q. And what about the Board
16   Solicitor? Do you know what that
17   means?
18   A. No.
19   Q. Was there an attorney up there?
20   A. I have no clue.
21   Q. Okay.
22   And who was speaking, or did
23   anyone speak at the time that either
24   Mr. Pollock, or Mr. Burns, or Mr.
25   Kubitz --- Kubitz announced that you

**Page 68**

1   can't assassinate anyone's character
2   in your speeches? Did it happen
3   before you started speaking, or while
4   you were speaking?
5   A. Both.
6   Q. Okay.
7   So you --- so he said, before
8   you even --- before anyone said
9   anything, he said no character
10   assassination.
11   Right?
12   A. Yes.
13   Q. Okay.
14   And then who spoke first?
15   A. It was Drew Eck.
16   Q. Okay.
17   And what did Mr. Eck say?
18   A. I don't remember specifically,
19   but he had start --- started to talk
20   about Mrs. Lyons, and then they ---
21   they cut him and they said you're not
22   allowed to use names or character
23   assassinate.
24   Q. okay.
25   And then did he finish his

**Page 69**

1   statement without naming names or
2   assassinating her character?
3   A. He tried to.
4   Q. Okay.
5   And then who was next to speak?
6   A. I don't remember.
7   Q. And then who also spoke?
8   A. I --- I know that a bunch of
9   parents spoke. Most of them were
10   saying how children who are, like,
11   feel that their entitled don't ---
12   shouldn't be like --- they were saying
13   the program was really great, and that
14   entitled --- students are entitled and
15   they --- they're spoiled. They ---
16   people who get the part deserve the
17   part, and you shouldn't be upset just
18   because you didn't get the part you
19   want when --- and I know it was --- it
20   was --- not a lot of people spoke
21   against Mrs. Lyons.
22   Q. Okay.
23   So speaking against --- so
24   besides you, and Jordan, and Vinny,
25   anybody --- and Mr. Eck, anybody else

Sargent's Court Reporting Services, Inc.
(814)-536-8909

006a

Joint Appendix00061

Page 70

1 that spoke against Mrs. Lyons?
2 A. Yes. There was Vince Ferrizzi.
3 Haley Richard had, who is a student,
4 wrote a letter because she was too
5 afraid to show up.
6 Q. Okay.
7 A. Because she was afraid that she
8 was going to get, like --- what's it
9 called? She was afraid to get, like,
10 punished by --- from --- for speaking
11 out.
12 Q. Okay.
13 So did someone read her letter?
14 A. Yes.
15 Q. Who?
16 A. Tara Eck.
17 Q. Tara Eck wrote her --- wrote
18 --- read ---
19 A. Read her letter.
20 Q. --- the Board her letter?
21 A. Yep.
22 Q. Were you stopped while you were
23 speaking?
24 A. Yes.
25 Q. Okay.

Page 71

1 And at what part of your ---
2 first of all, what did you say and
3 then when were you stopped?
4 A. I began to speak about the
5 binder situation with Jared. And
6 then, when I said that --- when I told
7 them that he started yelling at me,
8 and I was repeating what he said, they
9 said you're not allowed to character
10 assassinate.
11 Q. Jared?
12 A. Yes.
13 Q. Okay.
14 You were --- so --- okay. And
15 then, what about Misses --- so you ---
16 you were --- you were speaking about
17 Jared, and were --- did you ---?
18 A. And then I was going to get
19 into the fact that when I told Mrs.
20 Lyons, she completely dismissed me.
21 And then, I was --- I had spoken about
22 how she was very unprofessional, and I
23 brought up how she had let a bunch of
24 students out of the rehearsal to come
25 to the meeting. And then, the

Page 72

1 students interrupted me.
2 Q. What students interrupted you?
3 A. It was Rachael Shaner, but I
4 don't remember what she said
5 specifically. But she interrupted me,
6 and she said something along the lines
7 of well, you're here. We're here to
8 protect her, something like that.
9 Q. So in paragraph 29, you state
10 accordingly Jordan, Haley, and Vinny,
11 along with all others who spoke
12 against Mrs. Lyons were severely
13 curtailed in their ability to speak
14 their few points about the situation
15 that had developed in regards to the
16 school show.
17 Do you see that?
18 A. Yes.
19 Q. Okay.
20 Now was there some way you
21 could have presented your view point
22 to the Board without specifically
23 naming Mrs. Lyons or specifically
24 expressing your dislike for her
25 professionalism?

Page 73

1 A. Not really.
2 Q. You didn't know how to do that?
3 A. I had --- when they kept
4 stopping me, I had tried to like
5 switch my view point to like try to
6 say stuff about her without saying her
7 name.
8 Q. Right.
9 A. But it was difficult. I had
10 --- I had brought up that the drama
11 club was a place for everyone to feel
12 like family and not it felt unsafe.
13 Q. What was --- what was unsafe
14 about drama club?
15 A. It was biased. There was ---
16 there were little cliques starting to
17 form. And then, if you wanted to talk
18 to that little clique, they wouldn't
19 talk to you. People --- it was
20 dangerous because like the cartwheels
21 thing.
22 Q. Okay.
23 Unsafe and dangerous because
24 people wouldn't talk to you and
25 cartwheels were being ---?

19 (Pages 70 to 73)

Page 74

1  A. Well yeah. It --- there was,
2  like, dangerous activities go --- like
3  that we were doing. Like, we were
4  jumping over people. It just felt
5  like a very, like, non-friendly
6  environment.
7  Q. So you --- is it true that you
8  were severely curtailed from speaking
9  negatively about Mrs. Lyons, but you
10  were able to talk about what you
11  didn't like the program itself?
12  A. Yes and no.
13  Q. Okay.
14  Tell me the yes and no.
15  A. I enjoyed the program. It's
16  just who was running the program.
17  Q. Well right. I understand how
18  you feel, but the Board only wanted to
19  hear what you didn't like about the
20  program and not about the person.
21  Right?
22  A. Right.
23  Q. Okay
24  And you were able to talk about
25  what you didn't like about the

Page 75

1  program, but you couldn't say anything
2  ---
3  A. About ---.
4  Q. --- of color if --- as it were
5  about Mrs. Lyons specifically?
6  A. Yes.
7  Q. Okay.
8  And the idea was, was it not,
9  not to embarrass Mrs. Lyons in --- in
10  a public School Board meeting? It was
11  okay to take a shot at the program,
12  but not at the person writing it?
13  Would you agree with me?
14  A. Yes.
15  Q. Okay.
16  Now in paragraph two, 32, it
17  says at this time, the students were
18  placed on lockdown for their safety
19  and the doors to the auditorium were
20  locked. No students were permitted to
21  enter or leave after this time.
22  Do you see that?
23  A. Uh-huh (yes).
24  Q. Okay,
25  So did you go back to rehearsal

Page 76

1  then after the School Board meeting?
2  A. Yes, but it was after the
3  lockdown.
4  Q. Okay.
5  Now do you know what lockdown
6  means?
7  A. Yeah. When all of the doors
8  are locked, and you have to stay in
9  one room.
10  Q. Okay.
11  And is that usually --- did you
12  hear --- where did you learn that
13  word?
14  A. In school.
15  Q. Okay.
16  And was --- is --- usually that
17  for preparation in the event of an
18  active shooter?
19  A. Yes.
20  Q. Okay.
21  A. Or like if someone dangerous
22  comes on to the school property, yeah.
23  Q. Okay.
24  So lockdown would mean the
25  whole building.

Page 77

1  Right?
2  A. Yes.
3  Q. Okay.
4  So was the whole building
5  locked down?
6  A. It was just the auditorium.
7  Q. Okay.
8  And were all the doors locked?
9  A. I do not know specifically.
10  Q. Okay.
11  How did you get in?
12  A. Well when I had got there, the
13  doors were open and unlocked.
14  Q. Okay.
15  So you never had to deal with
16  this locked door situation at all.
17  Right?
18  A. No.
19  Q. Okay.
20  A. I did not.
21  Q. Okay.
22  In paragraph 33 on page 6, it
23  reads Mrs. Lyons went around the room
24  asking students to share what they had
25  said and also to share what Haley,

20 (Pages 74 to 77)

Sargent's Court Reporting Services, Inc.
(814)-536-8909

0063a

Joint Appendix00063

Page 78

1    Jordan, and Vinny had said against
2    her.
3    Were you there when that
4    happened?
5    A. I was not.
6    Q. Okay.
7    So you don't know that to be
8    true.
9    Correct?
10   A. It was told to me by other
11   students.
12   Q. Okay.
13   But you don't know that
14   personally.
15   Right?
16   A. Yes. I do not know.
17   Q. Because other students aren't
18   Plaintiffs in this lawsuit. Only you
19   are.
20   Right?
21   A. Uh-huh (yes).
22   Q. Okay.
23   Is that a yes?
24   A. Yes, sorry.
25   Q. It states, she asked direct and

Page 79

1    pointed questions about the statements
2    of students who opposed her at the
3    School Board meeting. What did people
4    tell you about the direct and pointed
5    questions?
6    A. They did not tell me about the
7    direct and pointed questions.
8    Q. Okay.
9    In paragraph 35, it says Jordan
10   and Haley were allowed back in when
11   the doors were unlocked. Did anyone
12   open the doors for you?
13   A. No.
14   Q. They were already unlocked by
15   the time you got there?
16   A. Uh-huh (yes).
17   Q. Yes?
18   A. Yeah. Because I had been
19   waiting for Jordan after the meeting
20   had finished and he took a while to
21   talk to people.
22   Q. Okay.
23   And why did he take a while to
24   talk to people?
25   A. I don't know. He was just

Page 80

1    talking to them.
2    Q. He took a while to finish
3    talking to people ---
4    A. Yeah.
5    Q. --- after the School Board
6    meeting?
7    A. Yeah, yeah, yeah.
8    Q. And paragraph 36 said after
9    rehearsal concluded, Jordan addressed
10   to the others students at that time
11   and said he hoped everyone could move
12   on together and have a great show.
13   Do you see that?
14   A. Yes.
15   Q. And were you there for that?
16   A. Yes.
17   Q. Okay.
18   What did he mean that he hoped
19   everyone could move on?
20   A. Because when people had heard
21   we were going to talk out at the
22   School Board meeting, they had like
23   turned against us into like --- and
24   viewed us in a negative way.
25   Q. And what did Jordan say to make

Page 81

1    them feel differently?
2    A. That he hoped that we could all
3    move on together, and have a great
4    show and enjoy it.
5    Q. Did he apologize for trying to
6    bring to the Board's attention those
7    things about the program and Mrs.
8    Lyons that he didn't like?
9    A. No.
10   Q. Were people receptive to his
11   idea that they should all move on
12   together?
13   A. I do not know.
14   Q. Did anyone say anything in
15   response to Jordan?
16   A. No.
17   Q. Were you there at the time when
18   Jordan asked to speak to Mrs. Lyons
19   privately?
20   A. Yes.
21   Q. Okay.
22   You were --- were you there
23   when he actually did speak to her?
24   A. No.
25   Q. Okay.

21 (Pages 78 to 81)

Joint Appendix00064

Case 5:19-cv-01873-MAK   Document 46-1   Filed 01/03/20   Page 68 of 150

Page 82

1    And what did he say to her, and
2    how did it happen?  In other words,
3    how did he ask her to speak to her
4    privately?  Where were you?
5    A. We were in the auditorium.
6    Q. Okay.
7    A. Yeah, and he had just gone up
8    to her and asked if he could talk to
9    her privately.
10   Q. Where --- where were you in
11   rehearsal?  Where were you in the ---?
12   A. It was right after rehearsal
13   ended that he asked to talk to her
14   privately.
15   Q. Okay.
16   So did she then --- is there a
17   formal ending to rehearsal?  She slaps
18   --- claps her hands and says okay,
19   we're finished or how does that work?
20   A. There's not usually a formal
21   ending.
22   Q. Okay.
23   A. It's just usually like we will
24   run through something and then, like
25   after we ran through that, if the time

Page 83

1    was --- if like we were done with what
2    she wanted to do for the day, we were
3    done.
4    Q. How --- when did she tell you
5    that you're finished?
6    A. She would say okay, you can go
7    home.
8    Q. Okay.  Okay.
9    You can go home.  So people are
10   starting to leave, and you and Jordan
11   went up to Mrs. Lyons?
12   A. I did not go up with him.
13   Q. How do you know that he went up
14   to her?
15   A. Because I saw him.
16   Q. Okay.
17   Do you know what was said?
18   A. I do not.
19   Q. Okay.
20   You just know because of ---
21   how --- how do you know that he asked
22   to speak to her privately?
23   A. Because after he had gone up to
24   her, they had gone out into the
25   auditorium --- in the hallway next to

Page 84

1    the auditorium to speak.
2    Q. Okay.
3    And you weren't there to hear
4    any of it?
5    A. No, but Maria Jones was and
6    Abby Hartenstine.
7    Q. Okay.
8    Did you go home with Jordan
9    that evening?
10   A. Yes because my car was at his
11   house.
12   Q. Okay.
13   And then, did you stay there
14   the night?
15   A. No I left.
16   Q. Okay.  Okay.
17   And then, did you go to school
18   the next morning?
19   A. Yes.
20   Q. Okay.
21   And did anything happen the
22   next day?
23   A. Yes.
24   Q. What happened?
25   A. We had gotten called down for a

Page 85

1    cast meeting.  At this time, Jordan
2    had told me that he had been removed
3    from the show and suspended over text.
4    Q. He --- he --- he texted you and
5    said I've been removed from the show?
6    A. Yes.
7    Q. Yes?  Okay.
8    Did he say why?
9    A. No.
10   Q. Okay.
11   So what class period --- you
12   --- well strike that.  Where were you
13   when you received this text?
14   A. I was in the guidance office
15   doing homework.
16   Q. Why were you in the guidance
17   office doing your homework?
18   A. I don't remember.
19   Q. Okay.
20   So you were in the guidance ---
21   were you --- was it in school
22   suspension or was it something else?
23   A. No.  No.  I just had --- I like
24   the guidance counselors there and the
25   environment's very quiet.  So it's a

22 (Pages 82 to 85)

Page 86

1    good place to do work.
2    Q. Okay.
3    So you were in the guidance
4    office doing some homework and you got
5    a text from Jordan. And he said, he
6    was removed from the play?
7    A. Yes.
8    Q. Anything else?
9    A. And then we got called down for
10   the cast meeting.
11   Q. We got called down. So how
12   were you notified that there was a
13   cast meeting?
14   A. They said members of Newsies,
15   please report to the auditorium.
16   Q. Okay.
17   So that was over the
18   loudspeaker?
19   A. Yes.
20   Q. Okay.
21   And then you went down to the
22   auditorium?
23   A. Yes.
24   Q. What happened next?
25   A. We had all sat down and Dr.

Page 87

1    Shank and Mr. Becker were there. And
2    then, Dr. Shank had begun to state how
3    all of the drama in the drama club had
4    to end and that there was no more ---
5    you were not allowed to question the
6    authority of Mrs. Lyons or the
7    production team, and that if there was
8    any more drama to happen, she was just
9    going to just cancel the whole ---
10   whole show.
11   And then, she had --- she then
12   looked at me directly and said, and if
13   anyone wants to quit, you can quit.
14   The door is right there. But if you
15   leave, you're not allowed to come
16   back.
17   At this time, I got frustrated,
18   so I started packing my things away
19   because it felt like she called me
20   out. Everyone had saw that she looked
21   right in my eye --- like, looked
22   directly at me and said this. So I
23   was very upset and I was frustrated
24   because it --- I felt very offended
25   that she just called me out like that.

Page 88

1    So I started packing my things.
2    And then, she said --- probably said
3    something along the lines of if any of
4    the drama happens the show's going to
5    be cancelled. I don't remember like
6    the exact order of everything.
7    Q. Okay.
8    A. But I know that's what she
9    said. And while I was packing my
10   things, she looked at me again and she
11   said, and you look like you're ready
12   to leave so you can go.
13   So at that time, I --- I got
14   offended. I was like, okay. Then I
15   will leave. And I took --- I stood up
16   and I said fine. I quit. And then I
17   walked out.
18   Q. So who --- did you say fine I
19   quit because you were frustrated, or
20   did you not want to be in Newsies any
21   longer?
22   A. I said that because it felt
23   like I wasn't allowed to be there
24   anymore.
25   Q. So Dr. Shank did not use your

Page 89

1    name directly.
2    Correct?
3    A. No she did not, but she started
4    directly at me.
5    Q. Okay.
6    So she picked you out of the
7    crowd, and looked at you.
8    Right?
9    A. Yes.
10   Q. If you had done nothing wrong,
11   and you didn't feel a certain way, and
12   you weren't creating drama, why would
13   you take that personally?
14   A. Because I had spoken at the
15   School Board meeting against Mrs.
16   Lyons.
17   Q. Okay.
18   So did you feel ---?
19   A. So that was part of the drama
20   club drama.
21   Q. Okay.
22   Do you think Dr. Shank meant to
23   eject you from the drama club and the
24   room, or do you think she meant to
25   firmly get across her point that she

23 (Pages 86 to 89)

0066a

Joint Appendix00066

Page 90

1  wanted the drama to stop?
2  A. I felt that she was trying to
3  personally, like, attack me with that
4  statement. Out of all the people that
5  had not gone to the School Board
6  meeting that she could have looked at,
7  she could have. She could have said,
8  and if any of you want to quit, you
9  can. The door's right there. But she
10 directly looked right at me.
11 Q. Did you want to quit?
12 A. I did not want to quit. I —
13 I love performing. And I really
14 wanted to be in the show Newsies, and
15 I wanted to move forward with Jordan.
16  And when I heard that he was
17 suspended, I was — when I heard that
18 he was removed, I was very upset and I
19 was frustrated. And I was just — I
20 was thinking, maybe I shouldn't do the
21 show, but —.
22 Q. Were — would you have stayed
23 and performed without Jordan being in
24 the play?
25 A. Possibly. I was thinking about

Page 91

1  before all of the other people there.
2  Q. So you had to make a decision
3  about whether or not you wanted it?
4  In other words, more important to stay
5  in the play without Jordan or quit and
6  support him?
7  A. No. I felt that it was more
8  for myself. If I was going to quit
9  — well, I quit because I felt that
10 she was pretty much telling me to
11 leave.
12 Q. She said if you don't like it,
13 then leave?
14 A. Yes. And she was looking
15 directly at me.
16 Q. But what if you just sat back
17 down and were just like really quit
18 and looked down?
19 A. But I didn't stand up at the
20 time.
21 Q. But you were packing.
22 A. Yes. I was packing my stuff
23 because I was frustrated with this
24 whole —.
25 Q. So your actions were telling

Page 92

1  her, in front of everyone as you were
2  packing, that you were about to leave.
3  Right?
4  A. Well, I thought the meeting was
5  coming to a close.
6  Q. Well okay, but by packing up
7  when no one else was packing, you were
8  demonstrating, by your actions, that
9  you were getting ready to leave.
10 Right?
11 A. Yes.
12 Q. Okay.
13 A. Because I felt the meeting was
14 coming to a close.
15 Q. Okay.
16 But it hadn't come to a close
17 yet.
18 Right?
19 A. Yes.
20 Q. And no one else was packing.
21 Right?
22 A. I don't think so.
23 Q. Okay.
24 So she's got a direct view of
25 you, and you take the actions of

Page 93

1  starting to pack your things. You are
2  not speaking directly to her, but you
3  are telling her through her actions,
4  through your actions, that you're
5  getting ready to leave.
6  Right?
7  A. Yes.
8  Q. Okay.
9  So she looks at you, and she
10 call — basically calls you out. And
11 she says, Haley, you want to go,
12 there's the door. And you had a
13 choice then, didn't you? You could've
14 stopped unpacking and said no, I want
15 to stay or you could've left.
16 A. But I felt personally attacked
17 so I wanted to leave. I didn't want
18 to stay in an environment where I felt
19 I wasn't welcome. She had said, and
20 you look like you're ready to go so
21 you can leave. She wasn't giving me
22 an option.
23 Q. Okay. Okay.
24 And then you said, fine. Fine,
25 I'll quit?

24  (Pages 90 to 93)

Case 5:19-cv-01873-MAK   Document 46-1   Filed 11/25/19   Page 71 of 218

Page 94

1  A. I quit. And then I walked out.
2  Q. So if you didn't say fine I'll
3  quit and just left, you could still be
4  in the play, couldn't you?
5  A. I felt that if I had — I
6  don't — I don't think so.
7  Q. Hear me out. You could have
8  still been in the play. The question
9  is whether you would want to. But
10  backing up, if you didn't say I quit,
11  you could've still been in the play.
12  Right?
13  A. She told me to leave.
14  Q. Well she told you to leave the
15  room, but it — the meeting was
16  almost over anyway.
17  Right?
18  A. I don't know —
19  Q. Well —.
20  A. — because I left early.
21  Q. Well right. You said —.
22  A. I said I assumed that it was
23  coming to a close —
24  Q. Okay.
25  A. — because we had been there

Page 95

1  for a while.
2  Q. Fine. So you assumed the
3  meeting was coming to a close. She
4  told you to leave. You left, but the
5  meeting was coming, in your mind, to a
6  close anyway. It wasn't like you were
7  going to miss much.
8  A. Yeah.
9  Q. Right? Now you could've stayed
10  in the play. If you didn't say I
11  quit; there is a likelihood that you
12  still could've been in the play.
13  Right?
14  A. Possibly.
15  Q. Okay.
16  But then there was this next
17  question about whether you actually
18  wanted to be in the play. A, because
19  you didn't like the environment right
20  then and there. And Jordan wasn't in
21  the play any longer. So then you had
22  to decide, do I really even want to be
23  here under these circumstances.
24  Right?
25  A. Well yes, but Jordan didn't

Page 96

1  really play a big part in that.
2  Before, when we weren't dating, I had
3  done the shows. I loved performing.
4  That's why.
5  Q. So that was a situation where
6  you needed to sit down and be quiet to
7  stay in, or just ask her no, I'd like
8  to stay. May I stay? And did — I
9  mean, you could have.
10  Right? But you were
11  intimidated?
12  A. Yeah, I was intimidated.
13  Q. All right. Fine.
14  Then what happened?
15  A. Then I had left. And then, I
16  had gone to the guidance counselor and
17  she had said that it would be best
18  that if I should, like, leave because
19  I was very emotional. She asked Mr.
20  Becker if I could leave. Then I ended
21  up in his office.
22  Q. Okay.
23  Tell me about your conversation
24  with Mr. Becker because it seems like,
25  just from some of the documents that

Page 97

1  your attorney turned over, you did not
2  understand that you were being
3  suspended.
4  A. He did not tell me I was being
5  suspended.
6  Q. He didn't use the word
7  suspended.
8  Right?
9  A. No he didn't. At all.
10  Q. Okay, all right. So —.
11  A. He said that I was going to
12  give an excused absence. He said —
13  he had said that you're very upset,
14  and you're not going to be able to
15  learn anything if — while you're
16  upset, being in school. You're going
17  to be more focused on that.
18  So you can leave today and you
19  can take tomorrow off. And then come
20  back on Monday for a fresh start. At
21  which, he did not say at all that I
22  was going to be suspended. If I was
23  told that I was going to be suspended
24  for that absence, then I would've
25  shown up to school.

25 (Pages 94 to 97)

Page 98

1   Q. Why?
2   A. Because I have to.
3   Q. For --- if you were told that
4   you were being suspended, you weren't
5   allowed to come into the building.
6   Right?
7   A. But he told me that I was going
8   to be given an excused absence.
9   Q. All right.
10  But ---.
11  A. I mean, if I was told I was
12  going to be suspended, obviously I
13  wouldn't go to the school. But like,
14  he didn't say anything about
15  suspension.
16  Q. Right. Okay.
17  So when he said to leave today,
18  you left.
19  Right?
20  A. Yes.
21  Q. And he told you to take
22  tomorrow off.
23  Right?
24  A. Yes.
25  Q. And you didn't come to school?

Page 99

1   A. Yes.
2   Q. Okay.
3   You came back on Monday?
4   A. On Monday.
5   Q. Right? So technically, you
6   were suspended for a day and a half.
7   Right?
8   A. Yeah.
9   Q. Okay.
10  And a suspension is an excused
11  absence because the school knows where
12  you are.
13  A. But it was a level three
14  suspension.
15  Q. Okay.
16  It was a level three. And what
17  does that mean in the long run? How
18  did it affect your ability to get into
19  Reading Area Community College?
20  A. It didn't, but ---
21  Q. Okay.
22  A. --- I'm just --- but it could
23  have. It --- it affects scholarships.
24  Q. Well were you --- were you
25  applying for scholarship?

Page 100

1   A. Not at the time, but I'm going
2   to be.
3   Q. Well how --- okay. And ---.
4   A. Usually scholarships ask if
5   you've been given disciplinary action
6   from the school.
7   Q. Okay.
8   So what do you know about
9   suspensions? How --- how do they ---
10  how do they usually come? How are
11  they dispensed?
12  A. By doing something that's
13  against the school's, like, handbook
14  codes.
15  Q. Okay.
16  And usually in --- in --- in
17  chunks of three days or ten days.
18  Right?
19  A. Yeah. Like, one to ten.
20  Q. Okay.
21  So the fact that you were
22  suspended for a day and a half is ---
23  is not as bad as if you were suspended
24  for three days.
25  Isn't that correct?

Page 101

1   A. Yes.
2   Q. And it's certainly not as bad
3   as it would've looked if you were
4   suspended for ten days.
5   Right?
6   A. Yes.
7   Q. Okay.
8   A. But the level of it was pretty
9   much as, like, being suspended for ten
10  days. A level three suspension is for
11  like, bringing a weapon to school,
12  other like violent stuff.
13  Q. So --- so talking --- but ---
14  but also disrespect --- disrespect to
15  a --- an administration or teaching
16  staff is --- is also a pretty high
17  level. It's a level four.
18  Right?
19  A. I don't know.
20  Q. Okay.
21  So if --- if you received a
22  level three when actually you should
23  have received a level four, Dr. Shank
24  actually cut you a break, wouldn't you
25  say?

26 (Pages 98 to 101)

Joint Appendix00069

Page 102

1  A. But I should not have received
2  a level four. I should not have
3  received a suspension at all.
4  Q. Well, okay.
5  But you don't get to make that
6  decision, do you?
7  A. But I didn't disrespect anyone.
8  Q. But you didn't disrespect them
9  intentionally, but they felt
10  disrespected?
11  A. I felt disrespected.
12  Q. Well okay.
13  But you don't get the
14  opportunity to suspend the
15  administrators or the teachers, but
16  they can, and they do have the
17  ability, to suspend or discipline you.
18  Right?
19  A. Yes.
20  Q. Not in --- it's not an equal
21  ---.
22  A. yeah.
23  Q. --- relationship?
24  A. Uh-huh (yes).
25  Q. You agree? So you had a

Page 103

1  student handbook that maybe you open
2  and read from time to time, and maybe
3  you never read it.
4  Right?
5  A. Yeah.
6  Q. Okay.
7  But that handbook, would you
8  agree with me, is given for students
9  to give them some notice about what
10  could happen in the event they have a
11  meltdown of some kind.
12  Right?
13  A. I suppose.
14  Q. Okay.
15  So some students have meltdowns
16  where they become violent, and some
17  students just have meltdowns and are
18  disrespectful.
19  Right? Or there could be
20  meltdowns of various other causes and
21  character.
22  Right?
23  A. Okay
24  Q. Yes. So the Code of Conduct is
25  for the student's information.

Page 104

1  Right? Here's what can happen
2  if you don't respect this Code of
3  Conduct. If you violate it, we can
4  discipline you. And you understand
5  that generally.
6  Right?
7  A. Yes.
8  Q. Okay.
9  So it seems to me that the
10  biggest problem you have with Mr.
11  Becker is that he didn't use the words
12  suspend when he gave you a day and a
13  half on the street?
14  A. Yes.
15  Q. Right. Okay.
16  Anything else that you have a
17  problem with Mr. Becker as you sit
18  here today?
19  A. No.
20  Q. Okay.
21  What about Dr. Shank? Why are
22  you suing her?
23  A. Because she called me out and
24  indirectly, well I guess --- I don't
25  know how to word it. She ---.

Page 105

1  Q. Now would be the time to word
2  it.
3  A. Yeah. She offended me, and she
4  called me out and pretty much told me
5  to leave. Well, she did tell me to
6  leave.
7  Q. Did she do anything else
8  besides that that caused you to file a
9  lawsuit against her?
10  A. She was working with Mrs.
11  Lyons.
12  Q. Okay.
13  And what did she work with Mrs.
14  Lyons to do?
15  A. The email.
16  Q. The email that Mrs. Lyons sent
17  to parents?
18  A. Uh-huh (yes).
19  Q. Okay.
20  A. Because it said that she was
21  working closely with Dr. Shank.
22  Q. That was true.
23  Okay.
24  Look at Exhibit 4 that we have
25  previously marked at Plaintiff 1.

27 (Pages 102 to 105)

Page 106

```
 1              ---
 2    (Whereupon, Plaintiff's
 3    Exhibit 4, Musical
 4    Production Team
 5    Expectations Letter, was
 6    marked for
 7    identification.)
 8              ---
 9    BY ATTORNEY O'DONNELL:
10    Q. And take a look at that, and
11    tell me whether or not you've seen
12    that before today.
13    A. I've not seen this before.
14    Q. Okay.
15    Well take your time and read
16    it.
17              ---
18    (WHEREUPON, WITNESS COMPLIES.)
19              ---
20    BY ATTORNEY O'DONNELL:
21    Q. Do you see what the date of
22    this is?
23    A. Yes.
24    Q. What is it?
25    A. It is the day after the School
```

Page 107

```
 1    Board meeting.
 2    Q. Okay
 3    And what do you understand this
 4    letter to be?
 5    A. Expectations that the
 6    production team must follow.
 7    Q. Okay.
 8    And this --- well right, that's
 9    what it says.
10    A. Right.
11    Q. Expectations for the Musical
12    Production Team, but you've read it.
13    And --- and do you have a sense for
14    what Dr. Shank is trying to accomplish
15    here?
16    A. She's trying to, like, get rid
17    of the bias and make the drama club
18    better.
19    Q. Okay.
20    Now notice that she says in
21    another --- in paragraph one,
22    rehearsals are to begin and end as
23    close to on time as possible?  Would
24    you --- yes you see that?
25    A. Yes.
```

Page 108

```
 1    Q. The reasonable expectation is
 2    not more than 15 minutes.  Do you see
 3    that?
 4    A. Yes.
 5    Q. So that addresses one of the
 6    concerns that you --- that you
 7    expressed at the School Board meeting.
 8    Right?
 9    A. Yes.
10    Q. Okay
11    All of these paragraphs that
12    --- that follow paragraph one, through
13    11, address, and even beyond some of
14    the problems that you expressed to the
15    School Board the --- the --- the day
16    before.
17    Correct?
18    A. Yes.
19    Q. Yes.  So now that Dr. Shank has
20    taken the time to write this letter to
21    Ms. Lyons and address most, if not
22    all, and maybe even beyond all of the
23    problems that you, and Jordan, and
24    Vinny expressed along with the parents
25    at the School Board meeting, doesn't
```

Page 109

```
 1    this solve the problem?
 2    A. Yes and no.
 3    Q. Okay.
 4    And tell me why no.
 5    A. Because if someone isn't there
 6    to watch Mrs. Lyons, who knows that
 7    she's following the rules, those
 8    expectations?
 9    Q. All right.
10    A. Like yes, they were written to
11    change what --- about --- to make
12    changes for the drama club, like as we
13    requested.
14    Q. Right.
15    A. But just because they were
16    written, does not mean that they were
17    going to be followed.
18    Q. Similar to the student Code of
19    Conduct, would you agree?
20    A. I suppose.  Yeah.
21    Q. Okay.
22    ATTORNEY O'DONNELL:
23    Those are all the
24    questions I have.  Thank you,
25    Haley.
```

28  (Pages 106 to 109)

Case 5:19-cv-01873-MAK Document 46-1 Filed 11/25/19 Page 75 of 218

Page 110

```
 1
 2              EXAMINATION
 3
 4    BY ATTORNEY READY:
 5    Q. I have a few questions for you.
 6    The --- the email on March 20th that
 7    you, that we talked about earlier. I
 8    think it's been pre-marked as an
 9    exhibit. Did other students know
10    about the email?
11    A. Yes.
12    Q. And did you hear from them
13    about it?
14    A. I did not because that day we
15    had been removed early. I only heard
16    about it from Jordan.
17    Q. Okay.
18    You mentioned that Jordan was
19    standing around and talking to some
20    people after the School Board meeting.
21    Who --- who was he talking to?
22    A. He would talk to Jared
23    Mazeika's parents. Talked to Ralphie
24    Forsyth. Talked to someone else that
25    I don't remember.
```

Page 111

```
 1    Q. Did he talk to these School
 2    Board members?
 3    A. I don't believe so.
 4    Q. He talked to Jared's parents
 5    you said. Do you know what they
 6    talked about?
 7    A. He had talked about how he
 8    didn't --- he wasn't trying to harm
 9    Jared, and that he didn't want this to
10    get out of proportion.
11    Q. And did --- do you remember
12    what Jared's parents response was?
13    A. I don't.
14    Q. Okay.
15    How long were you in the drama
16    program?
17    A. I was in it for my freshman
18    musical up to my senior play. So
19    like, one, two, like about three
20    years.
21    Q. Freshman musical I guess comes
22    --- musicals happen in the spring.
23    Is that right?
24    A. Yeah.
25    Q. Okay.
```

Page 112

```
 1    So basically from the spring
 2    semester of your freshman year until
 3    this incident.
 4    Correct?
 5    A. Yeah.
 6    Q. Okay.
 7    You talked about it a little
 8    bit, but what did you hope was going
 9    to come out at that School Board
10    meeting on March 20th?
11    A. I wanted Mrs. Lyons to get
12    oversight and to make sure she was not
13    --- she was --- she --- like, being
14    professionals with the students and
15    that she was --- sorry. That she was
16    being professional and unbiased, and
17    just giving like good ability to teach
18    us.
19    Q. And why did you go to a School
20    Board meeting for that discussion?
21    A. Because I believed that they
22    could make a change and help us. And
23    help her.
24    Q. After the School Board meeting,
25    you mentioned that Jordan and Mrs.
```

Page 113

```
 1    Lyons spoke in the hallway. Did you
 2    --- you said you didn't hear that,
 3    meaning that you weren't present for
 4    it. Did you witness their
 5    interactions during that meeting at
 6    all?
 7    A. I did not.
 8    Q. Okay.
 9    I kind of want to just clear
10    this up from earlier. You --- you
11    said the thing, I think there was
12    confusion because you said well if
13    there was a suspension, you know, I
14    wouldn't --- I --- I would've come
15    back to school. And I think Ms.
16    O'Donnell kind of asked you, you know,
17    then you wouldn't have been allowed to
18    come back to school.
19    What --- what did you mean by
20    that statement that if there was a
21    suspension you would've come back to
22    school?
23    A. Well if he would've told me
24    that to --- for it to be excused, he
25    was going to suspend me, then I
```

29 (Pages 110 to 113)

0072a

Joint Appendix00072

Page 114

1  would've come to school instead of
2  getting the suspension.
3  Q. Tell me about how this, all
4  this has affected --- has affected you
5  with your relationship with your
6  friends at school.
7  A. A lot of people have stopped
8  talking to me. During school, pretty
9  much no one talked to me. Even the
10 people who are my friends now, they
11 didn't want to talk to me during the
12 musical because they were afraid that
13 like, they were going to bo bullied
14 from the other cast mates.
15 Q. Not being in this play, how did
16 that --- how did that affect you?
17 A. Well I --- I want to go into
18 performing. I am going to RAC to get
19 my general education so I can transfer
20 to Rider to get a degree in theater.
21 So it really affected me because it's
22 my last --- it was my last year of
23 high school and I thought it was going
24 to be something amazing. And it
25 turned into something tragic.

Page 115

1  Q. Okay.
2  The meeting with Mr. Becker, I
3  mean, you said that he didn't mention
4  suspending you. Did he mention at any
5  point levels one, two, three, or four
6  during that meeting?
7  A. No. Not at all.
8  Q. Did he mention at any point
9  that he was considering any discipline
10 for you at that time?
11 A. No.
12 Q. I'm going to show you --- I'm
13 sorry. Give me one second here. I'll
14 try to put this in a place where we
15 can all view it. I'm going to show
16 you a video, and I think this is the
17 video that we're referring to.
18 ATTORNEY READY:
19 Have you --- have you
20 seen this?
21 ATTORNEY O'DONNELL:
22 What video are you
23 referring to?
24 ATTORNEY READY:
25 This is a Snapchat

Page 116

1  video.
2  ATTORNEY O'DONNELL:
3  No. The --- of the
4  fruit?
5  THE WITNESS:
6  The fruit.
7  ATTORNEY READY:
8  Yes.
9  ATTORNEY O'DONNELL:
10 No.
11 ATTORNEY READY:
12 Okay.
13 I --- it's up to you.
14 We really, we can have it
15 identified either in some other
16 way or we can show it now and
17 have her identify it. Would
18 that be easier for you?
19 ATTORNEY O'DONNELL:
20 I don't --- I don't have
21 a preference.
22 ATTORNEY READY:
23 Okay. All right.
24 I'm going to show it,
25 and you just tell me if this is

Page 117

1  the video we were discussing
2  earlier. I'm sorry, it's ---
3  there's no sound on it.
4  ATTORNEY O'DONNELL:
5  So --- so for the
6  record, all we're doing is ---
7  is looking at a video without
8  audio.
9  ATTORNEY READY:
10 Well let me see if I can
11 fix that. I apologize, I'm
12 going to start this from the
13 beginning for you.
14 Okay?
15        ***
16 (WHEREUPON, A VIDEO RECORDING WAS
17 PLAYED.)
18        ---
19 BY ATTORNEY READY:
20 Q. Okay.
21 Is this the video that you were
22 discussing earlier?
23 Okay.
24 A. Yes it was.
25 Q. All right.

