# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN ECK, HALEY HARTLINE, and VINCENT FERRIZZI, Plaintiffs, v. OLEY VALLEY SCHOOL DISTRICT; TRACY SHANK, individually and as Superintendent of the Oley Valley School District; CHRISTOPHER M BECKER, individually and as Principal of Oley Valley High School; and STACEY LYONS, individually and as employee of Oley Valley High School, Defendants. | No. 5:19-CV-01873-MAK  JURY TRIAL OF 12 DEMANDED |

## STIPULATED ORDER

AND NOW, this __16th__ day of __Jan.__, 2020, Defendants,

Christopher M. Becker, individually, Stacey Lyons, individually, and Tracy Shank, individually are dismissed with prejudice from this case.

For Plaintiff:

_Joel Ready_
Joel A. Ready, Esquire
Attorney Jordan Eck, Haley Hartline, and Vincent Ferrizzi

For Defendant:

_Sharon M. O'Donnell_
Sharon M. O'Donnell, Esquire
Attorney for Defendants

BY THE COURT:

_____
Mark A. Kearney, J.