30  (Pages 114 to 117)

Page 118

1    At that time, were you aware
2    that Jared Mazeika was alerted to some
3    of the items in this video?
4    A. While taking the video, I
5    wasn't thinking about his allergies.
6    I wasn't even thinking about him. I
7    was just thinking that Jordan's funny.
8    Q. Okay.
9    At the time that this video was
10   posted, what was your relationship
11   like with Jared? Yours personally.
12   A. With Jared? We were kind of
13   friends, but we had like slowly
14   stopped being friends while this was
15   all happening. I tried to be friends
16   with him for a while, like and give
17   him support throughout the show. And
18   then, that all changed when he threw a
19   binder at me.
20   Q. Okay.
21   Was the binder incident before
22   or after this video was posted?
23   A. After.
24   Q. It was after? Okay.
25   And that's when your

Page 119

1    relationship with --- changed with
2    him.
3    Is that right?
4    A. Yes.
5    Q. Did Jared come to you about
6    this video with his concerns?
7    A. No.
8    Q. Okay.
9    To your knowledge, did Jordan
10   share it --- did Jared share it with
11   Jordan concerns about this video?
12   A. No.
13   Q. Okay.
14   Did you mean to make anyone
15   afraid by the sharing of this video?
16   A. No.
17   Q. Okay
18   Did you mean to hurt Jared
19   personally by the sharing of this
20   video?
21   A. No.
22   Q. Okay.
23   You discussed a little bit
24   about what you said at the School
25   Board meeting. Is there anything else

Page 120

1    that --- that you said that you'd want
2    to share here?
3    A. I talked about how I brought up
4    the binder situation, and that Mrs.
5    Lyons --- and then I was dismissed
6    because I wasn't allowed to character
7    assassinate. And then I brought up
8    how rehearsals were not taken care of
9    professionally. I also talked about
10   how I --- she accused Jordan of
11   abusing me, and how I wanted the drama
12   club to feel like home again. And I
13   believe that's it.
14   Q. Okay.
15   For the record, has Jordan ever
16   abused you?
17   A. No.
18   Q. Has he ever kept you from
19   eating?
20   A. No.
21   Q. Okay.
22   Did --- at the School Board
23   meeting ---?
24   A. Obviously not.
25   Q. At the School Board meeting,

Page 121

1    did other students use names to refer
2    to individuals specifically?
3    A. Yes. They --- when they talked
4    about Mrs. Lyons, they talked about
5    her positively, but they were able to
6    say her name.
7    Q. Okay.
8    No one from the School Board
9    interrupted them and said no names
10   about it at that point?
11   A. No.
12   Q. Okay.
13   To your best of your
14   recollection, were there any other
15   people referred to by name during this
16   time?
17   A. I don't think so, but I'm not
18   100 percent sure.
19   Q. Okay. Okay.
20   The meeting with Misses ---
21   with Mr. Becker at which you were told
22   to go home, you were referred over to
23   that meeting by whom?
24   A. To --- by Ms. Boardly the
25   guidance counselor.

31 (Pages 118 to 121)

Page 122

```
 1      Q. Okay.
 2      And why did you --- you went
 3      --- did you --- you went to guidance
 4      voluntarily?
 5      A. Yes.
 6      Q. Okay.
 7      A. Because I was very emotionally
 8      upset and I thought they could like
 9      counsel me.
10      Q. Okay.
11      ATTORNEY REALY:
12      Nothing further.
13      ATTORNEY O'DONNELL:
14      Nothing further.  Thank
15       you, Haley.
16      COURT REPORTER:
17      Would Counsels like a
18       transcript then?
19      ATTORNEY READY:
20      Yes.
21      ATTORNEY O'DONNELL:
22      Yes, please.
23          * * * * * * * *
24      DEPOSITION CONCLUDED AT 1:32 P.M.
25          * * * * * * * *
```

Page 123

```
 1      COMMONWEALTH OF PENNSYLVANIA )
 2      COUNTY OF BERKS            )
 3             CERTIFICATE
 4      I, Ian Weeber, a Notary Public in and
 5       for the Commonwealth of Pennsylvania, do
 6       hereby certify:
 7      That the witness, Haley Hartline,
 8       whose testimony appears in the foregoing
 9       deposition, was duly sworn by me on 09/26/2019
10       and that the transcribed deposition of said
11       witness is a true record of the testimony
12       given by said witness;
13      That the proceeding is herein recorded
14       fully and accurately;
15      That I am neither attorney nor counsel
16       for, nor related to any of the parties to the
17       action in which these depositions were taken,
18       and further that I am not a relative of any
19       attorney or counsel employed by the parties
20       hereto, or financially interested in this
21       action.
22      Dated the 6th day of November 2019
23      Com. Dale Weeber
24      Ian Weeber,
25      Court Reporter
```

32 (Pages 122 to 123)

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

OF PENNSYLVANIA

* * * * * * * *

JORDAN ECK, HALEY          *

HARTLINE, and              *Case No.

VINCENT FERRIZZI,          *5:19-CV-1873-MAK

    Plaintiffs          *

    vs.                 *

OLEY VALLEY SCHOOL         *

DISTRICT; TRACY            *

SHANK, individually;      *

CHRISTOPHER M.             *

BECKER, individually;     *

and STACY LYONS,           *

individually,              *

    Defendants           *

* * * * * * * *

DEPOSITION OF

VINCENT FERRIZZI

September 26, 2019

Any reproduction of this transcript is

prohibited without authorization by

the certifying agency.

Sargent's Court Reporting Services, Inc.
(814)-536-8909

0076a

**Page 2**

```
 1              DEPOSITION
 2                 OF
 3    VINCENT FERRIZZI, taken on behalf of
 4    the Defendants herein, pursuant to the
 5    Rules of Civil Procedure, taken before
 6    me, the undersigned, Ian Dale Weeber,
 7    a Court Reporter and Notary Public in
 8    and for the Commonwealth of
 9    Pennsylvania, at Berks County Bar
10    Association, 544 Court Street,
11    Reading, Pennsylvania, on Thursday,
12    September 26, 2019 beginning at 9:49
13    a.m.
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1                I N D E X
 2
 3    WITNESS: VINCENT FERRIZZI
 4    EXAMINATION
 5       By Attorney O'Donnell      7 - 122
 6    EXAMINATION
 7       By Attorney Ready        122 - 130
 8    REEXAMINATION
 9       By Attorney O'Donnell    130 - 132
10    REEXAMINATION
11       By Attorney Ready        132 - 134
12    REEXAMINATION
13       By Attorney O'Donnell    134 - 135
14    DISCUSSION AMONG PARTIES     135 - 136
15    CERTIFICATE                      137
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1         A P P E A R A N C E S
 2
 3    JOEL A. READY, ESQUIRE
 4    Cornerstone Law Firm, LLC
 5    8500 Allentown Pike
 6    Suite 3
 7    Blandon, PA  19510
 8         COUNSEL FOR PLAINTIFFS
 9
10    SHARON M. O'DONNELL, ESQUIRE
11    Marshall, Dennehey, Warner, Coleman &
12    Goggin, P.C.
13    100 Corporate Center Drive
14    Suite 201
15    Camp Hill, PA  17011
16         COUNSEL FOR DEFENDANTS
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
 1             EXHIBIT PAGE
 2
 3                                     PAGE
 4    NUMBER  DESCRIPTION         IDENTIFIED
 5    1       Musical Production
 6            Team Expectations
 7            Letter                    119
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 to 5)

Page 6

```
 1        OBJECTION PAGE
 2
 3    ATTORNEY              PAGE
 4    Ready            21, 22
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

```
 1    about the facts giving rise to the
 2    lawsuit.
 3    A. Okay.
 4    Q. Before we start, before I start
 5    asking you the questions, I'm going to
 6    give you some instructions on how to
 7    respond to my questions.  First is, if
 8    for some reason you don't understand a
 9    question that I ask, please don't
10    answer it.  Please ask me to repeat it
11    or rephrase it because if you answer a
12    question that I ask, I'm going to
13    assume that you both understood it and
14    heard it, and that the answer that you
15    give is the answer that you mean to.
16    Okay?
17    A. Okay.
18    Q. Secondly, I'd like you to
19    refrain from using physical gestures
20    to answer my questions.  You'll need
21    to respond in words that can be
22    spelled.  So if your answer's in the
23    affirmative, say yes.  If it's a
24    negative, say no.  If you don't know
25    the answer to a question, say I don't
```

Page 7

```
 1        S T I P U L A T I O N
 2
 3    (It is hereby stipulated and agreed by
 4    and between counsel for the respective
 5    parties that reading, signing,
 6    sealing, certification and filing are
 7    not waived.)
 8
 9        P R O C E E D I N G S
10
11        VINCENT FERRIZZI,
12    CALLED AS A WITNESS IN THE FOLLOWING
13    PROCEEDING, AND HAVING FIRST BEEN DULY
14    SWORN, TESTIFIED AND SAID AS FOLLOWS:
15
16        EXAMINATION
17
18    BY ATTORNEY O'DONNELL:
19    Q. Good morning, Mr. Ferrizzi.  My
20    name is Sharon O'Donnell, and I
21    represent the Oley Valley School
22    District in a federal lawsuit that you
23    brought along with some other people
24    against the district.  And today, I'm
25    going to be asking you some questions
```

Page 9

```
 1    know or if you don't remember --- you
 2    knew at some point, you just don't
 3    remember now, just tell me you don't
 4    remember and that's a fair answer.
 5    Okay?
 6    A. Okay.
 7    Q. Are you taking any medications
 8    that would prevent you from testifying
 9    truthfully or understanding my
10    questions as we go through this
11    deposition?
12    A. No.
13    Q. Have you taken anything this
14    morning that would prevent you from
15    fully understanding a question and
16    answering it truthfully?
17    A. No.
18    Q. Do you understand that you're
19    under oath during the course of your
20    testimony?
21    A. Yes.
22    Q. Do you understand what that
23    means?
24    A. Yes.
25    Q. Okay.
```

3 (Pages 6 to 9)

Page 10

1  What does it mean?
2      A. It means I have to say ---
3  speak my truth, the truth, and nothing
4  but the truth.
5      Q. Well does the truth mean to
6  you?
7      A. The truth is events that have
8  happened and whatever I can say to ---
9  what's the word? Sorry. Sorry.
10  Speaking the truth.
11     Q. Is that your answer?
12     A. Yeah.
13     Q. What I'll like you to do is try
14  to recall the facts as accurately as
15  possible. Don't guess, don't
16  speculate. You can't ask your
17  attorney for help answering a
18  question, but you can ask for a break
19  between questions.
20  Do you understand that?
21     A. Yes.
22     Q. Do you understand what perjury
23  is?
24     A. Yes.
25     Q. Okay.

Page 11

1  Do you understand there are
2  consequences of perjury?
3      A. Yes.
4      Q. One final instruction.
5  Depositions tend to become
6  conversational. I'm going to ask you
7  to allow me to ask my question fully
8  before you start to answer.
9      A. Okay.
10     Q. Depending on the way you answer
11  questions, I may assume that you're
12  finished with your answer, and you may
13  not be. If you're not, I don't intend
14  to interrupt you, but your body
15  language or your facial expressions
16  may suggest that you're finished.
17  So I'm just going to ask you to
18  indulge me. If you're not finished,
19  simply tell me that you're not
20  finished and I'll give you as much
21  time to answer a question as you'd
22  like to.
23  Okay?
24     A. Okay.
25     Q. All right.

Page 12

1  Would you full --- state your
2  full name for the record, please?
3      A. Vincent Sabito Ferrizzi.
4      Q. And do you currently reside at
5  41 Glenview Drive in Fleetwood?
6      A. Yes.
7      Q. Okay.
8  And your date of birth is March
9  14th of 2001?
10     A. Yes.
11     Q. How old are you today?
12     A. I'm 18.
13     Q. And are you presently enrolled
14  in your freshman year in Lebanon
15  Valley College?
16     A. Yes.
17     Q. And what is your major?
18     A. Biology education.
19     Q. And when did you start Lebanon
20  Valley?
21     A. I started August 16th.
22     Q. Of this year.
23  Right?
24     A. Yes.
25     Q. What date did you graduate from

Page 13

1  Oley Valley?
2      A. I believe it was June 5th,
3  2019.
4      Q. Okay.
5  We're here to talk about a
6  lawsuit that you filed against the
7  Oley Valley School District and some
8  individuals who either used to work
9  there or still work there.
10  Christopher Becker, Stacey Lyons, and
11  Tracey Shank. Tell me why you're
12  suing --- suing Dr. Shank.
13     A. I feel like my rights were
14  violated during the night --- School
15  Board meeting on March 20th. And I've
16  --- I had problems that day, and I
17  needed help in the systems and there
18  was no one in the building to help or
19  assist me.
20     Q. Okay.
21  So your rights were violated.
22  Which rights were they?
23     A. My 1st and 14th Amendment.
24     Q. And what do you understand your
25  1st amendment rights to be?

4 (Pages 10 to 13)

Sargent's Court Reporting Services, Inc.
(814)-536-8909

D079a

Joint Appendix00079

Case 5:19-cv-01873-MAK   Document 46-1   Filed 11/25/19   Page 83 of 218

Page 14

1    A. Freedom of speech.
2    Q. Do you believe that your right
3    to speak are unconditional?
4    A. Can you repeat, please?
5    Q. Sure. Do you believe that your
6    right to speak is unconditional?
7    A. What does that mean? Sorry.
8    Q. Do you know what the word
9    unconditional means?
10   A. No.
11   Q. Without conditions. Without
12   restrictions.
13   A. Yeah, sorry. Yeah.
14   Q. Do you understand --- so what
15   --- what are you saying yes to?
16   A. The question.
17   Q. Do you believe that your
18   freedom of speech is unconditional or
19   unrestricted?
20   A. No.
21   Q. No?
22   A. Sorry.
23   Q. And what do you think the
24   restrictions are in your speech?
25   A. I don't understand.

Page 15

1    Q. Do you understand that there
2    are some restrictions on your speech?
3    A. Yes.
4    Q. Okay.
5    Do you know what those
6    restrictions are?
7    A. No.
8    Q. Did anyone ever tell you that
9    there's restrictions on freedom of
10   speech?
11   A. No.
12   Q. You said that your 14th
13   amendment right was violated. Which
14   14th amendment right was that?
15   A. I don't remember.
16   Q. Did you ever know?
17   A. No.
18   Q. You said you had problems that
19   day, the day of the Board meeting,
20   March 20th of 2019. What problems
21   were they?
22   A. When the defamation email was
23   sent out, I went to the office to
24   report it and no one in the office was
25   able to report it. So then I went to

Page 16

1    guidance, and there was no one in
2    guidance. Because I just --- I
3    believed I knew the email was not ---
4    was fake, and that all the information
5    that was presented was ---.
6    Q. I knew that the email was ---?
7    A. I --- it was not true. And the
8    things that Ms. Lyons said in this
9    email was referring to my friend
10   Jordan. And everyone knew it, and I
11   felt like that was completely
12   unprofessional, how she approached the
13   situation and how she was trying to
14   get people to come and support her,
15   other students, to the School Board
16   meeting. And I went to all around the
17   school. There was no one who was ---
18   who was able to, like, help me out.
19   And I ---.
20   ATTORNEY READY:
21   You have to speak up a
22   little bit.
23   THE WITNESS:
24   I'm sorry.
25   BY ATTORNEY O'DONNELL:

Page 17

1    Q. And speak slower. So take your
2    time. Take a breath, and speak
3    stowly.
4    A. Thanks.
5    Q. All right.
6    So let's --- let's start at the
7    beginning.
8    A. Okay.
9    Q. You were running around, trying
10   to --- trying --- trying to find help?
11   A. Trying to find help because I
12   was emotionally unstable when I read
13   that email, knowing that the email
14   that was sent was untruthful and
15   unprofessional and I couldn't believe,
16   like, that Mrs. Lyons would send an
17   email to selected parents of students
18   about certain --- Jordan, his mom's in
19   the --- going to the School Board
20   meetings. And her --- the names
21   weren't stated, but everyone knew,
22   insisted, and who was actually the ---
23   the personification in that message.
24   Q. So a couple of things. Did you
25   receive that email?

5 (Pages 14 to 17)

0080a

**Page 18**

1    A. I did not.
2    Q. Did your parents receive that
3    email?
4    A. They did not.
5    Q. How did you get that email?
6    A. My friend Alyssa Madioli told
7    me and showed me.
8    Q. Did Alyssa's parents receive
9    it?
10   A. Yes.
11   Q. So your name was not on the
12   email, and it was not directed to you?
13   A. No.
14   Q. What business did you have
15   having it?
16   A. It's --- Jordan Eck is one of
17   my best friends. And I know the
18   things that he was going through with
19   Ms. Lyons this year. It's in the
20   things I see her do on accident ---
21   were falsifiable and untruthful. And
22   I see her make up stories and lies
23   just to benefit --- for her own
24   benefit.
25   Q. Okay.

**Page 19**

1    I want to go back to the email.
2    It wasn't ---
3    A. Okay.
4    Q. --- directed to you?
5    A. No.
6    Q. Is --- is there some reason why
7    you felt like you should have
8    possession of this email?
9    A. No.
10   Q. So you were running around the
11   school that day with an email that was
12   never directed to you written by Mrs.
13   Lyons. Who is Mrs. Lyons?
14   A. She's the high school drama
15   director.
16   Q. Is she also a teacher?
17   A. No.
18   Q. So her only job there is to
19   direct school plays?
20   A. Correct.
21   Q. So as I'm understanding this,
22   you take it upon yourself to help out
23   your friend Jordan by running around
24   with an email that was never directed
25   to you, and never intended for you to

**Page 20**

1    have.
2    Is that right?
3    A. Yes.
4    Q. But you have it, and you want
5    help from someone that has authority
6    over Mrs. Lyons?
7    A. Yes.
8    Q. And who do you think has
9    authority over Mrs. Lyons?  Who does
10   she report to?
11   A. Mr. Becker and Dr. Shank.
12   Q. Did you go to Mr. Becker's
13   office?
14   A. Yes.  He was not there so I
15   wrote a report or a complaint.
16   Q. You left a complaint with his
17   secretary?
18   A. Yes.
19   Q. And after you left a complaint
20   with his --- a written complaint with
21   his secretary, then what did you do?
22   A. I walked out and went back to
23   my 5th period class.
24   Q. So you said earlier, problems
25   that day --- you're suing Dr. Shank

**Page 21**

1    --- well part of you --- you're suing
2    --- yeah, Dr. Shank because you had
3    problems that day with an email that
4    you had that was not directed to you
5    and should not have been in your hands
6    to begin with. Left a message with
7    the supervisor of the person who wrote
8    that with a complaint. And again, I'm
9    not sure what exactly Dr. Shank had to
10   do with any of that.
11   ATTORNEY READY:
12   I'm going to object to
13   form.
14   BY ATTORNEY O'DONNELL:
15   Q. You're going to tell me what
16   Dr. Shank had to do with that.
17   A. I'm not --- I'm not the
18   individual who's suing her exactly.
19   That's more Jordan Eck's. He's ---
20   what happened to him is why he's suing
21   her.
22   Q. Okay.
23   So you're not --- you don't
24   really have a problem with Dr. Shank.
25   Right?

6 (Pages 18 to 21)

0081a

Joint Appendix00081

Case 5:19-cv-01873-MAK   Document 46-1   Filed 11/25/19   Page 85 of 218

**Page 22**

1   A. No.
2   Q. Okay.
3   What problem do you have with
4   Mr. Becker?
5   A. Nothing.
6   Q. What problem --- okay. So you
7   have no claim against Dr. Shank and
8   you have no claim against Mr. Becker?
9   ATTORNEY READY:
10   Object to the form
11   again.
12   BY ATTORNEY O'DONNELL:
13   Q. Is that true?
14   A. I was upset that several times
15   when I needed to help, there was no
16   one in administration that could help
17   me or do anything about the situations
18   about Ms. Lyons.
19   Q. Okay.
20   But this is a lawsuit.
21   A. Yeah.
22   Q. And there has to be something
23   illegal about what they did. And
24   helping you out with Mrs. Lyons in the
25   drama club is not --- whether they

**Page 23**

1   help you out or not help you is not
2   illegal. This is a federal lawsuit
3   and federal litigation. We take our
4   jobs very seriously.
5   So what --- what did --- so
6   you're telling me Dr. Shank, as far as
7   you know, did nothing illegal to cause
8   you to sue her in this federal
9   lawsuit?
10   Is that correct?
11   A. Yes.
12   Q. And neither did Mr. Becker? He
13   did nothing illegal that would cause
14   you to sue him in a federal lawsuit?
15   A. Yes.
16   Q. Is that correct?
17   A. Yes.
18   Q. Okay.
19   What did Mrs. Lyons do that was
20   illegal?
21   A. I was publicly humiliated and
22   bullied by the director.
23   Q. Okay.
24   Publicly --- public humiliation
25   is not illegal.

**Page 24**

1   Right? It's not nice. It's
2   wrong, but it's not illegal.
3   Right? People are humiliated
4   in public all the time, and they do it
5   themselves and they do it to
6   themselves.
7   Right?
8   A. Yes.
9   Q. Okay.
10   So you can't commit a crime
11   against yourself. How can you commit
12   a crime against another person or a
13   wrong that you would sue someone in
14   federal court for humiliating you in
15   public?
16   A. I don't know.
17   Q. Neither do I.
18   Okay.
19   So we agree on that. What
20   about bullying? What kind of bullying
21   did she do?
22   A. How she called me --- well
23   first of all, she called me out twice.
24   And then the defamation email which I
25   saw against Jordan Eck. And then the

**Page 25**

1   night of the cast party, when we had
2   --- she gave nice comments about
3   everyone to our happy papers, but she
4   got to me. She literally said, I'll
5   never forget you for what you said,
6   but maybe it could be a life lesson to
7   you in front of the whole entire cast.
8   And that following morning, I
9   showed up to the cast --- the set ---
10   set cleanup, which is mandatory. And
11   I was there for a whole ten minutes
12   and she asked me to come into the
13   auditorium lobby. So I followed her,
14   and she told me that I was --- well I
15   am a --- this is paraphrased, I talked
16   to Dr. Shank and it'd be best for ---
17   it's best if you leave the school
18   premises because of things that were
19   said last night. And then I was
20   escorted by three adult men.
21   And I had no say in what I said
22   or I didn't --- I had no proof,
23   there's no proof of what I said
24   either.
25   Q. Okay.

7 (Pages 22 to 25)

0082a

Joint Appendix00082

**Page 26**

1  I wrote a bunch of stuff down.
2  I'm not sure I got it all, but if I
3  don't get it all, you'll tell me.  She
4  called me out twice.  What does that
5  mean?
6  A.  I was --- I --- first time I
7  was called out, it was the last drama
8  meeting of my junior year and we were
9  talking about the stuff we do for next
10  year.  And I went to a School Board
11  meeting previously that year about
12  school recognition.
13  It's completely un-talked
14  about, drama club.  And I mentioned
15  drama club so I went to talk about the
16  --- I went to a School Board meeting
17  to act about --- talk about school
18  recognition, and how we could get the
19  club to get more recognized or not.
20  And then she lashed it out at
21  me, saying don't ever go over my head
22  again, basically.
23  And the second time was during
24  ---.
25  Q.  Stop.  Wait.

**Page 27**

1  A.  Yep.
2  ATTORNEY READY:
3  You can ask her.  Just
4  slow down a little bit.
5  Okay?
6  THE WITNESS:
7  I'm sorry.  I talk fast.
8  ATTORNEY READY:
9  Naturally.
10  BY ATTORNEY O'DONNELL:
11  Q.  So something off topic, a
12  School Board meeting that you attended
13  before March 20th of 2019.
14  Is that correct?
15  A.  Correct.
16  Q.  And you spoke publicly, and
17  asked the School Board if the drama
18  club could be more recognized?
19  A.  No.  I didn't say drama club
20  specifically.  I said --- I went to a
21  School Board meeting, and it just
22  ended by the time I got there.  And I
23  talked to several School Board members
24  saying if there's any way we can start
25  an equal recognition by adding, like,

**Page 28**

1  a display board of like all the
2  organizations and clubs.  And how it
3  can recognize, like not just you know,
4  basketball sports or it could
5  recognize the art, music, and we have
6  a faith program.  And have like a
7  display board displaying all of like
8  the accomplishments that we do and
9  have more recognition amongst that.
10  Q.  And did you tell them that you
11  were in the drama club?
12  A.  No.  I brought nothing about
13  drama club that night, but when I went
14  to Mrs. Lyons at the meeting ---.
15  Q.  At which meeting?  At the drama
16  meeting?
17  A.  At the drama meeting my junior
18  year.  I had --- I said nothing about
19  drama club at the School Board
20  meeting, and I mentioned that I talked
21  to the School Board about equal
22  recognition and I was wondering if ---
23  if there's somewhere for drama club,
24  we could get some more equal
25  recognition.

**Page 29**

1  And that's when she kind of
2  like blew up in my face.  Not in my
3  face, to everyone saying don't ever go
4  over my head again.  How
5  unprofessional was that that I did
6  that.  But she --- I never intended
7  anything against drama club or talked
8  about drama club.
9  Q.  So that I understand what this
10  was about, you on your own, without
11  talking to her first, went to the ---
12  talked to the School Board about equal
13  recognition for the arts.
14  Is that right?
15  A.  Correct.
16  Q.  And would you agree with me
17  that you didn't know everything that
18  Mrs. Lyons had already discussed with
19  members of the Board regarding
20  recognition of the drama club?
21  A.  Correct.
22  Q.  And you don't know what
23  conversations she had with Dr. Shank
24  or any members of the Board about
25  recognition of the drama club before

8 (Pages 26 to 29)

0083a

Joint Appendix00083

Case 5:19-cv-01873-MAK Document 46-1 Filed 11/25/19 Page 87 of 218

Page 30

1    you made that statement to the Board?
2    Is that correct?
3        A. Right. But I never brought up
4    drama club.
5        Q. Well Oley Valley School
6    District is not that big.
7    Right?
8        A. Correct.
9        Q. And the high school is even ---
10   has even a smaller population than the
11   entire school district.
12   Right?
13       A. Correct.
14       Q. And it would be pretty easy for
15   the School Board directors to figure
16   out who you were and where you fit
17   into the picture of the arts if they
18   wanted to.
19   Right?
20       A. Yes.
21       Q. Did it ever occur to you by
22   that saying anything, you could be
23   doing more harm than good for Mrs.
24   Lyons?
25       A. No.

Page 31

1        Q. Do you recognize that now?
2        A. No.
3        Q. Did it ever occur to you that
4    Mrs. Lyons would be working on behalf
5    of the drama club to get equal
6    recognition with other activities in
7    the district before you spoke to the
8    Board?
9        A. No.
10       Q. And why not?
11       A. I don't know. Because we
12   tried, at that meeting, to see if we
13   could try to do some kind of like not
14   summer activity with some of the
15   underclass --- not --- some of the
16   middle school, elementary school kids.
17   And we tried pushing some idea to do
18   more improv and stuff, and she kind of
19   turned those ideas down.
20       Q. Do you know why? Did she tell
21   you why?
22       A. No.
23       Q. Do you think that she had an
24   obligation to share with you every ---
25   the reasoning for every decision she

Page 32

1    makes or doesn't make?
2        A. No.
3        Q. Do you think that she answers
4    to you?
5        A. I don't know.
6        Q. What does that mean, I don't
7    know?
8        A. I just can't understand her
9    sometimes, if she's telling the truth
10   or not.
11       Q. Does it matter?
12       A. To me, it does.
13       Q. All right.
14   But in --- in the relationship
15   between a teacher and a student, a
16   play director and an actor, somebody's
17   in charge.
18   Right?
19       A. Correct.
20       Q. Is it the actor?
21       A. No.
22       Q. And you said that pretty
23   quickly. You didn't even have to
24   think about that.
25       A. Correct.

Page 33

1        Q. You're pretty sure that it's
2    not the actor in charge.
3    Right?
4        A. Correct.
5        Q. So if --- and --- and you know
6    if she gets --- if Mrs. Lyons gets
7    paid for what she does?
8        A. I believe she does.
9        Q. Okay.
10   So if she's --- if she's in a
11   paid position to direct a play and to
12   direct a drama club, and to direct an
13   entire department, don't you think
14   it's up to her to make decisions like
15   that?
16       A. Yes.
17       Q. And while you may be invited to
18   --- to give your input, your input is
19   not mandatory for her to make a
20   decision.
21   Is that true?
22       A. That is true.
23       Q. Okay.
24   So you also mentioned --- okay.
25   So the second --- so the second thing

9 (Pages 30 to 33)

0064a

Joint Appendix00084

**Page 34**

```
 1   where she called you out, you didn't
 2   talk about that yet?
 3   A. Yeah. That was --- I don't
 4   remember the days. First week of
 5   January. It's the first rehearsal for
 6   Newsies. And we're --- it's supposed
 7   to be a redo. And we all walked in,
 8   and she all told us to sit on the
 9   floor of the auditorium, and she sat
10   in the director's chair and basically
11   talked at us about things that had
12   happened. Like how you --- trying to
13   remember that night. Like you should
14   be acceptable, and how --- I basically
15   can't remember. I was so frustrated
16   that night.
17        But basically, she was talking
18   to all of us about like few things
19   were said about Jared Mazeika in the
20   lead role, and how people were kind of
21   like bullying him supposedly, but I
22   saw nothing of the sort. And she
23   called me out again that night,
24   telling me like you need to either
25   accept your role or the doors are
```

**Page 36**

```
 1   your sentence.
 2   A. I was, like, very upset. And I
 3   was very confused about why she called
 4   me out. I even raised my hand and
 5   asked, like I don't understand. She's
 6   like, yes you do and continued
 7   speaking to us.
 8   Q. So when you say called me out
 9   and speaking to us, what did she say
10   directly to you? Did she use your
11   name and --- and speak directly to
12   you?
13   A. Yes.
14   Q. What --- okay. And --- and ---
15   and again, what did she said then,
16   finish the sentence.
17   A. So I'm very --- I'm very
18   disappointed. That's before the thing
19   she said. And she went off a little
20   bit and saying how I should learn to
21   accept other people's roles and if I
22   can't accept anyone else's role or my
23   own role, then the doors are right
24   over there. And then that's when I
25   asked, I'm confused. And then she was
```

**Page 35**

```
 1   right over there. And you need to
 2   learn to accept other people's roles.
 3   And I have no idea what she
 4   meant about that because I said
 5   nothing but nice criticism about why
 6   Jordan didn't get the role and Jerry
 7   did. I think Jerry Mazeika did really
 8   well in dance, and I think he had a
 9   voice, but Jordan was a better actor.
10   And I wished there was a way that they
11   could compensate everything.
12   Q. Combine?
13   A. Combine, yeah. To an extent.
14   Like the idea of an understudy show
15   wasn't a great idea. Because that's
16   what we did for previously in the fall
17   play so I was assuming like, you know,
18   get some seniors to be able to play
19   some lead roles for a show and let
20   them, like, experience, like, the
21   stage for a --- like the spotlight for
22   a little bit.
23        But basically, when she called
24   me out, I was ---.
25   Q. Go ahead. I was what? Finish
```

**Page 37**

```
 1   like, no you're not. And then
 2   continued talking about something else
 3   with everyone against --- well, at
 4   everyone else.
 5   Q. Was telling you that you need
 6   to accept the fact that someone else
 7   got a role even though you didn't
 8   disagree with it, illegal?
 9   A. No. The reason why I was ---
10   spoke at the School Board meeting
11   because I was publicly humiliated
12   twice by Mrs. Lyons and I was sick of
13   being called out and watching others,
14   people, be called out by her. And I
15   really went to the School Board to
16   talk about that and how unprofessional
17   it is for us teenagers.
18        Because if you want --- if you
19   have a problem or something going on,
20   come talk to us individually. Not
21   shouting in front of a room full of
22   people. It's not only humiliating and
23   embarrassing, but word gets around a
24   small school. And people take things
25   and change it up, what was actually
```

10 (Pages 34 to 37)

Joint Appendix00085

Page 38

1  said then people don't know the full
2  truth.
3  So that's why I went to that
4  School Board meeting. Because I want
5  her to stop that.
6  Q. Tell me about --- tell me about
7  the situation where she said I'm ---
8  sitting in front of all people, I'll
9  never forgive you?
10  A. Uh-huh (yes).
11  Q. Okay.
12  Tell me about that.
13  A. So there's these things we call
14  happy papers, and ---.
15  Q. Happy papers?
16  A. Yes. And that's where you
17  write a nice sentence or two
18  about everyone on the cast, which
19  everyone did and everyone does. And
20  then at the end of every show, at the
21  cast and crew party, the last couple
22  years she takes everyone's happy paper
23  and says something nice about each
24  person. They go on stage, and then
25  she acknowledges them like big

Page 39

1  performance, and this person is blah,
2  blah, blah.
3  When she got to me, it was ---
4  she was like so this person here, we
5  almost lost this person this year. And
6  then she said some little positive
7  things like he's an act --- he's been
8  an active member for four years, and
9  yada, yada, yada. And then, the last
10  thing she said ---.
11  Q. Well I don't want to hear yada,
12  yada, yada.
13  A. I can't recall what she said
14  because I was ---.
15  Q. So you don't remember the good
16  stuff or the neutral stuff?
17  A. Yeah, I was highly annoyed
18  because of things that were said
19  throughout the night between Jerry
20  Mazeika and a few other people.
21  Q. But she did say some either
22  good things or neutral things that you
23  call yada, yada, yada?
24  A. I call neutral.
25  Q. Okay.

Page 40

1  And then ---.
2  A. There was nothing --- I feel
3  like nothing, like out there was
4  positive. It was more like neutral.
5  Q. Okay.
6  Neutral. And then --- then
7  there was something that ---?
8  A. And then she's like, I'll never
9  forgive you for what you said, but may
10  this be a life lesson to you. And she
11  handed my --- we have like a bag of
12  goodies that people give to us for
13  like candy grams. And then she gave
14  us that, and gave her --- gave me
15  that, and then I walked off stage.
16  And I was the only person that night
17  did not --- didn't --- not that I
18  wanted one, but received a hug.
19  Q. Received a hug. You did not
20  get a hug?
21  A. I did not.
22  Q. Okay.
23  And then, is there anything
24  illegal about that?
25  A. No.

Page 41

1  Q. Okay.
2  Then you did mention the email
3  about Jordan who was never named in
4  the email, but we talked about that
5  already?
6  A. Yes.
7  Q. And then, the --- then I ---
8  the next thing I wrote was auditorium
9  lobby, leave school premises. But
10  there might've something in between
11  Jordan's email and the auditorium
12  lobby that you mentioned that I just
13  missed.
14  A. Yeah. That was the cast and
15  crew party I was just talking about.
16  The one where she said I'll never
17  forgive you for what you did.
18  Q. Okay.
19  And then, the next thing would
20  be the auditorium lobby?
21  A. Correct.
22  Q. Okay.
23  And then, what was that about?
24  A. So --- so we have a mandatory
25  set strike every year. It's --- it's

11 (Pages 38 to 41)

0086a

Joint Appendix00086

Page 42

1  mandatory. And so we ---.
2  Q. Mandatory?
3  A. It's --- means we all have to
4  --- everyone on the cast and crew and
5  has to show up and help take down the
6  set. Basically, put away the props
7  and then vice versa --- yeah.
8  Q. Break --- break it down?
9  A. Yeah.
10  Q. What's --- what's the
11  terminology for that?
12  A. Set strikes.
13  Q. Set strikes?
14  A. Set strike.
15  Q. Okay.
16  So a mandatory set strike. So
17  everybody shows up, and what happens?
18  A. We sit down in the auditorium,
19  and then either we have like a recap
20  or then we start like, okay. Here's
21  the job, this is what we have to do
22  today. We need these props to go back
23  in the prop room. We need some people
24  to start taking down the stage, and
25  kind of like, we have jobs.

Page 43

1  And then, when you're done with
2  your job, you go back, sit --- sit ---
3  pretty much sit in your seat until
4  someone says hey, we need --- we need
5  help here or there's a job that needs
6  to be done. And we cycle that for a
7  few hours until the auditorium is
8  cleaned and kind of how it was three
9  months before building the stage.
10  ATTORNEY O'DONNELL:
11  Come in.
12  ATTORNEY READY:
13  Angela Zola?
14  ATTORNEY O'DONNELL:
15  Yes. Thank you. I have
16  to --- I have to take this.
17  ATTORNEY READY:
18  Yeah, sure. It's all
19  right. We'll --- we'll go off
20  the record.
21  ---
22  (WHEREUPON, AN OFF RECORD DISCUSSION
23  WAS HELD.)
24  ---
25  ATTORNEY O'DONNELL:

Page 44

1  Okay.
2  BY ATTORNEY O'DONNELL:
3  Q. Okay.
4  So the last thing I remember
5  you saying before we took a break was
6  that you were to sit in your seat
7  until another job came along until the
8  auditorium was completely finished,
9  and looked like it did three months
10  before the play started?
11  A. Pretty much, yes.
12  Q. Is that correct?
13  All right.
14  So --- so you were in the
15  auditorium lobby. You had finished
16  with your set strike?
17  A. No. I arrived --- it started
18  at 10:00. I arrived there with four
19  other people at 10:10, and I was only
20  there for anywhere between ten and ---
21  ten and 15 minutes. I was waiting in
22  the auditorium itself, waiting for a
23  job. And while waiting --- actually,
24  I lied. Sorry.
25  First, I had to go back and

Page 45

1  clean up the --- our changing room.
2  Q. Okay.
3  A. So like, clean the desks, clean
4  the floor. Make sure everything's
5  like neat and tidy for --- for music
6  classroom. And then after that, I was
7  done with that part. I got my costume
8  all hanged up, I hanged it up. I went
9  back to the auditorium. This time was
10  around 10:20, 10:25 give or take. And
11  I was waiting for another job. And
12  Mrs. Lyons comes --- comes out of the
13  side doors and says, can you follow me
14  for a second? So I'm like, okay.
15  So it was her and Abby
16  Hartenstine and three guys in the back
17  following her. So I assumed like, we
18  need help. So I followed her to the
19  auditorium lobby. And then, the three
20  men who were kind of like in a
21  triangle, Mrs. Lyons basically in the
22  middle. And basically said, I had ---
23  I talked to Dr. Shank, and we both ---
24  this is paraphrased. We both agree
25  that it's better --- it's that if you

12 (Pages 42 to 45)

D087a

Page 46

```
1    leave the premises because of things
2    that were said last night.
3    Q. Okay.
4    And asking you to leave the
5    premises, was that illegal?
6    A. I don't know.
7    Q. Why --- what --- what's wrong
8    with it?
9    A. Because I couldn't --- I had no
10   idea for why I had to leave the
11   premises.
12   Q. But ---.
13   A. Like, I don't know what I said
14   that was so harmful and dangerous that
15   said it could've hurt the safety of
16   other students.
17   Q. The night before?
18   A. I have no idea. I had no idea
19   what she meant by that.
20   Q. Okay.
21   A. I'm pretty sure when she said
22   things last night, I'm assuming it's
23   something that I said that night,
24   morning I should say.
25   Q. Okay.
```

Page 48

```
1    A. No.
2    Q. Are they --- right. They're
3    --- they're --- they are not, would
4    you agree with me ---
5    A. Yeah.
6    Q. --- obligated or mandated to
7    report to you, in any fashion, the
8    basis for any decision they make with
9    respect to the school.
10   Right?
11   Is that correct?
12   A. Correct.
13   Q. All right. Okay.
14   So when she makes mention of
15   because of the things that were said
16   last night, tell me what those things
17   were.
18   A. So we had senior speeches. And
19   I was one of the first few kids to go,
20   I wasn't the first one. But I made
21   mine short and sweet. Like, first we
22   state where we're going to college and
23   what we're planning to do with our
24   lives. And then you need to say
25   something inspirational. So I went
```

Page 47

```
1    But the very act itself of
2    calling a student in to do some work
3    in a school building, and then --- and
4    then --- and then recalling, or --- or
5    exiting that student from the
6    building, for whatever reason, that in
7    and of itself is something that you
8    don't know is legal?
9    A. No. It's not illegal.
10   Q. Okay.
11   You just disagree with the
12   reason why you were exited from the
13   building.
14   Right?
15   A. Correct.
16   Q. Okay.
17   And does Mrs. Lyons or Dr.
18   Shank have any obligation to report to
19   you the basis for their decision to
20   exit you from a building for one
21   reason or another?
22   A. Nope. I got nothing of --- any
23   information about it.
24   Q. But do they have an obligation
25   to give it to you?
```

Page 49

```
1    --- I was one of the first ones to go.
2    And I said that family is not a
3    place, it's the people you surround
4    yourself with.
5    And that's basically the
6    synopsis of all I said. I wasn't
7    adding that somebody --- there was no
8    intentions of like --- like any forms
9    of like at Mrs. Lyons or at Shank or
10   at Jerry Mazeika or anybody. It was
11   basically just what I thought family
12   meant to me. At least, that's what my
13   speech wanted to be. Because people
14   always talked about drama club being
15   like the home, but it's really the
16   people that make the home. And that's
17   basically what my speech was about.
18   Q. Okay.
19   Did you say anything
20   specifically negative about Mrs.
21   Lyons?
22   A. No.
23   Q. Did you say anything
24   specifically negative about your
25   experience in drama club?
```

13 (Pages 46 to 49)

0088a

Joint Appendix00088

Page 50

1  A. No. Not until after, like
2  after everything happened.
3  Q. Not until ---?
4  A. Not until after --- after like,
5  I was escorted and people were looking
6  me as if I was some kind of, I don't
7  --- evil person.
8  Q. Okay.
9  But during your senior speech,
10  ---.
11  A. Yes.
12  Q. --- it's your testimony that
13  you said nothing directly or
14  indirectly about your experience in
15  the drama club ---
16  A. Correct.
17  Q. --- that was negative?
18  A. Correct.
19  Q. Okay.
20  I understand that you don't
21  think anyone should've taken issue
22  with what you said, but if they could,
23  can you put yourself in their shoes?
24  What could possibly be construed in a
25  negative fashion? If you had to

Page 51

1  guess.
2  A. I --- I really have no idea.
3  Q. Do --- okay.
4  Do you know if your other
5  friends, or your co-Plaintiffs, have
6  said anything negative about the drama
7  club in senior speeches?
8  A. Yes.
9  Q. Okay.
10  A. On that --- I withdraw. No,
11  I'm sorry. No.
12  Q. So you're being escorted out by
13  these three men. Who were the men?
14  A. Mr. Lyons, who was Mrs. Lyons'
15  husband. Mr. Ulsh who is a father of
16  a student, Julia Ulsh. And then, Mr.
17  Stout who is another --- a father of
18  another student who were all helping
19  out with the show.
20  Q. Okay.
21  Did any of those gentlemen
22  speak to you while they were escorting
23  you out?
24  A. When I --- I walked out with my
25  girlfriend because she had to get some

Page 52

1  of her stuff --- some of her stuff out
2  of my car.
3  Q. Who's your girlfriend?
4  A. Cassidy Kauffman.
5  Q. Okay.
6  So you and Cassidy were walking
7  out together?
8  A. Yes.
9  Q. When did --- when was Cassidy
10  with you? In other words ---.
11  A. Sorry.
12  Q. How did she come into this?
13  A. So the Lyons told me that I had
14  to --- the --- left --- leave the
15  premises. I asked, there are a few
16  people that need to get their stuff
17  out of my car. Can you go get them?
18  So Mrs. Hartenstine went to go get
19  them, and I waited in the lobby for
20  the three of them to come out and get
21  their stuff. And then that's when I
22  walked out of the building.
23  Q. Okay.
24  And Cassidy was with you at
25  that time?

Page 53

1  A. Yes.
2  Q. Okay.
3  So Cassidy was with you, and
4  then Mr. Lyons, Mr. Ulsh, and Mr.
5  Stout?
6  A. Uh-huh (yes).
7  Q. Yes?
8  A. Yes.
9  Q. And did any --- did either Mr.
10  Lyons, Mr. Ulsh, or Mr. Stout speak to
11  you?
12  A. Mr. Lyons spoke to my
13  girlfriend and I because I was on the
14  pavement by my car, like emotionally
15  broken. And she was trying to call my
16  mom to see if she might have to pick
17  me up because I didn't want to drive
18  home emotional because that could be
19  dangerous.
20  And then Mr. Lyons spoke at my
21  girlfriend, basically to say are you
22  coming or are you staying? And then
23  she replied hold on a minute, I'm
24  trying to call his mom.
25  Q. Okay.

14 (Pages 50 to 53)

Page 54

1   Do you --- did you have an IEP
2   for emotional support?
3   A. I got an IEP I believe after
4   the School Board meeting.
5   Q. And was it for emotional
6   disturbance?
7   A. I don't remember, but I know
8   I've never gotten an IEP before.
9   Q. Because you already --- you
10   mentioned twice during your
11   deposition, emotionally unstable and
12   emotionally broken. So I'm asking
13   this, have you ---?
14   A. I've never, ever --- sorry.
15   Q. No.
16   A. Okay.
17   Q. Let me just --- you'll be able
18   to speak.
19   A. Sorry.
20   Q. Just let me get my question
21   out.  I --- so --- so have you treated
22   at all for emotional disturbances?
23   A. No.  Because I have never, ever
24   --- I have never been that emotional
25   for --- I've never had, like, a mental

Page 55

1   that was reason for me to be escorted
2   off the premises.  I --- I --- I
3   didn't ask, which is partially my
4   fault, but she should've implied what
5   I said or more of a reason why I had
6   to leave.
7   Q. Do you think you were guilty by
8   association in her mind?
9   A. Can you repeat that?  Sorry.
10   Q. Sure.  Do you think you were
11   guilty by association in her mind?
12   A. No.
13   Q. Why do you think she had you
14   escorted off the premises?
15   A. I --- honestly, I have no idea.
16   Q. Were you suspended with the
17   other two?
18   A. No.  But I'd just like to add
19   how all three of us got punished or
20   reprimanded for something.  And we
21   were the three kids that spoke out at
22   the School Board meeting.
23   Q. How were you --- you --- you
24   were --- you feel you were punished
25   because you were called out, you were

Page 55

1   breakdown or any kind of emotional
2   means, except for like those three or
3   four experiences I had within the span
4   of like the three week --- the three,
5   four weeks of everything that happened
6   between the School Board meeting and
7   then me being escorted out.  And it's
8   not happened since then either.
9   Q. Okay.
10   Remind me again, what did Mr.
11   Lyons say to Cassidy?
12   A. Are you coming or are you
13   staying?  I mean, are you going or are
14   you staying?  My bad.
15   Q. But that was the only
16   conversation between any of those
17   three and you and Cassidy ---
18   A. Correct.
19   Q. --- as they walked you out?
20   Okay.  Okay.
21   And then --- and then the last
22   thing, when you say no proof of what I
23   said.  Does that ---?
24   A. Like, she didn't give me --- I
25   had no idea what I said that night

Page 57

1   removed from the premises, and she
2   didn't have anything nice to say about
3   you and didn't give you a hug at happy
4   papers?
5   A. Yes.
6   Q. So, I may have a couple of
7   other things that I want to follow up
8   on.
9   A. Yeah.
10   Q. What exactly did you say at the
11   School Board meeting?
12   A. So I had a speech written out.
13   So I followed the first about three,
14   four sentences.  When I --- it started
15   out me stating how I was called out by
16   Mrs. Lyons the first time and the
17   second time.  And then, I was stopped
18   by the Chairman of the School Board
19   saying I was not allowed to use any
20   character assassinations or names
21   involving any negativity.
22   So by that point, I kind of
23   went off my speech and talked about
24   what happened that day with me and how
25   I went to a minute --- went --- about

15  (Pages 54 to 57)

Joint Appendix00090

Page 58

```
 1   the defamation email and how
 2   administration wasn't there, guidance
 3   couldn't help me or do anything, and
 4   teachers had to teach so I couldn't go
 5   anywhere for any, like, emotional
 6   support. So basically, the synopsis
 7   that I was trying to get out at the
 8   School Board is like, if somebody
 9   needs help, like in other situations
10   in that school, there --- and there's
11   nobody there, what are they going to
12   do?
13   Because I feel bad for guidance
14   because guidance teachers there are to
15   help, support, and guide like,
16   students. But they can't do that
17   because they're stuck in meetings
18   24/7. I don't know if it's like how
19   the school works, or their actual job,
20   but I know that some --- a lot of them
21   are kind of like, unhappy with how
22   many meetings they have to go through.
23   And how they can't be able to help
24   students when they need it.
25   Q. Is that everything?
```

Page 59

```
 1   A. Yes.
 2   Q. Who is the Chairman who told
 3   you that you couldn't make any
 4   negative remarks of character
 5   assassinations against any specific
 6   persons in your speech?
 7   A. I don't know his name.
 8   Q. Was there anyone else on the
 9   Board that also spoke up?
10   A. No.
11   Q. Just the chairman?
12   A. Correct.
13   Q. And with respect to the
14   defamation email, your complaint was
15   that there was no one to speak to
16   about it?
17   A. Yes.
18   Q. Did Mr. Becker ever respond to
19   your complaint that you left in his
20   office?
21   A. No. But I also want to add, I
22   also wrote another complaint on the
23   --- that Monday after set strike about
24   me being escorted. And I --- I have a
25   photo of it of me feeling threatened
```

Page 60

```
 1   and unsecure of going to school
 2   because I was --- because of things
 3   that happened that night and how I was
 4   escorted. And I was never brought ---
 5   and that situation was never brought
 6   up either. So both reports I wrote to
 7   the school, they didn't contact me and
 8   didn't tell me nothing about them.
 9   Q. Okay.
10   A. Even though I felt like --- I
11   said I was threatened.
12   Q. By whom?
13   A. By Mrs. Lyons. And several
14   students.
15   Q. And who were the other
16   students?
17   A. Jerry Mazeika.
18   Q. Who else?
19   A. And I --- I don't --- can't
20   specify --- I don't know. Like, a
21   bunch of people, like in the club,
22   that are like supportive of Mrs.
23   Lyons. And that --- those could be
24   assumptions too.
25   Q. So a bunch of people that
```

Page 61

```
 1   support Mrs. Lyons threatened you?
 2   A. No. They didn't --- no, they
 3   didn't threaten me, no. Sorry. Like
 4   I said, I felt threatened when I was
 5   escorted. I am sorry.
 6   Q. Okay.
 7   I wanted to know who made you
 8   feel threatened. That was my
 9   question.
10   A. Mrs. Lyons.
11   Q. Yes.
12   A. Jerry Mazeika.
13   Q. Yes.
14   A. And then the three ---.
15   Q. Three fathers?
16   A. Yeah.
17   Q. And what kind of threat was it?
18   A physical threat?
19   A. It's more --- I felt physical
20   from probably Mrs. Lyons and Jerry
21   Mazeika.
22   Q. And what kind of physical
23   threat do you feel like they opposed
24   to you?
25   A. Physical? I mean, like more
```

16 (Pages 58 to 61)

## Page 62

1  like verbal. Sorry.
2  Q. Okay.
3  What did they say to you
4  verbally that made you feel
5  threatened?
6  A. Because it --- I heard people
7  talking about me, talking about like
8  what happened.
9  Q. Okay.
10  But --- but a verbal threat is
11  something that happens directly to
12  you. So what did they say?
13  A. They didn't say anything.
14  Q. All right.
15  No physical, no verbal. What
16  I'm hearing is, people were talking
17  about you?
18  A. Uh-huh (yes).
19  Q. Yes?
20  A. Yes.
21  Q. And what did that threaten?
22  What part of you did that threaten?
23  A. My emotional being. And also,
24  I --- my security of being around
25  other people.

## Page 63

1  Q. Did you --- were you able to
2  get over that, and come back to school
3  and finish out the school year?
4  A. Yeah.
5  Q. Okay,
6  A. It took time. I had to --- my
7  track coach --- my track coaches were
8  the only two teachers I was able to
9  like, if I ever need to like, get away
10  from places --- like they were the
11  people that say you should come to my
12  room and sit. So that --- the whole
13  week, I ate lunch with my teacher Mr.
14  Shaffer because I emotionally felt
15  unsafe in that school.
16  Q. And who is Mister --- you said
17  your teacher ---
18  A. Yeah.
19  Q. --- Mr. Shaffer?
20  A. Correct.
21  Q. Which teacher?
22  A. Mr. Shaffer?
23  Q. Yeah.
24  A. He's mathematics.
25  Q. Okay.

## Page 64

1  And where did you eat lunch
2  then with him?
3  A. In his digital electronics
4  classroom. And also his --- his ---
5  his normal classroom. Because we have
6  like --- we have rotation schedules
7  and my lunch differed on certain days.
8  So whenever he had classes, it'd
9  differed. It --- it differed.
10  Q. Okay.
11  A. Sorry.
12  Q. No problem. And you would ---
13  you would go to the cafeteria and
14  bring your tray?
15  A. I packed.
16  Q. Packed your lunch?
17  A. Yeah. Safer that way.
18  Q. What does that mean, safer? Do
19  you --- do you know ---?
20  A. I don't know, it's --- sorry.
21  That was bad humor.
22  Q. Okay.
23  A. Sorry.
24  Q. Okay
25  So one of the other things that

## Page 65

1  you have in your Answers to
2  Interrogatories that your attorney
3  provided to us was you --- you know
4  you have knowledge of rumors that were
5  spread about you as a result of the
6  suspension. But you were not
7  suspended.
8  Right?
9  A. Correct.
10  Q. Were there rumors spread about
11  you anyway?
12  A. Yes.
13  Q. Okay.
14  By whom?
15  A. I can't --- I don't know who or
16  where the source came from.
17  Q. What were the rumors?
18  A. Stated how I, even until the
19  end of the show, I couldn't accept my
20  role and I never showed up to the
21  cleanup. Or I ditched.
22  Q. What role did you have?
23  A. I was Crutchie.
24  Q. Okay.
25  And did you --- were you okay

17 (Pages 62 to 65)

Page 66

1  with that role?
2  A. I --- that's --- that was one
3  of my dream roles since I was like,
4  11.
5  Q. Okay.
6  So you were happy with your
7  role?
8  A. I was happy with my role.
9  Q. Okay.
10  Were you happy with the role
11  that Jerry got?
12  A. No.
13  Q. And were you happy with the
14  role that Jordan got?
15  A. Yes and no.
16  Q. Okay.
17  And then --- okay. Okay.
18  So then --- then there's
19  something else on here that you
20  answered I have a question about. I
21  asked you, in Question 17, the
22  question is set forth in detail and
23  specificity each and every act or
24  omission committed by Stacey Lyons
25  during the production of Newsies that

Page 67

1  caused you to speak out against her at
2  the --- at the Board meeting. And you
3  have a list here. So I want to ask
4  you about these, the list.
5  You said Mrs. Lyons was mean to
6  students who made mistakes while
7  performing. Can you expound on that,
8  please?
9  A. Basically like, during the read
10  through --- not read through. During
11  one of the rehearsals, she told Jordan
12  that he didn't put enough energy to
13  his role.
14  Q. Okay.
15  A. I can't really give a lot of
16  examples. There was --- there was a
17  view that I witnessed.
18  Q. You just can't remember them as
19  you sit here today?
20  A. Yeah.
21  Q. You --- the next thing you
22  state is Mrs. Lyons called me out
23  among other students for mistakes or
24  perceives mistakes and then berate us
25  in front of the cast and crew. Can

Page 68

1  you expound on that?
2  A. That's --- that was when she
3  called me at the first --- so the both
4  times when she called me out.
5  Q. Okay.
6  And then the next, you said she
7  played favorites in making decisions
8  and in dealing with discipline or
9  disagreements on set.
10  A. Yes.
11  Q. Were you -- can you expound on
12  that?
13  A. This is not drama club related.
14  During the mosaic concert which is
15  like --- we have a few concerts for
16  band, orchestra, and choir of the
17  year. And we do this mosaic concert.
18  Q. Mosaya (sic)?
19  A. Mosaic.
20  Q. Mosaic?
21  A. Mosaic, yeah. And so the music
22  production team is in charge of that.
23  So that was run by Mrs. Lynch, our
24  choral and orchestra director. And
25  during our, like our dress rehearsals,

Page 69

1  Mrs. Lyons had to come and set up the
2  mic set because she's, apparently, the
3  only one that knows how to use them.
4  But they're the auditorium's mics.
5  Yet, she hoards them in her office.
6  And then, whenever we need to use them
7  as, like, a music production, she has
8  to be there to make sure they're done
9  properly.
10  Q. She hoards the mics?
11  A. Yes.
12  Q. Is there something illegal
13  about that?
14  A. No.
15  Q. Okay.
16  Anything else where you feel
17  that she plays favorites?
18  A. No.
19  Q. Okay.
20  D, you --- you say that she
21  scheduled excessive call backs after
22  auditions, creating an atmosphere of
23  stress, culminating with posting the
24  cast lists near midnight so that
25  students were waiting up on a school

18 (Pages 66 to 69)

0093a

Page 70

```
 1   night for results.
 2       A. Yes.
 3       Q. Okay.
 4   Can you expound on that?
 5       A. It was 1:00 --- let's see,
 6   January 2nd I believe. And I was
 7   facetiming my friend Grace, waiting
 8   for like the cast list to come out.
 9   It came out like 1:00, 1:30 at --- in
10   the morning. So yeah, and call backs
11   were really excessive this year. We
12   had --- there were four call backs.
13   We had normal, regular call
14   backs, and then there was like in
15   excess part for the Katherine's and
16   the Jack Kelly's so that was between
17   three girls and two guys. And then
18   the 4th call back, which was I believe
19   was after Christmas was between two
20   guys and two girls for the main leads.
21       Q. Is there anything --- is there
22   anything illegal about that?
23       A. No.
24       Q. Okay.
25   The next --- she was almost
```

Page 71

```
 1   always late in starting rehearsals,
 2   and rehearsals almost always ended
 3   late. Do you want to expound on that?
 4       A. I have a question. Did I ---
 5   is this my actual my thing? My ---?
 6       Q. Yes.
 7       A. Okay.
 8       Q. When you say this is my actual
 9   thing ---?
10       A. I'm just --- I'm just trying to
11   remember, like, what I wrote.
12       Q. Okay.
13       A. I'm just trying to remember.
14   I'm just making sure I wasn't, like,
15   mixed up. Yeah, sorry. I had a
16   thing.
17   Can you repeat the question?
18       Q. Sure. It states she was almost
19   always late in starting rehearsals,
20   and rehearsals almost always ended
21   late. Do you have a ---?
22       A. Yes.
23       Q. Okay.
24       A. I understand that she has a
25   job, but also it sucks that we --- she
```

Page 72

```
 1   shows up half an hour early (sic), and
 2   then she takes her time and we all
 3   start another 15 minutes after that.
 4   So here we are, a half hour, 45
 5   minutes later for her getting ready
 6   and getting setup.
 7   And then, sometimes rehearsals,
 8   like when we need to get stuff done,
 9   we will go over the time. Because I
10   remember one rehearsal my sophomore
11   year, I was --- my mom was waiting in
12   the parking lot for almost an hour
13   because rehearsal went over a little
14   --- over --- over board ---
15       Q. Okay.
16       A. --- as we're cramming certain
17   things.
18       Q. All right.
19   So that's that?
20       A. Yeah.
21       Q. All right.
22   And then --- I'm sorry.
23       A. You can't ---.
24       Q. The next is, she sent a
25   defamatory email about Jordan claiming
```

Page 73

```
 1   the police had to be called on him.
 2   This fabrication was hurtful to me as
 3   his friend. Anything beyond hurtful
 4   to you?
 5       A. No.
 6       Q. Okay.
 7   And then, she was angry and
 8   irritable with the students who
 9   weren't her favorites.
10       A. Yes.
11       Q. Can you expand on that?
12       A. I can definitely tell some of
13   the things how she was acting at
14   Jordan during the show, and how like
15   --- kind of like --- because normally
16   she got --- she got --- there's
17   different people. Like, when she
18   called out on certain people, you can
19   definitely tell that she called out on
20   them. And you definitely could tell
21   like who she wanted to pick to do
22   certain things.
23       Q. Okay.
24   The next thing I asked you is
25   to detail everything you had hoped to
```

19 (Pages 70 to 73)

Page 74

1　achieve or gain by speaking out
2　against Mrs. Lyons at the public
3　School Board meeting.
4　A. Yes.
5　Q. And you listed four things.
6　A. Yes.
7　Q. Number 1 is I hoped for an
8　apology for public --- publicly
9　accusing me of --- well, here's what
10　you wrote. And then, you can maybe
11　rephrase it for me.
12　A. Okay.
13　Q. That --- that is more
14　grammatically correct, but I'm ---.
15　A. Sorry.
16　Q. That's okay. I'm just going to
17　read it to you, and then you correct
18　it and tell me what you mean. I hoped
19　for an apology for publicly accusing
20　me of accusation which were not true
21　and not investigated in front of the
22　entire club twice.
23　A. So when she called me out
24　twice.
25　Q. That was the ---

Page 75

1　A. Yeah.
2　Q. --- two call outs? You wanted
3　an apology for the call outs?
4　A. Correct.
5　Q. Okay.
6　And then, the next thing is
7　Mrs. Lyons would be given special
8　training to deal with students. What
9　kind of special training did you have
10　in mind for her?
11　A. More like just to stop like,
12　the barbaric ways. How she calls
13　people out and ---.
14　Q. Barbaric ways?
15　A. Yeah. How she calls people
16　out, and doesn't investigate things.
17　And she only has her --- her little
18　few people that she listens to or when
19　someone says hey, this person is being
20　this. She automatically reacts that
21　you did this wrong without fully
22　investigating. Or asking the other
23　party what is actually going on. She
24　always has just the one side of the
25　story instead of both sides.

Page 76

1　Q. And then you say you had also
2　hoped that Mrs. Lyons would be closely
3　watched by the school. What did you
4　mean?
5　A. I was hoping for like either
6　parents or school members to come see
7　and watch her. Like, kind of --- I
8　don't know. Make sure that she
9　behaves, make sure that she doesn't do
10　that to kids again. Like, publicly
11　humiliate them or anything else that
12　she does.
13　Q. So not just watch, but --- but
14　corrected?
15　A. Yes.
16　Q. And then you write, Mrs. Lyons
17　would be removed and the music
18　department would finish the remainder
19　of the show?
20　A. Yeah. That was like, the
21　ultimate scenario. If like, nothing
22　was going to go --- like, they ---
23　nothing's going to go right. Because
24　the music department was ready to step
25　in, in case anything happens.

Page 77

1　Q. How did the music department
2　know all about this?
3　A. I don't know.
4　Q. Did you tell somebody?
5　A. No.
6　Q. You didn't say anything about
7　Mrs. Lyons to somebody in the music
8　department?
9　A. Only Mrs. Lynch.
10　Q. You talked to Mrs. Lynch, her
11　colleague?
12　A. She's the orchestra band
13　director.
14　Q. Do you know if Mrs. Lyons knows
15　Mrs. Lynch?
16　A. Yeah. She --- she --- she does
17　the voice, sorry. She does the vocal
18　rehearsals and she ran it this year.
19　And she had a few problems with Mrs.
20　Lyons.
21　Q. What kind of problems did she
22　have?
23　A. During the mosaic concert, like
24　the mic set --- the mic part. And
25　also, Lyons criticized some of the

Page 78

```
1   light choices that were being used.
2   Q. Light choices?
3   A. Uh-huh (yes).
4   Q. During the mosaic concert?
5   A. Yeah.
6   Q. Anything else that Mrs. Lyons
7   did?
8   A. And the unnecessary call backs,
9   and like how it was cut into a
10  Christmas break.
11  Q. During Christmas break?
12  A. Yeah. With the excessive
13  amount of call backs.
14  Q. Was that something that Mrs.
15  Lynch complained about?
16  A. Yeah. Because she had to be
17  there to do the voice stuff and piano.
18  Those cut into her ---.
19  Q. Okay.
20  Then I talked to you about your
21  damages. And you said you missed half
22  a day of school because you needed
23  help, but no one in the school was
24  willing to help. That was when you
25  were running around with the email?
```

Page 79

```
1   A. Yeah. Like, I was --- like
2   that was the --- that first emotional,
3   like it was kind of an emotional
4   breakdown. So like, I had no ---
5   nowhere to go and no one had no idea
6   what to do. So that I had no choice
7   but to go home.
8   Q. And then, you say you --- you
9   felt threatened and unsafe after April
10  14th, and that's because you felt that
11  people would --- would --- thought you
12  were evil or something?
13  A. Yeah. Basically for speaking
14  out against Mrs. Lyons.
15  Q. Did anyone say anything to you
16  about that?
17  A. A few people have, yeah.
18  Q. So after the March 20th School
19  Board meeting, who said anything to
20  you about it?
21  A. The day after --- right before
22  the meeting with --- with the whole
23  drama with Dr. Shank and Mr. Becker, a
24  girl, Julie Ulsh, she basically told
25  me like, how that you were mental.
```

Page 80

```
1   And that she hopes that Jordan and
2   Haley would quit the show. And that
3   was like an hour before the meeting
4   with Becker and Shank. And before I
5   found out that Jordan got suspended.
6   And her dad was one of the dad's that
7   escorted me.
8   Q. I thought --- I recognized the
9   name, Ulsh.
10  A. Sorry.
11  Q. Okay
12  Then anybody besides Julia
13  expressing her opinion about ---?
14  A. There was a few other people
15  saying like why'd you do it? Or like,
16  are you there --- are you here like ---
17  - and I'm just like, I'm just here to
18  support to my friend. And I see
19  things that Lyons has done that's hurt
20  me too and hurting other people, and I
21  want it to stop.
22  Q. Lost several days of school and
23  a track meet due to anxiety and
24  distractions?
25  A. Uh-huh (yes).
```

Page 81

```
1   Q. What happened with that?
2   A. That's when I --- it was
3   literally that --- the whole week
4   after. Everything after April 14th.
5   Like that whole week, I was just kind
6   of like mildly depressed and I
7   couldn't focus in school and my grades
8   were starting to fail. And I couldn't
9   focus at all.
10  Because I was just so like,
11  upset and aggravated with everything
12  that happened and how the three of us
13  were mistreated. And how people
14  looked to us as like we were some kind
15  of, like, monsters trying to destroy
16  drama club.
17  Q. It said lost friends because I
18  spoke against Mrs. Lyons. Who stopped
19  being your friend?
20  A. Just certain people, the club
21  members, just stopped talking to me.
22  Q. Who were they?
23  A. Sorry. Stacey Munsier. I
24  can't say her last name.
25  Q. Stacia --- how do you spell her
```

21   (Pages 78 to 81)

Page 82

1   last name?
2   A. I do not know,
3   Q. Munsier, M-U-N-S-I-E-R?
4   A. Uh-huh (yes).
5   Q. Good enough?
6   A. Yeah.
7   Q. Yes?
8   A. Yeah.
9   Q. Who else?
10  A. Ryan Sheetz.
11  Q. Ryan ---
12  A. Sheetz.
13  Q. --- Sheetz?  Like the gas
14  station, Sheetz?
15  A. Yeah, I think so.
16  Q. Okay.
17  A. It's just a few, like a few
18  people that --- none of my like close
19  friends.  People just stop talking to
20  me.  Like there are people like, in
21  drama, like, hey how's it going kind
22  of thing.  There's a lot of people
23  that stopped doing that.
24  Q. Okay.
25  A. So basically --- but at the

Page 83

1   end, like everything --- after like a
2   lot of things settled, basically they
3   started like --- because they just
4   started --- started talking back to me
5   because I think a lot of things
6   started to pass over time.  But at the
7   moment --- in the moment, like I got
8   no responses from some people.
9   Q. Then it said I have lost joy in
10  performing theater and music.  Is that
11  true?  Even now you don't do that?
12  A. I --- as much as I want.  I ---
13  I have a fear of like, now being
14  judged in the background or something
15  from when that happened.  It --- it's
16  a passion of mine, but I can't enjoy
17  because of how everything that
18  happened, how it all turned out.  And
19  I don't want it to happen again.
20  Q. Okay.  Okay.
21  We're going to talk a little
22  bit about this auditorium situation
23  after the School Board meeting.
24  Okay?
25  A. Okay.

Page 84

1   Q. So you say after the School
2   Board meeting, the doors to the
3   auditorium were locked after
4   rehearsal?
5   A. Yes.
6   Q. Then you say, after finding the
7   doors by the bathroom unlocked, I went
8   on stage and sat next to Cassidy
9   Kauffman, Lilly Glick, and Haley
10  Richard?
11  A. Yes.
12  Q. The whole cast was on stage
13  listening to people who went to the
14  School Board meeting and telling
15  everyone their experience and love for
16  the club?
17  A. Yes.
18  Q. Okay.
19  So do you have any idea why
20  that front door was locked?
21  A. No.
22  Q. Did ---?
23  A. I --- actually, sorry.
24  Q. Go ahead.
25  A. I was told by two people, one

Page 85

1   of them being Cassidy Kauffman, saying
2   that it was for safety reasons.
3   Q. Did someone feel that their
4   physical safety was threatened?
5   A. No.
6   Q. That you're aware of?
7   A. Yes.
8   Q. Someone could have said that,
9   you just don't know.
10  Right?
11  A. Yes.
12  Q. Okay.
13  A. And how --- and they had to be
14  escorted for the bathroom, and they
15  had to be escorted by one of the
16  adults.
17  Q. Who --- what other adults were
18  in that room?
19  A. It was Mrs. Lyons and Abby
20  Hartenstine.
21  Q. And for the record, could you
22  tell us who Abby Hartenstine is?
23  A. She's the Assistant Director,
24  and she's also a 5th grade teacher at
25  the elementary school.

22 (Pages 82 to 85)

Joint Appendix00097

Page 86

1 Q. Okay.
2 Were you required to be at that
3 meeting in the auditorium?
4 A. No. It was a rehearsal so I
5 assumed everyone's going to be
6 rehearsing.
7 Q. Including yourself?
8 A. Yes. I planned on going back
9 to rehearsals as soon as the day was
10 over anyways.
11 Q. So did --- did you show up for
12 rehearsal, and then were excused to
13 attend the meeting?
14 A. I went to the meeting because
15 the meeting started before the
16 rehearsal.
17 Q. Okay.
18 A. And then, as soon as the
19 meeting was done for our portion, I
20 went back. We all went back to
21 rehearsal. Except I went before
22 Jordan and Haley.
23 Q. So how does it work with
24 rehearsal? Does the entire play
25 rehearse every day?

Page 88

1 Board meeting, yes.
2 Q. So in your complaint, you
3 called it a lockdown. But if it was a
4 --- but do you understand what a
5 lockdown is?
6 A. No.
7 Q. Okay.
8 When you hear the word in the
9 news, public school lockdown ---?
10 A. Yeah, yeah. My --- yes.
11 Q. Okay.
12 What --- what does that mean?
13 A. It's basically, you got to lock
14 --- like lock the doors, close the
15 windows, and like everyone like kind
16 of like, not in hiding but away from
17 anywhere of like where people can get
18 in.
19 Q. Because you have an active
20 shooter.
21 Right?
22 A. An active shooter, yep.
23 Q. Okay.
24 So when you use the word
25 lockdown in your complaint, do you ---

Page 97

1 A. No. First --- for the first
2 couple months, it's broken down to
3 like blocking, dancing, and vocals.
4 Q. Okay.
5 A. And by the time, like March
6 20th. It's like a month before the
7 show. So blocking should be complete,
8 dancing should be freshened up. I
9 believe that night was like a review
10 of the dance rehearsals or run
11 through. I can't remember what it was
12 actually supposed to be. I'm pretty
13 sure it's supposed to be a run through
14 of like certain scenes, but that
15 didn't happen.
16 Q. Did you have a scene where
17 Crutchie was going to be rehearsing?
18 A. Yes.
19 Q. Okay.
20 So you had to be there.
21 Correct?
22 A. I had to be there.
23 Q. Were you late for that meeting,
24 for the rehearsal?
25 A. Yes. Because of the School

Page 89

1 do you feel like you had a situation
2 where you had an active shooter?
3 A. No.
4 Q. Okay.
5 So --- so I know you're using
6 the word lockdown because the front
7 door was locked to the auditorium?
8 A. Uh-huh (yes).
9 Q. Yes?
10 A. Yes.
11 Q. Okay.
12 And --- but the side door was
13 open near the bathrooms ---
14 A. Yes.
15 Q. --- so that people could use
16 that and come in and go out.
17 Correct?
18 A. Yeah, and they had to be
19 escorted by an adult.
20 Q. Okay.
21 Do you know whether Jared
22 Mazeika's parents asked for that to
23 occur?
24 A. No.
25 Q. Do you know whether or not it

23  (Pages 86 to 89)

| Page 90 |
|---|
| 1   would be confidential information if |
| 2   his parents, in fact, had asked that |
| 3   to occur? |
| 4   A. Yes. |
| 5   Q. But would it be confidential? |
| 6   A. No. Sorry, no. No. |
| 7   Q. Do you know either way? |
| 8   A. No. |
| 9   Q. Okay. |
| 10  A. Sorry. |
| 11  Q. That's okay. |
| 12  A. I'm just trying to ---. |
| 13  Q. It's all right. |
| 14  So I'm going to move on to |
| 15  subparagraph (b) here and paragraph 14 |
| 16  of your answer. And you say, one |
| 17  student referred to Jordan, Haley, and |
| 18  I as, and quote, mental. This brought |
| 19  no rebuke or response from Mrs. Lyons |
| 20  or Ms. Hartenstine. Was that Ms. Ulsh |
| 21  --- |
| 22  A. Yes. |
| 23  Q. --- who said that? She said it |
| 24  again? |
| 25  A. She said it --- yeah. That's |

| Page 92 |
|---|
| 1   don't know what they did. I assumed |
| 2   they can't rehearse because half the |
| 3   cast was at the meeting. |
| 4   Q. Okay. |
| 5   A. So I think --- I have no idea |
| 6   of what her intentions were. |
| 7   Q. Okay. |
| 8   You didn't ask her? |
| 9   A. No. I was --- I didn't think |
| 10  it would've been my place to ask why |
| 11  she sent people to the School Board |
| 12  meeting. |
| 13  Q. Were you present for any of the |
| 14  conversations? Once you sat down next |
| 15  to Cassidy, what did you hear? |
| 16  A. I heard, like certain people |
| 17  say drama club is --- isn't fair. |
| 18  It's important and no one can, like, |
| 19  destroy it. Or some people said like, |
| 20  drama club is --- is a --- is a place |
| 21  of like, you know, happiness and like |
| 22  be able to be yourself. It was how |
| 23  people liked referring to like what |
| 24  drama club is and also kind of saying |
| 25  that Mrs. Lyons was the director. |

| Page 91 |
|---|
| 1   the time where she said it the first |
| 2   time. And then she told me |
| 3   specifically the day after. |
| 4   Q. And then, it says once the |
| 5   conversations were over, we ran |
| 6   through a few of the dancing numbers. |
| 7   That's correct? |
| 8   A. Correct. |
| 9   Q. Yes? And the conversations |
| 10  were about what was said at the School |
| 11  Board meeting, and by whom or no? |
| 12  A. When --- is that whenever |
| 13  everyone was sitting down? |
| 14  Q. Yes. |
| 15  A. Yes. It was all the --- it was |
| 16  all the --- just the kids who were at |
| 17  the School Board meeting. |
| 18  Q. Okay. |
| 19  And why were they talking about |
| 20  the School Board meeting at rehearsal? |
| 21  A. Well, half the --- because half |
| 22  of rehearsal --- like, people --- |
| 23  Lyons gave people a choice to attend |
| 24  the meeting and like, you know, |
| 25  support the drama club or stay and, I |

| Page 93 |
|---|
| 1   Q. So mostly positive comments |
| 2   about ---? |
| 3   A. About drama club and her. |
| 4   Q. Okay. |
| 5   And of course, you didn't agree |
| 6   with any of that? |
| 7   A. Right. |
| 8   Q. Okay. |
| 9   So then, in --- in subparagraph |
| 10  (d), you say towards the end of |
| 11  running through the numbers, I |
| 12  approached Mrs. Lyons and asked if we |
| 13  could speak in public. She agreed. |
| 14  A. I mean private. |
| 15  Q. You meant private? |
| 16  A. Yeah. |
| 17  Q. Okay. |
| 18  So we'll correct that. After |
| 19  that, we stay --- you say rehearsal |
| 20  was over and she asked Jordan and I to |
| 21  follow her and Ms. Hartenstine came |
| 22  along too. |
| 23  Is that correct? |
| 24  A. Yes. |
| 25  Q. All right. |

24 (Pages 90 to 93)

Page 94

1  So when you said towards the
2  end of running through the numbers,
3  you went over to her and said Mrs.
4  Lyons, can I speak in public?  What
5  were you thinking then?
6  A. I was thinking --- I just want
7  to kind of make amends for everything
8  that happened and say like, this is
9  why I went to the meeting.  I ---
10  because I was hurt twice and there was
11  no investigation of like why and I'm
12  still confused on why you called me
13  out twice and what I did that was
14  wrong doing.  It was humiliation.
15  And how, somehow, she's
16  treating — she treated some certain
17  people, and like you know, calling
18  people out in the email.  And I said,
19  I want to make amends and try to make
20  this show the best Newsies as
21  possible.
22  Q. So when you talk about making
23  amends, if you don't feel like you've
24  done anything wrong, what --- what
25  were you going to say?

Page 95

1  pleasant experience in the play?
2  A. No.  For everyone --- sorry.
3  Q. For --- for everyone?  You ---
4  you just wanted her to forget
5  everything that you all just did so
6  that you all could have a good
7  experience at --- through the end of
8  the play.
9  Is that correct?
10  A. Yes and no.
11  Q. Okay.
12  Tell me about the no.
13  A. No because I kind of don't want
14  her to forget.  Because we were hurt
15  and upset and we've been to her a
16  couple times saying like we were hurt
17  about certain things.
18  Q. So when you approached Mrs.
19  Lyons to make amends, you wanted Mrs.
20  Lyons to make amends?  You didn't want
21  to make amends with Mrs. Lyons?
22  A. Correct.
23  Q. So when you went to her and
24  approached her, you were really in
25  your mind, saying Mrs. Lyons can we

Page 96

1  A. Can you repeat the question?
2  Sorry.
3  Q. Sure.  You want to make amends.
4  Do you know what --- do you know what
5  that means?
6  A. Yeah.
7  Q. You make ---?
8  A. I want to make up.
9  Q. You want to make up?
10  A. Yeah.  Yes.  Yeah.
11  Q. Okay.
12  So in order to make up, you
13  have to at least meet her halfway.
14  Right?
15  A. Yeah.
16  Q. Okay.
17  So what were you willing to
18  give up in order to meet her halfway
19  and shake hands?
20  A. I have no idea.
21  Q. Okay.
22  Did you --- when you wanted to
23  make amends, did you just want her to
24  forget about everything that you said
25  about her so that you can have a more

Page 97

1  speak in private so that you can
2  apologize to me and I can get through
3  this?
4  A. Basically.
5  Q. And then, rehearsal was over
6  and she asked Jordan and I --- and I
7  to follow her, and Ms. Hartenstine
8  came along too.
9  Okay.
10  And then it says we followed
11  her down the hallway, and then asked
12  to speak with us individually.  She
13  spoke with me first, and Jordan went
14  back and waited.
15  Okay.
16  So she brings you both down,
17  but then separates you so that she
18  could talk to you individually?
19  A. Correct.
20  Q. And then --- okay.  So tell me
21  about that conversation.  Who spoke
22  first?
23  A. I spoke first.
24  Q. Okay.
25  And what did you say?

25 (Pages 94 to 97)

Joint Appendix00100

Page 98

1    A. I basically said how I was hurt
2    twice, and how I'd been hurt because
3    of things that you --- you, like had
4    us called out twice. And some of the,
5    like, the ways that rehearsals
6    starting, and like not starting on
7    time. And I kind of just wanted to
8    like, you know, make --- make amends
9    or some --- I want kind of an apology
10   from that. But I didn't specify like
11   I wanted an apology.
12   Q. You didn't say ---
13   A. No.
14   Q. --- I want an apology?
15   A. I did not say that.
16   Q. How would she know what you
17   wanted if ---?
18   A. She probably didn't. I think
19   it was just for my benefit to get the
20   stuff off my chest, and try to tell
21   her that this is how I feel.
22   Q. Okay.
23   Then you say, halfway through
24   Mrs. Jones entered and observed as a
25   neutral or mediator.

Page 100

1    A. Yes.
2    Q. Okay.
3    And then, in response to
4    Question Number 12, you said I never
5    had a conversation with Dr. Shank ever
6    about Mrs. Lyons?
7    Is that true?
8    A. Correct.
9    Q. Okay.
10   Why didn't you talk to Dr.
11   Shank about Mrs. Lyons?
12   A. I never had a reason to until
13   the defamation email.
14   Q. Okay.
15   And then the defamation email
16   that was not directed to you, was that
17   --- I think we talked a little bit
18   earlier where you said I was running
19   around trying to find somebody to help
20   me. Dr. Shank --- was --- was Dr.
21   Shank one of those people that
22   could've helped you?
23   A. Yes.
24   Q. And she was not there?
25   A. Correct.

Page 99

1    Right?
2    A. Yes.
3    Q. This is Ms. Maria Jones and
4    she's a secretary?
5    A. Correct.
6    Q. Okay.
7    A. For Dr. Shank.
8    Q. And then --- so basically you
9    were talking and she was listening?
10   A. Yes.
11   Q. And did she say anything to
12   you? No? You're shaking your head
13   no.
14   A. No.
15   Q. Okay.
16   She said nothing. And then,
17   Mrs. Hartenstine was there and Mrs.
18   Jones showed up. And they didn't say
19   anything either.
20   Right?
21   A. Nope.
22   Q. Nope. And then, after you were
23   finished speaking, you said I asked
24   her for a hug and hoped that we can
25   move on and she gave you a hug?

Page 101

1    Q. Okay.
2    And it also says you never had
3    a conversation with Mr. Becker about
4    Mrs. Lyons?
5    A. Correct.
6    Q. Okay.
7    Why not?
8    A. Because I never had the courage
9    to go up and tell him how I felt.
10   Q. Okay.
11   And then, I'm asking in --- in
12   Paragraph 11 essentially, who did you
13   discuss --- what would be said at the
14   Board meeting? With whom did you
15   discuss the language of what would be
16   said at the Board meeting before it
17   happened?
18   A. I went home, and then --- like
19   her --- Haley and Jordan came over and
20   we kind of discussed like that ---
21   what we were going to say kind of.
22   It's kind of --- we made a nice
23   PowerPoint of what we wanted to say.
24   Q. Okay.
25   And then it's got Drew Eck and

26 (Pages 98 to 101)

Page 102

1   Tara Eck, his parents came over as
2   well?
3   A. Yeah. My --- yeah. Their
4   parents were there, my parents were
5   there as well.
6   Q. Okay.
7   So at whose house were you?
8   A. My house.
9   Q. Okay.
10   So at the Ferrizzi residence,
11   and then Jordan and his parents were
12   there?
13   A. Yes.
14   Q. And then Haley was also there?
15   A. Yes.
16   Q. They all came over?
17   A. Yes, the seven of us.
18   Q. And do they live near you?
19   A. Yes they do.
20   Q. Okay.
21   A. They're not --- like, it ---
22   probably two miles.
23   Q. Two miles?
24   A. Yeah.
25   Q. That's pretty far.

Page 103

1   A. Is that far?
2   Okay.
3   Q. Well I mean, it's not like
4   you're walking across the street.
5   A. Okay. All right.
6   I wasn't sure about that
7   question.
8   Q. So were they invited to come
9   and talk about ---?
10   A. They were already there by the
11   time I got home.
12   Q. Okay.
13   So do you think your --- did
14   your parents invite them?
15   A. Yes.
16   Q. Okay.
17   And this was all in preparation
18   for what would be said at the School
19   Board meeting?
20   A. Yes.
21   Q. Okay.
22   And did Jordan say something
23   differently than you did?
24   A. Yes. We all planned --- we all
25   wanted to share, like, our story about

Page 104

1   Mrs. Lyons and how we --- what we
2   felt.
3   Q. Okay.
4   And did Jordan prepare his
5   speech at your house?
6   A. Yes.
7   Q. And were his parents advising
8   him on how to prepare that speech?
9   A. He did it all himself.
10   Q. Okay.
11   Did his parents review what he
12   said --- was going to say?
13   A. Yes.
14   Q. Okay.
15   And Haley, did she also speak
16   at the public School Board meeting?
17   A. Yes.
18   Q. And did anyone review what she
19   was going to say?
20   A. Yes.
21   Q. Who reviewed what she was going
22   to say?
23   A. I can't remember.
24   Q. Did --- did anyone help her
25   with her language in terms of what was

Page 105

1   going to be said?
2   A. I don't remember.
3   Q. And then, as far as your
4   speech, did you write that on your
5   own?
6   A. Yes.
7   Q. Did your parents help you with
8   the language of it?
9   A. Yes.
10   Q. Okay.
11   And did they review it and
12   approve it?
13   A. Yes.
14   Q. Okay.
15   Was there anyone else at your
16   home that was part of this
17   collaboration of the three of you to
18   speak at the public School Board
19   meeting?
20   A. Well I know Drew Eck, my dad,
21   Vince Ferrizzi, and Tara all spoke.
22   But they all had, like, their ideas in
23   their head.
24   Q. Okay.
25   But there was no one else in

27 (Pages 102 to 105)

Joint Appendix00102

Page 106

1  the house is what I'm asking.  That
2  participants ---?
3  A. No, yeah.  It was just us
4  seven.
5  Q. Okay.
6  So in paragraph 10, you respond
7  by saying I'm asking you to tell me
8  what you exactly said.  And this is
9  what you said, and I'm going to ask
10  you some questions about what you
11  said.  Or at least what you wrote ---
12  A. Okay.
13  Q. --- that you said.
14  Okay?
15  It says I was interrupted
16  twice, and not allowed to speak
17  directly about Mrs. Lyons.  So who
18  interrupted you twice?
19  A. The Chairman.
20  Q. And again, why did he interrupt
21  you?
22  A. Because I wasn't allowed to
23  share any names about negativity or
24  character assignations.
25  Q. Okay.

Page 108

1  Then it says, I expressed
2  concern that Mrs. Lyons was not
3  running the program in a way that
4  allowed students to learn and grow in
5  their acting abilities?
6  A. Correct.
7  Q. Okay.
8  What did you mean by that?
9  A. Because I felt like she really
10  --- back to our characters.  Just
11  telling us like --- I don't know ---
12  I'll just try to explain it.
13  Like, she'd give us, like any
14  kind of like character notes, like
15  maybe you should try to pretend to be
16  more excited about this or try to be
17  more like, you know, open or try to
18  use like more eye contact.
19  It's more like she really
20  critiqued us more about how we looked
21  instead of --- I mean how we acting
22  more like how we looked.  And I feel
23  like as an actor, I didn't really grow
24  much through that.
25  Q. I expressed concern about the

Page 107

1  And then it says, I stated my
2  concern that there was no outlet for
3  my concerns about Mrs. Lyons, and that
4  Jordan should not have been defamed in
5  the email.  So are those two issues
6  related?  No outlet, and the --- the
7  defamation about Jordan?
8  A. Yeah.
9  Q. Okay.
10  That was you running around the
11  building trying to find some help ---
12  A. Correct.
13  Q. --- breaking down emotional,
14  and not getting any support ---
15  A. Correct.
16  Q. --- or no one reading the
17  email?
18  Is that correct?
19  A. Correct.
20  Q. Okay.
21  And then you just filling out
22  the complaint at Mr. Becker's office
23  and going back to 5th period?
24  A. Correct.
25  Q. All right.

Page 109

1  lack of oversight by the Board and
2  administration of Mrs. Lyons as a
3  theater teacher.
4  What did you say exactly about
5  that?
6  A. I was saying how so many ---
7  like throughout the years, people have
8  gotten problems about Mrs. Lyons and
9  other like circumstances around
10  involving drama club and what she's
11  doing and how nothing's been brought
12  up, nothing's been like --- well I
13  mean nothing's been brought up,
14  nothing's been brought up about her
15  like for things to get changed.  We
16  keep passing --- they keep passing the
17  books over.  They kept passing it
18  over, and it's like we'll get it.
19  Q. Then you say I suggested that
20  she should have more training and
21  oversight in dealing with students?
22  A. Correct.
23  Q. Okay.
24  Anything more specific about
25  what you said in --- in that thing?

28  (Pages 106 to 109)

Sargent's Court Reporting Services, Inc.
(814)-536-8909

0103a

Joint Appendix00103

Case 5:19-cv-01873-MAK    Document 46-1    Filed 11/25/19    Page 107 of 218

Page 110

1 A. Well I meant there she ---
2 she's a business woman and a mom. So
3 I understand that she's not a teacher.
4 So if she didn't have like a
5 specialty, like how teachers work with
6 like students. And yeah, she's a mom,
7 but moms work differently than how
8 teachers work. Like being a ---
9 being a teacher, educating myself,
10 like I can tell the difference between
11 like a mom and an educator. And an
12 educator needs to like teach kids and
13 be openly willing to, like, express
14 things.
15 Well Mrs. Lyons kind of like
16 --- like how she calls people out.
17 You don't --- you shouldn't --- you
18 can't do that as a teacher. Unless
19 it's like jokingly, but it's not like
20 anything like negative. You shouldn't
21 do that.
22 Q. So she's too business like?
23 A. Yes.
24 Q. She's too real world ---
25 A. Yeah.

Page 111

1 Q. --- for high school students?
2 A. Yeah.
3 Q. Is that right?
4 A. Correct.
5 Q. You said I wish to say more
6 about Mrs. Lyons, but was interrupted
7 in my speech twice and told not to
8 name or refer to her.
9 A. Correct.
10 Q. So what would you have said if
11 you weren't interrupted?
12 A. I would've said more about how
13 I was hurt and how, like how I was
14 called out twice. Talked about what
15 happened at the mosaic concert, and
16 talked about other things that we
17 missed at our rehearsals. Which like
18 I said earlier.
19 Q. Okay.
20 I asked you who made the
21 comment to you School Board. You said
22 the School Board President Mr.
23 Pollock. Does that refresh your
24 recollection about his name?
25 A. I don't --- it wasn't him.

Page 112

1 Q. It was not him?
2 A. No. He --- he didn't state ---
3 like, there are no character
4 assignations.
5 Q. He's not the one who said it?
6 A. I don't think so --- I don't
7 remember, sorry. I don't remember.
8 Q. You don't remember if that's
9 true information in your Answer to an
10 Interrogatory?
11 A. Correct.
12 Q. Okay.
13 A. Sorry. I didn't ---.
14 Q. And --- that's fine. And then
15 it says School Board President Mr.
16 Pollock, which you don't know if
17 that's true, and or attorney for the
18 School Board. Do you know if the
19 attorney for the School Board said
20 anything?
21 A. I don't remember.
22 Q. Do you know if that's true
23 information?
24 A. I don't know.
25 Q. You don't know if that's true

Page 113

1 or not?
2 A. Correct.
3 I just know --- there was
4 someone said --- the person who told
5 me to stop using character --- any
6 negative comments about somebody. It
7 was one guy, it was the same guy. I
8 just don't remember who.
9 Q. So there's something here about
10 Jared Mazeika in the early morning
11 hours of April 14th thanking the
12 students in the show for being
13 supporting --- supportive of him
14 throughout his disagreements with
15 Jordan and saying bitches will be
16 bitches in reference to me.
17 A. Yeah.
18 Q. What's that about?
19 A. So I'm going to start with
20 this. So we --- like the senior
21 speeches when I talked about like
22 families, it's kind of like it's ---
23 it's --- that's what he made his
24 speech. And his went on and on about
25 like how that this year was a hard

29 (Pages 110 to 113)

Page 114

1  year for him because he was done in
2  the ground and some people can be so
3  evil, but you guys help raise me up.
4  And then halfway through, I was
5  just annoyed about it.  So I got up
6  and walked to my backpack to check my
7  phone and see if there's any messages.
8  And I went to go play a game called
9  Hay Day.  And as soon as I got up and
10  walked to my phone, he stopped
11  talking.  And there was like — like,
12  a silence the whole entire time I was
13  checking my phone, playing my game for
14  a second.  I put it down.  I walked
15  back to my seat, and then he said
16  bitches shall be bitches and then
17  continued his speech.
18  And either our — I have —
19  how do we call them?  Witnesses that
20  saw Misses — Mrs. Lyons, Mrs.
21  Hartenstine talking about basically
22  what I was doing, walking to my phone.
23  And I'm assuming they were thinking I
24  — I was texting somebody about what
25  was going on.

Page 115

1  Q. Well you were annoyed so you
2  got up and walked over to check your
3  messages?
4  A. Yes.
5  Q. Did anyone get up and check
6  their messages while you were
7  speaking?
8  A. I don't know.
9  Q. Did anyone leave their seat at
10  all while you were speaking?
11  A. Not that I know of.  Mine was
12  really short.  Like, a minute not
13  even.  Jared's went on for almost 70
14  minutes.  And I forgot to add, he also
15  mentioned in his speech that
16  referenced Mrs. Lyons.  Said don't
17  ever mess with this woman.  He
18  literally said that to everybody.
19  He's like, do not mess with this
20  woman.
21  Q. Okay.
22  He was protecting her?
23  A. Pretty much.
24  Q. On page 3 of your Answers to
25  Interrogatories, this is in response

Page 116

1  to Question 2.  You state Dr. Shank
2  and Mr. Becker spoke at a cast meeting
3  on March 21st, 2019.  At this meeting,
4  they said that they would tolerate no
5  more negative statements about the
6  play or about Mrs. Lyons.
7  If anyone disagreed, they could
8  quit at that meeting.  At this time,
9  Haley Hartline raised her hand and was
10  acknowledged.  She said I quit and left
11  the room.  Then they asked, does
12  anyone else want to quit?
13  What happened there?
14  A. What do you mean by that?
15  Q. Well what was the dynamic?  Why
16  — why do you think Haley really
17  quit?
18  A. Because of how — Jordan's
19  suspension.
20  Q. Because Jordan was already —?
21  A. Jordan was already suspended at
22  this time.  And she knew about it.
23  And that's why she quit.  Because he
24  was suspended, restricted of all drama
25  club titles because he was the

Page 117

1  President.  And he was restricted of
2  that title and he was removed from the
3  school show.
4  Q. Do you — I did ask this in
5  your Answers to Interrogatories, but
6  — but do you know if Jordan has a
7  history of being emotional?
8  A. No.
9  Q. How long have you known Jordan?
10  A. Four years.
11  Q. And in — in your presence,
12  he's never been emotional?
13  A. Never.  He's been one of the
14  only friends in my entire life that's
15  always been my side and gave me
16  inspirational, like comments and
17  messages to like, you know, make me
18  feel better.
19  Q. So Haley quit the play?
20  A. Yes.
21  Q. So then what — who was —
22  what was her part?
23  A. She was one of the main
24  Newsies.
25  Q. One of the main Newsies?  And

30  (Pages 114 to 117)

Page 118

1 then who took over for her?
2 A. Bryn Donoff. Because that ---
3 that rehearsal that day, I was --- I
4 think it was that day. I could be
5 wrong. It was because of that ---
6 that Thursday or Friday is when we
7 have rehearsal. And the first day,
8 Mrs. Lyons says like we have a change
9 in the cast line up and gave the parts
10 to other people that were Jordan and
11 Haley's.
12 Q. And who took over Jordan's?
13 A. Edie Feather.
14 Q. Was --- was there --- is there
15 any other reason why Haley would've
16 quit the play other than the fact that
17 somebody else got suspended?
18 A. No. I think it's because it
19 happened to Jordan. And she is --- is
20 --- they're dating. And ---.
21 Q. Are they still dating?
22 A. Yes.
23 Q. I just want you to turn to tab
24 number four in the booklet ---
25 A. Okay.

Page 119

1 Q. --- in front of you. We're
2 going to mark that Plaintiff 1. And
3 you're --- first you're going to give
4 that to the Court Reporter so he can
5 mark it.
6
7 (Whereupon, Plaintiff's
8 Exhibit 1, Musical
9 Production Team
10 Expectations Letter, was
11 marked for
12 identification.)
13
14 BY ATTORNEY O'DONNELL:
15 Q. I want to give you a moment to
16 take a look at what we've marked as
17 Plaintiff 1.
18 A. Okay.
19 Q. Did you --- did you --- have
20 you read it in full?
21 A. Yes.
22 Q. Do you understand it?
23 A. Yes.
24 Q. Does that --- does that answer
25 a lot of the unanswered questions you

Page 120

1 had about whether or not Mrs. Lyons
2 was addressed?
3 A. Yes.
4 Q. Okay.
5 Does it solve those problems
6 that you had with her?
7 A. Most of them.
8 Q. Anything that's outstanding at
9 this time?
10 A. No.
11 Q. All of them?
12 A. Huh?
13 Q. All of them?
14 A. No.
15 Q. What --- what --- what problem
16 that you've raised in this lawsuit
17 that you asked the School Board to
18 address has not been addressed in this
19 memo?
20 A. I just --- that --- all right.
21 Two things. During --- during the
22 bios, bio sheet. Everyone has to
23 write their own bios, and everyone has
24 like a quote they got to say. And the
25 quote she published that Jared Mazeika

Page 121

1 wrote was basically against Jordan,
2 and how he was brought down. Kind of
3 --- what he said in his senior speech.
4 Like, I was brought down. You guys
5 are the ones that brought me up. And
6 she didn't tell him not to publish it,
7 but she published it anyways.
8 And then how at the School
9 Board meeting --- not the School Board
10 meeting. Cast and crew party, she
11 went on --- she let Jared go on about
12 basically us and how that he was
13 brought down, and we brought him up.
14 Basically at Jordan. And her herself
15 even said that Jared, you had a hard
16 year and you did really well doing
17 what you did. Basically, and how you
18 killed it.
19 Q. And you have a problem with
20 that why?
21 A. Because she --- she violates
22 some of the codes --- some of the ---
23 easier. There's still --- was it
24 verbal abuse?
25 Q. You think that was ---?

31 (Pages 118 to 121)

0106a

Page 122

1  A. Personality abuse.
2  Q. Okny. All right.
3  ATTORNEY O'DONNELL:
4  Those are all the
5  questions I have. Thank you
6  very much.
7  THE WITNESS:
8  Thank you.
9  ATTORNEY READY:
10  All right.
11  I have a few.
12  ---
13  EXAMINATION
14  ---
15  BY ATTORNEY READY:
16  Q. How long were you in the drama
17  program at Oley Valley?
18  A. All four years.
19  Q. Okay.
20  You talked about happy papers?
21  A. Yes.
22  Q. Is that something that Mrs.
23  Lyons implemented?
24  A. No.
25  Q. What --- what does that go back

Page 123

1  to?
2  A. I --- it was before my time. I
3  don't know how long ago it started,
4  but ---.
5  Q. Is it --- I mean, is it a drama
6  club tradition? Is that what ---?
7  A. Yes.
8  Q. Okay.
9  And then I want to ask you
10  about this --- this after party you
11  talked about on ---
12  A. Okay.
13  Q. --- on April 14th. Can you
14  describe just the atmosphere of --- of
15  this --- what --- what happened with
16  that?
17  A. So we kind of like, you know,
18  put our costumes away, see our guests
19  for like the final show. And then
20  when they leave, we get changed into
21  like our normal clothing, and then we
22  have like kind of a dinner party. So
23  normally there's like pizza and
24  cookies and sometimes other like
25  snacky foods. And we just hang

Page 124

1  around, eat for an hour. And then
2  sometimes, like --- like before all
3  this, it was more like we got our
4  happy papers already. We read them,
5  and we shared them and talked the
6  whole time. Played games or sang
7  songs together.
8  But last couple shows, I don't
9  know. I think two years ago, when she
10  started to like take the happy papers
11  and started saying good things about
12  everybody. So that was a new
13  tradition that she started a couple
14  years ago.
15  Q. Okay.
16  A. And that went along. And after
17  she was done talking about happy
18  papers, we cleaned up and then we went
19  home to come back the following day.
20  Q. Okay.
21  A. Or that morning.
22  Q. Okay.
23  The following day when you came
24  back, Mrs. Lyons spoke to you. You
25  described that a little bit. I ---

Page 125

1  can you describe a little bit though,
2  generally, what the purpose is of this
3  set strike? And you described a
4  little bit to --- to Ms. O'Donnell,
5  but what --- what else --- what else
6  typically happens at these?
7  A. Typically --- so we get there,
8  we do a set strike, we get jobs. And
9  after that, we normally do a last
10  little activity which is like
11  sometimes we have --- we have a ball.
12  We fill a ball and say one nice thing
13  about the show or drama club. And
14  then --- and there's another thing
15  that we do. It's like you all --- you
16  get into a circle and you stare into
17  people's faces and like make direct
18  eye contact and share, like, feelings
19  verbally. Which is kind of cool, and
20  we normally do that. But never, ever
21  have we done like fun games --- like
22  any kind of fun games or any like last
23  connections or played dodge ball.
24  Like, we never did that before.
25  Q. Okay.

32 (Pages 122 to 125)

Case 5:19-cv-01873-MAK   Document 46-1   Filed 11/25/19   Page 111 of 218

Page 126

1  But that was --- that was
2  happening ---?
3  A. That was happening this year.
4  Q. Okay.
5  We had a discussion up front
6  about some of the legal terms that
7  have been used in this lawsuit. And
8  O'Donnell asked you to define things.
9  She also asked you a couple time
10  throughout this whether something was
11  illegal. Can you explain what you
12  understand illegal to mean?
13  A. It --- it's a violation to the
14  law or the Constitution.
15  Q. Okay.
16  And I'm going to ask you about
17  what --- the day that you went to
18  speak to somebody in administration,
19  the --- the email that you got, the
20  defamatory email. Who else talked to
21  you about that email? Other than the
22  people you've already mentioned.
23  A. Yeah. That was basically it.
24  It was basically my friend Alyssa who
25  told me about it, and then I was

Page 127

1  actually in Mr. Shaffer's room at the
2  time. So I was telling him like that
3  wasn't fair. And then that's when I
4  started to go well, I'm trying to find
5  help.
6  Q. Okay.
7  At the School Board meeting
8  after you were done speaking, did
9  anybody tell you that you needed to go
10  back to rehearsal?
11  A. No.
12  Q. Okay.
13  A. I could've gone home.
14  Q. Okay.
15  You choose to go back to
16  rehearsal?
17  A. Yes.
18  Q. Why?
19  A. Because I'm a part of the show
20  and a part of the cast so it's my duty
21  to be there.
22  Q. Okay.
23  At the --- at the meeting that
24  was --- I take it you said there was a
25  meeting on the stage, sort of before

Page 128

1  rehearsal when you got there?
2  A. Yes.
3  Q. And who was there?
4  A. The whole entire cast was
5  sitting in the auditorium, kind of
6  like in a I guess in an apple of a
7  shape or a C shape. And then the
8  person who spoke stood in the middle,
9  and then Mrs. Lyons and Ms.
10  Hartenstine were like at the bottom of
11  the stage. So everyone's here, and
12  then she --- they're on the bottom of
13  the stage, just standing to the side.
14  Q. Okay.
15  So Jordan and Haley were not
16  present.
17  Correct?
18  A. No, they were not.
19  Q. Was anybody else not present at
20  that time?
21  A. Just people who didn't go to
22  rehearsal. Besides like, trying to
23  think. No. Not that I know of.
24  Q. Okay.
25  Do you don't know of anybody

Page 129

1  else that missed rehearsal at that
2  time?
3  A. Correct.
4  Q. Okay.
5  You mentioned that the door was
6  locked. Who locked the door?
7  A. I have no idea.
8  Q. Okay.
9  Let me make sure I understood
10  this correctly. The --- the following
11  day, there was a school show meeting
12  in the auditorium.
13  Correct?
14  A. Correct.
15  Q. Dr. Shank and Mr. Becker spoke?
16  A. Yes.
17  Q. And at that time, as I
18  understood your testimony earlier, you
19  said they're --- they said there was
20  going to be no more negative
21  statements about Mrs. Lyons and the
22  show.
23  Is that right?
24  A. Correct.
25  Q. Okay. Okay. All right.

33  (Pages 126 to 129)

0108a

Joint Appendix00108

Case 5:19-cv-01873-MAK   Document 46-1   Filed 11/25/19   Page 112 of 218

Page 130

1  ATTORNEY READY:
2  I have nothing further.
3  ATTORNEY O'DONNELL:
4  I just have one more
5  follow up.
6
7  REEXAMINATION
8  ---
9  BY ATTORNEY O'DONNELL:
10 Q. With respect to your --- your
11 speech to the School Board, did anyone
12 tell you that that --- strike that.
13 Did anyone advise you that going to
14 the School Board with complaints about
15 your drama club was the appropriate
16 avenue to address your complaints?
17 A. That's --- I --- no. I have no
18 idea.
19 Q. Who --- who gave you the idea
20 to do that?
21 A. It was kind of like --- I don't
22 know. I can't remember.
23 Q. You must have talked about it
24 with your parents.
25 Is that correct?

Page 132

1  times when she called me out and how I
2  felt unprofessional that was.
3  But after that defamation email
4  and how I couldn't find any help, I
5  realized that I was like maybe I
6  should share my problems because I
7  knew Jordan was going to be at the
8  School Board meeting that night. So I
9  wanted to come along and do it too.
10 Share like my side of the story and
11 what I witnessed.
12 ATTORNEY O'DONNELL:
13 Those are all the
14 questions I have. Thank you.
15 THE WITNESS:
16 Thank you.
17 ATTORNEY READY:
18 Just to follow up on one
19 more thing because I think
20 there may have been some
21 confusion earlier.
22 ---
23 REEXAMINATION
24 ---
25 BY ATTORNEY READY:

Page 131

1  A. Yeah. I --- yeah. I knew that
2  Jordan and Haley were already --- I
3  --- I knew Jordan was already going to
4  go to the School Board to speak to his
5  like what --- like, his piece. But
6  what really set me off was that
7  defamation email, that whole day.
8  That's like, this is the last straw.
9  I'm like, this --- something needs to
10 be done.
11 And since I couldn't find no
12 help in the school, that's when I was
13 like I need to make this public. I
14 need to address this issue. And
15 that's when I finally kind of grew ---
16 kind of grew up and said that I need
17 to start standing up.
18 Q. That's when you felt like you
19 grew up, and you felt like you started
20 standing up?
21 A. I think that's when I ---
22 because I always wanted to like tell
23 like, to a higher authority like how I
24 felt very --- like not insecure, but
25 how I was hurt by Mrs. Lyons both

Page 133

1  Q. Ms. O'Donnell asked you if you
2  got an IEP at any time, and you said
3  you received one after the School
4  Board meeting. Can you explain what
5  you --- what --- what that was?
6  A. I'm pretty --- I'm correct. It
7  --- because that was --- that was the
8  first, like, emotionally --- it was
9  unstable too at the time too. And I
10 think like I cried a little --- I
11 cried for like half of it too, kind of
12 share out my points.
13 So I'm assuming just for like
14 maybe for like school safety, I was
15 like --- it was like they have to
16 address it to make sure like I'm
17 emotionally stable or I'm mentally
18 stable. That's what I got out of it.
19 Q. So the school sent you
20 paperwork?
21 A. Yes.
22 Q. Did --- did you obtain --- I
23 mean, did you meet with someone and
24 --- and get an individualized
25 education plan as a result of that?

34  (Pages 130 to 133)

Page 134

```
1      A. Nope.
2      Q. Okay.
3   ATTORNEY READY:
4      Nothing further.
5            ---
6            RE-EXAMINATION
7            ---
8   BY ATTORNEY O'DONNELL:
9      Q. Did your parents --- you ---
10     did --- I mean, your parents are
11     involved in something like that.
12     Right? And you just can't be
13     given an emotional support plan
14     without consent from your parents.
15     So you understand that?
16     A. Yes.
17     Q. Okay.
18     Did anyone speak to your
19     parents about your emotional
20     instability and need for support?
21     A. I don't know.
22     Q. Okay.
23     But clearly you were crying.
24     You cried for half a day. You
25     testified twice, maybe three times
```

Page 136

```
1      that?
2   COURT REPORTER:
3      Would you like a
4      transcript of this?
5   ATTORNEY READY:
6      Yes.
7            * * * * * * * *
8      DEPOSITION CONCLUDED AT 11:40 A.M.
9            * * * * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 135

```
1      today, that you were emotionally
2      unstable and actually broke down on
3      one occasion.
4      Is that correct?
5      A. Correct.
6      Q. Okay.
7      The school offered to provide
8      you with emotional support. Do you
9      know whether or not your parents
10     signed off on that offer?
11     A. I --- I believe they didn't.
12     Q. They did not?
13     A. They did not.
14     Q. Okay. All right. Very good.
15  ATTORNEY O'DONNELL:
16     That --- that's all the
17     questions that I have.
18     You good? Great.
19  COURT REPORTER:
20     Would Counsels --- would
21     you like a transcript of this?
22  ATTORNEY O'DONNELL:
23     Yes, please.
24  ATTORNEY READY:
25     I'm sorry, what was
```

Page 137

```
1   COMMONWEALTH OF PENNSYLVANIA )
2   COUNTY OF BERKS            )
3            CERTIFICATE
4   I, Ian Weeber, a Notary Public in and
5      for the Commonwealth of Pennsylvania, do
6      hereby certify:
7      That the witness, Vincent Ferrizzi,
8      whose testimony appears in the foregoing
9      deposition, was duly sworn by me on 09/26/2019
10     and that the transcribed deposition of said
11     witness is a true record of the testimony
12     given by said witness;
13     That the proceeding is herein recorded
14     fully and accurately;
15     That I am neither attorney nor counsel
16     for, nor related to any of the parties to the
17     action in which these depositions were taken,
18     and further that I am not a relative of any
19     attorney or counsel employed by the parties
20     hereto, or financially interested in this
21     action.
22     Dated the 6th day of November 2019
23     Cam. Dale Weller
24     Ian Weeber,
25     Court Reporter
```

35  (Pages 134 to 137)

0110a

Joint Appendix00110

1             IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2

3    JORDAN ECK, HALEY       :
      HARTLINE and VINCENT    :
4    FERRIZZI,              :
             Plaintiffs   :   NO. 5:19-CV-01873-MAK
5                       :
        vs.               :
6                       :
      OLEY VALLEY SCHOOL     :
7    DISTRICT; TRACY SHANK,   :
      individually and as    :   JURY TRIAL OF 12
8    Superintendent of the  :   DEMANDED
      Oley Valley School     :
9    District; CHRISTOPHER M. :
      BECKER, individually and :
10   as Principal of Oley   :
      Valley High School; and :
11   STACEY LYONS,        :
      individually and as    :
12   employee of Oley Valley :
      High School,         :
13            Defendants   :

14   ———————————————————————————————————

15            DEPONENT:  LILY GLICK

16

17   DATE AND TIME:  Thursday, November 14, 2019
                   at 1:00 p.m.

18

19    LOCATION:  Oley Valley High School
                17 Jefferson Street
20               Oley, Pennsylvania

21   ———————————————————————————————————

22

23       BERKS COURT REPORTING SERVICE
           By:  Lori A. Dilks
         Certified Court Reporter
24        10 Fox Glen Drive
     Sinking Spring, Pennsylvania 19608
25        (610) 678-9984
      berkscourtreporting@gmail.com       1

Joint Appendix00111

1   <u>APPEARANCES</u>:

2

3          CORNERSTONE LAW FIRM, LLC
           By:   Joel A. Ready, Esquire
           8500 Allentown Pike
4          Suite 3
           Blandon, PA 19510

5
                Representing the Plaintiffs
6

7
           MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
8          By:   Sharon M. O'Donnell, Esquire
           100 Corporate Center Drive
9          Suite 201
           Camp Hill, PA   17011

10
                Representing the Defendants
11

12

13      <u>ALSO PRESENT</u>:

14        Dr. Tracy Shank

15

16      _____

17        <u>STIPULATION</u>:  It has been stipulated by and between
          counsel that they waive the sealing of the transcribed
18        testimony by the witness and the filing of the original
          with the Court, and all objections, except as to form,
19        until the time of trial.

20      _____

21

22

23

24

25

                                                             2

Joint Appendix00112

1                          I N D E X

2

        WITNESS                  EXAMINED BY            PAGE
3
        Lily Glick               Mr. Ready                5
4                                Ms. O'Donnell            7
                                 Mr. Ready                8
5                                Ms. O'Donnell           41

6

7

8                               EXHIBITS

9       NUMBER                   DESCRIPTION

10        1        Letter dated March 20, 2019

11        2        Marla Jones Narrative

12        3        Discipline Referral Form

13        4        E-mail dated March 20, 2019

14        5        E-mail dated March 21, 2019 and April 25,
                   2019
15
          6        Initial Evaluation Form for Jordan Eck
16                 dated 2/22/19, with attachments

17        7        Teacher Input Form, with attachments

18        8        Letter dated March 27, 2019, with
                   attachments
19
          9        E-mail chain starting March 24, 2019
20
         10        Discipline Referral Form for Jordan Eck
21
         11        Discipline Referral Form for Jordan Eck
22
         12        Joint Report of Rule 26(f) Conference
23
         13        Letter dated May 9, 2019
24
         14        Prior Written Notice for Initial
25                 Evaluation and Request for Consent Form
                   for Vincent Ferrizzi                        3

Joint Appendix00113

| NUMBER | DESCRIPTION |
|---|---|
| 15 | Newsies Cast Members List |
| 16 | Memorandum dated March 21, 2019 |
| 17 | Section 220, Student Expression/Distribution and Posting of Materials |
| 18 | Section 233, Suspension and Expulsion |
| 19 | Section 248, Unlawful Harassment |
| 20 | Section 252, Bullying and Cyber Bullying |
| 21 | May 19, 2019 Required Information |
| 22 | E-mail dated March 19, 2019 |
| 23 | E-mail dated March 20, 2019 |
| 24 | E-mail dated March 20, 2019 |
| 25 | E-mail dated March 21, 2019 with handwritten notes |
| 26 | E-mail chain starting March 25, 2019 |
| 27 | E-mail chain starting April 2, 2019 |
| 28 | E-mail dated April 24, 2019 |
| 29 | E-mail dated April 24, 2019 |
| 30 | OVSD Code of Conduct |
| 31 | Text messages |

4

Joint Appendix00114

1     P R O C E E D I N G S

2              LILY GLICK

3   was called as a witness and, having been first duly sworn
4   by the Reporter-Notary Public, was examined and testified
5   as follows:
6   BY MR. READY:
7        Q.    Good afternoon.
8        A.    Good afternoon.
9        Q.    I'm Joel Ready and this is Sharon
10  O'Donnell.
11       A.    Hi.
12       Q.    I represent the Plaintiffs in this case,
13  Vinny Ferrizzi, Jordan Eck and Haley Hartline.
14       A.    Okay.
15       Q.    Ms. O'Donnell represents the Defendants,
16  the Oley Valley School District, Dr. Shank, Mr. Becker
17  and Mrs. Lyons.  Because neither of us represents you, we
18  just want to make sure you understand a few things before
19  we get started here today.
20       A.    Okay.
21       Q.    You are entitled to read and sign your
22  testimony at the end of this.  She's going to be taking
23  it down as we speak, and at the end of this, in a few
24  weeks, she will produce a transcript of everything you've
25  said today.

                                                    5

1        A.    Okay.
2        Q.    Do you want the opportunity to review
3   that and affirm that it's correct before it's given to
4   us?
5        A.    Sure.
6        Q.    If at any point you think you need legal
7   Counsel, you're allowed to stop these proceedings and let
8   us know and tell us that you want to call an attorney or
9   to cease these deposition.  Okay?
10       A.    Okay.
11       Q.    I just want to make sure you understand
12  those things.  Have you ever given testimony in Court
13  before?
14       A.    No.
15       Q.    You've never been in a deposition before?
16       A.    No.
17       Q.    Most people don't get to do it this
18  early, so congratulations.  The purpose of today's
19  testimony is to establish some facts that are relevant to
20  the lawsuit that we're engaged in.
21       A.    Okay.
22       Q.    So I'm going to lay a couple ground rules
23  that I think will be pretty basic.  Unlike in ordinary
24  conversation where people often talk over each other
25  because she has to take everything down, I'm going to ask

                                                    6

1   you to let me finish questions and Ms. O'Donnell to
2   finish questions before you start talking.
3        A.    For sure.
4        Q.    And vice versa, we'll try to let you
5   finish your question [sic] before we jump in.
6        A.    Okay.
7        Q.    If at any point you don't understand a
8   question, feel free to let us know and we'll try to
9   rephrase it or explain it.
10       A.    All right.
11       Q.    If you don't know something, then you can
12  say I don't know.
13       A.    All right.
14       Q.    Neither of us is asking you to know
15  everything or to speculate about anything you don't know.
16       A.    Okay.
17             MR. READY:  Anything I've missed, Ms.
18  O'Donnell?
19  BY MS. O'DONNELL:
20       Q.    You just have to make sure that you keep
21  your answers audible and verbal and to words that can be
22  spelled.  So if you're going to use a gesture like
23  nodding your head or shaking your head, you have to try
24  to remember to say yes or no, or if you want to use a
25  verbal gesture like um-hum or uh-uh, you have to try to

                                                    7

1   avoid that, too, because, again, it can't be spelled and
2   the Court Reporter isn't responsible to translate what
3   you mean by what you say.  She may, however, encourage
4   you to respond verbally.  So she may ask you, if you're
5   nodding your head, is that a yes, or if you say um-hum,
6   she'll ask you if that's a yes, and then you just respond
7   to what she's asking you.  Okay?
8        A.    Okay.
9        Q.    If at any point during your deposition,
10  which should not be very long, you need to take a break,
11  you can take a break for any reason, just tell us and
12  we'll go off the record and give you some time to do
13  whatever you need to do.
14             Is there any reason today that you think you
15  might not be able to understand our questions completely and
16  give us truthful answers?
17       A.    I think I should be okay.
18  BY MR. READY:
19       Q.    And the only other thing I would add is
20  -- no, I think you've covered it.  I'm sorry.  Okay.
21  You're ready to go?
22       A.    I'm good.
23       Q.    State your name for the record for us.
24       A.    I'm Lily Glick.
25       Q.    And you're a student at Oley Valley

                                                    8

1  School District?
2      A.   Yes.
3      Q.   What year are you here?
4      A.   I'm a Junior, so 11th grade.
5      Q.   Have you gone to the Oley Valley School
6  District your whole life?
7      A.   Since first grade.
8      Q.   That's pretty much your whole life;
9  right?
10     A.   Yeah.
11     Q.   Do you know Jordan Eck?
12     A.   Yes.
13     Q.   Describe your relationship with Jordan.
14     A.   We started out as friends through the
15 Drama Department in middle school. And then it
16 progressed with high school becoming friends outside of
17 just Drama Department with my sister being friends with
18 him and just like kinda being part of that friend group,
19 and we just became closer as the years went on.
20     Q.   Is your sister Jordan's age?
21     A.   She's a year older.
22     Q.   Do you know Jared Mazelka?
23     A.   Yes.
24     Q.   How do you know Jared?
25     A.   Also through the Drama Department. We

9

1  started -- we did our first musical in middle school.
2  That's where we started, and we just were also friends
3  throughout middle school for me and then high school for
4  him.
5      Q.   How about Haley Hartline, do you know
6  her?
7      A.   Yes. That was a little -- we're not as
8  close as I was like with the two boys just because I
9  didn't really get to know her until her Senior year,
10 which was last year. So that was when we started talking
11 more just through, again, Drama Department.
12     Q.   And finally, do you know Vinny Ferrizzi?
13     A.   Yes. He came to Oley -- he was there my
14 Freshman year so that's when we -- he, again, was part of
15 that friend group that I joined when my sister was a
16 Senior. So I just was part of that.
17     Q.   Of those four people that I just named,
18 would you say that you're closer to some than others and
19 if so, who?
20     A.   Yea, probably Jordan the most. The
21 other three I am close. It's like Jordan, Vinny, those
22 two I'm closest with, but then I'm still relatively close
23 with the rest of them.
24     Q.   Are there any of those people that you
25 would say you -- the term frenemies was used earlier, but

10

1  are there any of those people that you say you're not
2  friends with or you have problems or difficulties with?
3      A.   Not really.
4      Q.   Were you a part of the Drama Club last
5  year?
6      A.   Yes.
7      Q.   Did you hold a position with the club?
8      A.   No. I was just a member of the cast.
9      Q.   Which show were you in?
10     A.   It was Newsies. I didn't do the play.
11     Q.   So you didn't do the fall play; you were
12 in the musical in the spring?
13     A.   Yes.
14     Q.   I want to turn your attention to an event
15 that happened on March 20th, 2019, so that was earlier
16 this year.
17     A.   Okay.
18     Q.   There was a School Board meeting that
19 occurred in which a number of students spoke about the
20 Drama Club. Do you remember that School Board meeting?
21     A.   Yes.
22     Q.   Did you go to that School Board meeting?
23     A.   No.
24     Q.   How did you first hear about that School
25 Board meeting?

11

1      A.   Through students at school talking about
2  the e-mail that their parents received about the School
3  Board meeting. And then my mom had texted me and asked
4  what was happening. And I responded with there was a
5  School Board meeting, people were going to talk about the
6  Drama Department.
7      Q.   What friend told you about the e-mail
8  they received?
9      A.   Other cast members.
10     Q.   What did they say about the e-mail?
11     A.   That their parents got it, and they
12 asked if I knew anything about it, and that's when I
13 found out.
14     Q.   What did you hear about the e-mail?
15     A.   Just asking to go support the Drama
16 Department, that there was people who did not approve of
17 the stuff that was happening.
18     Q.   Did you hear about who did not approve of
19 what was happening?
20     A.   I knew the students, but I did not know
21 -- like it wasn't stated in the e-mail or -- that they
22 said directly who it was.
23     Q.   Did you ever see this e-mail?
24     A.   I did.
25     Q.   Who showed you the e-mail?

12

Joint Appendix00116

A.   Another student.

Q.   Who showed it to you?

A.   Cassidy Kauffman.

Q.   How did she get a hold of it?  Do you know?

A.   Another student had sent it to her.  I don't remember who the other one was, though.

Q.   Do you know of anybody else who had the e-mail or had read the e-mail?

A.   Another parent that had asked my mom about the e-mail.  Katherine Wagner had sent it to my mom asking if she knew anything about it, 'cause my mom did not receive it.

Q.   So your mom was not one of the original recipients?

A.   Yes.

Q.   I'm going to slide this binder over to you (indicating).  There are a lot of tabs in here, but don't worry, you won't have to look at all of them.  I'm going to ask you to look behind Tab 4.

A.   (Witness complies.)

Q.   Do you know if this is the e-mail that you saw?

A.   (Witness reviewed document.)

Q.   You can certainly take a minute and read

13

it.

A.   (Witness reviewed document.)
     Yes, this is the e-mail.

Q.   So you saw it that day, on March the 20th.  Is that right?

A.   Yes.

Q.   What were students saying about this e-mail?

A.   The majority of them were confused on -- 'cause they -- a lot of people did not understand the level of which things were going.  They knew there was some confliction between the -- like the cast members, but they weren't aware of that it had got to a point of this.

Q.   You mentioned conflict between the cast members.

A.   Yes.

Q.   Who was that between?

A.   Just a bunch of them for the lead role of the musical.  They had -- different people were on different sides of who should have gotten it.  I know the two boys were not as involved as much as the other people had their opinions on who should have gotten it.

Q.   So the lead role is Jack in Newsies?

A.   Yes.

14

Q.   So what was the conflict over as to who should have gotten the role?

A.   Who in that case was better or who should have deserved it more?

Q.   Yes.

A.   That some people were saying that Jordan could have gotten -- done better; some people were saying that Jared deserved it, that he -- and so like some people also were claiming favoritism.

Q.   What kind of favoritism?

A.   Mrs. Lyons favored Jared over Jordan.

Q.   And that was they were saying it was personal, I guess?

A.   Yes.

Q.   Did they say why they thought that?

A.   No.

Q.   Were there other individuals that groups of students thought should have gotten this role of Jack?

A.   No, just the two boys were the main issue.

Q.   You said a second ago when students got this e-mail, that they didn't realize, I guess, it was at this level is how you put it.

A.   Yes.

Q.   What did people say that gave you that

15

impression?

A.   The e-mail was like taking it to the School Board.  And they knew that there was an issue between some of the characters 'cause we had a meeting before that.  We were supposed to have a read through, and we didn't have it 'cause we had issues within the school day of students arguing and stuff.
     So they hadn't realized it had gotten to a point where we had to talk to the School Board about the issue at hand.

Q.   There's a sentence here that says -- I'm going to just point your direction (indicating).  It starts with.  Unfortunately, the situation.  Do you see that sentence?

A.   Yes.

Q.   Unfortunately, the situation has escalated to the point that this student posted something against another student and the police were called in.
     Did students say anything about that statement that you heard?

A.   I did not hear anything that that had anything to do with the post.

Q.   It goes on to say:  This mother and her son want me fired, and in the mother's words, she is going to destroy me, all of this because her son was not

16

1  cast as Jack.

2      Who did you understand this e-mail to be

3  about?

4      A.   Jared -- I mean Jordan and his mother.

5  Sorry.

6      Q.   Was there any other opinion amongst the

7  students as to who this was about?

8      A.   No. I think the majority of them knew

9  that it was Jordan.

10     Q.   So Jordan and Mrs. Eck are not named in

11 here, so how did people come to that conclusion?

12     A.   Since Jared got the part of Jack, they

13 knew that the other part of -- the other person who would

14 have gotten Jack was Jordan, so that was the issue.

15     Q.   A second ago you said -- and maybe I

16 misunderstood, so I'm just going to ask to clarify. You

17 said it wasn't as much between the two boys as other

18 people. Are you saying the conflict wasn't as much

19 between Jordan and Jared as between other people, or did

20 I misunderstand you?

21     A.   The other people took the situation into

22 a bigger deal than the two boys had taken it.

23     Q.   So it was your impression that Jordan and

24 Jared weren't as upset about it as other people were?

25     A.   I knew that they were, but I knew the

                                            17

1  other people were more upset.

2      Q.   You know sort of both of these people.

3  Do you know anything about their relationship at that

4  time, how it was fairing?

5      A.   I knew in the beginning of the year they

6  were still -- we had the three triplets. It was Jared,

7  Jordan and Vinny, they were all like the blond trifectas,

8  is what they called themselves. So that's what people

9  knew them as. So then I wasn't aware of their conflict

10 -- I don't know -- their issue with each other.

11     Q.   Did either of them ever talk to you about

12 it?

13     A.   No.

14     Q.   There's a statement at the end of this,

15 and I'll point you down to the second-to-the-last

16 paragraph (indicating).

17         Dr. Shank -- first of all, she's in the

18 room. Do you know who Dr. Shank is?

19     A.   Yes.

20     Q.   And you did at this time; right?

21     A.   Yes.

22     Q.   I guess everybody knows who the

23 Superintendent is.

24     A.   Yes.

25     Q.   Dr. Shank let me know today that this

                                            18

1  parent is planning on attending the School Board meeting

2  tomorrow night at 7:00 p.m. in the high school library.

3      A.   Yes.

4      Q.   Is that how you first learned about the

5  School Board meeting?

6      A.   Yes.

7      Q.   I assume School Board meetings aren't on

8  your regular calendar?

9      A.   No.

10     Q.   It's says: I'm reaching out to ask any

11 and all parents that believe in this program and students

12 that love it to please show up to the Board meeting to

13 show your support.

14         Do you remember reading that sentence?

15     A.   Yes.

16     Q.   What did you understand that sentence to

17 be saying to you, if anything?

18     A.   That it was more about the program than

19 the problem that we had thought it was about. So I

20 thought at first I knew that the two boys had --

21 everybody was -- I don't know, I wouldn't say -- they

22 were upset about the issue. And then I thought it was

23 more about the characters than the actual program being

24 in jeopardy.

25     Q.   So you hadn't heard anything before this

                                            19

1  time that the program itself was in jeopardy of being

2  suspended or stopped?

3      A.   Right. I didn't know that the program

4  had an issue, like the actual program was in a problem.

5      Q.   Did other students know that? From your

6  conversations -- and I'm purely asking you about anything

7  you interacted about. So from your conversations, did

8  other students seem to know that?

9      A.   No.

10     Q.   They didn't know the program was in

11 jeopardy?

12     A.   No.

13     Q.   Did you consider showing up at the Board

14 meeting in response to this e-mail?

15     A.   No.

16     Q.   Why not?

17     A.   I didn't at this point want to get

18 involved. I just wanted to be part of the musical and

19 kinda stay out of the situation.

20     Q.   You wanted to be in the drama program,

21 but not in the drama; right?

22     A.   Right.

23     Q.   And the other students, do you know if

24 other students considered going in response to this

25 e-mail?

                                            20

1    A.    My close friends had also -- did not
2  want to be part of it 'cause we were friends with both
3  the boys at the time, so we didn't want to have to -- at
4  that point it was choosing sides was the issue, and so we
5  both, me and my best friend, just stayed back, and we
6  just didn't go to the Board meeting.
7    Q.    So students talked about whether or not
8  they wanted to go to the meeting?
9    A.    Yes.
10    Q.    Did they consider this as an invitation
11  to come to the meeting?
12    A.    Yes.
13    Q.    Are you still in drama?
14    A.    No.
15    Q.    Why not?
16    A.    I decided to do cheerleading this year.
17  *Previous years it was too much to have to split time with*
18  games and practice, so I decided since I'm Captain of the
19  cheer team, that I would just stay with that one.
20    Q.    Do you consider yourself a supporter of
21  the drama program?
22    A.    Yes.
23    Q.    Were you at this time a supporter of the
24  drama program?
25    A.    Yes.

21

1    Q.    Did anybody ever approach you with
2  concerns that you were not a sufficient supporter of the
3  program?
4    A.    No.
5    Q.    So the Board meeting, I understand, took
6  place on March 20th during a regularly scheduled
7  rehearsal.
8    A.    Yes.
9    Q.    Do you remember showing up for rehearsal
10  that night?
11    A.    Yes.
12    Q.    Can you describe for me what happened at
13  that rehearsal?
14    A.    We were put into full lockdown after the
15  students had left to go to the Board meeting, so all the
16  doors were locked.  Nobody could get in, nobody was
17  allowed to go out.  If we had to use the bathroom, you
18  had to have an adult walk you from the door to the
19  bathroom and then from the bathroom to the door.  It was
20  just like we had to stay within the auditorium.
21    Q.    *This might sound like a silly question,*
22  how did you know you were on lockdown?
23    A.    Mrs. Lyons said that we were in
24  lockdown.
25    Q.    Did she say why?

22

1    A.    She -- no, I don't believe so.
2    Q.    She didn't give you any hints; she just
3  said we're on lockdown?
4    A.    Right.
5    Q.    Did some students leave from rehearsal to
6  go to the School Board meeting?
7    A.    Yes.
8    Q.    Do you remember what preceded that?  Did
9  they ask to go, or what happened?
10    A.    We walked in, we all sat down like we
11  normally did.  She said that there was a Board meeting
12  and if anybody wanted to go speak up about the Drama
13  Department, they were allowed to go.
14    Q.    Did she encourage you to go, or did she
15  just make that announcement?
16    A.    She just made the announcement and said
17  *it was up to us to decide what we wanted to do.*
18    Q.    After the School Board meeting, some
19  people came back from the School Board meeting; right?
20    A.    Right.
21    Q.    Do you remember when students kind of
22  came back in?
23    A.    Like the time?  I don't remember the
24  time or like --
25    Q.    That's fine.  You don't remember when

23

1  they came back?
2    A.    Right.
3    Q.    You guys had been rehearsing the whole
4  time?
5    A.    Right.
6    Q.    So some students came back.  I understand
7  there was a conversation that happened after that about
8  kind of what had happened at the School Board meeting.
9    A.    Yes.
10    Q.    How did that begin?
11    A.    We were told that -- they were told if
12  they wanted to share what happened or what was said at
13  the School Board meeting, they were allowed to.  So we
14  just sat down on the stage and if you wanted to talk, you
15  were allowed to stand up and talk about what happened.
16    Q.    You said they.  Who is they?
17    A.    The students who had left the auditorium
18  to go to the meeting.
19    Q.    Who invited them to stand up and share?
20    A.    Mrs. Lyons.
21    Q.    Was Mrs. Lyons present for the rest of
22  this discussion, or did she leave?
23    A.    She was present.
24    Q.    When you say she was present, do you
25  remember, first of all, where the students were

24

Joint Appendix00119

1     assembled?
2     A.    On the stage.
3     Q.    Where was Mrs. Lyons?
4     A.    Right down off the stage, so like in the
5     -- what we call the pit.
6     Q.    Where was Ms. Hartenstine?
7     A.    Right next to Mrs. Lyons.
8     Q.    Were they listening?  Did they
9     participate in the discussion at all?
10     A.    They were listening.  They didn't
11     participate all that often.  They would just offer that
12     the floor was open.
13     Q.    Do you remember anything about what the
14     students said during that discussion?
15     A.    Just that our family, which is what the
16     cast was, was falling apart, and that there was people
17     who weren't as involved in the family as they used to be.
18     Q.    At any point, did you notice either of
19     the teachers, Ms. Hartenstine or Mrs. Lyons, voice any
20     agreement or disagreement with anything that was said?
21     A.    Mrs. Hartenstine did hit the stage when
22     there was one comment made as in like a yes moment.
23     Q.    A yes moment, so like she was agreeing?
24     A.    Yes.
25     Q.    What was that comment?  Do you recall?

25

1     A.    I don't recall the exact -- what was
2     said.
3     Q.    Do you remember any comments being made
4     about Jordan, Haley or Vinny in that discussion?
5     A.    There was one student who said that
6     there was mental issues among those three students.
7     Q.    And did Mrs. Lyons or Ms. Hartenstine say
8     anything about that?
9     A.    No.
10     Q.    What was your role in Newsies?
11     A.    I was just a Newsie boy.  I didn't have
12     like a specific part.  I was just an ensemble member.
13     Q.    Do you know during the musical
14     preparation who the understudy for the character Jack
15     was?
16     A.    In the beginning it was Jordan.  And
17     then after the School Board meeting, there was no
18     understudy that I'm aware of.
19     Q.    Was it common knowledge as to who the
20     understudies were?
21     A.    Yes.  They are posted when the cast list
22     is posted.  There is an understudy line.
23     Q.    Did you notice -- you were at every
24     rehearsal; correct?
25     A.    Yes.

26

1     Q.    I know that sometimes you break down into
2     different groups; right?
3     A.    Yes.
4     Q.    A lot of times you also rehearse all
5     together?
6     A.    Yes.
7     Q.    Did it seem to you that any of the four
8     people I've just named were not trying very hard or were
9     not rehearsing like they really cared about it?
10     A.    No.  They were all there and present, as
11     most of us were.
12     Q.    Did you ever hear anybody complaining
13     that one of those four people wasn't really trying very
14     hard?
15     A.    No.
16     Q.    Did anybody ever complain that any of
17     those four individuals was always forgetting lines or
18     performing poorly?
19     A.    No.
20     Q.    Did you ever notice that?
21     A.    No.  They were all very theatrically
22     good people.  They were good with their music, good with
23     their lines.
24     Q.    So you were on lockdown.  Do you remember
25     when lockdown was -- I don't know if the term is lifted.

27

1     Do you remember when it was no longer in lockdown?
2     A.    I don't.  I'm sorry.
3     Q.    Did you observe Jordan and Jared interact
4     with each other that night after the School Board
5     meeting?
6     A.    No.
7     Q.    Do you recall about when you left
8     rehearsal that night?
9     A.    Rehearsals normally ended around 9, I do
10     believe, so it was somewhere after that I had left.
11     Q.    You were not witness to a conversation
12     between Jordan and Mrs. Lyons and any other individuals
13     after rehearsal, were you?
14     A.    No.
15     Q.    I'm going to take you to the following
16     day.  How did you hear, if at all -- did you hear that
17     Jordan was suspended?
18     A.    Not that day.
19     Q.    When did you hear about it?
20     A.    I do believe it was the next day when I
21     had noticed he didn't show -- or wasn't at school the
22     past two days or day or something.  And I had asked a
23     friend, and she was unaware of what had happened, too.
24     Q.    Were you there when Dr. Shank and Mr.
25     Becker addressed the Drama Club?

28

Joint Appendix00120

1     A.     Yes.

2     Q.     What do you remember about that day?

3     A.     We -- I was in chorus when they had an
4  announcement that any Drama Club member, either cast,
5  crew, was to come down to the auditorium for a meeting.
6  And then we had a meeting over if you had an issue with
7  the department, you were allowed to leave the program and
8  that was your decision, and if you wanted to stay, you
9  had to support.

10    Q.     You had to support what or who?

11    A.     Just the program and not bring it down.

12    Q.     When it was said if you have an issue, do
13 you know what that's a reference to or what issues were
14 being talked about?

15    A.     Continuation of the School Board meeting
16 if you had -- sorry -- if you had -- if you weren't there
17 to support your other cast members or your other -- or
18 the program itself, then you were -- you didn't have to
19 stay.

20    Q.     Do you remember Haley being there that
21 day?

22    A.     Yes.

23    Q.     What was her demeanor like?

24    A.     She seemed on edge for most of the
25 meeting until the end when she gathered her stuff and

29

1  then she left.

2     Q.     Do you remember what she said as she
3  left?

4     A.     I don't recall exactly the words.

5     Q.     You said this was toward the end.  Was
6  this at the end of the meeting, or was this before the
7  end?

8     A.     It was slightly before the end.  The
9  meeting didn't go on much longer after she had left.

10    Q.     Do you remember her disrupting the
11 meeting at any time?

12    A.     Not until Dr. Shank had asked if anybody
13 would like to leave, you can, and she got her stuff.  And
14 then Dr. Shank asked if she wanted to leave, and she said
15 yes, and she got up and left and threw her script into
16 the trash can.

17    Q.     After the show was done, you had a cast
18 and crew party.  Do you remember that?

19    A.     Yes.

20    Q.     Tell me what happened at that cast and
21 crew party.  What does an after-party look like for a
22 drama program?

23    A.     We have pizza.  We hang out.  We're
24 given our goodie bags that family and friends are allowed
25 to put like treats in.  And Mrs. Lyons invites us up on

30

1  stage, she says a few words about us, Seniors, talk about
2  them leaving and what their post high school plans are
3  and stuff that they loved about the program.

4     Q.     So each of the Seniors gets to give a
5  speech to everybody?

6     A.     Yes.

7     Q.     Is everybody gathered for that speech?

8     A.     Yeah.

9     Q.     So there's not like people who've left or
10 who are off on the side?

11    A.     No.  We're all at tables, sitting and
12 eating pizza and listening.

13    Q.     Do you remember Jared's speech?

14    A.     Parts of it.

15    Q.     Tell me about what you remember from what
16 he said.

17    A.     It started out with him saying how much
18 he loved the program, and then it progressed into people
19 who had attacked the program.  And then when Vinny got
20 up, partially -- part of the way through he said bitches
21 shall be bitches towards the people who had attacked Mrs.
22 Lyons, in his words.

23    Q.     How did you understand that that was
24 about the people who had been against Mrs. Lyons?

25    A.     There was a moment of silence as soon as

31

1  Vinny got up.  Jared looked offended, and then that's
2  when he said that.

3     Q.     Mrs. Lyons and Ms. Hartenstine, were they
4  present during this?

5     A.     Yes.

6     Q.     Were they listening?

7     A.     Yes.

8     Q.     Cassidy Kauffman is Vinny's girlfriend;
9  right?

10    A.     Yes.

11    Q.     What was her reaction to all of this?

12    A.     She was having a panic attack, so she
13 was crying, shaking.  Towards the end of Jared's speech,
14 Cassidy and I had gone outside so she could breathe and
15 not have to -- she was in a panic attack, so we had to
16 step outside to get some air.

17    Q.     And so you went out with her?

18    A.     Yes.

19    Q.     Did any adults come with you at that
20 point?

21    A.     No.

22    Q.     Mrs. Lyons didn't accompany you?

23    A.     No.

24    Q.     Did Mrs. Lyons speak to Cassidy before
25 she left?

32

1    A.   Before we went outside?

2    Q.   Yes.

3    A.   No.

4    Q.   Did either Mrs. Lyons or Ms. Hartenstine

5 stop or correct Jared's speech?

6    A.   No.

7    Q.   Approximately how many students are at

8 this after-party?

9    A.   I wanna say maybe 40. It was a larger

10 cast, and then you have crew, as well.

11    Q.   Do you remember Mrs. Lyons handing out

12 happy papers?

13    A.   Yes.

14    Q.   I understand this is a tradition.

15    A.   Yeah.

16    Q.   Describe happy papers, briefly.

17    A.   So each cast member has a happy paper

18 with their name on it, and then the cast -- other cast

19 members write on your paper something towards you that

20 they'll always remember or if you're a Senior, you write

21 something sentimental with that person or just positivity

22 towards each other.

23    Q.   How are these distributed?

24    A.   Mrs. Lyons hands them out with your

25 goodie bag, and she talks about you a little bit when she

33

1 gives you the bag.

2    Q.   She hands this out to everybody?

3    A.   Yes.

4    Q.   And, I guess, is this in front of

5 everyone, too?

6    A.   Yes.

7    Q.   Do you remember her handing Vinny his

8 goodie bag?

9    A.   Yes.

10    Q.   What happened?

11    A.   He was called up on stage. She said

12 that he did a really good job with his part, but then she

13 was offended -- or she would never forgive him for the

14 things that he had said about her this past musical

15 season.

16    Q.   Was it more specific than that, or is

17 that all she said?

18    A.   It was -- I'm not entirely sure. I

19 think that was the majority of it.

20    Q.   You don't remember her saying specific

21 things that he said, just kind of generally I'll never

22 forgive you for what you said?

23    A.   Right.

24    Q.   Circling back to Jared's speech for a

25 second, do you remember any other comments that he made?

34

1    A.   There was a threat towards anybody who

2 would come after Mrs. Lyons. He had said that he would

3 -- I'm not entirely -- don't entirely remember what he

4 had said, but it was like that if you would come after

5 Mrs. Lyons, he would attack -- not attack -- go after you

6 in a way because you came after Mrs. Lyons.

7    Q.   What did you understand him to mean by go

8 after?

9    A.   Try to destroy her or put her down in a

10 way.

11    Q.   What did you understand him to mean when

12 he said, you know, if that happens, I'll go after you?

13    A.   That he would make sure you felt bad

14 enough for doing what you did to Mrs. Lyons.

15    Q.   How long have you known Jared again? I'm

16 sorry.

17    A.   I was in 5th grade, so about five years.

18    Q.   Were you aware that he had allergies?

19    A.   No.

20    Q.   Did Mrs. Lyons, Ms. Hartenstine, Mr.

21 Becker or Dr. Shank ever have conversations with you

22 about that speech that Jared gave?

23    A.   No.

24    Q.   Were you there at set strike the

25 following day?

35

1    A.   Yes.

2    Q.   I guess it was the same day?

3    A.   Yes.

4    Q.   I keep thinking it's the following day.

5 After you left, you came back; right?

6    A.   Yes.

7    Q.   Do you remember when Vinny arrived?

8    A.   Yes.

9    Q.   What happened?

10    A.   We had been cleaning up, doing small

11 things around the music area because it was back rooms

12 and the entire auditorium we cleaned. At one point we

13 were held back in hallways. We weren't entirely sure

14 why. We were just told to stop. Ms. Mazeika had asked

15 us to stop back behind a hallway so we weren't allowed in

16 the main hallway. And then we were dismissed from being

17 held back there.

18        I was then asked to go get my stuff from

19 Vinny's car because I had spent the night at Vinny's house

20 with a few other friends. And so on our way out, Vinny,

21 Mrs. Lyons and three other men were out there talking, and I

22 went out to get my stuff from Vinny's car.

23        Then Vinny came out and he was crying,

24 Cassidy had stayed with him. I had taken all the stuff back

25 into the school at that point.

36

1    Q.    Did you speak to Vinny or Cassidy?
2    A.    I did speak to Cassidy. We were walking
3 out. Cassidy was crying because she felt nervous for
4 everybody in that moment. I didn't talk to Vinny just
5 'cause he was crying, and I just wanted to get out of the
6 way. So I just took my stuff and went back in.
7    Q.    Who were the three parents -- I think you
8 said parents -- or the three people you saw, the adults?
9    A.    It was Mr. Lyons, Mr. Ulsh and
10 Danielle's dad. I don't remember his last name.
11    Q.    Are these people who are normally at
12 rehearsal?
13    A.    No. They're not -- they're the fathers
14 of the children, but they don't normally stay at
15 rehearsals.
16    Q.    So you knew who they were?
17    A.    Yes.
18    Q.    The night before, during the show -- in
19 fact, I'll go further back. From the set strike
20 backwards, do you remember Vinny going around talking
21 about a lawsuit?
22    A.    No.
23    Q.    Have you ever known Vinny to be violent?
24    A.    No.
25    Q.    What is Vinny like?

37

1    A.    I would say he's like a little kid at
2 heart. I wouldn't expect him to be violent. I normally
3 would expect him to be a happy, energetic person.
4    Q.    You say expect him to be, you mean that's
5 how you know him to be or --
6    A.    Yes.
7    Q.    -- do you mean -- go ahead.
8    A.    I'm sorry. Yeah, that's how I know him
9 to be.
10    Q.    I'm going to show you a video. It's very
11 brief. I will represent to you that this is a video from
12 Snapchat. Okay?
13    A.    Okay.
14    (Video shown.)
15    Q.    What do you understand to be happening in
16 that video?
17    A.    Is he flirting with a girl over a
18 Snapchat video? I --
19    Q.    Would you understand anything in that
20 video to be a threat toward you or anyone else?
21    MS. O'DONNELL: I object to the form, but
22 you can answer.
23    THE WITNESS: No.
24 BY MR. READY:
25    Q.    Did you hear any conversations about why

38

1 Jordan was suspended amongst other students?
2    A.    There was conversation he was suspended
3 for speaking out against stuff at the School Board
4 meeting, but that was about all I heard.
5    Q.    When did you learn -- let me ask. Did
6 you hear that Haley was suspended at some point?
7    A.    No. I was unaware.
8    Q.    Did you hear why Vinny was asked to leave
9 the set strike?
10    A.    I heard that he was posing a threat --
11 or not -- he was -- people were uneased by his presence
12 of being there.
13    Q.    Do you know who was uneased?
14    A.    No.
15    Q.    And do you know, who did you hear that
16 from?
17    A.    Other students that were talking.
18    Q.    Do you remember who offhand?
19    A.    No. I'm sorry.
20    Q.    I know this happened many months ago now.
21    A.    Yes.
22    Q.    Do you remember if it was a few students,
23 a lot of students?
24    A.    A few.
25    Q.    And after Vinny -- first of all, do you

39

1 remember when Vinny arrived?
2    A.    No.
3    Q.    You mentioned that you were all held back
4 in a hallway?
5    A.    Yes.
6    Q.    When was that?
7    A.    Towards the beginning of set strike, so
8 it was early in the morning. It was like maybe 20
9 minutes after we had gotten there.
10    Q.    Set strike started at 10, I'll represent
11 to you. So would that have been about 10:20 you think?
12    A.    Yes.
13    Q.    So you had been there since 10 o'clock?
14    A.    Yes.
15    Q.    And then about 10:20 were you gathered
16 into a hallway, or how did that happen?
17    A.    It was just wherever we were at the
18 time, we were told to stay where we were.
19    Q.    What happened after Vinny left, what
20 happened at set strike? What does that consist of for
21 the rest of the day?
22    A.    Just more packing up costumes, making
23 sure that we cleaned every room that we were in. I had
24 actually taken a nap by accident.
25    Q.    We appreciate your honesty.

40

Joint Appendix00123

1    MS. O'DONNELL:  So she doesn't know.
2          THE WITNESS:  Well, I was awake for most of
3  it, but....
4  BY MR. READY:
5          Q.   I guess everyone is tired at the end of
6  the long show; right?
7          A.   Yes.
8          MR. READY:  Give me one second here.
9          (Short pause.)
10         MR. READY:  I have no further questions.
11 BY MS. O'DONNELL:
12         Q.   I just have a couple of follow-ups, Lily.
13 Do you know whether there were students who spoke up at
14 the Board meeting?  Do you know for a fact that there
15 were some students who spoke?
16         A.   Yes.
17         Q.   Who do you know spoke?
18         A.   It was -- I do believe Asa Lackey spoke.
19         DR. SHANK:  A-S-A, L-A-C-K-E-Y.  Asa is the
20 first name.  Lackey is the last name.
21 BY MS. O'DONNELL:
22         Q.   Asa Lackey.
23         A.   I can't recall any specific people.  I
24 just know what they had come back with was....
25         Q.   Do you know whether Jordan spoke at the

                                                    41

1  Board meeting?
2          A.   I do believe he did.
3          Q.   Why do you believe that?
4          A.   'Cause they had talked about what was
5  being said.  I know you only had a specific amount of
6  time at the Board meeting to speak, but I knew that he
7  spoke, I just don't remember when or --
8          Q.   And you know because these kids came back
9  to rehearsal and talked about what was said?
10         A.   Yes.
11         Q.   If it wasn't for that discussion at
12 rehearsal, would you know who spoke at the Board meeting?
13         A.   No.
14         Q.   And to the best of your recollection, it
15 was Jordan and Asa?
16         A.   Yes.
17         Q.   Do you know whether there were others?
18         A.   I do believe so.  I just don't remember
19 who.
20         Q.   Other than Jordan, did you hear that
21 anyone else was suspended?
22         A.   No.
23         MS. O'DONNELL:  Those are all the questions
24 I have.  Thank you.
25         (Whereupon, the deposition concluded at 1:40

                                                    42

1  o'clock p.m.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                                    43

1                    CERTIFICATE
2
3          I, Lori A. Dilks, the officer before whom
4  the deposition of LILY GLICK was taken, do hereby certify
5  that LILY GLICK, the witness whose testimony appears in
6  the foregoing deposition, was duly sworn by me on
7  November 14, 2019, and that the transcribed deposition of
8  said witness is a true record of the testimony given by
9  her; that the proceedings are herein recorded fully and
10 accurately to the best of my ability; that I am neither
11 attorney nor counsel for, nor related to any of the
12 parties to the action in which this deposition was taken;
13 and, further, that I am not a relative of any attorney or
14 counsel employed by the parties hereto or financially
15 interested in this action.
16
17
18         _____Lori Dilks_____
19         Lori A. Dilks
20
21              PA Court Reporter
   Notary Public in and for the Commonwealth of Pennsylvania
22
23         My Commission expires
              November 29, 2023
24
25

                                                    44

**1**

1 [1] - 3:10
10 [4] - 1:24, 3:20, 40:10, 40:13
100 [1] - 2:8
10:20 [2] - 40:11, 40:15
11 [1] - 3:21
11th [1] - 9:4
12 [2] - 1:7, 3:22
13 [1] - 3:23
14 [3] - 1:16, 3:24, 44:7
15 [1] - 4:1
16 [1] - 4:2
17 [2] - 1:19, 4:3
17011 [1] - 2:9
18 [1] - 4:5
19 [3] - 4:6, 4:8, 4:9
19510 [1] - 2:4
19608 [1] - 1:24
1:00 [1] - 1:17
1:40 [1] - 42:25

**2**

2 [2] - 3:11, 4:15
2/22/19 [1] - 3:16
20 [6] - 3:10, 3:13, 4:7, 4:10, 4:11, 40:8
201 [1] - 2:9
2019 [20] - 1:16, 3:10, 3:13, 3:14, 3:14, 3:18, 3:19, 3:23, 4:2, 4:8, 4:9, 4:10, 4:11, 4:12,

4:14, 4:15, 4:16, 4:17, 11:15, 44:7
2023 [1] - 44:23
20th [3] - 11:15, 14:5, 22:6
21 [4] - 3:14, 4:8, 4:2, 4:12
22 [1] - 4:9
220 [1] - 4:3
23 [1] - 4:10
233 [1] - 4:5
24 [4] - 3:19, 4:11, 4:16, 4:17
248 [1] - 4:6
25 [3] - 3:14, 4:12, 4:14
252 [1] - 4:7
26 [1] - 4:14
26(f [1] - 3:22
27 [2] - 3:18, 4:15
28 [1] - 4:16
29 [2] - 4:17, 44:23

**3**

3 [2] - 2:4, 3:12
30 [1] - 4:18
31 [1] - 4:19

**4**

4 [2] - 3:13, 13:20
40 [1] - 33:9
41 [1] - 3:5

**5**

5 [2] - 3:3, 3:14
5:19-CV-01873-MAK [1] - 1:4
5th [1] - 35:17

**6**

6 [1] - 3:15

610 [1] - 1:25
678-9984 [1] - 1:25

**7**

7 [2] - 3:4, 3:17
7:00 [1] - 19:2

**8**

8 [2] - 3:4, 3:18
8500 [1] - 2:3

**9**

9 [3] - 3:19, 3:23, 28:9

**A**

ability [1] - 44:10
able [1] - 8:15
accident [1] - 40:24
accompany [1] - 32:22
accurately [1] - 44:10
action [2] - 44:12, 44:15
actual [2] - 19:23, 20:4
add [1] - 8:19
addressed [1] - 28:25
adult [1] - 22:18
adults [2] - 32:19, 37:8
affirm [1] - 6:3
after-party [2] - 30:21, 33:8
afternoon [2] - 5:7, 5:8
age [1] - 9:20
ago [3] - 15:21, 17:15,

39:20
agreeing [1] - 25:23
agreement [1] - 25:20
ahead [1] - 38:7
air [1] - 32:16
Allentown [1] - 2:3
allergies [1] - 35:18
allowed [8] - 6:7, 22:17, 23:13, 24:13, 24:15, 29:7, 30:24, 34:16
ALSO [1] - 2:13
amount [1] - 42:5
AND [1] - 1:16
announcement [3] - 23:15, 23:16, 29:4
answer [1] - 38:22
answers [2] - 7:21, 8:16
apart [1] - 25:16
APPEARANCES [1] - 2:1
appreciate [1] - 40:25
approach [1] - 22:1
approve [2] - 12:16, 12:18
April [4] - 3:14, 4:15, 4:16, 4:17
area [1] - 36:11
arguing [1] - 16:7
arrived [2] - 36:7, 40:1
Asa [4] - 41:18, 41:19,

41:22, 42:15
ASA [1] - 41:19
assembled [1] - 25:1
assume [1] - 19:7
attachments [3] - 3:16, 3:17, 3:18
attack [4] - 32:12, 32:15, 35:5
attacked [2] - 31:19, 31:21
attending [1] - 19:1
attention [1] - 11:14
attorney [3] - 6:8, 44:11, 44:13
audible [1] - 7:21
auditorium [4] - 22:20, 24:17, 29:5, 36:12
avoid [1] - 8:1
awake [1] - 41:2
aware [4] - 14:13, 18:9, 26:18, 35:18

**B**

backwards [1] - 37:20
bad [1] - 35:13
bag [3] - 33:25, 34:1, 34:8
bags [1] - 30:24
basic [1] - 6:23
bathroom [3] - 22:17, 22:19
became [1] - 9:19

Becker [3] - 5:16, 28:25, 35:21
BECKER [1] - 1:9
becoming [1] - 9:16
begin [1] - 24:10
beginning [3] - 18:5, 26:16, 40:7
behind [2] - 13:20, 36:15
BERKS [1] - 1:2
berkscourtreporting@gmail.com [1] - 1:25
best [3] - 21:5, 42:14, 44:10
better [2] - 15:3, 15:7
between [9] - 2:17, 14:12, 14:15, 14:18, 16:4, 17:17, 17:19, 28:12
bigger [1] - 17:22
binder [1] - 13:17
bit [1] - 33:25
bitches [2] - 31:20, 31:21
Blandon [1] - 2:4
blond [1] - 18:7
Board [30] - 11:18, 11:20, 11:22, 11:25, 12:3, 12:5, 16:3, 16:9, 19:1, 19:5,

19:7, 19:12, 20:13, 21:6, 22:5, 22:15, 23:6, 23:11, 23:18, 23:19, 24:8, 24:13, 26:17, 28:4, 29:15, 39:3, 41:14, 42:1, 42:6, 42:12
boy [1] - 26:11
boys [7] - 10:8, 14:22, 15:19, 17:17, 17:22, 19:20, 21:3
break [3] - 8:10, 8:11, 27:1
breathe [1] - 32:14
brief [1] - 38:11
briefly [1] - 33:16
bring [1] - 29:11
Bullying [2] - 4:7
bunch [1] - 14:19
but... [1] - 41:3
BY [8] - 3:2, 5:6, 7:19, 8:18, 38:24, 41:4, 41:11, 41:21

**C**

calendar [1] - 19:8
Camp [1] - 2:9
Captain [1] - 21:18
car [2] -

36:19, 36:22
cared [1] - 27:9
case [2] - 5:12, 15:3
Cassidy [3] - 13:3, 32:8, 32:14, 32:24, 36:24, 37:1, 37:2, 37:3
Cast [1] - 4:1
cast [15] - 11:8, 12:9, 14:12, 14:15, 17:1, 25:16, 26:21, 29:4, 29:17, 30:17, 30:20, 33:10, 33:17, 33:18
cease [1] - 6:9
Center [1] - 2:8
certainly [1] - 13:25
CERTIFICATE [1] - 44:1
Certified [1] - 1:23
certify [1] - 44:4
chain [3] - 3:19, 4:14, 4:15
character [1] - 26:14
characters [2] - 16:4, 19:23
cheer [1] - 21:19
cheerleading [1] - 21:16
children [1] - 37:14
choosing [1] - 21:4
chorus [1] - 29:3

CHRISTOPHER [1] - 1:9
circling [1] - 34:24
claiming [1] - 15:9
clarify [1] - 17:16
cleaned [2] - 36:12, 40:23
cleaning [1] - 36:10
close [4] - 10:8, 10:21, 10:22, 21:1
closer [2] - 9:19, 10:18
closest [1] - 10:22
Club [4] - 11:4, 11:20, 28:25, 29:4
club [1] - 11:7
Code [1] - 4:18
COLEMAN [1] - 2:7
comment [2] - 25:22, 25:25
comments [2] - 26:3, 34:25
Commission [1] - 44:23
common [1] - 26:19
Commonwealth [1] - 44:21
complain [1] - 27:16
complaining [1] - 27:12
completely [1] - 8:15
complies [1] - 13:21
concerns [1] - 22:2
concluded [1] - 42:25
conclusio

Joint Appendix00125

n [1] -
17:11
Conduct [1]
- 4:18
Conference [1] - 3:22
conflict [4]
- 14:15,
15:1,
17:18,
18:9
confliction
[1] - 14:12
confused
[1] - 14:9
congratulations [1] -
6:18
Consent [1]
- 3:25
consider
[3] - 20:13,
21:10,
21:20
considered [1] -
20:24
consist [1]
- 40:20
continuation [1] -
29:15
conversation [4] -
6:24,
24:7,
28:11,
39:2
conversations [4] -
20:6,
20:7,
35:21,
38:25
CORNERSTONE [1] -
2:2
Corporate
[1] - 2:8
correct [3] -
6:3,
26:24,
33:5
costumes
[1] - 40:22
Counsel [1]
- 6:7
counsel [3]
- 2:17,
44:11,
44:14
couple [2] -
6:22,

41:12
COURT [2]
- 1:1, 1:22
Court [5] -
1:23,
2:18,
6:12, 8:2,
44:21
covered [1]
- 8:20
crew [4] -
29:5,
30:18,
30:21,
33:10
crying [4] -
32:13,
36:23,
37:3, 37:5
Cyber [1] -
4:7

**D**

dad [1] -
37:10
Danielle's
[1] - 37:10
DATE [1] -
1:16
dated [13] -
3:10,
3:13,
3:14,
3:16,
3:18,
3:23, 4:2,
4:9, 4:10,
4:11,
4:12,
4:16, 4:17
days [1] -
28:22
deal [1] -
17:22
decide [1] -
23:17
decided [2]
- 21:16,
21:18
decision [1]
- 29:8
defendants [1] - 1:13
Defendants [2] -
2:10, 5:15
DEMANDED [1] - 1:8
demeanor
[1] - 29:23
DENNEHEY [1] - 2:7
Departme

nt [7] -
9:15,
9:17,
9:25,
10:11,
12:6,
12:16,
23:13
department [1] - 29:7
DEPONENT [1] - 1:15
deposition
[8] - 6:9,
6:15, 8:9,
42:25,
44:4,
44:6,
44:7,
44:12
describe
[3] - 9:13,
22:12,
33:16
dESCRIPTION [1] -
3:9
deserved
[2] - 15:4,
15:8
destroy [2]
- 16:25,
35:9
different [3]
- 14:20,
14:21,
27:2
difficulties
[1] - 11:2
Dilks [4] -
1:23,
44:3,
44:18,
44:19
direction
[1] - 16:12
directly [1]
- 12:22
disagreement [1] -
25:20
Discipline
[3] - 3:12,
3:20, 3:21
discussion [5] -
24:22,
25:9,
25:14,
26:4,
42:11
dismissed
[1] - 36:16

disrupting
[1] - 30:10
distributed [1] -
33:23
DISTRICT
[3] - 1:1,
1:1, 1:7
District [4] -
1:9, 5:16,
9:1, 9:6
document
[2] - 13:24,
14:2
done [2] -
15:7,
30:17
door [2] -
22:18,
22:19
doors [1] -
22:16
down [10] -
5:23,
6:25,
18:15,
23:10,
24:14,
25:4,
27:1,
29:5,
29:11,
35:9
dr [1] - 2:14
Dr [8] -
5:16,
18:17,
18:18,
18:25,
28:24,
30:12,
30:14,
35:21
DR [1] -
41:19
drama [6] -
20:20,
20:21,
21:13,
21:21,
21:24,
30:22
Drama [11]
- 9:15,
9:17,
9:25,
10:11,
11:4,
11:20,
12:6,
12:15,
23:12,
28:25,
29:4

Drive [2] -
1:24, 2:8
duly [2] -
5:3, 44:6
during [6] -
8:9, 22:6,
25:14,
26:13,
32:4,
37:18

**E**

e-mail [18] -
12:2,
12:7,
12:10,
12:14,
12:21,
12:23,
12:25,
13:9,
13:11,
13:22,
14:3,
14:8,
15:22,
16:2,
17:2,
20:14,
20:25
E-mail [11] -
3:13,
3:14,
3:19, 4:9,
4:10,
4:11,
4:12,
4:14,
4:15,
4:16, 4:17
early [2] -
6:18, 40:8
EASTERN
[1] - 1:1
eating [1] -
31:12
Eck [6] -
3:15,
3:20,
3:21,
5:13,
9:11,
17:10
ECK [1] -
1:3
edge [1] -
29:24
either [4] -
18:11,
25:18,
29:4, 33:4
employed
[1] - 44:14

employee
[1] - 1:12
encourage
[2] - 8:3,
23:14
end [10] -
5:22,
5:23,
18:14,
29:25,
30:5,
30:6,
30:7,
30:8,
32:13,
41:5
ended [1] -
28:9
energetic
[1] - 38:3
engaged
[1] - 6:20
ensemble
[1] - 26:12
entire [1] -
36:12
entirely [4]
- 34:18,
35:3,
36:13
entitled [1]
- 5:21
escalated
[1] - 16:17
Esquire [2]
- 2:3, 2:8
establish
[1] - 6:19
Evaluation
[2] - 3:15,
3:25
event [1] -
11:14
exact [1] -
26:1
exactly [1] -
30:4
examined
[1] - 5:4
EXAMINED [1] - 3:2
except [1] -
2:18
EXHIBITS
[1] - 3:7
expect [1] -
38:2,
38:3, 38:4
expires [1]
- 44:23
explain [1] -
7:9
Expressio

n/
Distribution
[1] - 4:4
Expulsion
[1] - 4:5

**F**

fact [2] -
37:19,
41:14
facts [1] -
6:19
fairing [1] -
18:4
fall [1] -
11:11
falling [1] -
25:16
family [3] -
25:15,
25:17,
30:24
fathers [1] -
37:13
favored [1]
- 15:11
favoritism
[2] - 15:9,
15:10
felt [2] -
35:13,
37:3
FERRIZZI
[1] - 1:4
Ferrizzi [3]
- 3:25,
5:13,
10:12
few [6] -
5:18,
5:23,
31:1,
36:20,
39:22,
39:24
filing [1] -
2:18
finally [1] -
10:12
financially
[1] - 44:14
fine [1] -
23:25
finish [3] -
7:1, 7:2,
7:5
fired [1] -
16:24
FIRM [1] -
2:2
first [10] -
5:3, 9:7,
10:1,

11:24,
18:17,
19:4,
19:20,
24:25,
39:25,
41:20
five [1] -
35:17
flirting [1] -
38:17
floor [1] -
25:12
follow [1] -
41:12
follow-ups
[1] - 41:12
following
[3] - 28:15,
35:25,
36:4
follows [1] -
5:5
FOR [1] -
1:1
foregoing
[1] - 44:6
forgetting
[1] - 27:17
forgive [2] -
34:13,
34:22
form [2] -
2:18,
38:21
Form [6] -
3:12,
3:15,
3:17,
3:20,
3:21, 3:25
four [4] -
10:17,
27:7,
27:13,
27:17
Fox [1] -
1:24
free [1] -
7:8
frenemies
[1] - 10:25
Freshman
[1] - 10:14
friend [6] -
9:18,
10:15,
12:7,
21:5,
28:23
friends [9] -
9:14,
9:16,

9:17,
10:2,
11:2,
21:1,
21:2,
30:24,
36:20
front [1] -
34:4
full [1] -
22:14
fully [1] -
44:9

**G**

games [1] -
21:18
gathered
[3] - 29:25,
31:7,
40:15
generally
[1] - 34:21
gesture [2]
- 7:22,
7:25
girl [1] -
38:17
girlfriend
[1] - 32:8
given [4] -
6:3, 6:12,
30:24,
44:8
Glen [1] -
1:24
GLICK [4] -
1:15, 5:12,
44:4, 44:5
Glick [3] -
3:3, 8:24
GOGGIN
[1] - 2:7
goodie [5] -
30:24,
33:25,
34:8
grade [3] -
9:4, 9:7,
35:17
ground [1] -
6:22
group [2] -
9:18,
10:15
groups [2] -
15:17,
27:2
guess [6] -
15:13,
15:22,
18:22,
34:4,

36:2, 41:5
guys [1] -
24:3

**H**

Haley [5] -
5:13,
10:5,
26:4,
29:20,
39:6
HALEY [1] -
1:3
hallway [4]
- 36:15,
36:16,
40:4,
40:16
hallways
[1] - 36:13
hand [1] -
16:10
handing [2]
- 33:11,
34:7
hands [2] -
33:24,
34:2
handwritte
n [1] - 4:13
hang [1] -
30:23
happy [4] -
33:12,
33:16,
33:17,
38:3
Harassme
nt [1] - 4:6
hard [2] -
27:8,
27:14
Hartenstin
e [7] -
25:6,
25:19,
25:21,
26:7,
32:3,
33:4,
35:20
HARTLINE
[1] - 1:3
Hartline [2]
- 5:13,
10:5
head [3] -
7:23, 8:5
hear [13] -
11:24,
12:14,
12:18,
16:21,

27:12,
28:16,
28:19,
38:25,
39:6,
39:8,
39:15,
42:20
heard [4] -
16:20,
19:25,
39:4,
39:10
heart [1] -
38:2
held [3] -
36:13,
36:17,
40:3
hereby [1] -
44:4
herein [1] -
44:9
hereto [1] -
44:14
Hi [1] - 5:11
high [4] -
9:16,
10:3,
19:2, 31:2
High [3] -
1:10,
1:12, 1:18
Hill [1] - 2:9
hints [1] -
23:2
hit [1] -
25:21
hold [2] -
11:7, 13:4
honesty [1]
- 40:25
house [1] -
36:19
hum [2] -
7:25, 8:5

**I**

impressio
n [2] -
16:1,
17:23
IN [1] - 1:1
indicating)
[3] - 13:18,
16:12,
18:16
individuall
y [3] - 1:7,
1:9, 1:11
individual
s [3] -
15:17,

27:17,
28:12
Informatio
n [1] - 4:8
Initial [2] -
3:15, 3:24
Input [1] -
3:17
interact [1]
- 28:3
interacted
[1] - 20:7
interested
[1] - 44:15
invitation
[1] - 21:10
invited [1] -
24:19
invites [1] -
30:25
involved [3]
- 14:22,
20:18,
25:17
issue [10] -
15:20,
16:3,
16:10,
17:14,
18:10,
19:22,
20:4,
21:4,
29:6,
29:12
issues [3] -
16:6,
26:6,
29:13
itself [2] -
20:1,
29:18

**J**

Jack [6] -
14:24,
15:18,
17:1,
17:12,
17:14,
26:14
Jared [13] -
9:22,
9:24,
15:8,
15:11,
17:4,
17:12,
17:19,
17:24,
18:6,
28:3,
32:1,

35:15,
35:22
Jared's [4] -
31:13,
32:13,
33:5,
34:24
Jefferson
[1] - 1:19
jeopardy
[3] - 19:24,
20:1,
20:11
job [1] -
34:12
Joel [2] -
2:3, 5:9
joined [1] -
10:15
Joint [1] -
3:22
Jones [1] -
1:3
JORDAN
[1] - 1:3
Jordan [26]
- 3:15,
3:20,
3:21,
5:13,
9:11,
9:13,
10:20,
10:21,
15:6,
15:11,
17:4,
17:9,
17:10,
17:14,
17:19,
17:23,
18:7,
26:4,
26:16,
28:3,
28:12,
28:17,
39:1,
41:25,
42:15,
42:20
Jordan's
[1] - 9:20
jump [1] -
7:5
Junior [1] -
9:4
JURY [1] -
1:7

**K**

Katherine

[1] - 13:11
Kauffman
[2] - 13:3,
32:8
keep [2] -
7:20, 36:4
kid [1] -
38:1
kids [1] -
42:8
kind [4] -
15:10,
23:21,
24:8,
34:21
kinda [2] -
9:18,
20:19
knowledg
e [1] -
26:19
known [2] -
35:15,
37:23
knows [1] -
18:22

**L**

L-A-C-K-E-
Y [1] -
41:19
Lackey [3] -
41:18,
41:20,
41:22
larger [1] -
33:9
last [5] -
10:10,
11:4,
18:15,
37:10,
41:20
LAW [1] -
2:2
lawsuit [2] -
6:20,
37:21
lay [1] -
6:22
lead [2] -
14:19,
14:24
learn [1] -
39:5
learned [1]
- 19:4
leave [6] -
23:5,
24:22,
29:7,
30:13,
30:14,

39:8
leaving [1] -
31:2
left [12] -
22:15,
24:17,
28:7,
28:10,
30:1,
30:3,
30:9,
30:15,
31:9,
32:25,
36:5,
40:19
legal [1] -
6:6
Letter [3] -
3:10,
3:18, 3:23
level [2] -
14:11,
15:23
library [1] -
19:2
life [2] - 9:6,
9:8
lifted [1] -
27:25
LILY [4] -
1:15, 5:2,
44:4, 44:5
Lily [3] -
3:3, 8:24,
41:12
line [1] -
26:22
lines [2] -
27:17,
27:23
List [1] - 4:1
list [1] -
26:21
listening
[4] - 25:8,
25:10,
31:12,
32:6
LLC [1] -
2:2
LOCATIO
N [1] -
1:18
lockdown
[7] - 22:14,
22:22,
22:24,
23:3,
27:24,
27:25,
28:1
locked [1] -

22:16
look [3] -
13:19,
13:20,
30:21
looked [1] -
32:1
Lori [4] -
1:23,
44:3,
44:18,
44:19
love [1] -
19:12
main [2] -
15:19,
36:16
majority [3]
- 14:9,
17:8,
34:19
March [14] -
3:10,
3:13,
3:14,
3:18,
3:19, 4:2,
4:9, 4:10,
4:11,
4:12,
4:14,
11:15,
14:4, 22:6
Marla [1] -
3:11
MARSHAL
L [1] - 2:7
Materials
[1] - 4:4
Mazeika [2]
- 9:22,
36:14
mean [6] -
8:3, 17:4,
35:7,
35:11,
38:4, 38:7
meeting
[37] -
11:18,
11:20,
11:22,
11:25,
12:3,
12:5,
16:4,
19:1,
19:5,
19:12,
20:14,
21:6,
21:8,
21:11,
22:5,
22:15,

23:6,
23:11,
23:18,
23:19,
24:8,
24:13,
24:18,
26:17,
28:5,
29:5,
29:6,
29:15,
29:25,
30:6,
30:9,
30:11,
39:4,
41:14,
42:1,
42:6,
42:12
meetings
[1] - 19:7
member [4]
- 11:8,
26:12,
29:4,
33:17
Members
[1] - 4:1
members
[5] - 12:9,
14:12,
14:16,
29:17,
33:19
Memorand
um [1] -
4:2
men [1] -
36:21
mental [1] -
26:6
mentioned
[2] - 14:15,
40:3
messages
[1] - 4:19
middle [3] -
9:15,
10:1, 10:3
might [2] -
8:15,
22:21
minute [1] -
13:25
minutes [1]
- 40:9
missed [1] -
7:17
misunders
tand [1] -
17:20
misunders

tood [1] - 17:16
mom [5] - 12:3, 13:10, 13:11, 13:12, 13:14
moment [4] - 25:22, 25:23, 31:25, 37:4
months [1] - 39:20
morning [1] - 40:8
most [5] - 6:17, 10:20, 27:11, 29:24, 41:2
mother [2] - 16:23, 17:4
mother's [1] - 16:24
MR [7] - 5:6, 7:17, 8:18, 38:24, 41:4, 41:8, 41:10
MS [5] - 7:19, 38:21, 41:1, 41:11, 41:21, 42:23
music [2] - 27:22, 36:11
musical [6] - 10:1, 11:12, 14:20, 20:18, 26:13, 34:14

**N**

name [5] - 8:23, 33:18, 37:10, 41:20
named [3] - 10:17, 17:10, 27:8

nap [1] - 40:24
Narrative [1] - 3:11
need [3] - 6:6, 8:10, 8:13
nervous [1] - 37:3
never [3] - 6:15, 34:13, 34:21
Newsie [1] - 26:11
Newsies [1] - 4:1, 11:10, 14:24, 26:10
next [2] - 25:7, 28:20
night [6] - 19:2, 22:10, 28:4, 28:8, 36:19, 37:18
NO [1] - 1:4
nobody [2] - 22:16
normally [5] - 23:11, 28:9, 37:11, 37:14, 38:2
Notary [2] - 5:4, 44:21
notes [1] - 4:13
Notice [1] - 3:24
notice [3] - 25:18, 26:23, 27:20
noticed [1] - 28:21
November [3] - 1:16, 44:7, 44:23
NUMBER [1] - 3:9
number [1] - 11:19

**O**

o'clock [2] - 40:13,

43:1
O' DONNELL [6] - 7:19, 38:21, 41:1, 41:11, 41:21, 42:23
O'Donnell [7] - 2:8, 3:4, 3:5, 5:10, 5:15, 7:1, 7:18
object [1] - 38:21
objections [1] - 2:18
observe [1] - 28:3
occurred [1] - 11:19
OF [2] - 1:1, 1:7
offended [2] - 32:1, 34:13
offer [1] - 25:11
offhand [1] - 39:18
officer [1] - 44:3
often [2] - 6:24, 25:11
older [1] - 9:21
OLEY [1] - 1:6
Oley [9] - 1:8, 1:10, 1:12, 1:18, 1:19, 5:16, 8:25, 9:5, 10:13
one [8] - 13:7, 13:14, 21:19, 25:22, 26:5, 27:13, 36:12, 41:8
open [1] - 25:12
opinion [1] - 17:6
opinions

[1] - 14:23
opportunity [1] - 6:2
ordinary [1] - 6:23
original [2] - 2:18, 13:14
outside [4] - 9:16, 32:14, 32:16, 33:1
OVSD [1] - 4:18

**P**

p.m [3] - 1:17, 19:2, 43:1
PA [3] - 2:4, 2:9, 44:21
packing [1] - 40:22
PAGE [1] - 3:2
panic [2] - 32:12, 32:15
paper [2] - 33:17, 33:19
papers [2] - 33:12, 33:16
paragraph [1] - 18:16
parent [2] - 13:10, 19:1
parents [5] - 12:2, 12:11, 19:11, 37:7, 37:8
part [11] - 9:18, 10:14, 10:16, 11:4, 17:12, 17:13, 20:18, 21:2, 26:12, 31:20, 34:12
partially [1] - 31:20
participate [2] - 25:9, 25:11
parties [2] -

44:12, 44:14
parts [1] - 31:14
party [4] - 3C:18, 30:21, 33:8
past [1] - 28:22, 34:14
pause [1] - 41:9
PENNSYL VANIA [1] - 1:1
Pennsylvania [3] - 1:19, 1:24, 44:21
people [35] - 6:17, 6:24, 10:17, 10:24, 11:1, 12:5, 12:16, 14:10, 14:20, 14:22, 15:6, 15:7, 15:9, 15:25, 17:11, 17:18, 17:19, 17:21, 17:24, 18:1, 18:2, 18:8, 23:19, 25:16, 27:8, 27:13, 27:22, 31:9, 31:18, 31:21, 31:24, 37:8, 37:11, 39:11, 41:23
performing [1] - 27:18
person [3] - 17:13, 33:21, 38:3

personal [1] - 15:13
Pike [1] - 2:3
pit [1] - 25:5
pizza [2] - 30:23, 31:12
place [1] - 22:6
Plaintiffs [3] - 1:4, 2:5, 5:12
planning [1] - 19:1
plans [1] - 31:2
play [2] - 11:10, 11:11
point [15] - 6:6, 7:7, 8:9, 14:13, 16:9, 16:12, 16:17, 18:15, 20:17, 21:4, 25:18, 32:20, 36:12, 36:25, 39:6
police [1] - 16:18
poorly [1] - 27:18
posing [1] - 39:10
position [1] - 11:7
positivity [1] - 33:21
post [2] - 16:22, 31:2
posted [3] - 16:17, 26:21, 26:22
Posting [1] - 4:4
practice [1] - 21:18
preceded [1] - 23:8
preparation [1] - 26:14
presence [1] - 39:11

PRESENT [1] - 2:13
present [5] - 24:21, 24:23, 24:24, 27:10, 32:4
pretty [2] - 6:23, 9:8
previous [1] - 21:17
Principal [1] - 1:10
problem [2] - 19:19, 20:4
problems [1] - 11:2
proceedings [2] - 6:7, 44:9
produce [1] - 5:24
program [18] - 19:11, 19:18, 19:23, 20:1, 20:3, 20:4, 20:10, 20:20, 21:21, 21:24, 22:3, 29:7, 29:11, 29:18, 30:22, 31:3, 31:18, 31:19
progressed [2] - 9:16, 31:18
Public [2] - 5:4, 44:21
purely [1] - 20:6
purpose [1] - 6:18
put [4] - 15:23, 22:14, 30:25, 35:9

**Q**

questions [5] - 7:1,

7:2, 8:15, 41:10, 42:23

**R**

reaching [1] - 19:10
reaction [1] - 32:11
read [4] - 5:21, 13:9, 13:25, 16:5
reading [1] - 19:14
READY [7] - 5:6, 7:17, 8:18, 38:24, 41:4, 41:8, 41:10
Ready [4] - 2:3, 3:3, 3:4, 5:9
ready [1] - 8:21
realize [1] - 15:22
realized [1] - 16:8
really [5] - 10:9, 11:3, 27:9, 27:13, 34:12
reason [2] - 8:11, 8:14
receive [1] - 13:13
received [2] - 12:2, 12:8
recipients [1] - 13:15
recollection [1] - 42:14
record [3] - 8:12, 8:23, 44:8
recorded [1] - 44:9
reference [1] - 29:13
Referral [3] - 3:12, 3:20, 3:21
regular [1] - 19:8
regularly

[1] - 22:6
rehearsal [10] - 22:7, 22:9, 22:13, 23:5, 26:24, 28:8, 28:13, 37:12, 42:9, 42:12
rehearsals [2] - 28:9, 37:15
rehearse [1] - 27:4
rehearsing [2] - 24:3, 27:9
related [1] - 44:11
relationship [2] - 9:13, 18:3
relative [1] - 44:13
relatively [1] - 10:22
relevant [1] - 6:19
remember [35] - 7:24, 11:20, 13:7, 19:14, 22:9, 23:8, 23:21, 23:23, 23:25, 24:25, 25:13, 26:3, 27:24, 28:1, 29:2, 29:20, 30:2, 30:10, 30:18, 31:13, 31:15, 33:11, 33:20, 34:7, 34:20, 34:25, 35:3, 36:7, 37:10, 37:20, 39:18, 39:22,

40:1,
42:7,
42:18
rephrase
[1] - 7:9
Report [1] -
3:22
Reporter
[4] - 1:23,
5:4, 8:2,
44:21
Reporter-
Notary [1]
- 5:4
REPORTI
NG [1] -
1:22
represent
[3] - 5:12,
38:11,
40:10
representi
ng [2] -
2:5, 2:10
represents
[2] - 5:15,
5:17
Request [1]
- 3:25
Required
[1] - 4:8
respond [2]
- 8:4, 8:6
responded
[1] - 12:4
response
[2] - 20:14,
20:24
responsibl
e [1] - 8:2
rest [3] -
10:23,
24:21,
40:21
review [1] -
6:2
reviewed
[2] - 13:24,
14:2
role [5] -
14:19,
14:24,
15:2,
15:18,
26:10
room [2] -
18:18,
40:23
rooms [1] -
36:11
Rule [1] -
3:22
rules [1] -

6:22

**S**

sat [2] -
23:10,
24:14
saw [3] -
13:23,
14:4, 37:8
scheduled
[1] - 22:6
SCHOOL
[1] - 1:6
school [11]
- 9:15,
9:16,
10:1,
10:3,
12:1,
16:7,
19:2,
28:21,
31:2,
36:25
School [27]
- 1:8,
1:10,
1:12,
1:18,
5:16, 9:1,
9:5,
11:18,
11:20,
11:22,
11:24,
12:2,
12:5,
16:3,
16:9,
19:1,
19:5,
19:7,
23:6,
23:18,
23:19,
24:8,
24:13,
26:17,
28:4,
29:15,
39:3
script [1] -
30:15
sealing [1] -
2:17
season [1] -
34:15
second [5]
- 15:21,
17:15,
18:15,
34:25,
41:8

second-to-
the-last
[1] - 18:15
Section [4]
- 4:3, 4:5,
4:6, 4:7
see [2] -
12:23,
16:13
seem [2] -
20:8, 27:7
Senior [3] -
10:9,
10:16,
33:20
Seniors [2]
- 31:1,
31:4
sent [2] -
13:6,
13:11
sentence
[4] - 16:11,
16:14,
19:14,
19:16
sentiment
al [1] -
33:21
SERVICE
[1] - 1:22
set [6] -
35:24,
37:19,
39:9,
40:7,
40:10,
40:20
shaking [2]
- 7:23,
32:13
shall [1] -
31:21
Shank [9] -
2:14,
5:16,
18:17,
18:18,
18:25,
28:24,
30:12,
30:14,
35:21
SHANK [2]
- 1:7,
41:19
share [2] -
24:12,
24:19
Sharon [2] -
2:8, 5:9
short [1] -
41:9

show [8] -
11:9,
19:12,
19:13,
28:21,
30:17,
37:18,
38:10,
41:6
showed [2]
- 12:25,
13:2
showing [2]
- 20:13,
22:9
shown [1] -
38:14
sic [1] - 7:5
side [1] -
31:10
sides [2] -
14:21,
21:4
sign [1] -
5:21
silence [1] -
31:25
silly [1] -
22:21
Sinking [1]
- 1:24
sister [3] -
9:17,
9:20,
10:15
sitting [1] -
31:11
situation
[4] - 16:13,
16:16,
17:21,
20:19
slide [1] -
13:17
slightly [1] -
30:8
small [1] -
36:10
Snapchat
[2] - 38:12,
38:18
sometime
s [1] - 27:1
somewher
e [1] -
28:10
son [2] -
16:24,
16:25
soon [1] -
31:25
sorry [7] -
8:20,

17:5,
28:2,
29:16,
35:16,
38:6,
39:19
sort [1] -
18:2
sound [1] -
22:21
speaking
[1] - 39:3
specific [1]
- 26:12,
34:16,
34:20,
41:23,
42:5
speculate
[1] - 7:15
speech [7] -
31:5,
31:7,
31:13,
32:13,
33:5,
34:24,
35:22
spelled [2] -
7:22, 8:1
spent [1] -
36:19
split [1] -
21:17
Spring [1] -
1:24
spring [1] -
11:12
STACEY [1]
- 1:11
stage [6] -
24:14,
25:2,
25:4,
25:21,
31:1,
34:11
stand [2] -
24:15,
24:19
start [1] -
7:2
started [2] -
5:19,
9:14,
10:1,
10:2,
10:10,
31:17,
40:10
starting [3]
- 3:19,
4:14, 4:15
starts [1] -

16:13
state [1] -
8:23
statement
[2] - 16:20,
18:14
STATES [1]
- 1:1
stay [7] -
20:19,
21:19,
22:20,
29:8,
29:19,
37:14,
40:18
stayed [2] -
21:5,
36:24
step [1] -
32:16
still [8] -
10:22,
18:6,
21:13
stipulated
[1] - 2:17
STIPULATI
ON [1] -
2:17
stop [4] -
6:7, 33:5,
36:14,
36:15
stopped [1]
- 20:2
Street [1] -
1:19
strike [6] -
36:24,
37:19,
39:9,
40:7,
40:10,
40:20
Student [1]
- 4:3
student [8]
- 8:25,
13:1,
13:6,
16:17,
16:18,
26:5
students
[30] -
11:19,
12:1,
12:20,
14:7,
15:18,
15:21,
16:7,
16:19,

17:7,
19:11,
20:5,
20:8,
20:23,
20:24,
21:7,
22:15,
23:5,
23:21,
24:6,
24:17,
24:25,
25:14,
26:6,
33:7,
39:1,
39:17,
39:22,
39:23,
41:13,
41:15
stuff [10] -
12:17,
16:7,
29:25,
30:13,
31:3,
36:18,
36:22,
36:24,
37:6, 39:3
sufficient
[1] - 22:2
Suite [2] -
2:4, 2:9
Superinte
ndent [2] -
1:8, 18:23
support [6]
- 12:15,
19:13,
29:9,
29:10,
29:17
supporter
[3] - 21:20,
21:23,
22:2
supposed
[1] - 16:5
suspende
d [6] -
20:2,
28:17,
39:1,
39:2,
39:6,
42:21
Suspensio
n [1] - 4:5
sworn [2] -
5:3, 44:6

17:7,
19:11,
20:5,

**T**

Tab [1] -
13:20
tables [1] -
31:11
tabs [1] -
13:18
talks [1] -
33:25
Teacher [1]
- 3:17
teachers
[1] - 25:19
team [1] -
21:19
term [2] -
10:25,
27:25
testified [1]
- 5:4
testimony
[6] - 2:18,
5:22,
6:12,
6:19,
44:5, 44:8
Tracy [1] -
2:14
TRACY [1] -
1:7
tradition [1]
- 33:14
transcribe
d [2] -
2:17, 44:7
transcript
[1] - 5:24
translate
[1] - 8:2
trash [1] -
30:16
treats [1] -
30:25
TRIAL [1] -
1:7
trial [1] -
2:19
trifectas [1]
- 18:7
triplets [1] -
18:6
true [1] -
44:8
truthful [1] -
8:16
try [6] - 7:4,
7:8, 7:23,
7:25, 35:9
trying [2] -
27:8,
27:13
turn [1] -
11:14
two [6] -
10:8,
10:22,
14:22,

5:19,
5:25,
8:14,
18:25
today's [1] -
6:18
together [1]
- 27:5
tomorrow
[1] - 19:2
took [3] -
17:21,
22:5, 37:6
toward [2] -
30:5,
38:20
towards [6]
- 31:21,
32:13,
33:19,
33:22,
35:1, 40:7
testimony
[6] - 2:18,
5:22,
6:12,
6:19,
44:5, 44:8
Text [1] -
4:19
texted [1] -
12:3
THE [4] -
1:1, 1:1,
38:23,
41:2
theatricall
y [1] -
27:21
themselve
s [1] - 18:8
thinking [1]
- 36:4
threat [3] -
35:1,
38:20,
39:10
three [6] -
10:21,
18:6,
26:6,
36:21,
37:7, 37:8
throw [1] -
30:15
throughou
t [1] - 10:3
Thursday
[1] - 1:16
TIME [1] -
1:16
tired [1] -
41:5
today [4] -

Joint Appendix00129

15:19,
17:17,
17:22,
19:20,
28:22

## U

Ulsh [1] -
37:9
um-hum [2]
- 7:25, 8:5
unaware [2]
- 28:23,
39:7
understud
ies [1] -
26:20
understud
y [3] -
26:14,
26:18,
26:22
uneased [2]
- 39:11,
39:13
Unfortunat
ely [1] -
16:13
unfortunat
ely [1] -
16:16
UNITED [1]
- 1:1
Unlawful
[1] - 4:6
unlike [1] -
6:23
up [15] -
19:12,
20:13,
22:9,
23:12,
23:17,
24:15,
24:19,
30:15,
30:25,
31:20,
32:1,
34:11,
36:10,
40:22,
41:13
ups [1] -
41:12
upset [3] -
17:24,
18:1,
19:22

## V

VALLEY [1]

- 1:6
Valley [7] -
1:8, 1:10,
1:12,
1:18,
5:16,
8:25, 9:5
verbal [2] -
7:21, 7:25
verbally [1]
- 8:4
versa [1] -
7:4
vice [1] -
7:4
video [6] -
38:10,
38:11,
38:14,
38:16,
38:18,
38:20
Vincent [1]
- 3:25
VINCENT
[1] - 1:3
Vinny [20] -
5:13,
10:12,
10:21,
18:7,
26:4,
31:19,
32:1,
34:7,
36:7,
36:20,
36:23,
37:1,
37:4,
37:20,
37:23,
37:25,
39:8,
39:25,
40:1,
40:19
Vinny's [4]
- 32:8,
36:19,
36:22
violent [2] -
37:23,
38:2
voice [1] -
25:19
vs [1] - 1:5

## W

Wagner [1]
- 13:11
waive [1] -
2:17

walk [1] -
22:18
walked [1] -
23:10
walking [1]
- 37:2
wanna [1] -
33:9
WARNER
[1] - 2:7
was... [1] -
41:24
weeks [1] -
5:24
who've [1] -
31:9
whole [3] -
9:8, 9:8,
24:3
witness [5]
- 2:18,
5:3,
28:11,
44:5, 44:8
WITNESS
[3] - 3:2,
38:23,
41:2
Witness [3]
- 13:21,
13:24,
14:2
words [5] -
7:21,
16:24,
30:4,
31:1,
31:22
worry [1] -
13:19
write [2] -
33:19,
33:20
Written [1] -
3:24

## Y

year [9] -
9:3, 9:21,
10:9,
10:10,
10:14,
11:5,
11:16,
18:5,
21:16
years [3] -
9:19,
21:17,
35:17
yourself [1]
- 21:20

Joint Appendix00130

```
 1                IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2

 3   JORDAN ECK, HALEY              :
     HARTLINE and VINCENT          :
 4   FERRIZZI,                     :
                     Plaintiffs    :   NO. 5:19-CV-01873-MAK
 5                                 :
          vs.                      :
 6                                 :
                                   :
 7   OLEY VALLEY SCHOOL            :
     DISTRICT; TRACY SHANK,        :
     individually and as          :   JURY TRIAL OF 12
 8   Superintendent of the        :   DEMANDED
     Oley Valley School           :
 9   District; CHRISTOPHER M.      :
     BECKER, individually and      :
10   as Principal of Oley         :
     Valley High School; and      :
11   STACEY LYONS,                 :
     individually and as          :
12   employee of Oley Valley      :
     High School,                  :
13                     Defendants  :

14   ─────────────────────────────────────────────────

15             DEPONENT:  HALEY RICHARD

16

17   DATE AND TIME:  Thursday, November 14, 2019
                     at 1:45 p.m.

18

19   LOCATION:  Oley Valley High School
                17 Jefferson Street
20               Oley, Pennsylvania

21   ─────────────────────────────────────────────────

22

23             BERKS COURT REPORTING SERVICE
                   By: Lori A. Dilks
                  Certified Court Reporter
24                  10 Fox Glen Drive
              Sinking Spring, Pennsylvania 19608
25                    (610) 678-9984
               berkscourtreporting@gmail.com
```

1

Joint Appendix00131

1    APPEARANCES:

2

3        CORNERSTONE LAW FIRM, LLC
         By:  Joel A. Ready, Esquire
         8500 Allentown Pike
4        Suite 3
         Blandon, PA 19510
5
             Representing the Plaintiffs
6

7

8        MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
         By:  Sharon M. O'Donnell, Esquire
         100 Corporate Center Drive
9        Suite 201
         Camp Hill, PA  17011
10
             Representing the Defendants
11

12

13   ALSO PRESENT:

14       Dr. Tracy Shank

15

16   _____

17       STIPULATION:  It has been stipulated by and between
     counsel that they waive the sealing of the transcribed
18   testimony by the witness and the filing of the original
     with the Court, and all objections, except as to form,
19   until the time of trial.

20   _____

21

22

23

24

25

                                                    2

1                    I N D E X

2
     WITNESS                EXAMINED BY              PAGE
3
     Haley Richard          Mr. Ready                 5
4                           Ms. O'Donnell             7
                            Mr. Ready                 8
5                           Ms. O'Donnell            33

6

7
                           EXHIBITS
8

9       NUMBER                 DESCRIPTION

10        1       Letter dated March 20, 2019

11        2       Marla Jones Narrative

12        3       Discipline Referral Form

13        4       E-mail dated March 20, 2019

14        5       E-mail dated March 21, 2019 and April 25,
                  2019
15
          6       Initial Evaluation Form for Jordan Eck
16                dated 2/22/19, with attachments

17        7       Teacher Input Form, with attachments

18        8       Letter dated March 27, 2019, with
                  attachments
19
          9       E-mail chain dated 3/24/19
20
         10       Discipline Referral Form for Jordan Eck
21
         11       Discipline Referral Form for Jordan Eck
22
         12       Joint Report of Rule 26(f) Conference
23
         13       Letter dated May 9, 2019
24
         14       Prior Written Notice for Initial
25                Evaluation and Request for Consent Form
                  for Vincent Ferrizzi

                                                        3

Joint Appendix00133

| 15 | Newsies Cast Members List |
| 16 | Memorandum dated March 21, 2019 |
| 17 | Section 220, Student Expression/Distribution and Posting of Materials |
| 18 | Section 233, Suspension and Expulsion |
| 19 | Section 248, Unlawful Harassment |
| 20 | Section 252, Bullying and Cyber Bullying |
| 21 | May 19, 2019 Required Information |
| 22 | E-mail dated March 19, 2019 |
| 23 | E-mail dated March 20, 2019 |
| 24 | E-mail dated March 20, 2019 |
| 25 | E-mail dated March 21, 2019 with handwritten notes |
| 26 | E-mail chain starting March 25, 2019 |
| 27 | E-mail chain starting April 2, 2019 |
| 28 | E-mail dated April 24, 2019 |
| 29 | E-mail dated April 24, 2019 |
| 30 | OVSD Code of Conduct |
| 31 | Text messages |

4

Joint Appendix00134

PROCEEDINGS

HALEY RICHARD

was called as a witness and, having been first duly sworn
by the Reporter-Notary Public, was examined and testified
as follows:
BY MR. READY:

Q.   Good afternoon.

A.   Good afternoon.

Q.   I know we just met. My name is Joel
Ready. I represent the Plaintiffs in this case who are
bringing a lawsuit, and those are Jordan Eck, Vinny
Ferrizzi and Haley Hartline. Ms. O'Donnell represents
the Defendants, Oley Valley School District, Dr. Shank,
Mr. Becker and Mrs. Lyons.

          Have you ever given testimony in Court
before?

A.   No.

Q.   You've never been in a deposition before?

A.   No.

Q.   Well, you can scratch this off your
bucket list and add it to your LinkedIn. I'm going to
lay a couple ground rules. Lori is our Court Reporter
today, so she's going to take down everything you say.
Okay?

A.   Okay.

5

Q.   So for that reason, this is a going to be
a little bit different than normal conversation would be.
I'll ask you to let me finish statements before you jump
in, and I'll try to respect that, as well.

A.   Okay.

Q.   And then I'll also ask you to verbalize
all of your answers as yes or no rather than uh-huh or a
nod of the head.

A.   Okay.

Q.   I know she'll want us to speak up and
also try to speak slowly, which I struggle with all the
time. If we think you're talking too fast, we'll try to
remind you.

A.   Okay.

Q.   Are you under the influence of any
medication or anything that would affect your ability to
understand what we're doing today?

A.   No.

Q.   If I ask you a question or Ms. O'Donnell
asks you a question that you don't understand, feel free
to let us know and rephrase, but if you answer we'll just
assume you understood it.

A.   Okay.

Q.   If at any point you want to take a break,
that's fine. We'll just ask you to finish the question

6

you're on.

A.   Okay.

Q.   Finally, because Ms. O'Donnell and I do
not represent you -- we represent other parties in this
case -- you're here without an attorney. You understand
that; right?

A.   Yes.

Q.   If at any point we ask you something or
you feel the need to seek legal Counsel, you can stop
this deposition and do so. Okay?

A.   Yep.

Q.   Do you have any questions before we get
started?

A.   No.

          MR. READY: Did I miss anything?

          MS. O'DONNELL: Yes.

          MR. READY: Go ahead. She's done this
longer than I have, so I will defer to wisdom.
BY MS. O'DONNELL:

Q.   After this proceeding is over, it'll be
transcribed into a booklet form. You have a right to
review that booklet to make sure that the testimony that
you give today is the testimony that you gave accurately.
And then if there are any -- anything at all that you see
in the transcript that doesn't reflect what you think you

7

said, you can change it.

A.   Okay.

Q.   Or you can waive that whole thing and you
don't have to read it at all, but it's completely up to
you. Would you just let us know whether you want to read
it or waive it?

A.   Okay. I'll read it.

Q.   Would you give the Court Reporter,
please, would you give Lori your address so that she
knows where to send the transcript?

A.   Yes. 119 Mud Run Road, M-U-D, Oley, PA,
19547.
BY MR. READY:

Q.   Haley, do you know Jordan Eck?

A.   Yes.

Q.   How do you know Jordan?

A.   He's my friend and he's a fellow
student. We graduated the same year together, and I've
known him almost my entire time in Oley Valley.

Q.   You say Oley Valley. Does that go back
before high school?

A.   Yeah. That's elementary, middle school,
high school.

Q.   So you've been in the Oley Valley School
since you started school?

8

1  A.  Yep.
2  Q.  Do you know Haley Hartline?
3  A.  Yes.
4  Q.  How do you know Haley?
5  A.  She is also a friend of mine, and I've
6  known her from school.  She did leave Oley for a set of
7  time, but I knew her before she left and when she came
8  back.
9  Q.  Do you know Vinny Ferrizzi?
10  A.  Yes.
11  Q.  How do you Vinny?
12  A.  He's also my friend, and he graduated
13  with me --
14  (Short pause.)
15  THE WITNESS:  So he's my friend,
16  graduated the same year as me.  He came here his Freshman
17  year, so I've known him throughout high school.
18  BY MR. READY:
19  Q.  Do you know Jared Mazeika?
20  A.  Yes.
21  Q.  How do you know Jared?
22  A.  He was my friend, but after all this
23  started happening I didn't consider him my friend
24  anymore, but I've known him since elementary school on,
25  so....

9

1  Q.  When you say all of this started
2  happening, about when do you feel that your relationship
3  with Jared changed?
4  A.  The last half of Senior year during the
5  spring musical, specifically after an incident that
6  occurred with him and Haley.  He threw a binder right
7  past her head -- it was this close (indicating) -- and
8  that's when I seriously started considering trying to
9  move away from talking to him 'cause that -- it just kind
10  of came out of nowhere.
11  Q.  When you said this close, you held up
12  your hand.  How close?  Could you describe that for the
13  Court Reporter?
14  A.  It was about a few inches away from her
15  head.
16  Q.  Did you witness this?
17  A.  Yes.
18  Q.  Did you speak to anyone about this
19  incident?
20  A.  No.  I was never called down to talk
21  about it.
22  Q.  You didn't approach anyone to talk about
23  it?
24  A.  No.
25  Q.  Where are you now in school?

10

1  A.  I am in Millersville University.  I'm
2  studying music education, and I'm a Freshman.
3  Q.  So you graduated in May or June of this
4  year?
5  A.  June, yes.
6  Q.  Well, congratulations.
7  A.  Thank you.
8  Q.  You said you're doing music.  Are you
9  majoring in anything specific in music?
10  A.  Music education with a focus in vocal
11  voice.
12  Q.  What role were you in the spring musical?
13  A.  I was Katherine's understudy, Hannah, a
14  bowery beauty and a nun.
15  Q.  Bowery beauty and a nun?
16  A.  Yes.
17  Q.  All of that in the same musical?
18  A.  Yeah.
19  Q.  Were you part of the Drama Club, as well?
20  A.  Yes.
21  Q.  Were you part of the fall play?
22  A.  Yes.
23  Q.  Do you know Grace Bertin?
24  A.  Yes.
25  Q.  Who is she?

11

1  A.  She is a fellow student of mine.  She
2  graduated the same year as me, and she was also involved
3  with the Drama Department.
4  Q.  Was she also in the musical?
5  A.  Yes.
6  Q.  So was she also at most of the
7  rehearsals?
8  A.  Yeah.
9  Q.  I want to ask you about March 20th, 2019.
10  I don't necessarily expect you to remember that date off
11  the top of your head.  That day there was a Board meeting
12  in which some students spoke about the Drama Club.
13  A.  Yes.
14  Q.  Do you remember this?
15  A.  Yes.
16  Q.  Did you attend that School Board meeting?
17  A.  I did not.
18  Q.  How did you first hear about it?
19  A.  I was actually told by Jordan, Haley and
20  Vinny that they were going to go to this Board meeting to
21  talk about some concerns with Stacy Lyons and about the
22  way she was running things and treating people.
23  I did not attend, but I did send a letter
24  and Mrs. Eck, Jordan's mom, did read it to the School
25  Board.

12

1  Q.  What was in your letter?

2  A.  I was also just voicing concerns because

3  I know Stacy Lyons has -- she definitely plays favorites,

4  that's one thing, and it's very obvious to people.

5  And Jordan -- Jordan did get a part and

6  he was fine with the part; that's not what the issue was.

7  He was more concerned because she was treating people

8  differently and --

9  Q.  Let me stop you there for a second. Who

10  was she treating differently?

11  A.  I could tell she was treating -- I know

12  she treated me differently, personally. She just treated

13  students who -- I don't want to say she disrespected them

14  'cause she didn't necessarily disrespect them but -- I'll

15  put it this way. If she hears something about you or she

16  doesn't like something that you did or said, she will

17  start treating you differently. And whether she's nice

18  to your face, she may not be nice back -- like to other

19  people when she's talking about you.

20  Q.  When did she start treating you

21  differently, in your estimation?

22  A.  My Junior year during our musical I --

23  there was a rumor spread about me and it had gotten back

24  to her, and the rumor was that I called someone too fat

25  for a role, which was very far off because she was my

13

1  best friend, and I don't call anyone fat. But I

2  personally feel like that was why I didn't get a chance

3  in the musical. And then it also --

4  Q.  I'm sorry to interrupt.

5  A.  That's okay.

6  Q.  What do you mean, didn't get a chance in

7  the musical?

8  A.  I had gotten a call back for a lead, but

9  I heard that the rumor was said to her at call-backs or

10  somewhere around that time, and when the cast list came

11  out I was --

12  (Short pause.)

13  MR. READY: I'm sorry, I forgot what you

14  were saying.

15  MS. O'DONNELL: She felt that Mrs. Lyons

16  didn't give her a chance.

17  THE WITNESS: The rumor was told during

18  call-backs. And after the cast list came out, I did not

19  receive an understudy role for the lead that I was trying

20  out for or the lead part, and I was just casted in the

21  ensemble.

22  And something similar to that happened my

23  Senior year. I did receive the understudy part, but I

24  could tell something was off.

25  BY MR. READY:

14

1  Q.  Did you notice this -- you said she

2  played favorites. I assume you're not talking about just

3  with you. Did you observe this with others?

4  A.  Yes. Jared Mazeika was definitely one

5  of her favorites, I guess you could say, and most of the

6  underclassmen were also closer to her.

7  Q.  How could you tell that Jared was one of

8  her favorites?

9  A.  He would always be receiving roles,

10  always talking to her, and his mom also helped her with

11  everything.

12  And it wasn't as noticeable like when we

13  first started the program our Freshman year, but as it

14  went on you could just tell she always favored him more

15  than others because he was always getting the roles he

16  wanted. He was always there extra. She always asked him

17  to help with stuff. It just was obvious to many people.

18  Q.  When auditions for Newsies were held, do

19  you remember the competition for the role of Jack?

20  A.  I do.

21  Q.  Who tried out to be Jack?

22  A.  Jared and Jordan.

23  Q.  Did anybody else try out?

24  A.  No.

25  Q.  Was it well known that this was a

15

1  competition between the two of them?

2  A.  Yeah. I mean, the cast had figured that

3  those two would go out for the role because they normally

4  go out for the same parts.

5  Q.  So they had been competing against each

6  other for a while for parts?

7  A.  Yeah.

8  Q.  Was there a conflict between Jared and

9  Jordan after that role was selected?

10  A.  There didn't seem to be any. They both

11  seemed to be fine with the roles that they received.

12  And, specifically, Jordan never had gone up to Jared and

13  said anything about not being able to get the role over

14  him, and he didn't seem terribly upset by it. He was

15  content with having the role he got.

16  Q.  Did Jared confide in you as a friend,

17  generally?

18  A.  Sometimes, yes. Certain things he, I

19  guess, wouldn't tell me, I guess, if it was about like my

20  other friends, like perhaps Jordan, Haley, Vinny.

21  But yeah, he definitely was a closer

22  friend at one point and definitely told me things.

23  Q.  You mentioned this binder incident that

24  you felt changed the nature of your relationship.

25  A.  Yes.

16

Joint Appendix00137

1    Q.   Roughly when did that occur?

2    A.   I cannot remember exactly. I cannot

3 recall.

4    Q.   Was it in the Spring of this year?

5    A.   Yes.

6    Q.   The night of the School Board meeting on

7 March 20th, I understand there was a rehearsal going on

8 at the same time.

9    A.   Yes.

10    Q.   Were you at that rehearsal?

11    A.   I was.

12    Q.   Do you remember what happened when you

13 arrived?

14    A.   The whole cast got there except for

15 Jordan, Haley, Vinny because they were already at the

16 School Board meeting.

17       And then Stacy Lyons had mentioned that

18 we will be going under a lockdown while the School Board

19 meeting was going on. I was kind of confused why, but

20 she said that they have been asked to go under lockdown

21 while the School Board meeting was happening.

22    Q.   Did she say who asked or why?

23    A.   No.

24    Q.   What does lockdown mean to you?

25    A.   All the doors were locked shut. We were

17

1 not allowed to go out in the hallways. And if we had to

2 use the restroom that night, we had to ask Ms.

3 Hartenstine and she would open the door and go out and

4 wait in the hallway with us until we finished, and then

5 she would take us back in and close the door again.

6    Q.   You had a fairly normal rehearsal, I

7 guess, other than people being absent or no?

8    A.   Yeah, it was a fairly normal rehearsal.

9 We were going over scenes and doing the normal -- a large

10 group of students did go to the School Board meeting,

11 though.

12       Stacy had asked -- announced that if

13 anyone would like to go and support the Drama Department

14 that they were free to go. As soon as those students

15 left, that's when the lockdown actually began.

16       And so they were there for the School

17 Board meeting and were allowed to speak. And when they

18 came back the rehearsal stopped and Stacy had said that

19 -- for everyone to go up on stage and for the students

20 who did go, if they wanted to say what they saw, heard,

21 felt, they were allowed to speak freely.

22    Q.   Was Ms. Hartenstine present for this?

23    A.   Yes.

24    Q.   Did Mrs. Lyons and Ms. Hartenstine stand

25 on stage with you?

18

1    A.   They were right below the stage, but

2 they were watching people get up and talk.

3    Q.   Did they hear what was said?

4    A.   Yes.

5    Q.   Did they comment on anything that was

6 said?

7    A.   I don't recall them commenting. The

8 students were allowed to speak freely and say what they

9 wanted to.

10    Q.   Did they voice approval or disapproval of

11 anything that was said?

12    A.   I don't recall them saying much of

13 anything that night.

14    Q.   Do you remember any comments about Haley,

15 Jordan and Vinny being made by any other students?

16    A.   I do not believe names were actually

17 used, but you could tell students were very disappointed

18 and upset that the three of them would go and do this

19 'cause they felt -- I know most students -- because of

20 what I heard and what I saw on social media -- most

21 students believed that they did this because they didn't

22 get the roles they wanted.

23       So that's what they believed, for the

24 most part.

25       (Short pause.)

19

1       And they were clearly just upset by the

2 fact that they went to the School Board meeting and tried

3 to voice concerns.

4    Q.   Do you know why people thought that they

5 were upset with their roles?

6    A.   Specifically, people pointed fingers at

7 Jordan because he did not receive the lead, Jack, in the

8 show.

9    Q.   Do you know why people believed that that

10 was the reason they were speaking out?

11    A.   I feel like it was just because Jordan

12 specifically like had started voicing his concerns before

13 the other two joined in, and so I feel like people were

14 just picking on him. I -- yeah.

15    Q.   Did you witness, after rehearsal, any

16 interaction between Jordan and Mrs. Lyons or any other

17 teacher?

18    A.   Yes. He had come into the auditorium

19 like after rehearsal was over and the School Board

20 meeting was completely finished, and I saw him talking to

21 Mrs. Lyons and Ms. Hartenstine. I don't know what they

22 were talking about, but Jared Mazeika was also standing

23 there. And I had seen Jordan and Jared hug, and I didn't

24 know what it meant at the time, but then I left

25 rehearsal.

20

Joint Appendix00138

1    Q.    Did Jordan speak to the rehearsal -- to
2    the students in rehearsal?
3    A.    No.
4    Q.    You don't remember any conversation that
5    he had with everyone?
6    A.    No.
7    Q.    What about Jared?
8    A.    I don't believe Jared did either.  He
9    did not attend the School Board meeting.  He stayed at
10   rehearsal.
11   Q.    The following day did you hear anything
12   about Jordan being suspended?
13   A.    No.
14   Q.    Did you attend -- there was a -- Dr.
15   Shank called everyone down to the auditorium for a Drama
16   Club meeting.  Do you recall that?
17   A.    Yes.
18   Q.    Did you attend that?
19   A.    I did.
20   Q.    Do you remember what was said at that
21   meeting?
22   A.    Dr. Shank had said that we're just going
23   to continue on with the production and that Stacy is
24   going to stay, and that if anyone feels like they don't
25   want to continue on with Mrs. Lyons' direction that they

21

1    can leave the show.
2    Q.    Do you remember anything else that was
3    said at that meeting?
4    A.    I know Haley did get up and leave.  She
5    quit the show.
6    Q.    How do you know she quit the show?
7    A.    She had gotten up and Dr. Shank
8    addressed her and said, are you going to leave, and she
9    said, yes, I quit, and she walked out and threw her
10   binder in the trash.
11   Q.    After the show was over I understand
12   there was a -- I'm sorry, let me back up.  Did you hear
13   that Haley was suspended later?
14   A.    I did not know she was suspended until
15   she told me.
16   Q.    Okay.  There was a cast and crew after-
17   party.
18   A.    Yes.
19   Q.    Tell me about what happened that night.
20   A.    We gave Senior speeches.  All the
21   Seniors lined up along the edge of the stage, and we just
22   went down the line and said where we're going, you know,
23   what we're going to do and then like whatever else we
24   wanted to.
25          Jared made very negative comments that

22

1    night during his Senior speech, saying that you shouldn't
2    let toxic people ruin your life and cut out toxic people.
3          And I'm sure the entire cast, including
4    myself, knew exactly who he was talking about, Jordan,
5    Haley, Vinny.  And he also -- Vinny had gotten up during
6    Jared's Senior speech because he wanted to go check his
7    phone because it was getting quite late at night, and he
8    wanted to see if his mom texted him, and Jared got upset
9    by that.  I'm not sure why.
10         And then as soon as Vinny came and sat
11   back down Jared said, bitches be bitches, and continued
12   on with his speech.  And Stacy and Ms. Hartenstine did
13   not say a word about it, never addressed him afterwards.
14   They just let him say what he wanted to, and we went on
15   with the night.
16   Q.    Could you tell if they were listening at
17   that point?
18   A.    They definitely were.  They were right
19   behind all the Seniors lined up on stage, sorting bags
20   and whatnot.
21   Q.    Do you know Cassidy Kauffman?
22   A.    Yes.
23   Q.    And what was her reaction to all of this?
24   A.    She had started crying.  She was clearly
25   upset by the fact that Jared was saying things like that.

23

1    And eventually she had gone out in the hallway with Lily
2    Glick, and she was just trying to calm down and try not
3    to be super noticeable that she was upset because she was
4    just trying to like have a good night and not like start
5    any more drama.
6          But she did go out in the hallway
7    eventually, and she did come back in and she seemed
8    calmed down, but she was upset.
9    Q.    Did Mrs. Lyons go out with her outside?
10   A.    No.
11   Q.    Did you see Mrs. Lyons speak to her
12   before she left?
13   A.    No.
14   Q.    Would you say that she didn't or you just
15   didn't see, one way or another?
16   A.    I didn't see her talk to her before she
17   left.  I did see Cassidy sitting at the tables that were
18   on the ground in the auditorium.  And then I'm almost
19   positive I recall her getting up and just walking out
20   with Lily into the hallway because she was upset.
21   Q.    Was Grace Bertin present that night?
22   A.    Yes.
23   Q.    The final play was held on April 13th of
24   this year.  Does that sound right?
25   A.    Yes.

24

Joint Appendix00139

**Page 25**

1  Q.   So this would have been April 14th when
2  this was happening, the early morning of April 14th?
3  A.   Yeah.
4  Q.   At any point did Mrs. Lyons make
5  statements to Vinny?
6  A.   Yes. We receive a bag of like goodies
7  that our parents gave us and a paper, and most of the
8  time Mrs. Lyons will call the people up on stage and
9  she'll say nice things about them.
10  When it got to Vinny's bag and paper, she
11  had said that she was glad that he finished out the show
12  and that he stuck it through, but she said that she will
13  never forgive him for the things he said about her, and
14  she just kind of handed him his bag and let him walk off.
15  Q.   Did Mrs. Lyons say anything negative to
16  any other student that night in public?
17  A.   No. She did say -- it wasn't very
18  negative what she said to me, but I could tell it was
19  because I was a part of this. She did say, now promise
20  me that you'll be willing to opinion and suggestion in
21  the future, and I was --
22  Q.   Willing to opinion -- you mean like to
23  give your opinion?
24  A.   Yeah. I guess to like receive opinions,
25  receive suggestions. I was kind of confused why.

**Page 26**

1  Q.   What did you understand her to be saying?
2  A.   I think she was just trying to say like
3  -- I felt like she was trying to say maybe don't always
4  follow the people who you think are right or like who are
5  just your friends. I was kind of confused why she had
6  said that to me. And everything else she said to me was
7  positive.
8  Q.   I want to go back to the School Board
9  meeting. You sent a note rather than going yourself.
10  A.   Yes.
11  Q.   Why was that? I don't know that we ever
12  got to that.
13  A.   I was concerned that she would start
14  treating me much more differently like she started
15  treating Vinny, Haley, Jordan after they went, and I knew
16  she would add me into that.
17  Q.   So back to that night with the after-
18  party. The Seniors, when they deliver their speeches,
19  this is on stage?
20  A.   Yes.
21  Q.   And the happy papers and the other stuff,
22  that was on stage, as well?
23  A.   Yes.
24  Q.   And everybody else was listening?
25  A.   Yep.

**Page 27**

1  Q.   Were all the students listening at that
2  point, or did some kind of break off and do their own
3  thing?
4  A.   No. Everyone was, for the most part,
5  paying attention. As I could tell, everyone was paying
6  attention, watching, listening.
7  Q.   Did anyone, Ms. Hartenstine, Mrs. Lyons,
8  Mr. Becker, Dr. Shank, any other teacher speak to you
9  about the speeches that night or about what you heard?
10  A.   No.
11  Q.   Do you remember anything about what was
12  put in the program by any of the Seniors?
13  A.   Yes. Jared had also put a small
14  paragraph about toxic people and not letting them ruin
15  your life and not letting them walk all over you and make
16  things bad for you.
17  Q.   Did you have any discussions with any
18  other students about that or what it meant?
19  A.   I had just shown it to -- actually,
20  Vinny was the one who showed me that. He put it in the
21  program, and Vinny was very upset by the fact that that
22  was in there and that Mrs. Lyons did not tell him that he
23  can't do that 'cause she is the one who also looks over
24  the program and makes sure it's correct and that all the
25  ads are in there. And he was upset, and as soon as he

**Page 28**

1  showed me I was also upset by that.
2  Q.   Why were you upset?
3  A.   I was upset because I didn't understand
4  why she would just let him put such negative things in a
5  program that's going to go out to everyone who sees the
6  show. I was just confused and upset by that.
7  Q.   Have you ever known Jordan Eck to be
8  violent?
9  A.   No.
10  Q.   Have you ever known Haley Hartline to be
11  violent?
12  A.   No.
13  Q.   Have you ever known Vinny Ferrizzi to be
14  violent?
15  A.   No.
16  Q.   It's not the next day, but you all went
17  home after the after-party and slept and came back for
18  set strike. Is that right?
19  A.   Yes.
20  Q.   You were present that day?
21  A.   Yes.
22  Q.   Do you remember what time you arrived?
23  A.   I believe that that began around 12.
24  I'm -- I believe so.
25  Q.   Do you remember if you arrived on time

1  whenever it began?

2     A.   Yes.  I was always on time or a little

3  early for rehearsals, practices, whatever it was.

4     Q.   Do you remember if Vinny was there?

5     A.   Vinny was there at first.

6     Q.   What time did he arrive, do you recall?

7     A.   He was also like right on time, as well.

8     Q.   How long did he say?

9     A.   We were both there on time, and then she

10  had started having people go do certain tasks and, you

11  know, cleaning up and whatnot and so I went out and

12  started putting away costumes.

13          And I did not see Vinny for awhile

14  because I was putting stuff away.  But I had been just

15  walking around then 'cause I was mostly done with what I

16  was doing, and I noticed he wasn't there anymore.  And no

17  one -- like no one knew where he was.

18          I later found out that he was escorted

19  out by some parents that were helping take down the large

20  set that we had.  They had escorted him out.

21     Q.   Who told you that?

22     A.   Vinny.

23     Q.   And did anybody else talk about this at

24  all?

25     A.   No.

                                                          29

1     Q.   And how late did -- you may not remember

2  times, but how late did it go?  How long were you there,

3  is what I'm really asking?

4     A.   It was a couple of hours.  It wasn't too

5  long, but it was a couple of hours just to make sure

6  everything was put away and cleaned up.

7     Q.   Did you observe Vinny do anything unusual

8  during clean-up?

9     A.   No.

10     Q.   Did you see him cause any disruptions or

11  anything?

12     A.   No.

13     Q.   I want to go back to that meeting that

14  happened in the auditorium on March 21st after the School

15  Board meeting.  You mentioned Haley getting up at the

16  end.

17     A.   Yes.

18     Q.   Did you notice her disrupting the meeting

19  before that time?

20     A.   No.  She was sitting in the front paying

21  attention and listening.

22     Q.   You've known Jared for awhile?

23     A.   Yes.

24     Q.   I think you said you went to elementary

25  school with him?

                                                          30

1     A.   Yes.

2     Q.   So over the years you've probably eaten

3  in the cafeteria with him and so forth?

4     A.   Yes.

5     Q.   Are you aware of any of his food

6  allergies?

7     A.   Yes.  He is allergic to apples, I

8  believe.  That's about the only one that I know because

9  people would -- like our friends would tease him about

10  it.  They would never do anything to him to like harm

11  him, but they would just tease him about it.

12     Q.   How would they tease him?

13     A.   They'd just be like, oh, I'm going to

14  give you an apple or something and like little, silly

15  stuff, but they would never actually do it and harm him.

16     Q.   Did he ever express to you concern about

17  that?

18     A.   No.

19     Q.   Do you know how allergic he is to this?

20     A.   I'm not sure.

21     Q.   I'm going show you a video.  I'm almost

22  done.

23          (Video was shown.)

24     Q.   Have you ever seen this video before?

25     A.   Yes.

                                                          31

1     Q.   Where did you see it?

2     A.   Haley and Jordan showed me.

3     Q.   Did they tell you what the video was

4  about?

5     A.   They were just -- Haley was over at

6  Jordan's house, and he was just making funny puns because

7  they're a couple, so he was just making puns about like

8  loving her and whatnot.  They said it was literally

9  nothing more than that.

10     Q.   Okay.

11     A.   Yeah.

12     Q.   You heard, perhaps, later that this was a

13  threat.  Is that right?

14     A.   Yes.

15     Q.   Who told you that?

16     A.   They had told me that Jared felt that it

17  was a threat.

18     Q.   Did you hear that from Jared or anyone

19  else?

20     A.   No.

21     Q.   Do you believe that this video was a

22  threat towards Jared?

23     A.   Absolutely not.

24     Q.   Why are you so confident?

25     A.   Because I know them.  I know Haley and

                                                          32

1  Jordan, and I know they're in like a pretty serious,
2  like, loving relationship. And they make jokes
3  constantly and not about him but just like to each other,
4  and they just like to be funny and silly because that's
5  just the kind of people they are.
6       Q.   Do they like puns?
7       A.   Yes.
8       Q.   You understand you're under oath here
9  today?
10      A.   Yes.
11      Q.   That it's very serious that you tell the
12 truth?
13      A.   Yes.
14      Q.   Do you stand by everything you've said?
15      A.   Yes.
16           MR. READY: Okay. I have nothing
17 further.
18 BY MS. O'DONNELL:
19      Q.   I just have a couple of follow-ups.
20 Other than yourself sending a letter to the Board and
21 Jordan, do you know anyone else who spoke to the Board
22 during that meeting?
23      A.   I do believe that Haley and Vinny also
24 spoke at the School Board meeting.
25      Q.   So Haley, Jordan, Vinny and yourself. Do

                                              33

1  you know if anyone else did?
2       A.   Mrs. Eck read my letter for me.
3       Q.   Anyone else that you can recall?
4       A.   I do not recall.
5       Q.   Do you know if anyone got suspended or
6  otherwise disciplined or punished for speaking out?
7       A.   I do know Jordan was removed from the
8  show, but I did not find that out until later when he had
9  told me.
10      Q.   Was it because he spoke out at the Board
11 meeting?
12      A.   Yes.
13      Q.   How do you know that?
14      A.   He had told me that that was mostly the
15 reason, and that people -- that Mrs. Lyons was feeling
16 that he was threatening the show and the program.
17      Q.   Did you hear that from anyone other than
18 Jordan?
19      A.   No.
20      Q.   So all your information came from Jordan
21 himself?
22      A.   Yes.
23           MS. O'DONNELL: All right. That's all
24 the questions I have. Thank you.
25           THE WITNESS: Yeah.

                                              34

1            MR. READY: All right. Thank you.
2            THE WITNESS: Thank you.
3            (Whereupon, the deposition concluded at
4  2:20 o'clock p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                              35

1                    CERTIFICATE
2
3            I, Lori A. Dilks, the officer before whom
4  the deposition of HALEY RICHARD was taken, do hereby
5  certify that HALEY RICHARD, the witness whose testimony
6  appears in the foregoing deposition, was duly sworn by me
7  on November 14, 2019, and that the transcribed deposition
8  of said witness is a true record of the testimony given
9  by her; that the proceedings are herein recorded fully
10 and accurately to the best of my ability; that I am
11 neither attorney nor counsel for, nor related to any of
12 the parties to the action in which this deposition was
13 taken; and, further, that I am not a relative of any
14 attorney or counsel employed by the parties hereto or
15 financially interested in this action.
16
17
18           _____Lori Dilks_____
19           Lori A. Dilks
20
21                    PA Court Reporter
          Notary Public in and for the Commonwealth of Pennsylvania
22
23                 My Commission expires
                   November 29, 2023
24
25

                                              36

Joint Appendix00142

| 1 |
|---|
| **1** [1] - 3:10 |
| **10** [2] - 1:24, 3:20 |
| **100** [1] - 2:8 |
| **11** [1] - 3:21 |
| **119** [1] - 8:11 |
| **12** [3] - 1:7, 3:22, 28:23 |
| **13** [1] - 3:23 |
| **13th** [1] - 24:23 |
| **14** [3] - 1:16, 3:24, 36:7 |
| **14th** [2] - 25:1, 25:2 |
| **15** [1] - 4:1 |
| **16** [1] - 4:2 |
| **17** [2] - 1:19, 4:3 |
| **17011** [1] - 2:9 |
| **18** [1] - 4:5 |
| **19** [3] - 4:6, 4:8, 4:9 |
| **19510** [1] - 2:4 |
| **19547** [1] - 8:12 |
| **19608** [1] - 1:24 |
| **1:45** [1] - 1:17 |

| 2 |
|---|
| **2** [2] - 3:11, 4:15 |
| **2/22/19** [1] - 3:16 |
| **20** [5] - 3:10, 3:13, 4:7, 4:10, 4:11 |
| **201** [1] - 2:9 |
| **2019** [19] - 1:16, 3:10, 3:13, 3:14, 3:14, 3:18, 3:23, 4:2, 4:8, 4:9, 4:10, 4:11, 4:12, 4:14, 4:15, 4:16, |

| |
|---|
| 4:17, 12:9, 36:7 |
| **2023** [1] - 36:23 |
| **20th** [2] - 12:9, 17:7 |
| **21** [4] - 3:14, 4:8, 4:2, 4:12 |
| **21st** [1] - 30:14 |
| **22** [1] - 4:9 |
| **220** [1] - 4:3 |
| **23** [1] - 4:10 |
| **233** [1] - 4:5 |
| **24** [3] - 4:11, 4:16, 4:17 |
| **248** [1] - 4:6 |
| **25** [3] - 3:14, 4:12, 4:14 |
| **252** [1] - 4:7 |
| **26** [1] - 4:14 |
| **26(f** [1] - 3:22 |
| **27** [2] - 3:18, 4:15 |
| **28** [1] - 4:16 |
| **29** [2] - 4:17, 36:23 |
| **2:20** [1] - 35:4 |

| 3 |
|---|
| **3** [2] - 2:4, 3:12 |
| **3/24/19** [1] - 3:19 |
| **30** [1] - 4:18 |
| **31** [1] - 4:19 |
| **33** [1] - 3:5 |

| 4 |
|---|
| **4** [1] - 3:13 |

| 5 |
|---|
| **5** [2] - 3:3, 3:14 |
| **5:19-CV-01873-MAK** [1] - 1:4 |

| 6 |
|---|
| **6** [1] - 3:15 |
| **610** [1] - 1:25 |
| **678-9984** [1] - 1:25 |

| 7 |
|---|
| **7** [2] - 3:4, 3:17 |

| 8 |
|---|
| **8** [2] - 3:4, 3:18 |
| **8500** [1] - 2:3 |

| 9 |
|---|
| **9** [2] - 3:19, 3:23 |

| A |
|---|
| **ability** [2] - 6:16, 36:10 |
| **able** [1] - 16:13 |
| **absent** [1] - 18:7 |
| **absolutely** [1] - 32:23 |
| **accurately** [2] - 7:23, 36:10 |
| **action** [2] - 36:12, 36:15 |
| **add** [2] - 5:21, 26:16 |
| **address** [1] - 8:9 |
| **addressed** [2] - 22:8, 23:13 |
| **ads** [1] - 27:25 |
| **affect** [1] - 6:16 |
| **after-party** [1] - 28:17 |
| **afternoon** [2] - 5:7, 5:8 |
| **afterwards** [1] - 23:13 |
| **ahead** [1] - 7:17 |
| **Allentown** [1] - 2:3 |
| **allergic** [2] - 31:7, 31:19 |
| **allergies** [1] - 31:6 |
| **allowed** [4] - 18:1, 18:17, |

| |
|---|
| 18:21, 19:8 |
| **almost** [3] - 8:19, 24:18, 31:21 |
| **ALSO** [1] - 2:13 |
| **AND** [1] - 1:16 |
| **announced** [1] - 18:12 |
| **answer** [1] - 6:21 |
| **answers** [1] - 6:7 |
| **APPEARANCES** [1] - 2:1 |
| **apple** [1] - 31:14 |
| **apples** [1] - 31:7 |
| **approach** [1] - 10:22 |
| **approval** [1] - 19:10 |
| **April** [7] - 3:14, 4:15, 4:16, 4:17, 24:23, 25:1, 25:2 |
| **arrive** [1] - 29:6 |
| **arrived** [3] - 17:13, 28:22, 28:25 |
| **assume** [2] - 6:22, 15:2 |
| **attachments** [3] - 3:16, 3:17, 3:18 |
| **attend** [5] - 12:16, 12:23, 21:9, 21:14, 21:18 |
| **attention** [3] - 27:5, 27:6, 30:21 |
| **attorney** [3] - 7:5, 36:11, 36:14 |
| **auditions** |

| |
|---|
| [1] - 15:18 |
| **auditorium** [4] - 20:18, 21:15, 24:18, 30:14 |
| **aware** [1] - 31:5 |
| **awhile** [2] - 29:13, 30:22 |

| B |
|---|
| **backs** [2] - 14:9, 14:18 |
| **bad** [1] - 27:16 |
| **bag** [3] - 25:6, 25:10, 25:14 |
| **bags** [1] - 23:19 |
| **beauty** [2] - 11:14, 11:15 |
| **Becker** [2] - 5:14, 27:8 |
| **BECKER** [1] - 1:9 |
| **began** [3] - 18:15, 28:23, 29:1 |
| **behind** [1] - 23:19 |
| **below** [1] - 19:1 |
| **BERKS** [1] - 1:22 |
| **berkscourtreporting@gmail.com** [1] - 1:25 |
| **Bertin** [2] - 11:23, 24:21 |
| **best** [2] - 14:1, 36:10 |
| **between** [4] - 2:17, 16:1, 16:8, 20:16 |
| **binder** [3] - 10:6, 16:23, 22:10 |
| **bit** [1] - 6:2 |

| |
|---|
| **bitches** [2] - 23:11 |
| **Blandon** [1] - 2:4 |
| **Board** [19] - 12:11, 12:16, 12:20, 12:25, 17:6, 17:16, 17:18, 17:21, 18:10, 18:17, 20:2, 20:19, 21:9, 26:8, 30:15, 33:20, 33:21, 33:24, 34:10 |
| **booklet** [2] - 7:21, 7:22 |
| **bowery** [1] - 11:14 |
| **Bowery** [1] - 11:15 |
| **break** [2] - 6:24, 27:2 |
| **bringing** [1] - 5:11 |
| **bucket** [1] - 5:21 |
| **Bullying** [1] - 4:7 |
| **BY** [7] - 3:2, 5:6, 7:19, 8:13, 9:18, 14:25, 33:18 |

| C |
|---|
| **cafeteria** [1] - 31:3 |
| **call-backs** [2] - 14:9, 14:18 |
| **calm** [1] - 24:2 |
| **calmed** [1] - 24:8 |
| **Camp** [1] - 2:9 |
| **cannot** [2] - 17:2 |
| **case** [2] - 5:10, 7:5 |
| **Cassidy** [2] |

| |
|---|
| - 23:21, 24:17 |
| **cast** [8] - 14:10, 14:18, 16:2, 17:14, 22:16, 23:3 |
| **Cast** [1] - 4:1 |
| **casted** [1] - 14:20 |
| **Center** [1] - 2:8 |
| **certain** [2] - 16:18, 29:10 |
| **CERTIFICATE** [1] - 36:1 |
| **Certified** [1] - 1:23 |
| **certify** [1] - 36:5 |
| **chain** [3] - 3:19, 4:14, 4:15 |
| **chance** [3] - 14:2, 14:6, 14:16 |
| **change** [1] - 8:1 |
| **changed** [2] - 10:3, 16:24 |
| **check** [1] - 23:6 |
| **CHRISTOPHER** [1] - 1:9 |
| **clean** [1] - 30:8 |
| **clean-up** [1] - 30:8 |
| **cleaned** [1] - 30:6 |
| **cleaning** [1] - 29:11 |
| **clearly** [2] - 20:1, 23:24 |
| **close** [4] - 10:7, 10:11, 10:12, 18:5 |
| **closer** [2] - 15:6, 16:21 |
| **Club** [3] - 11:19, |

| |
|---|
| **12:12, 21:16** |
| **Code** [1] - 4:18 |
| **COLEMAN** [1] - 2:7 |
| **comment** [1] - 19:5 |
| **commenting** [1] - 19:7 |
| **comments** [2] - 19:14, 22:25 |
| **Commission** [1] - 36:23 |
| **Commonwealth** [1] - 36:21 |
| **competing** [1] - 16:5 |
| **competition** [2] - 15:19, 16:1 |
| **completely** [2] - 8:4, 20:20 |
| **concern** [1] - 31:16 |
| **concerned** [2] - 13:7, 26:13 |
| **concerns** [4] - 12:21, 13:2, 20:3, 20:12 |
| **concluded** [1] - 35:3 |
| **Conduct** [1] - 4:18 |
| **Conference** [1] - 3:22 |
| **confide** [1] - 16:16 |
| **confident** [1] - 32:24 |
| **conflict** [1] - 16:8 |
| **confused** [4] - 17:19, 25:25, 26:5, 28:6 |
| **congratulations** [1] - 11:6 |
| **Consent** [1] - 3:25 |
| **consider** [1] - 9:23 |
| **considerin** |

| |
|---|
| **g** [1] - 10:8 |
| **constantly** [1] - 33:3 |
| **content** [1] - 16:15 |
| **continue** [2] - 21:23, 21:25 |
| **continued** [1] - 23:11 |
| **conversation** [2] - 6:2, 21:4 |
| **CORNERSTONE** [1] - 2:2 |
| **Corporate** [1] - 2:8 |
| **correct** [1] - 27:24 |
| **costumes** [1] - 29:12 |
| **Counsel** [1] - 7:9 |
| **counsel** [3] - 2:17, 36:11, 36:14 |
| **couple** [5] - 5:22, 30:4, 30:5, 32:7, 33:19 |
| **Court** [7] - 1:23, 2:18, 5:15, 5:22, 8:8, 10:13, 36:21 |
| **COURT** [2] - 1:1, 1:22 |
| **crew** [1] - 22:16 |
| **crying** [1] - 23:24 |
| **cut** [1] - 23:2 |
| **Cyber** [1] - 4:7 |

| D |
|---|
| **DATE** [1] - 1:16 |
| **date** [1] - 12:10 |
| **dated** [14] - 3:10, 3:13, 3:14, 3:16, 3:18, |

3:19,
3:23, 4:2,
4:9, 4:10,
4:11,
4:12,
4:16, 4:17
Defendant
s [2] -
2:10, 5:13
defendant
s [1] - 1:13
defer [1] -
7:18
definitely
[5] - 13:3,
15:4,
16:21,
16:22,
23:18
deliver [1] -
26:18
DEMANDE
D [1] - 1:8
DENNEHE
Y [2] - 2:7
Departme
nt [2] -
12:3,
18:13
DEPONEN
T [1] - 1:15
deposition
[7] - 5:18,
7:10,
35:3,
36:4,
36:6,
36:7,
36:12
describe
[1] - 10:12
dESCRIPT
ION [1] -
3:9
different [1]
- 6:2
differently
[6] - 13:8,
13:10,
13:12,
13:17,
13:21,
26:14
Dilks [4] -
1:23,
36:3,
36:18,
36:19
direction
[1] - 21:25
disappoint
ed [1] -
19:17

disapprov
al [1] -
19:10
Discipline
[3] - 3:12,
3:20, 3:21
discipline
d - 34:6
discussio
ns [1] -
27:17
disrespect
[1] - 13:14
disrespect
ed [1] -
13:13
disrupting
[1] - 30:18
disruption
s [1] -
30:10
DISTRICT
[3] - 1:1,
1:1, 1:7
District [2] -
1:9, 5:13
done [3] -
7:17,
29:15,
31:22
door [2] -
18:3, 18:5
doors [1] -
17:25
down [8] -
5:23,
10:20,
21:15,
22:22,
23:11,
24:2,
24:8,
29:19
Dr [6] -
2:14,
5:13,
21:14,
21:22,
22:7, 27:8
Drama [5] -
11:19,
12:3,
12:12,
18:13,
21:15
drama [1] -
24:5
Drive [2] -
1:24, 2:8
duly [2] -
5:3, 36:6
during [7] -
10:4,

13:22,
14:17,
23:1,
23:5,
30:8,
33:22

**E**

E-mail [11] -
3:13,
3:14,
3:19, 4:9,
4:10,
4:11,
4:12,
4:14,
4:15,
4:16, 4:17
early [2] -
25:2, 29:3
EASTERN
[1] - 1:1
eaten [1] -
31:2
Eck [8] -
3:15,
3:20,
3:21,
5:11,
8:14,
12:24,
28:7, 34:2
ECK [1] -
1:3
edge [1] -
22:21
education
[2] - 11:2,
11:10
either [1] -
21:8
elementar
y [3] -
8:22,
9:24,
30:24
employed
[1] - 36:14
employee
[1] - 1:12
end [1] -
30:16
ensemble
[1] - 14:21
entire [2] -
8:19, 23:3
escorted
[2] - 29:18,
29:20
Esquire [2]
- 2:3, 2:8
estimation
[1] - 13:21

Evaluation
[2] - 3:15,
3:25
eventually
[2] - 24:1,
24:7
exactly [2] -
17:2, 23:4
examined
[1] - 5:4
EXAMINE
D [1] - 3:2
except [2] -
2:18,
17:14
EXHIBITS
[1] - 3:7
expect [1] -
12:10
expires [1]
- 36:23
express [1]
- 31:16
Expressio
n/
Distribution
[1] - 4:4
Expulsion
[1] - 4:5
extra [1] -
15:16

**F**

face [1] -
13:18
fact [3] -
20:2,
23:25,
27:21
fairly [2] -
18:6, 18:8
fall [1] -
11:21
far [1] -
13:25
fast [1] -
6:12
fat [2] -
13:24,
14:1
favored [1]
- 15:14
favorites
[4] - 13:3,
15:2,
15:5, 15:8
fellow [2] -
8:17, 12:1
felt [6] -
14:15,
16:24,
18:21,
19:19,

26:3,
32:16
FERRIZZI
[1] - 1:4
Ferrizzi [4]
- 3:25,
5:12, 9:9,
28:13
few [1] -
10:14
figured [1] -
16:2
filing [1] -
2:18
final [1] -
24:23
finally [1] -
7:3
financially
[1] - 36:15
fine [3] -
6:25,
13:6,
16:11
fingers [1] -
20:6
finish [2] -
6:3, 6:25
finished [3]
- 18:4,
20:20,
25:11
FIRM [1] -
2:2
first [4] -
5:3,
12:18,
15:13,
29:5
focus [1] -
11:10
follow [2] -
26:4,
33:19
follow-ups
[1] - 33:19
following
[1] - 21:11
follows [1] -
5:5
food [1] -
31:5
FOR [1] -
1:1
foregoing
[1] - 36:8
forgive [1] -
25:13
forgot [1] -
14:13
form [2] -
2:18, 7:21
Form [6] -

3:12,
3:15,
3:17,
3:20,
3:21, 3:25
forth [1] -
31:3
Fox [1] -
1:24
free [2] -
6:20,
18:14
freely [2] -
18:21,
19:8
Freshman
[3] - 9:16,
11:2,
15:13
friend [9] -
8:17, 9:5,
9:12,
9:15,
9:22,
9:23,
14:1,
16:16,
16:22
friends [3] -
16:20,
26:5, 31:9
front [1] -
30:20
fully [1] -
36:9
funny [2] -
32:6, 33:4
future [1] -
25:21

**G**

generally
[1] - 16:17
given [2] -
5:15, 36:8
glad [1] -
25:11
Glen [1] -
1:24
Glick [1] -
24:2
GOGGIN
[1] - 2:7
goodies [1]
- 25:6
Grace [2] -
11:23,
24:21
graduated
[5] - 8:18,
9:12,
9:16,
11:3, 12:2

ground [2] -
5:22,
24:18
group [2] -
18:10
guess [5] -
15:5,
16:19,
18:7,
25:24

**H**

HALEY [5] -
1:3, 1:15,
5:2, 36:4,
36:5
Haley [21] -
3:3, 5:12,
8:14, 9:2,
9:4, 10:6,
12:19,
16:20,
17:15,
19:14,
22:4,
22:13,
23:5,
26:15,
28:10,
30:15,
32:2,
32:5,
32:25,
33:23,
33:25
half [1] -
10:4
hallway [1]
- 18:4,
24:1,
24:6,
24:20
hallways
[1] - 18:1
hand [1] -
10:12
handed [1]
- 25:14
handwritte
n [1] - 4:13
Hannah [1]
- 11:13
happy [1] -
26:21
Harassme
nt [1] - 4:6
harm [2] -
31:10,
31:15
Hartenstin
e -
18:3,
18:22,

18:24,
20:21,
23:12,
27:7
Hartline
[1] - 5:12,
9:2, 28:10
HARTLINE
[1] - 1:3
head [4] -
6:8, 10:7,
10:15,
12:11
hear [6] -
12:18,
19:3,
21:11,
22:12,
32:18,
34:17
heard [5] -
14:9,
18:20,
19:20,
27:9,
32:12
hears [1] -
13:15
held [5] -
10:11,
15:18,
24:23
help [1] -
15:17
helped [1] -
15:10
helping [1]
- 29:19
hereby [1] -
36:4
herein [1] -
36:9
hereto [1] -
36:14
high [3] -
8:21,
8:23, 9:17
High [3] -
1:10,
1:12, 1:18
Hill [1] - 2:9
himself [1]
- 34:21
home [1] -
28:17
hours [2] -
30:4, 30:5
house [1] -
32:6
hug [1] -
20:23

**I**

IN [1] - 1:1
inches [1] -
10:14
incident [3]
- 10:5,
10:19,
16:23
including
[1] - 23:3
indicating
[1] - 10:7
individuall
y [3] - 1:7,
1:9, 1:11
influence
[1] - 6:15
informatio
n [1] -
34:20
Informatio
n [1] - 4:8
Initial [2] -
3:15, 3:24
Input [1] -
3:17
interaction
[1] - 20:16
interested
[1] - 36:15
interrupt
[1] - 14:4
involved [1]
- 12:2
issue [1] -
13:6
it'll [1] -
7:20

**J**

Jack [3] -
15:19,
15:21,
20:7
Jared [22] -
9:19,
9:21,
10:3,
15:4,
15:7,
15:22,
16:8,
16:12,
16:16,
20:22,
20:23,
21:7,
21:8,
22:25,
23:8,
23:11,
23:25,

27:13,
30:22,
32:16,
32:18,
32:22
Jared's [1] -
23:6
Jefferson
[1] - 1:19
Joel [2] -
2:3, 5:9
joined [1] -
20:13
Joint [1] -
3:22
jokes [1] -
33:2
Jones [1] -
3:11
JORDAN
[1] - 1:3
Jordan [31]
- 3:15,
3:20,
3:21,
5:11,
8:14,
8:16,
12:19,
13:5,
15:22,
16:9,
16:12,
16:20,
17:15,
19:15,
20:7,
20:11,
20:16,
20:23,
21:1,
21:12,
23:4,
26:15,
28:7,
32:2,
33:1,
33:21,
33:25,
34:7,
34:18,
34:20
Jordan's
[2] - 12:24,
32:6
jump [1] -
6:3
June [2] -
11:3, 11:5
Junior [1] -
13:22
JURY [1] -
1:7

**K**

Katherine'
s [1] -
11:13
Kauffman
[1] - 23:21
kind [7] -
10:9,
17:19,
25:14,
25:25,
26:5,
27:2, 33:5
known [9] -
8:19, 9:6,
9:17,
9:24,
15:25,
28:7,
28:10,
28:13,
30:22
knows [1] -
8:10

**L**

large [2] -
18:9,
29:19
last [1] -
10:4
late [3] -
23:7,
30:1, 30:2
LAW [1] -
2:2
lawsuit [1] -
5:11
lay [1] -
5:22
lead [4] -
14:8,
14:19,
14:20,
20:7
leave [4] -
9:6, 22:1,
22:4, 22:8
left [5] - 9:7,
18:15,
20:24,
24:12,
24:17
legal [1] -
7:9
letter [4] -
12:23,
13:1,
33:20,
34:2
Letter [3] -
3:10,

3:18, 3:23
letting [2] -
27:14,
27:15
life [2] -
23:2,
27:15
Lily [2] -
24:1,
24:20
line [1] -
22:22
lined [1] -
22:21,
23:19
LinkedIn
[1] - 5:21
List [1] - 4:1
list [3] -
5:21,
14:10,
14:18
listening
[5] - 23:16,
26:24,
27:1,
27:6,
30:21
literally [1] -
32:8
LLC [1] -
2:2
LOCATIO
N [1] -
1:18
lockdown
[4] - 17:18,
17:20,
17:24,
18:15
locked [1] -
17:25
looks [1] -
27:23
Lori [6] -
1:23,
5:22, 8:9,
36:3,
36:18,
36:19
loving [2] -
32:8, 33:2
Lyons [16] -
5:14,
12:21,
13:3,
14:15,
17:17,
18:24,
20:16,
20:21,
24:9,
24:11,

25:4,
25:8,
25:15,
27:7,
27:22,
34:15
LYONS [1] -
1:11
Lyons' [1] -
21:25

**M**

mail [11] -
3:13,
3:14,
3:19, 4:9,
4:10,
4:11,
4:12,
4:14,
4:15,
4:16, 4:17
majoring
[1] - 11:9
March [13] -
3:10,
3:13,
3:14,
3:18, 4:2,
4:9, 4:10,
4:11,
4:12,
4:14,
12:9,
17:7,
30:14
Marla [1] -
3:11
MARSHAL
L [1] - 2:7
Materials
[1] - 4:4
Mazeika [3]
- 9:19,
15:4,
20:22
mean [4] -
14:6,
16:2,
17:24,
25:22
meant [2] -
20:24,
27:18
media [1] -
19:20
medicatio
n [1] - 6:16
meeting
[22] -
12:11,
12:16,
12:20,

17:6,
17:16,
17:19,
17:21,
18:10,
18:17,
20:2,
20:20,
21:9,
21:16,
21:21,
22:3,
26:9,
30:13,
30:15,
30:18,
33:22,
33:24,
34:11
Members
[1] - 4:1
Memorand
um [1] -
4:2
mentioned
[3] - 16:23,
17:17,
30:15
messages
[1] - 4:19
met [1] - 5:9
middle [1] -
8:22
Millersville
[1] - 11:1
mine [2] -
9:5, 12:1
miss [1] -
7:15
mom [3] -
12:24,
15:10,
23:8
morning [1]
- 25:2
most [7] -
12:6,
15:5,
19:19,
19:20,
19:24,
25:7, 27:4
mostly [2] -
29:15,
34:14
move [1] -
10:9
MR [9] -
5:6, 7:15,
7:17,
8:13,
9:18,
14:13,
14:25,

33:16,
35:1
MS [5] -
7:16,
7:19,
14:15,
33:18,
34:23
Mud [1] -
8:11
MUD [1] -
8:11
music [4] -
11:2,
11:8,
11:9,
11:10
musical [1]
- 10:5,
11:12,
11:17,
12:4,
13:22,
14:3, 14:7

**N**

name [1] -
5:9
names [1] -
19:16
Narrative
[1] - 3:11
nature [1] -
16:24
necessaril
y [2] -
12:10,
13:14
need [1] -
7:9
negative [4]
- 22:25,
25:15,
25:18,
28:4
never [7] -
5:18,
10:20,
16:12,
23:13,
25:13,
31:10,
31:15
Newsies [2]
- 4:1,
15:18
next [1] -
28:16
nice [3] -
13:17,
13:18,
25:9
night [12] -

17:6,
18:2,
19:13,
22:19,
23:1,
23:7,
23:15,
24:4,
24:21,
25:16,
26:17,
27:9
NO [1] - 1:4
normal [4] -
6:2, 18:6,
18:8, 18:9
normally
[1] - 16:3
Notary [2] -
5:4, 36:21
note [1] -
26:9
notes [1] -
4:13
nothing [2]
- 32:9,
33:16
notice [2] -
15:1,
30:18
Notice [1] -
3:24
noticeable
[2] - 15:12,
24:3
noticed [1]
- 29:16
November
[3] - 1:16,
36:7,
36:23
nowhere
[1] - 10:10
NUMBER
[1] - 3:9
nun [2] -
11:14,
11:15

**O**

o'clock [1] -
35:4
O'
DONNELL
[5] - 7:16,
7:19,
14:15,
33:18,
34:23
O'Donnell
[6] - 2:8,
3:4, 3:5,
5:12,

6:19, 7:3
oath [1] -
33:8
objections
[1] - 2:18
observe [2]
- 15:3,
30:7
obvious [2]
- 13:4,
15:17
occur [1] -
17:1
occurred
[1] - 10:6
OF [2] - 1:1,
1:7
officer [1] -
36:3
OLEY [1] -
1:6
Oley [6] -
1:8, 1:10,
1:12,
1:18,
1:19,
5:13,
8:11,
8:19,
8:20,
8:24, 9:6
one [10] -
13:4,
15:4,
15:7,
16:22,
24:15,
27:20,
27:23,
29:17,
31:8
open [1] -
18:3
opinion [3]
- 25:20,
25:22,
25:23
opinions
[1] - 25:24
original [1]
- 2:18
otherwise
[1] - 34:6
outside [1]
- 24:9
OVSD [1] -
4:18
own [1] -
27:2

**P**

p.m [2] -
1:17, 35:4

PA [4] - 2:4,
2:9, 8:11,
36:21
PAGE [1] -
3:2
paper [2] -
25:7,
25:10
papers [1] -
26:21
paragraph
[1] - 27:14
parents [1]
- 25:7,
29:19
part [9] -
11:19,
11:21,
13:5,
13:6,
14:20,
14:23,
19:24,
25:19,
27:4
parties [3] -
7:4,
36:12,
36:14
parts [2] -
16:4, 16:6
party [3] -
22:17,
26:18,
28:17
past [1] -
10:7
pause [3] -
9:14,
14:12,
19:25
paying [3] -
27:5,
30:20
PENNSYL
VANIA [1]
- 1:1
Pennsylva
nia [3] -
1:19,
1:24,
36:21
people [20]
- 12:22,
13:4,
13:7,
13:19,
15:17,
19:2,
20:4,
20:5,
20:9,
20:13,

23:2,
25:8,
26:4,
27:14,
29:10,
31:9,
33:5,
34:15
**perhaps** [2]
- 16:20,
32:12
**personally**
[2] - 13:12,
14:2
**phone** [1] -
23:7
**picking** [1]
- 20:14
**Pike** [1] -
2:3
**Plaintiffs**
[3] - 1:4,
2:5, 5:10
**play** [2] -
11:21,
24:23
**played** [1] -
15:2
**plays** [1] -
13:3
**point** [6] -
6:24, 7:8,
16:22,
23:17,
25:4, 27:2
**pointed** [1]
- 20:6
**positive** [2]
- 24:19,
26:7
**Posting** [1]
- 4:4
**practices**
[1] - 29:3
**present** [3]
- 18:22,
24:21,
28:20
**PRESENT**
[1] - 2:13
**pretty** [1] -
33:1
**Principal**
[1] - 1:10
**proceedin
g** [1] - 7:20
**proceedin
gs** [1] -
36:9
**productio
n** [1] -
21:23
**program** [6]

- 15:13,
27:12,
27:21,
27:24,
28:5,
34:16
**promise** [1]
- 25:19
**Public** [1] -
5:4, 36:21
**public** [1] -
25:16
**punished**
[1] - 34:6
**puns** [1] -
32:6,
32:7, 33:6
**put** [6] -
13:15,
27:12,
27:13,
27:20,
28:4, 30:6
**putting** [2] -
29:12,
29:14

**Q**

**questions**
[2] - 7:12,
34:24
**quit** [3] -
22:5,
22:6, 22:9
**quite** [1] -
23:7

**R**

**rather** [2] -
6:7, 26:9
**reaction** [1]
- 23:23
**read** [5] -
8:4, 8:5,
8:7,
12:24,
34:2.
**Ready** [4] -
2:3, 3:3,
3:4, 5:10
**READY** [9] -
5:6, 7:15,
7:17,
8:13,
9:18,
14:13,
14:25,
33:16,
35:1
**really** [1] -
30:3
**reason** [3] -

6:1,
20:10,
34:15
**receive** [6] -
14:19,
14:23,
20:7,
25:6,
25:24,
25:25
**received** [1]
- 16:11
**receiving**
[1] - 15:9
**record** [1] -
36:8
**recorded**
[1] - 36:9
**Referral** [3]
- 3:12,
3:20, 3:21
**reflect** [1] -
7:25
**rehearsal**
[1] - 17:7,
17:10,
18:6,
18:8,
18:18,
20:15,
20:19,
20:25,
21:1,
21:2,
21:10
**rehearsals**
[2] - 12:7,
29:3
**related** [1] -
36:11
**relationshi
p** [3] -
10:2,
16:24,
33:2
**relative** [1] -
36:13
**remember**
[14] -
12:10,
12:14,
15:19,
17:2,
17:12,
19:14,
21:4,
21:20,
22:2,
27:11,
28:22,
28:25,
29:4, 30:1
**remind** [1] -
6:13

**removed**
[1] - 34:7
**rephrase**
[1] - 6:21
**Report** [1] -
3:22
**Reporter**
[6] - 1:23,
5:4, 5:22,
8:8,
10:13,
36:21
**Reporter-
Notary** [1]
- 5:4
**REPORTI
NG** [1] -
1:22
**represent**
[3] - 5:10,
7:4
**representi
ng** [2] -
2:5, 2:10
**represents**
[1] - 5:12
**Request** [1]
- 3:25
**Required**
[1] - 4:8
**respect** [1]
- 6:4
**restroom**
[1] - 18:2
**review** [1] -
7:22
**Richard** [1]
- 3:3
**RICHARD**
[4] - 1:15,
5:2, 36:4,
36:5
**Road** [1] -
8:11
**role** [8] -
11:12,
13:25,
14:19,
15:19,
16:3,
16:9,
16:13,
16:15
**roles** [5] -
15:9,
15:15,
16:11,
19:22,
20:5
**roughly** [1]
- 17:1
**ruin** [2] -
23:2,

27:14
**Rule** [1] -
3:22
**rules** [1] -
5:22
**rumor** [4] -
13:23,
13:24,
14:9,
14:17
**Run** [1] -
8:11
**running** [1]
- 12:22

**S**

**sat** [1] -
23:10
**saw** [3] -
18:20,
19:20,
20:20
**scenes** [1] -
18:9
**school** [9] -
8:21,
8:22,
8:23,
8:25, 9:6,
9:17,
9:24,
10:25,
30:25
**SCHOOL**
[1] - 1:6
**School** [20]
- 1:8,
1:10,
1:12,
1:18,
5:13,
8:24,
12:16,
12:24,
17:6,
17:16,
17:18,
17:21,
18:10,
18:16,
20:2,
20:19,
21:9,
26:8,
30:14,
33:24
**scratch** [1]
- 5:20
**sealing** [1] -
2:17
**second** [1]
- 13:9
**Section** [4]

- 4:3, 4:5,
4:6, 4:7
**see** [9] -
7:24,
23:8,
24:11,
24:15,
24:16,
24:17,
29:13,
30:10,
32:1
**seek** [1] -
7:9
**seem** [2] -
16:10,
16:14
**sees** [1] -
28:5
**selected** [1]
- 16:9
**send** [2] -
8:10,
12:23
**sending** [1]
- 33:20
**Senior** [5] -
10:4,
14:23,
22:20,
23:1, 23:6
**Seniors** [4]
- 22:21,
23:19,
26:18,
27:12
**sent** [1] -
26:9
**serious** [2]
- 33:1,
33:11
**seriously**
[1] - 10:8
**SERVICE**
[1] - 1:22
**set** [3] - 9:6,
28:18,
29:20
**Shank** [6] -
2:14,
5:13,
21:15,
21:22,
22:7, 27:8
**SHANK** [1]
- 1:7
**Sharon** [1] -
2:8
**Short** [1] -
9:14
**short** [2] -
14:12,
19:25

**show** [10] -
20:8,
22:1,
22:5,
22:6,
22:11,
25:11,
28:6,
31:21,
34:8,
34:16
**showed** [3]
- 27:20,
28:1, 32:2
**shown** [2] -
27:19,
31:23
**shut** [1] -
17:25
**silly** [2] -
31:14,
33:4
**similar** [1] -
14:22
**Sinking** [1]
- 1:24
**sitting** [2] -
24:17,
30:20
**slept** [1] -
28:17
**slowly** [1] -
6:11
**small** [1] -
27:13
**so...** [1] -
9:25
**social** [1] -
19:20
**someone**
[1] - 13:24
**sometime
s** [1] -
16:18
**somewher
e** [1] -
14:10
**soon** [3] -
18:14,
23:10,
27:25
**sorry** [3] -
14:4,
14:13,
22:12
**sorting** [1] -
23:19
**sound** [1] -
24:24
**speaking**
[2] - 20:10,
34:6
**specific** [1]

- 11:9
**specificall
y** [4] -
10:5,
16:12,
20:6,
20:12
**speech** [3] -
23:1,
23:6,
23:12
**speeches**
[3] - 22:20,
26:18,
27:9
**spread** [1] -
13:23
**Spring** [2] -
1:24, 17:4
**spring** [2] -
10:5,
11:12
**STACEY**
[1] - 1:11
**Stacy** [7] -
12:21,
13:3,
17:17,
18:12,
18:18,
21:23,
23:12
**stage** [6] -
18:19,
18:25,
19:1,
22:21,
23:19,
25:8,
26:19,
26:22
**stand** [2] -
18:24,
33:14
**standing**
[1] - 20:22
**start** [4] -
13:17,
13:20,
24:4,
26:13
**started** [11]
- 7:13,
8:25,
9:23,
10:1,
10:8,
15:13,
20:12,
23:24,
26:14,
29:12,
29:12
**starting** [2]

- 4:14,
4:15
**statement
s** [2] - 6:3,
25:5
**STATES** [1]
- 1:1
**stay** [1] -
21:24
**stayed** [1] -
21:9
**stipulated**
[1] - 2:17
**STIPULATI
ON** [1] -
2:17
**stop** [2] -
7:9, 13:9
**stopped** [1]
- 18:18
**Street** [1] -
1:19
**strike** [1] -
28:18
**struggle** [1]
- 6:11
**stuck** [1] -
25:12
**student** [3]
- 8:18,
12:1,
25:16
**Student** [1]
- 4:3
**students**
[13] -
12:12,
13:13,
18:10,
18:14,
18:19,
19:8,
19:15,
19:17,
19:19,
19:21,
21:2,
27:1,
27:18
**studying**
[1] - 11:2
**stuff** [4] -
15:17,
26:21,
29:14,
31:15
**suggestio
n** [1] -
25:20
**suggestio
ns** [1] -
25:25
**Suite** [2] -

Joint Appendix00146

2:4, 2:9
**super** [1] -
24:3
**Superinte
ndent** [1] -
1:8
**support** [1]
- 18:13
**suspende
d** [4] -
21:12,
22:13,
22:14,
34:5
*Suspensio
n* [1] - 4:5
**sworn** [2] -
5:3, 36:6

**T**

**tables** [1] -
24:17
**tasks** [1] -
29:10
**Teacher** [1]
- 3:17
**teacher** [2]
- 20:17,
27:8
**tease** [3] -
31:9,
31:11,
31:12
**terribly** [1] -
18:14
**testified** [1]
- 5:4
**testimony**
[6] - 2:18,
5:15,
7:22,
7:23,
36:5, 36:8
**Text** [1] -
4:19
**toxted** [1] -
23:8
**THE** [6] -
1:1, 1:1,
9:15,
14:17,
34:25,
35:2
**threat** [3] -
32:13,
32:17,
32:22
**threatenin
g** [1] -
34:16
**three** [1] -
19:18
**threw** [2] -

10:6, 22:9
**throughou
t** [1] - 9:17
**Thursday**
[1] - 1:16
**TIME** [1] -
1:16
**today** [4] -
5:23,
6:17,
7:23, 33:9
**together** [1]
- 8:18
**top** [1] -
12:11
**towards** [1]
- 32:22
**toxic** [3] -
23:2,
27:14
**TRACY** [1] -
1:7
**Tracy** [1] -
2:14
**transcribe
d** [3] -
2:17,
7:21, 36:7
**transcript**
[2] - 7:25,
8:10
**trash** [1] -
22:10
**treated** [2] -
13:12
**treating** [8]
- 12:22,
13:7,
13:10,
13:11,
13:17,
13:20,
26:14,
26:15
**trial** [1] -
2:19
**TRIAL** [1] -
1:7
**tried** [2] -
15:21,
20:2
**true** [1] -
36:8
**truth** [1] -
33:12
**try** [5] - 6:4,
6:11,
6:12,
15:23,
24:2
**trying** [6] -
10:8,
14:19,

24:2,
24:4,
26:2, 26:3
**two** [3] -
16:1,
16:3,
20:13

**U**

**under** [4] -
6:15,
17:18,
17:20,
33:8
**underclas
smen** [1] -
15:6
**understoo
d** [1] - 6:22
**understud
y** [3] -
11:13,
14:19,
14:23
**UNITED** [1]
- 1:1
**University**
[1] - 11:1
**Unlawful**
[1] - 4:6
**unusual** [1]
- 30:7
**up** [18] -
6:10, 8:4,
10:11,
16:12,
18:19,
19:2,
22:4,
22:7,
22:12,
22:21,
23:5,
23:19,
24:19,
25:8,
29:11,
30:6,
30:8,
30:15
**ups** [1] -
33:19
**upset** [16] -
16:14,
19:18,
20:1,
20:5,
23:8,
23:25,
24:3,
24:8,
24 20,
27:21,

27:25,
28:1,
28:2,
28:3, 28:6

**V**

**VALLEY** [1]
- 1:6
**Valley** [8] -
1:8, 1:10,
1:12,
1:18,
5:13,
8:19,
8:20, 8:24
**verbalize**
[1] - 6:6
**video** [5] -
31:21,
31:23,
31:24,
32:3,
32:21
**VINCENT**
[1] - 1:3
**Vincent** [1]
- 3:25
**Vinny** [22] -
5:11, 9:9,
9:11,
12:20,
16:20,
17:15,
19:15,
23:5,
23:10,
25:5,
26:15,
27:20,
27:21,
28:13,
29:4,
29:5,
29:13,
29:22,
30:7,
33:23,
33:25
**Vinny's** [1]
- 25:10
**violent** [3] -
28:8,
28:11,
28:14
**vocal** [1] -
11:10
**voice** [3] -
11:11,
19:10,
20:3
**voicing** [2] -
13:2,
20:12

**vs** [1] - 1:5

**W**

**wait** [1] -
18:4
**waive** [3] -
2:17, 8:3,
8:6
**walk** [2] -
25:14,
27:15
**walked** [1] -
22:9
**walking** [2]
- 24:19,
29:15
**WARNER**
[1] - 2:7
**watching**
[2] - 19:2,
27:6
**whatnot** [3]
- 23:20,
29:11,
32:8
**whole** [2] -
8:3, 17:14
**willing** [2] -
25:20,
25:22
**wisdom** [1]
- 7:18
**WITNESS**
[5] - 3:2,
9:15,
14:17,
34:25,
35:2
**witness** [5]
- 2:18,
5:3,
10:16,
20:15,
36:5, 36:8
**word** [1] -
23:13
**Written** [1] -
3:24

**Y**

**year** [1] -
8:18,
9:16,
9:17,
10:4,
11:4,
12:2,
13:22,
14:23,
15:13,
17:4,
24:24

**years** [1] -
31:2
**yourself** [3]
- 26:9,
33:20,
33:25

5

Joint Appendix00147